# United States Bankruptcy Court
## Northern District of California

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fader, Peter R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Urchin Capital Partners; AKA Urchin Partners LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8867** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**465 10th Street**<br>**Apt. #401**<br>**San Francisco, CA**   ZIP Code **94111** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**          *** William F Abbott 121285 ***
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Fader, Peter R** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |

| **Exhibit C** |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
| --- |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| --- |
| (Check any applicable box)<br><br>■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
| --- |
| (Check all applicable boxes)<br><br>☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Fader, Peter R** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Peter R Fader**

Signature of Debtor  **Peter R Fader**

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**January 26, 2008**

Date

### Signature of Attorney*

**X** **/s/ William F Abbott**

Signature of Attorney for Debtor(s)

**William F Abbott 121285**

Printed Name of Attorney for Debtor(s)

**William F. Abbott**

Firm Name

**211 Gough Street**
**Suite 201**
**San Francisco, CA 94102-6802**

Address

**Email: billabbott@earthlink.net**
**415-863-9337 Fax: 415-863-9318**

Telephone Number

**January 26, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    __Peter R Fader_____    Case No. _____

                           Debtor(s)         Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
          ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
          ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
          ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:       **/s/ Peter R Fader**
                                        **Peter R Fader**
Date:      **January 26, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader** _____,      Case No. _____

                                               Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 28,449.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 292,054.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 8,371,477.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 22,159.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 28,449.00 | | |
| Total Liabilities | | | | 8,663,531.89 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader**

_____,
                              Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Peter R Fader**                          ,       Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **Peter R Fader**                                                                 ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account-Wells Fargo Bank Account#219-4650283** | - | **2,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary household goods and furniture. No item exceeding $450.00** | - | **9,999.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art and Framed photographs** | - | **3,500.00** |
| 6. | Wearing apparel. | | **Men's Clothing** | - | **450.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **16,449.00** |
| (Total of this page) | |

  __2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Peter R Fader**                                                  ,          Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of the Shares of Urchin Partners, LLC | - | 2,000.00 |
| | | 75% of the Shares of Urchin Capital Partners, LLC | - | 10,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          12,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

In re    **Peter R Fader**                                                ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **28,449.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Peter R Fader**                                                    ,    Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account-Wells Fargo Bank Account#219-4650283** | **C.C.P. § 703.140(b)(5)** | **2,000.00** | **2,000.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Ordinary household goods and furniture. No item exceeding $450.00** | **C.C.P. § 703.140(b)(3)** | **9,999.00** | **9,999.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Art and Framed photographs** | **C.C.P. § 703.140(b)(5)** | **5,000.00** | **3,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Men's Clothing** | **C.C.P. § 703.140(b)(3)** | **450.00** | **450.00** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **100% of the Shares of Urchin Partners, LLC** | **C.C.P. § 703.140(b)(5)** | **2,000.00** | **2,000.00** |
| | | | |
| **75% of the Shares of Urchin Capital Partners, LLC** | **C.C.P. § 703.140(b)(5)** | **10,000.00** | **10,000.00** |

|  | Total: | **29,949.00** | **28,449.00** |
|---|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re __Peter R Fader__ ,  Case No. _____

                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal |  |  |
|---|---|---|---|
|  | (Total of this page) |  |  |
|  | Total | 0.00 | 0.00 |
|  | (Report on Summary of Schedules) |  |  |

Case: 08-30119   Doc# 1   Filed: 01/26/08   Entered: 01/26/08 15:55:26   Page 13 of 73
Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Peter R Fader**                                                                              ,   Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 _ continuation sheets attached

Case: 08-30119    Doc# 1    Filed: 01/26/08    Entered: 01/26/08 15:55:26    Page 14 of 73

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re __Peter R Fader_____,  Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Colleen Dougherty c/o Dept of Child Care Services J.D. Traugh 617 Mission Street San Francisco, CA 94105 | - | | | | | | 113,995.00 | 0.00 | 113,995.00 |
| Account No. | | | | | | | | | |
| Lisa Hamilton Barry 398 Redwood Road San Anselmo, CA 94960 | - | | | | | | 178,059.00 | 0.00 | 178,059.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 292,054.00 | 292,054.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 292,054.00 | 292,054.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Peter R Fader**                                ,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| **Account No.** | | - | | | Loan and Partnership Contribution | | | | |
| ABN AMBRO John Larson 95 Laurel Avenue Larkspur, CA 94939 | | | | | | | | X | 565,000.00 |
| **Account No.** | | - | | | Urchin Partners, LLC | | | | |
| ACC Business Services PO Box 13136 Newark, NJ 07101 | | | | | | | | X | 546.00 |
| **Account No.** | | - | | | Urchin Partners, LLC | | | | |
| Ace Parking Services 750 Kearney Street San Francisco, CA 94108 | | | | | | | | X | 1,975.00 |
| **Account No.** | | - | | | Urchin Capital Partners | | | | |
| ADP 9310 Tech Center Drive Suite 170 Sacramento, CA 95826 | | | | | | | | X | 71,256.84 |
| | | | | | | Subtotal (Total of this page) | | | 638,777.84 |

__24__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         S/N:37586-080115   Best Case Bankruptcy

In re  **Peter R Fader** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Al Fishman Tesler, Sandmann & Fishman 235 Pint Street Suite 1300 San Francisco, CA 94104 | - | | Urchin Partners, LLC | | | X | 74,568.00 |
| Account No.  Alante Construction Corp 84 E D5th Street Deer Park, NY 11729 | - | | Urchin Partners, LLC | | | X | 9,308.67 |
| Account No.  Alhambra and Sierra Springs PO Box 660579 Dallas, TX 75266 | - | | Urchin Partners, LLC | | | X | 55.40 |
| Account No.  American Express PO Box 360002 Fort Lauderdale, FL 33336 | - | | Urchin Partners, LLC | | | X | 24,567.00 |
| Account No.  American Stock Exchange Box 757510 Philadelphia, PA 19175 | - | | Urchin Partners, LLC | | | X | 314.11 |

Sheet no. __1___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,813.18

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Peter R Fader__ ,                    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Stock Exchange**<br>**Box 757510**<br>**Philadelphia, PA 19175** | - | | Urchin Capital Partners | | | X | 322.99 |
| Account No.<br><br>**Amy Edelen**<br>**1745 Stockton Street**<br>**Saint Helena, CA 94574** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Angel Alvira**<br>**238 Agate Way**<br>**Hercules, CA 94547** | - | | Loan | | | X | **150,000.00** |
| Account No.<br><br>**Assurant**<br>**P O Box 807009**<br>**Kansas City, MO 64184** | - | | Urchin Capital Partners | | | X | **7,636.03** |
| Account No.<br><br>**AT&T**<br>**ATT Payment Center**<br>**Sacramento, CA 95887** | - | | Urchin Partners, LLC | | | X | **6,544.93** |

Sheet no. __2___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **164,503.95**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Peter R Fader**                                                                                  ,          Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | - | Urchin Partners, LLC | | | X | |
| **AT&T PRI** **AT&T PRI Payment Center** **Sacramento, CA 95887** | | | | | | | 1,792.30 |
| Account No. | | - | Urchin Partners, LLC | | | X | |
| **BigDough** **12189 Collections Center Drivr** **Chicago, IL 60693** | | | | | | | 9,625.00 |
| Account No. | | - | Urchin Partners, LLC | | | X | |
| **Bigham McCutchen** **150 Federal Street** **#23** **Boston, MA 02110** | | | | | | | 14,413.80 |
| Account No. | | - | Urchin Capital Partners | | | X | |
| **Bigham McCutchen** **150 Federal Street** **#23** **Boston, MA 02110** | | | | | | | 86,878.95 |
| Account No. | | - | Partnership and Contribution of Loan | | | X | |
| **Bill Dailey** **539 Edinburgh Street** **San Mateo, CA 94402** | | | | | | | 280,000.00 |

Sheet no. __3___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

392,710.05

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re __Peter R Fader_____,     Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bloomberg, LP**<br>**PO Box 30244**<br>**Hartford, CT 06150** | - | | **Urchin Partners, LLC** | | | X | 45,371.48 |
| Account No.<br><br>**Blue Cross of California**<br>**P O Box 54630**<br>**Los Angeles, CA 90054** | - | | **Urchin Capital Partners** | | | X | 36,942.00 |
| Account No.<br><br>**Brandon Kono**<br>**3698 Modrone Street**<br>**Oakland, CA 94619** | - | | **Urchin Capital Partners** | | | X | 15,000.00 |
| Account No.<br><br>**Breard and Associates**<br>**9221 Corbin Avenue**<br>**Suite 170**<br>**Northridge, CA 91324** | - | | **Urchin Partners, LLC** | | | X | 100.00 |
| Account No.<br><br>**Brent Stiggins**<br>**655 Montgomery Street**<br>**Suite 900**<br>**San Francisco, CA 94111** | - | | **Urchin Capital Partners** | | | X | 100,000.00 |

Sheet no. __4___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
(Total of this page)     **197,413.48**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re __Peter R Fader_____,  Case No. _____

(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Partners, LLC | | | | |
| Brian Dennen 655 Montgomery Street Suite 900 San Francisco, CA 94111 | - | | | | | X | 175,000.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Brook Furniture Rental 4078 Paysphere Circle Chicago, IL 60674 | - | | | | | X | 1,021.56 |
| Account No. | | | Former Employee | | | | |
| Charles Boucher 5326 Eaglebrook Terrace Dublin, CA 94568 | - | | | | | X | Unknown |
| Account No. | | | Urchin Partners, LLC | | | | |
| Chelsea Floor Covering 139 W 19th Street New York, NY 10011 | - | | | | | X | 4,876.88 |
| Account No. | | | Urchin Capital Partners | | | | |
| Chris Antipa 124 Cabrillo Street San Francisco, CA 94118 | - | | | | | X | 5,396.50 |

Sheet no. __5___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 186,294.94

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re **Peter R Fader**                                                                         , Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christopher Allick**<br>**303 Linda Vista Drive**<br>**Mill Valley, CA 94941** | - | | | **Urchin Capital Partners** | | | X | 591,225.00 |
| Account No.<br><br>**ConEd**<br>**JAF Station**<br>**P O Box 1702**<br>**New York, NY 10116** | - | | | **Urchin Partners, LLC** | | | X | 459.16 |
| Account No.<br><br>**CoPower**<br>**Dept 33824**<br>**P O Box 39000**<br>**San Francisco, CA 94139** | - | | | **Urchin Capital Partners** | | | X | 1,236.47 |
| Account No.<br><br>**Cynthia Dietzmann**<br>**P O Box 712**<br>**5705 Fish Creek**<br>**Wilson, WY 83014** | - | | | **Loan** | | | X | 400,000.00 |
| Account No.<br><br>**Dakota Arms, LLC**<br>**Patrick Franklin**<br>**1310 Industry Road**<br>**Sturgis, SD 57785** | - | | | **Loan** | | | X | 400,000.00 |

Sheet no. _6_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,392,920.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re  **Peter R Fader**                                              ,          Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Datashread 211 Forsail Court Foster Cityt, CA 94404 | - | | | | | | X | |
| | | | | | | | | 159.00 |
| Account No. | | Former Employee | | | | | | |
| David Parker 551 5th Avenue New York, NY 10176 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Dish Network Dept 0063 Palatine, IL 60055 | - | | | | | | X | |
| | | | | | | | | 89.43 |
| Account No. | | Urchin Partners | | | | | | |
| Doug Ashton One Federal Street 9th Floor Boston, MA 02110 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | Urchin Partners, LLC | | | | | | |
| E-Vault, Inc Dept LA 22257 Pasadena, CA 91185 | - | | | | | | X | |
| | | | | | | | | 2,454.38 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          2,702.81

Case: 08-30119   Doc# 1   Filed: 01/26/08   Entered: 01/26/08 15:55:26   Page 23 of 73
Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **Peter R Fader** _____ ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Former Employee | | | | |
| **Equilibrium Capital Rolan Stikovas 99 Lyford Drive #48 Belvedere Tiburon, CA 94920** | - | | | | | X | 2,345.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| **EZE Castle 52 Vanderbilt Avenue New York, NY 10017** | - | | | | | X | 10,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| **FINRA P O Box 7777-W5050 Philadelphia, PA 19175** | - | | | | | X | 22,487.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| **First Republic Bank 111 Pine Street San Francisco, CA 94104** | - | | | | | X | 1,403.84 |
| Account No. | | | Urchin Capital Partners | | | | |
| **Flat Iron Corp P O Box 17600 Denver, CO 80217** | - | | | | | X | 3,310.10 |

Sheet no. __8__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **39,545.94**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter R Fader**                                                ,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Florin Painting Inc. 14 Penn Plaza Suite 1705 New York, NY 10122 | - | | | | | | X | 2,225.00 |
| Account No. | | | | Former Employee | | | | |
| Frank Pope 3460 Baker Street San Francisco, CA 94123 | - | | | | | | X | Unknown |
| Account No. | | | | Urchin Capital Partners | | | | |
| Garri Chevnovskyi 3925 Riverton Avenue #212 Studio City, CA 91604 | - | | | | | | X | 60,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Gecko Tech, LLC 300 N. Elizabethe Suite 510-C Chicago, IL 60607 | - | | | | | | X | 1,047.91 |
| Account No. | | | | Former Employee | | | | |
| Gerry Fleming 192 Commonwealth Avenue #2 Boston, MA 02116 | - | | | | | | X | 10,000.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                73,272.91

Case: 08-30119   Doc# 1   Filed: 01/26/08   Entered: 01/26/08 15:55:26   Page 25 of 73
Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Peter R Fader** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Gina H Sockolow 1049 Park Avenue New York, NY 10028 | | - | | | | | | X | |
| | | | | | | | | | 100,000.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| GINNY Inc 17 Greene Avenue Brooklyn, NY 11238 | | - | | | | | | X | |
| | | | | | | | | | 24,500.00 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Giselle Casey, CSR 9 Palm Avenue Corte Madera, CA 94925 | | - | | | | | | X | |
| | | | | | | | | | 2,146.40 |
| Account No. | | | | | Loan | | | | |
| Golden Gate Bank c/o Wells Fargo Bank 1 Montgomery Street San Francisco, CA 94104 | | - | | | | | | X | |
| | | | | | | | | | 100,000.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Harrow Sports 600 W Bayaud Avenue Denver, CO 80223 | | - | | | | | | X | |
| | | | | | | | | | 8,000.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

234,646.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

In re   **Peter R Fader**                           ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Hartford Group P O Box 2907 Hartford, CT 06104 | | - | | | | | X | 448.80 |
| Account No. | | Urchin Capital Partners | | | | | | |
| Health Sciences Library Scottsdale Healthcare Shea 9003 E Shea Blvd. Scottsdale, AZ 85260 | | - | | | | | X | 124.50 |
| Account No. | | Loan | | | | | | |
| Hunting Dog Capital, LLC Christopher Allick 425 California Street Suite 1200 San Francisco, CA 94104 | | - | | | | | X | 260,000.00 |
| Account No. | | Former Employee | | | | | | |
| Hunting Dog Capital, LLC Todd Blankfort 425 California Street Suite 1200 San Francisco, CA 94104 | | - | | | | | X | Unknown |
| Account No. | | Urchin Capital Partners | | | | | | |
| INET ATS, Inc Box 757503 Philadelphia, PA 19175 | | - | | | | | X | 114.65 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      260,687.95

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re  **Peter R Fader**                                                    ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Capital Partners | | | | |
| Infinisource Attn: Finance Department 15 E Washington Street P O Box 889 Coldwater, MI 49036 | - | | | | | X | 875.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| Jin Tsubota 91 Monte Cresta Avenue Oakland, CA 94611 | - | | | | | X | 1,165.98 |
| Account No. | | | | | | | |
| John Gaddy 2227 Union Street San Francisco, CA 94122 | - | | | | | X | 150,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| John Larson 95 Laurel Avenue Larkspur, CA 94939 | - | | | | | X | 302,500.00 |
| Account No. | | | Former Employee | | | | |
| John Verrier 210 Elmer Street Westfield, NJ 07090 | - | | | | | X | 200,000.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **654,540.98**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __Peter R Fader__ ,                    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | Urchin Capital Partners | | | | |
| **JP Morgan Securities Attn: Soft Dollar Team One Chase Manhattan Plaza 14th Floor New York, NY 10005** | - | | | | | X | 135.08 |
| **Account No.** | | | Urchin Capital Partners | | | | |
| **Justin Drobenaire 6977 Pinehaven Road Oakland, CA 94611** | - | | | | | X | 50,000.00 |
| **Account No.** | | | Urchin Capital Partners | | | | |
| **Kate Fourchy 3937 N Wilson Avenue Fresno, CA 93704** | - | | | | | X | 600,000.00 |
| **Account No.** | | | Urchin Capital Partners | | | | |
| **Kevin McNamera 181 Post Road West Westport, CT 06880** | - | | | | | X | Unknown |
| **Account No.** | | | Urchin Partners | | | | |
| **Kim Hagenbuch 13306 Highway 75 Ketchum, ID 83339** | - | | | | | X | Unknown |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        650,135.08

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Peter R Fader** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | Urchin Capital Partners | | | | |
| Kleinberg, Kaplan, Wolff and Cohen PC 551 Fifth Avenue 18th Floor New York, NY 10176 | - | | | | | X | 6,008.76 |
| Account No. | | | Former Employee | | | | |
| Kletter & Peretz Cary Kletter One Embarcadero Center Suite 1200 San Francisco, CA 94111 | - | | | | | X | 15,000.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Lippenberger, Thompson, Welch LLP 201 Tamal Vista Boulevard Corte Madera, CA 94925 | - | | | | | X | 8,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| Luis Alvira 238 Agate Way Hercules, CA 94547 | - | | | | | X | 55,000.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Luis Alvira 238 Agate Way Hercules, CA 94547 | - | | | | | X | 175,000.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **259,008.76**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Peter R Fader** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Capital Partners | | | | | |
| Mike Rosenberg 201 50th Street Apt. 15G Long Island City, NY 11101 | | - | | | | | X | 1,663.23 |
| Account No. | | | Urchin Partners, LLC | | | | | |
| Montgomery Washington Tower Spieker Partners Dept 19761 P O Box 45591 San Francisco, CA 94145 | | - | | | | | X | 95,709.19 |
| Account No. | | | Urchin Partners, LLC | | | | | |
| Morrison and Forster 425 Market Street San Francisco, CA 94105 | | - | | | | | X | 35,000.00 |
| Account No. | | | Loan | | | | | |
| Myron Wick 50 Osgood Place San Francisco, CA 94133 | | - | | | | | X | 940,000.00 |
| Account No. | | | Urchin Capital Partners | | | | | |
| Neovest 377 Park Avenue New York, NY 10172 | | - | | | | | X | 427.89 |

Sheet no. __15__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,072,800.31**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Peter R Fader**                                                      ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Capital Partners | | | | |
| **NYFIX, Inc**<br>**100 Wall Street**<br>**26th Floor**<br>**Attn: Contracts Dept. CB-28**<br>**New York, NY 10005** | | - | | | | X | 2,994.60 |
| Account No. | | | Urchin Capital Partners | | | | |
| **NYSE**<br>**Box #4006**<br>**P O Box 8500**<br>**Philadelphia, PA 19178** | | - | | | | X | 2,996.78 |
| Account No. | | | Urchin Capital Partners | | | | |
| **NYSE/ARCA EQUITIES**<br>**100 S Wacker Drive**<br>**Suite 2012**<br>**Chicago, IL 60606** | | - | | | | X | 311.48 |
| Account No. | | | Urchin Partners, LLC | | | | |
| **Omgeo LLC**<br>**2967 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | X | 418.40 |
| Account No. | | | Urchin Capital Partners | | | | |
| **Omgeo LLC**<br>**2967 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | X | 2,214.20 |

Sheet no. __**16**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,935.46**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Peter R Fader**                                          , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Client | | | | |
| Onconome Ray Cairncross 201 Elliot Avrnue West Suite 510 Seattle, WA 98119 | - | | | | | | X | 75,000.00 |
| Account No. | | | | | | | | |
| Onconome c/o Jay Hagenbuch 201 Elliot Avrnue West Suite 510 Seattle, WA 98119 | - | | | | | | X | Unknown |
| Account No. | | | | Client | | | | |
| Passport Capital John Burbank 30 Hotaling Place Suite 300 San Francisco, CA 94111 | - | | | | | | X | Unknown |
| Account No. | | | | Loan | | | | |
| Pat Gilligan 655 Montgomery Street Suite 1400 San Francisco, CA 94111 | - | | | | | | X | 100,000.00 |
| Account No. | | | | Former Employee | | | | |
| Paul Kelly 400 E 84th Apt. #14E New York, NY 10028 | - | | | | | | X | 250,000.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  425,000.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re __Peter R Fader__ _____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Perotti and Carrade 1100 Larkspur Landing Circle Suite 358 Larkspur, CA 94939 | - | | | | | | X | 4,205.98 |
| Account No. | | Urchin Capital Partners | | | | | | |
| Perotti and Carrade 1100 Larkspur Landing Circle Suite 358 Larkspur, CA 94939 | - | | | | | | X | 3,375.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Phil Leichliter 2333 Elgin Lane Walnut Creek, CA 94598 | - | | | | | | X | 5,200.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Pinnacle Communications 1873 St Andrews Place San Jose, CA 95132 | - | | | | | | X | 500.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Principal Builders 240 Stockton Street 5th Floor San Francisco, CA 94108 | - | | | | | | X | 4,948.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,228.98

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

In re **Peter R Fader**　　　　　　　　　　　　　, 　　Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Client | | | | |
| Ralph Iannelli 1486 East Valley Road Santa Barbara, CA 93108 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Vendor | | | | |
| Retail Resources, A Bunzl Company Mikel Eisenberg 7 Meadow Lane Westhampton Beach, NY 11978 | - | | | | | | X | |
| | | | | | | | | **75,000.00** |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Ring2 Communications Inc 460 Natoma Street Unit 12 San Francisco, CA 94103 | - | | | | | | X | |
| | | | | | | | | **448.70** |
| Account No. | | | | Urchin Capital Partners | | | | |
| Robert Stiggins 2040 Franklin Street #709 San Francisco, CA 94109 | - | | | | | | X | |
| | | | | | | | | **101,523.71** |
| Account No. | | | | Urchin Capital Partners | | | | |
| Ronald Opel 130 Clarke Road Needham, MA 02492 | - | | | | | | X | |
| | | | | | | | | **21,470.43** |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**198,442.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

In re **Peter R Fader** _____, Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Scott Colmery<br>4202 Hampton Avenue<br>Western Springs, IL 60558 | | - | | | Urchin Capital Partners | | | X | 10,520.64 |
| Account No.<br><br>Sierra Office Supply<br>9950 Horn Road<br>Suite 5<br>Sacramento, CA 95827 | | - | | | Urchin Partners, LLC | | | X | 211.84 |
| Account No.<br><br>Sprint<br>P O Box 219100<br>Kansas City, MO 64121 | | - | | | Urchin Partners, LLC | | | X | 456.00 |
| Account No.<br><br>State 114 Enterprises LP<br>1270 Soldiers Field Road<br>Brighton, MA 02135 | | - | | | Urchin Partners, LLC | | | X | 32,000.00 |
| Account No.<br><br>Steven Boal<br>101 1st Street<br>#800<br>Los Altos, CA 94022 | | - | | | Loan | | | X | 750,000.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

793,188.48

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re **Peter R Fader** ,                    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Partners, LLC | | | | |
| Street Account 875 West Broadway Suite B Jackson, WY 83001 | - | | | | | X | 3,810.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| Sweet and Baker 44 Second Street San Francisco, CA 94105-3440 | - | | | | | X | 1,643.80 |
| Account No. | | | Former Employee | | | | |
| Ted Swindells 139 24th Avenue San Francisco, CA 94121 | - | | | | | X | 250,000.00 |
| Account No. | | | Vendor | | | | |
| Terra Capital John Steinmetz 350 Madison Avenue 8th Floor New York, NY 10017 | - | | | | | X | 12,000.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| The Hartford P O Box 2907 Hartford, CT 06104 | - | | | | | X | 3,441.16 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **270,894.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Peter R Fader**                                      ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Urchin Capital Partners | | | X | |
| The Hartford P O Box 620 New Hartford, NY 13413 | | | | | | | 5,513.95 |
| Account No. | | - | Urchin Capital Partners | | | X | |
| The NASDAQ Stock Market P O Box 77777-W9940 Philadelphia, PA 19175 | | | | | | | 9,315.90 |
| Account No. | | - | Urchin Partners, LLC | | | X | |
| Thomson Financial P O Box 5136 Carol Stream, IL 60197 | | | | | | | 26,560.50 |
| Account No. | | - | Urchin Partners, LLC | | | X | |
| Time Warner Cable of NYC P O Box 9227 Uniondale, NY 11555 | | | | | | | 498.20 |
| Account No. | | - | Urchin Capital Partners | | | X | |
| Timothy Tiemann 23328 Barfield Drive Valencia, CA 91354 | | | | | | | 20,043.32 |

Sheet no. __22__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **61,931.87**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Peter R Fader** _____ ,      Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Urchin Partners, LLC | | | | | | |
| TNCI 2 Charles Gate West Boston, MA 02215 | | - | | | | | X | |
| | | | | | | | | 899.99 |
| Account No. | | Loan | | | | | | |
| Tom Lee c/o Molex 2222 Wallington Court Lisle, IL 60532 | | - | | | | | X | |
| | | | | | | | | 100,000.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Track Data 95 Rockwell Place Brooklyn, NY 11217 | | - | | | | | X | |
| | | | | | | | | 612.32 |
| Account No. | | | | | | | | |
| Urchin Capital Partners 124 Cabrillo Street San Francisco, CA 94118 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | Urchin Capital Partners | | | | | | |
| Urchin Partners, LLC 655 Montgomery Street Suite 900 San Francisco, CA 94111 | | - | | | | | X | |
| | | | | | | | | 102,250.88 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal (Total of this page)     **203,763.19**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Peter R Fader** ,                          Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Former Landlord | | | | | | |
| **Venture Spark Marianne Gaddy 2227 Union Street San Francisco, CA 94123** | - | | | | | | X | **Unknown** |
| Account No. | | Urchin Partners, LLC | | | | | | |
| **Verizon P O Box 15124 Albany, NY 12212** | - | | | | | | X | **1,795.10** |
| Account No. | | Urchin Partners, LLC | | | | | | |
| **Victoria Sedan & Limousine Service 301 California Drive Burlingame, CA 94010** | - | | | | | | X | **521.80** |
| Account No. | | Loan | | | | | | |
| **Warren Dean 1902 W Colorado Avenue Suite 110 San Mateo, CA 94402** | - | | | | | | X | **Unknown** |
| Account No. | | Vendor | | | | | | |
| **Winter Street Capital, LLC Scott Andron 80 E Sir Francis Drake Blvd. Larkspur, CA 94939** | - | | | | | | X | **60,000.00** |

Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **62,316.90**

Total (Report on Summary of Schedules)       **8,371,477.89**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Peter R Fader**                    ,       Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re   **Peter R Fader**                              ,       Case No. _____

                             Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

 

**0**     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   __Peter R Fader__        Case No. _____

                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant** | |
| Name of Employer | **Self Employed** | |
| How long employed | **n/a** | |
| Address of Employer | **465 10th Street** **San Francisco, CA 94111** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **0.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
|     b. Insurance | $ **0.00** | $ **N/A** |
|     c. Union dues | $ **0.00** | $ **N/A** |
|     d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **10,000.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **10,000.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **10,000.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **10,000.00** |

                                                  (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Peter R Fader**                                         Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 2,600.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 0.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 0.00 |
| d. Other | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 394.00 |
| 5. Clothing | | | $ | 100.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 50.00 |
| 8. Transportation (not including car payments) | | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 700.00 |
| d. Auto | | | $ | 0.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) **Self Employed** | | | $ | 765.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 17,500.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

| | | | |
|---|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 22,159.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. Average monthly income from Line 15 of Schedule I | | $ | 10,000.00 |
| b. Average monthly expenses from Line 18 above | | $ | 22,159.00 |
| c. Monthly net income (a. minus b.) | | $ | -12,159.00 |

# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader**                                                             Case No. _____
                                                    Debtor(s)         Chapter          **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**39**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 26, 2008**                                Signature   **/s/ Peter R Fader**
                                                                          **Peter R Fader**
                                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader**                             Case No. _____

                                      Debtor(s)             Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Self January 2008-Present** |
| **$124,800.00** | **Urchin Capital Partners 2007** |
| **$124,800.00** | **Urchin Capital 2006** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *San Francisco Child Support Enforcement | Once every month | $7,500.00 | $292,000.00 |
| *Amy Edelen 1745 Stockton Street Saint Helena, CA 94574 | Once every month | $10,000.00 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Allick v Fader CGC-06-458018 | | San Francisco Superior Court | Judgement entered on March 21, 2007 |
| Allick v Urchin Capital Partners CTC-08-507964 | | San Francisco Superior Court | Hearing on Entry of Judgement on January 30, 2008 |
| Fader v Gaddy CGC-07-461716 | Landlord Tenant | San Francisco Superior Court San Francisco, CA | Set for trial on April 1, 2007 |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **San Francisco Child Support Enforcement** | **1st of every month** | **$450.00 per month** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| William F. Abbott<br>211 Gough Street<br>Suite 201<br>San Francisco, CA 94102-6802 | January 17, 2008<br>Urchin Capital Partners | $6,000.00 |
| CCCS of San Francisco<br>595 Market Street<br>15th Floor<br>San Francisco, CA 94105 | January 23, 2008 | $50.00 |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 465 10th Street #401 San Francisco, CA | Peter Fader | October 2007-Present |
| 2768 Green Street #2 San Francisco, CA | Peter Fader | November 2005 - October 2007 |
| 1644 Taylor San Francisco, CA | Peter Fader | July 2003-November 2005 |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Amy Edelen 1745 Stockton St. Helena, CA 94574**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Urchin Partners, LLC** | **20-2739648** | **655 Montgomery Street Suite 900 San Francisco, CA 94111** | **Management Company** | **May 2005 - Present** |
| **Urchin Capital Partners** | **95-4685096** | **655 Montgomery Street Suite 900 San Francisco, CA 94111** | **Broker Dealer** | **May 2006 - January 2008** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Denis Carrade**<br>**1100 Larkspur Landing Circle**<br>**Suite 358**<br>**Larkspur, CA 94939** | **1988-Present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Denis Carrade** | **1100 Larkspur Circle**<br>**Suite 358**<br>**Larkspur, CA 94939** | **1988-Present** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Denis Carrade**<br>**1988-Present** | **1100 Larkspur Landing Circle**<br>**Suite 358**<br>**Larkspur, CA 94939** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **NASD** | |
| **SEC** | |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

**None ■**    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

**None ■**    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

**None ■**    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

**None ■**    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

**None ■**    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**25. Pension Funds.**

**None ■**    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **January 26, 2008**     Signature   **/s/ Peter R Fader**

       **Peter R Fader**

       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of California

In re __Peter R Fader__                                    Case No. _____
                              Debtor(s)          Chapter    __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐      I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐      I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐      I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date __January 26, 2008__          Signature    __/s/ Peter R Fader__
                                              **Peter R Fader**
                                              Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**William F Abbott 121285**     X **/s/ William F Abbott**     **January 26, 2008**
Printed Name of Attorney     Signature of Attorney     Date
Address:
**211 Gough Street**
**Suite 201**
**San Francisco, CA 94102-6802**
**415-863-9337**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Peter R Fader**     X **/s/ Peter R Fader**     **January 26, 2008**
Printed Name(s) of Debtor(s)     Signature of Debtor     Date

Case No. (if known)     X
Signature of Joint Debtor (if any)     Date

# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader**                                Case No. _____

                                    Debtor(s)         Chapter    **7** _____

## CREDITOR MATRIX COVER SHEET

        I declare that the attached Creditor Mailing Matrix, consisting of __**16**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **January 26, 2008** _____          **/s/ William F Abbott** _____

                                          Signature of Attorney
                                          **William F Abbott 121285**
                                          **William F. Abbott**
                                          **211 Gough Street**
                                          **Suite 201**
                                          **San Francisco, CA 94102-6802**
                                          **415-863-9337   Fax: 415-863-9318**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

Fader, Peter -

PETER R FADER
465 10TH STREET
APT. #401
SAN FRANCISCO CA 94111

PETER R FADER
465 10TH STREET
APT. #401
SAN FRANCISCO CA 94111

WILLIAM F ABBOTT
WILLIAM F. ABBOTT
211 GOUGH STREET
SUITE 201
SAN FRANCISCO, CA 94102-6802

ABN AMBRO
JOHN LARSON
95 LAUREL AVENUE
LARKSPUR CA 94939

ACC BUSINESS SERVICES
PO BOX 13136
NEWARK NJ 07101

ACE PARKING SERVICES
750 KEARNEY STREET
SAN FRANCISCO CA 94108

ADP
9310 TECH CENTER DRIVE
SUITE 170
SACRAMENTO CA 95826

AL FISHMAN
TESLER, SANDMANN & FISHMAN
235 PINT STREET
SUITE 1300
SAN FRANCISCO CA 94104

Fader, Peter -


ALANTE CONSTRUCTION CORP
84 E D5TH STREET
DEER PARK NY 11729


ALHAMBRA AND SIERRA SPRINGS
PO BOX 660579
DALLAS TX 75266


AMERICAN EXPRESS
PO BOX 360002
FORT LAUDERDALE FL 33336


AMERICAN STOCK EXCHANGE
BOX 757510
PHILADELPHIA PA 19175


AMY EDELEN
1745 STOCKTON STREET
SAINT HELENA CA 94574


ANGEL ALVIRA
238 AGATE WAY
HERCULES CA 94547


ASSURANT
P O BOX 807009
KANSAS CITY MO 64184


AT&T
ATT PAYMENT CENTER
SACRAMENTO CA 95887

Fader, Peter -


AT&T PRI
AT&T PRI PAYMENT CENTER
SACRAMENTO CA 95887


BIGDOUGH
12189 COLLECTIONS CENTER DRIVR
CHICAGO IL 60693


BIGHAM MCCUTCHEN
150 FEDERAL STREET
#23
BOSTON MA 02110


BILL DAILEY
539 EDINBURGH STREET
SAN MATEO CA 94402


BLOOMBERG, LP
PO BOX 30244
HARTFORD CT 06150


BLUE CROSS OF CALIFORNIA
P O BOX 54630
LOS ANGELES CA 90054


BRANDON KONO
3698 MODRONE STREET
OAKLAND CA 94619


BREARD AND ASSOCIATES
9221 CORBIN AVENUE
SUITE 170
NORTHRIDGE CA 91324

Fader, Peter -

BRENT STIGGINS
655 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO CA 94111


BRIAN DENNEN
655 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO CA 94111


BROOK FURNITURE RENTAL
4078 PAYSPHERE CIRCLE
CHICAGO IL 60674


CHARLES BOUCHER
5326 EAGLEBROOK TERRACE
DUBLIN CA 94568


CHELSEA FLOOR COVERING
139 W 19TH STREET
NEW YORK NY 10011


CHRIS ANTIPA
124 CABRILLO STREET
SAN FRANCISCO CA 94118


CHRISTOPHER ALLICK
303 LINDA VISTA DRIVE
MILL VALLEY CA 94941


COLLEEN DOUGHERTY
C/O DEPT OF CHILD CARE SERVICES
J.D. TRAUGH
617 MISSION STREET
SAN FRANCISCO CA 94105

CONED
JAF STATION
P O BOX 1702
NEW YORK NY 10116

COPOWER
DEPT 33824
P O BOX 39000
SAN FRANCISCO CA 94139

CYNTHIA DIETZMANN
P O BOX 712
5705 FISH CREEK
WILSON WY 83014

DAKOTA ARMS, LLC
PATRICK FRANKLIN
1310 INDUSTRY ROAD
STURGIS SD 57785

DATASHREAD
211 FORSAIL COURT
FOSTER CITYT CA 94404

DAVID PARKER
551 5TH AVENUE
NEW YORK NY 10176

DISH NETWORK
DEPT 0063
PALATINE IL 60055

DOUG ASHTON
ONE FEDERAL STREET
9TH FLOOR
BOSTON MA 02110

Fader, Peter -


E-VAULT, INC
DEPT LA 22257
PASADENA CA 91185


EQUILIBRIUM CAPITAL
ROLAN STIKOVAS
99 LYFORD DRIVE
#48
BELVEDERE TIBURON CA 94920


EZE CASTLE
52 VANDERBILT AVENUE
NEW YORK NY 10017


FINRA
P O BOX 7777-W5050
PHILADELPHIA PA 19175


FIRST REPUBLIC BANK
111 PINE STREET
SAN FRANCISCO CA 94104


FLAT IRON CORP
P O BOX 17600
DENVER CO 80217


FLORIN PAINTING INC.
14 PENN PLAZA
SUITE 1705
NEW YORK NY 10122


FRANK POPE
3460 BAKER STREET
SAN FRANCISCO CA 94123

Fader, Peter -

GARRI CHEVNOVSKYI
3925 RIVERTON AVENUE
#212
STUDIO CITY CA 91604


GECKO TECH, LLC
300 N. ELIZABETHE
SUITE 510-C
CHICAGO IL 60607


GERRY FLEMING
192 COMMONWEALTH AVENUE
#2
BOSTON MA 02116


GINA H SOCKOLOW
1049 PARK AVENUE
NEW YORK NY 10028


GINNY INC
17 GREENE AVENUE
BROOKLYN NY 11238


GISELLE CASEY, CSR
9 PALM AVENUE
CORTE MADERA CA 94925


GOLDEN GATE BANK
C/O WELLS FARGO BANK
1 MONTGOMERY STREET
SAN FRANCISCO CA 94104


HARROW SPORTS
600 W BAYAUD AVENUE
DENVER CO 80223

Fader, Peter -

HARTFORD GROUP
P O BOX 2907
HARTFORD CT 06104

HEALTH SCIENCES LIBRARY
SCOTTSDALE HEALTHCARE SHEA
9003 E SHEA BLVD.
SCOTTSDALE AZ 85260

HUNTING DOG CAPITAL, LLC
CHRISTOPHER ALLICK
425 CALIFORNIA STREET
SUITE 1200
SAN FRANCISCO CA 94104

HUNTING DOG CAPITAL, LLC
TODD BLANKFORT
425 CALIFORNIA STREET
SUITE 1200
SAN FRANCISCO CA 94104

INET ATS, INC
BOX 757503
PHILADELPHIA PA 19175

INFINISOURCE
ATTN: FINANCE DEPARTMENT
15 E WASHINGTON STREET
P O BOX 889
COLDWATER MI 49036

JIN TSUBOTA
91 MONTE CRESTA AVENUE
OAKLAND CA 94611

JOHN GADDY
2227 UNION STREET
SAN FRANCISCO CA 94122

Fader, Peter -


JOHN LARSON
95 LAUREL AVENUE
LARKSPUR CA 94939


JOHN VERRIER
210 ELMER STREET
WESTFIELD NJ 07090


JP MORGAN SECURITIES
ATTN: SOFT DOLLAR TEAM ONE
CHASE MANHATTAN PLAZA
14TH FLOOR
NEW YORK NY 10005


JUSTIN DROBENAIRE
6977 PINEHAVEN ROAD
OAKLAND CA 94611


KATE FOURCHY
3937 N WILSON AVENUE
FRESNO CA 93704


KEVIN MCNAMERA
181 POST ROAD WEST
WESTPORT CT 06880


KIM HAGENBUCH
13306 HIGHWAY 75
KETCHUM ID 83339


KLEINBERG, KAPLAN, WOLFF AND COHEN PC
551 FIFTH AVENUE
18TH FLOOR
NEW YORK NY 10176

Fader, Peter -


KLETTER & PERETZ
CARY KLETTER
ONE EMBARCADERO CENTER
SUITE 1200
SAN FRANCISCO CA 94111


LIPPENBERGER, THOMPSON, WELCH LLP
201 TAMAL VISTA BOULEVARD
CORTE MADERA CA 94925


LISA HAMILTON BARRY
398 REDWOOD ROAD
SAN ANSELMO CA 94960


LUIS ALVIRA
238 AGATE WAY
HERCULES CA 94547


MIKE ROSENBERG
201 50TH STREET
APT. 15G
LONG ISLAND CITY NY 11101


MONTGOMERY WASHINGTON TOWER
SPIEKER PARTNERS
DEPT 19761
P O BOX 45591
SAN FRANCISCO CA 94145


MORRISON AND FORSTER
425 MARKET STREET
SAN FRANCISCO CA 94105


MYRON WICK
50 OSGOOD PLACE
SAN FRANCISCO CA 94133

Fader, Peter -

NEOVEST
377 PARK AVENUE
NEW YORK NY 10172

NYFIX, INC
100 WALL STREET
26TH FLOOR
ATTN: CONTRACTS DEPT. CB-28
NEW YORK NY 10005

NYSE
BOX #4006
P O BOX 8500
PHILADELPHIA PA 19178

NYSE/ARCA EQUITIES
100 S WACKER DRIVE
SUITE 2012
CHICAGO IL 60606

OMGEO LLC
2967 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

ONCONOME
RAY CAIRNCROSS
201 ELLIOT AVRNUE WEST
SUITE 510
SEATTLE WA 98119

ONCONOME
C/O JAY HAGENBUCH
201 ELLIOT AVRNUE WEST
SUITE 510
SEATTLE WA 98119

PASSPORT CAPITAL
JOHN BURBANK
30 HOTALING PLACE
SUITE 300
SAN FRANCISCO CA 94111

Fader, Peter -


PAT GILLIGAN
655 MONTGOMERY STREET
SUITE 1400
SAN FRANCISCO CA 94111


PAUL KELLY
400 E 84TH
APT. #14E
NEW YORK NY 10028


PEROTTI AND CARRADE
1100 LARKSPUR LANDING CIRCLE
SUITE 358
LARKSPUR CA 94939


PHIL LEICHLITER
2333 ELGIN LANE
WALNUT CREEK CA 94598


PINNACLE COMMUNICATIONS
1873 ST ANDREWS PLACE
SAN JOSE CA 95132


PRINCIPAL BUILDERS
240 STOCKTON STREET
5TH FLOOR
SAN FRANCISCO CA 94108


RALPH IANNELLI
1486 EAST VALLEY ROAD
SANTA BARBARA CA 93108


RETAIL RESOURCES, A BUNZL COMPANY
MIKEL EISENBERG
7 MEADOW LANE
WESTHAMPTON BEACH NY 11978

RING2 COMMUNICATIONS INC
460 NATOMA STREET
UNIT 12
SAN FRANCISCO CA 94103


ROBERT STIGGINS
2040 FRANKLIN STREET
#709
SAN FRANCISCO CA 94109


RONALD OPEL
130 CLARKE ROAD
NEEDHAM MA 02492


SCOTT COLMERY
4202 HAMPTON AVENUE
WESTERN SPRINGS IL 60558


SIERRA OFFICE SUPPLY
9950 HORN ROAD
SUITE 5
SACRAMENTO CA 95827


SPRINT
P O BOX 219100
KANSAS CITY MO 64121


STATE 114 ENTERPRISES LP
1270 SOLDIERS FIELD ROAD
BRIGHTON MA 02135


STEVEN BOAL
101 1ST STREET
#800
LOS ALTOS CA 94022

Fader, Peter -


STREET ACCOUNT
875 WEST BROADWAY
SUITE B
JACKSON WY 83001


SWEET AND BAKER
44 SECOND STREET
SAN FRANCISCO CA 94105-3440


TED SWINDELLS
139 24TH AVENUE
SAN FRANCISCO CA 94121


TERRA CAPITAL
JOHN STEINMETZ
350 MADISON AVENUE
8TH FLOOR
NEW YORK NY 10017


THE HARTFORD
P O BOX 2907
HARTFORD CT 06104


THE HARTFORD
P O BOX 620
NEW HARTFORD NY 13413


THE NASDAQ STOCK MARKET
P O BOX 77777-W9940
PHILADELPHIA PA 19175


THOMSON FINANCIAL
P O BOX 5136
CAROL STREAM IL 60197

Fader, Peter -


TIME WARNER CABLE OF NYC
P O BOX 9227
UNIONDALE NY 11555


TIMOTHY TIEMANN
23328 BARFIELD DRIVE
VALENCIA CA 91354


TNCI
2 CHARLES GATE WEST
BOSTON MA 02215


TOM LEE
C/O MOLEX
2222 WALLINGTON COURT
LISLE IL 60532


TRACK DATA
95 ROCKWELL PLACE
BROOKLYN NY 11217


URCHIN CAPITAL PARTNERS
124 CABRILLO STREET
SAN FRANCISCO CA 94118


URCHIN PARTNERS, LLC
655 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO CA 94111


VENTURE SPARK
MARIANNE GADDY
2227 UNION STREET
SAN FRANCISCO CA 94123

Fader, Peter -


VERIZON
P O BOX 15124
ALBANY NY 12212


VICTORIA SEDAN & LIMOUSINE SERVICE
301 CALIFORNIA DRIVE
BURLINGAME CA 94010


WARREN DEAN
1902 W COLORADO AVENUE
SUITE 110
SAN MATEO CA 94402


WINTER STREET CAPITAL, LLC
SCOTT ANDRON
80 E SIR FRANCIS DRAKE BLVD.
LARKSPUR CA 94939