# United States Bankruptcy Court
## Northern District of California

In re    **Peter R Fader** _____    Case No.    **08-30119** _____

_____ Debtor(s)    Chapter    **7** _____

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**AMENDED SCHEDULES E & F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    **March 30, 2008** _____

**/s/ William F Abbott** _____
**William F Abbott 121285**
Attorney for Debtor(s)
**William F. Abbott**
**211 Gough Street**
**Suite 201**
**San Francisco, CA 94102**
**415-987-6051**
**billabbott@earthlink.net**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    Peter R Fader

Debtor

Case No.    __08-30119__

Chapter    __7__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 28,449.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 405,698.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 10,065,356.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 22,159.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 28,449.00 | | |
| Total Liabilities | | | | 10,471,054.73 | |

# United States Bankruptcy Court
## Northern District of California

In re     Peter R Fader                                 Case No.    __08-30119__

                                       Debtor                    Chapter              __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    Peter R Fader
_____,                    Case No. _____08-30119_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

■ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____2_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  Peter R Fader                              Case No.    __08-30119__

                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Colleen Dougherty c/o Dept of Child Care Services J.D. Traugh 617 Mission Street San Francisco, CA 94105 | | - | | | | | 113,995.00 | 0.00 | 113,995.00 |
| Account No. | | | | | | | | | |
| Lisa Hamilton Barry 398 Redwood Road San Anselmo, CA 94960 | | - | | | | | 178,059.00 | 0.00 | 178,059.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     292,054.00     0.00     292,054.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    Peter R Fader
Case No.    08-30119

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. xxx-xx-8867<br><br>Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240 | | | | | | | | | 0.00 |
| | | - | | | | | | 18,774.67 | 18,774.67 |
| Account No. xxx-xx-8867<br><br>Internal Revenue Service<br>100 Smith Ranch Road<br>Suite 120<br>San Rafael, CA 94903 | | | | | | | | | 94,869.36 |
| | | - | | | | | | 94,869.36 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 113,644.03 | 94,869.36<br>18,774.67 |
| | Total<br>(Report on Summary of Schedules) | 405,698.03 | 94,869.36<br>310,828.67 |

Date claim was incurred and consideration for claim:
- October 15, 2005 — 2003 Income Taxes (Franchise Tax Board)
- October 15, 2005 — 2003 Income Taxes (Internal Revenue Service)

B6F (Official Form 6F) (12/07)

In re __Peter R Fader__            Case No. __08-30119__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | |
| | | | | C | | | | |
| Account No. | | Loan and Partnership Contribution | | | | | | |
| ABN AMBRO John Larson 95 Laurel Avenue Larkspur, CA 94939 | - | | | | | | X | 565,000.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| ACC Business Services PO Box 13136 Newark, NJ 07101 | - | | | | | | X | 546.00 |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Ace Parking Services 750 Kearney Street San Francisco, CA 94108 | - | | | | | | X | 1,975.00 |
| Account No. | | Urchin Capital Partners | | | | | | |
| ADP 9310 Tech Center Drive Suite 170 Sacramento, CA 95826 | - | | | | | | X | 71,256.84 |
| __25__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 638,777.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      S/N:37586-080317    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter R Fader**                                                       Case No.   **08-30119**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Al Fishman<br>Tesler, Sandmann & Fishman<br>235 Pint Street<br>Suite 1300<br>San Francisco, CA 94104 | | - | | | | | | X | 74,568.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Alante Construction Corp<br>84 E D5th Street<br>Deer Park, NY 11729 | | - | | | | | | X | 9,308.67 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Alhambra and Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266 | | - | | | | | | X | 55.40 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336 | | - | | | | | | X | 24,567.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| American Stock Exchange<br>Box 757510<br>Philadelphia, PA 19175 | | - | | | | | | X | 314.11 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        108,813.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter R Fader**                                               Case No. ____**08-30119**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Capital Partners | | | | |
| American Stock Exchange Box 757510 Philadelphia, PA 19175 | - | | | | | X | 322.99 |
| Account No. | | | | | | | |
| Amy Edelen 1745 Stockton Street Saint Helena, CA 94574 | - | | | | | X | Unknown |
| Account No. | | | Loan | | | | |
| Angel Alvira 238 Agate Way Hercules, CA 94547 | - | | | | | X | 150,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| Assurant P O Box 807009 Kansas City, MO 64184 | - | | | | | X | 7,636.03 |
| Account No. | | | Urchin Partners, LLC | | | | |
| AT&T ATT Payment Center Sacramento, CA 95887 | - | | | | | X | 6,544.93 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 164,503.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   Peter R Fader                                       Case No.   08-30119

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T PRI<br>AT&T PRI Payment Center<br>Sacramento, CA 95887 | | - | Urchin Partners, LLC | | | X | 1,792.30 |
| Account No.<br><br>BigDough<br>12189 Collections Center Drivr<br>Chicago, IL 60693 | | - | Urchin Partners, LLC | | | X | 9,625.00 |
| Account No.<br><br>Bigham McCutchen<br>150 Federal Street<br>#23<br>Boston, MA 02110 | | - | Urchin Partners, LLC | | | X | 14,413.80 |
| Account No.<br><br>Bigham McCutchen<br>150 Federal Street<br>#23<br>Boston, MA 02110 | | - | Urchin Capital Partners | | | X | 86,878.95 |
| Account No.<br><br>Bill Dailey<br>539 Edinburgh Street<br>San Mateo, CA 94402 | | - | Partnership and Contribution of Loan | | | X | 280,000.00 |

Sheet no. __3__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     392,710.05

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    Peter R Fader
_____
            Debtor

Case No.    08-30119

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Urchin Partners, LLC | | | | |
| Bloomberg, LP PO Box 30244 Hartford, CT 06150 | - | | | | | | X | 45,371.48 |
| Account No. | | | | Urchin Capital Partners | | | | |
| Blue Cross of California P O Box 54630 Los Angeles, CA 90054 | - | | | | | | X | 36,942.00 |
| Account No. | | | | Urchin Capital Partners | | | | |
| Brandon Kono 3698 Modrone Street Oakland, CA 94619 | - | | | | | | X | 15,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Breard and Associates 9221 Corbin Avenue Suite 170 Northridge, CA 91324 | - | | | | | | X | 100.00 |
| Account No. | | | | Urchin Capital Partners | | | | |
| Brent Stiggins 655 Montgomery Street Suite 900 San Francisco, CA 94111 | - | | | | | | X | 100,000.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197,413.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Peter R Fader                                              Case No. _____08-30119_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Brian Dennen 655 Montgomery Street Suite 900 San Francisco, CA 94111 | | - | | | | | X | |
| | | | | | | | | 175,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Brook Furniture Rental 4078 Paysphere Circle Chicago, IL 60674 | | - | | | | | X | |
| | | | | | | | | 1,021.56 |
| Account No. | | | | Former Employee | | | | |
| Charles Boucher 5326 Eaglebrook Terrace Dublin, CA 94568 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Chelsea Floor Covering 139 W 19th Street New York, NY 10011 | | - | | | | | X | |
| | | | | | | | | 4,876.88 |
| Account No. | | | | Urchin Capital Partners | | | | |
| Chris Antipa 124 Cabrillo Street San Francisco, CA 94118 | | - | | | | | X | |
| | | | | | | | | 5,396.50 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186,294.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   __Peter R Fader__                                            Case No.   __08-30119__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Urchin Capital Partners | | | | |
| Christopher Allick 303 Linda Vista Drive Mill Valley, CA 94941 | | - | | | | | X | 591,225.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| ConEd JAF Station P O Box 1702 New York, NY 10116 | | - | | | | | X | 459.16 |
| Account No. | | | | Urchin Capital Partners | | | | |
| CoPower Dept 33824 P O Box 39000 San Francisco, CA 94139 | | - | | | | | X | 1,236.47 |
| Account No. | | | | Loan | | | | |
| Cynthia Dietzmann P O Box 712 5705 Fish Creek Wilson, WY 83014 | | - | | | | | X | 400,000.00 |
| Account No. | | | | Loan | | | | |
| Dakota Arms, LLC Patrick Franklin 1310 Industry Road Sturgis, SD 57785 | | - | | | | | X | 400,000.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       1,392,920.63

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter R Fader**                                           Case No.   __08-30119__
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Datashread<br>211 Forsail Court<br>Foster Cityt, CA 94404 | - | | Urchin Partners, LLC | | | X | 159.00 |
| Account No.<br><br>David Parker<br>551 5th Avenue<br>New York, NY 10176 | - | | Former Employee | | | X | Unknown |
| Account No.<br><br>Dish Network<br>Dept 0063<br>Palatine, IL 60055 | - | | Urchin Partners, LLC | | | X | 89.43 |
| Account No.<br><br>Doug Ashton<br>One Federal Street<br>9th Floor<br>Boston, MA 02110 | - | | Urchin Partners | | | X | Unknown |
| Account No.<br><br>E-Vault, Inc<br>Dept LA 22257<br>Pasadena, CA 91185 | - | | Urchin Partners, LLC | | | X | 2,454.38 |

Sheet no. _7_ of _25_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   2,702.81

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re    **Peter R Fader**                                 Case No.    **08-30119**

Debtor

<h1 align="center">SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS</h1>
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Former Employee | | | | |
| Equilibrium Capital Rolan Stikovas 99 Lyford Drive #48 Belvedere Tiburon, CA 94920 | | - | | | | X | 2,345.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| EZE Castle 52 Vanderbilt Avenue New York, NY 10017 | | - | | | | X | 10,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| FINRA P O Box 7777-W5050 Philadelphia, PA 19175 | | - | | | | X | 22,487.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| First Republic Bank 111 Pine Street San Francisco, CA 94104 | | - | | | | X | 1,403.84 |
| Account No. | | | Urchin Capital Partners | | | | |
| Flat Iron Corp P O Box 17600 Denver, CO 80217 | | - | | | | X | 3,310.10 |

Sheet no.  **8**  of  **25**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **39,545.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Peter R Fader                                                    Case No.    08-30119
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Florin Painting Inc. 14 Penn Plaza Suite 1705 New York, NY 10122 | | - | Urchin Partners, LLC | | | X | 2,225.00 |
| Account No.  Frank Pope 3460 Baker Street San Francisco, CA 94123 | | - | Former Employee | | | X | Unknown |
| Account No.  Garri Chevnovskyi 3925 Riverton Avenue #212 Studio City, CA 91604 | | - | Urchin Capital Partners | | | X | 60,000.00 |
| Account No.  Gecko Tech, LLC 300 N. Elizabethe Suite 510-C Chicago, IL 60607 | | - | Urchin Partners, LLC | | | X | 1,047.91 |
| Account No.  Gerry Fleming 192 Commonwealth Avenue #2 Boston, MA 02116 | | - | Former Employee | | | X | 10,000.00 |

Sheet no.  9   of   25   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 73,272.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8137                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Peter R Fader                                        Case No.    08-30119
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Urchin Capital Partners | | | | |
| Gina H Sockolow 1049 Park Avenue New York, NY 10028 | | - | | | | | X | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| GINNY Inc 17 Greene Avenue Brooklyn, NY 11238 | | - | | | | | X | |
| | | | | | | | | 24,500.00 |
| Account No. | | | | Urchin Capital Partners | | | | |
| Giselle Casey, CSR 9 Palm Avenue Corte Madera, CA 94925 | | - | | | | | X | |
| | | | | | | | | 2,146.40 |
| Account No. | | | | Loan | | | | |
| Golden Gate Bank c/o Wells Fargo Bank 1 Montgomery Street San Francisco, CA 94104 | | - | | | | | X | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Harrow Sports 600 W Bayaud Avenue Denver, CO 80223 | | - | | | | | X | |
| | | | | | | | | 8,000.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      234,646.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Peter R Fader                                                    Case No.    08-30119
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Hartford Group P O Box 2907 Hartford, CT 06104 | | - | | | | | | X | 448.80 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Health Sciences Library Scottsdale Healthcare Shea 9003 E Shea Blvd. Scottsdale, AZ 85260 | | - | | | | | | X | 124.50 |
| Account No. | | | | | Loan | | | | |
| Hunting Dog Capital, LLC Christopher Allick 425 California Street Suite 1200 San Francisco, CA 94104 | | - | | | | | | X | 260,000.00 |
| Account No. | | | | | Former Employee | | | | |
| Hunting Dog Capital, LLC Todd Blankfort 425 California Street Suite 1200 San Francisco, CA 94104 | | - | | | | | | X | Unknown |
| Account No. | | | | | Urchin Capital Partners | | | | |
| INET ATS, Inc Box 757503 Philadelphia, PA 19175 | | - | | | | | | X | 114.65 |

Sheet no. __11__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            260,687.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Peter R Fader                                       Case No.    08-30119

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Infinisource<br>Attn: Finance Department<br>15 E Washington Street<br>P O Box 889<br>Coldwater, MI 49036 | | - | Urchin Capital Partners | | | X | 875.00 |
| Account No. xxx-xx-8867<br><br>Internal Revenue Service<br>100 Smith Ranch Road<br>Suite 120<br>San Rafael, CA 94903 | | - | Filed prior to January 1, 2005<br>1998 Income Taxes (filed prior to 1/1/2005) | | | | 165,280.95 |
| Account No. xxx-xx-8867<br><br>Internal Revenue Service<br>100 Smith Ranch Road<br>Suite 120<br>San Rafael, CA 94903 | | - | Filed prior to January 1, 2005<br>1999 Income Taxes (filed prior to 1/1/2005) | | | | 28,597.86 |
| Account No.<br><br>Jin Tsubota<br>91 Monte Cresta Avenue<br>Oakland, CA 94611 | | - | Urchin Capital Partners | | | X | 1,165.98 |
| Account No.<br><br>John Gaddy<br>2227 Union Street<br>San Francisco, CA 94122 | | - | | | | X | 150,000.00 |

Sheet no. __12__ of __25__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)      345,919.79

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Peter R Fader
_____
                  Debtor

Case No. ____08-30119____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | Urchin Capital Partners | | | | |
| John Larson<br>95 Laurel Avenue<br>Larkspur, CA 94939 | | - | | | | | | X | 302,500.00 |
| Account No. | | | | | Former Employee | | | | |
| John Verrier<br>210 Elmer Street<br>Westfield, NJ 07090 | | - | | | | | | X | 200,000.00 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| JP Morgan Securities<br>Attn: Soft Dollar Team One<br>Chase Manhattan Plaza<br>14th Floor<br>New York, NY 10005 | | - | | | | | | X | 135.08 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Justin Drobenaire<br>6977 Pinehaven Road<br>Oakland, CA 94611 | | - | | | | | | X | 50,000.00 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Kate Fourchy<br>3937 N Wilson Avenue<br>Fresno, CA 93704 | | - | | | | | | X | 600,000.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,152,635.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter R Fader**                                              Case No.   **08-30119**
_____                                    _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Urchin Capital Partners | | | | |
| Kevin McNamera 181 Post Road West Westport, CT 06880 | | - | | | | | X | Unknown |
| Account No. | | | | Urchin Partners | | | | |
| Kim Hagenbuch 13306 Highway 75 Ketchum, ID 83339 | | - | | | | | X | Unknown |
| Account No. | | | | Urchin Capital Partners | | | | |
| Kleinberg, Kaplan, Wolff and Cohen PC 551 Fifth Avenue 18th Floor New York, NY 10176 | | - | | | | | X | 6,008.76 |
| Account No. | | | | Former Employee | | | | |
| Kletter & Peretz Cary Kletter One Embarcadero Center Suite 1200 San Francisco, CA 94111 | | - | | | | | X | 15,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Lippenberger, Thompson, Welch LLP 201 Tamal Vista Boulevard Corte Madera, CA 94925 | | - | | | | | X | 8,000.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,008.76**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter R Fader**                                               Case No. _____**08-30119**_____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Urchin Capital Partners | | | | |
| Luis Alvira 238 Agate Way Hercules, CA 94547 | - | | | | | X | 55,000.00 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Luis Alvira 238 Agate Way Hercules, CA 94547 | | | | | | X | 175,000.00 |
| Account No. | | | Urchin Capital Partners | | | | |
| Mike Rosenberg 201 50th Street Apt. 15G Long Island City, NY 11101 | - | | | | | X | 1,663.23 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Montgomery Washington Tower Spieker Partners Dept 19761 P O Box 45591 San Francisco, CA 94145 | - | | | | | X | 95,709.19 |
| Account No. | | | Urchin Partners, LLC | | | | |
| Morrison and Forster 425 Market Street San Francisco, CA 94105 | - | | | | | X | 35,000.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          362,372.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __Peter R Fader__         Case No. __08-30119__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Myron Wick**<br>50 Osgood Place<br>San Francisco, CA 94133 | | - | | | Loan | | | X | 940,000.00 |
| Account No.<br><br>**Neovest**<br>377 Park Avenue<br>New York, NY 10172 | | - | | | Urchin Capital Partners | | | X | 427.89 |
| Account No.<br><br>**NYFIX, Inc**<br>100 Wall Street<br>26th Floor<br>Attn: Contracts Dept. CB-28<br>New York, NY 10005 | | - | | | Urchin Capital Partners | | | X | 2,994.60 |
| Account No.<br><br>**NYSE**<br>Box #4006<br>P O Box 8500<br>Philadelphia, PA 19178 | | - | | | Urchin Capital Partners | | | X | 2,996.78 |
| Account No.<br><br>**NYSE/ARCA EQUITIES**<br>100 S Wacker Drive<br>Suite 2012<br>Chicago, IL 60606 | | - | | | Urchin Capital Partners | | | X | 311.48 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     946,730.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re   Peter R Fader                                          Case No.   08-30119
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Urchin Partners, LLC | | | | | | |
| Omgeo LLC 2967 Collections Center Drive Chicago, IL 60693 | | - | | | | | X | 418.40 |
| Account No. | | Urchin Capital Partners | | | | | | |
| Omgeo LLC 2967 Collections Center Drive Chicago, IL 60693 | | - | | | | | X | 2,214.20 |
| Account No. | | Client | | | | | | |
| Onconome Ray Cairncross 201 Elliot Avrnue West Suite 510 Seattle, WA 98119 | | - | | | | | X | 75,000.00 |
| Account No. | | | | | | | | |
| Onconome c/o Jay Hagenbuch 201 Elliot Avrnue West Suite 510 Seattle, WA 98119 | | - | | | | | X | Unknown |
| Account No. | | Client | | | | | | |
| Passport Capital John Burbank 30 Hotaling Place Suite 300 San Francisco, CA 94111 | | - | | | | | X | Unknown |

Sheet no.  17  of  25  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          77,632.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Peter R Fader                                          Case No. _____08-30119_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Loan | | | | |
| Pat Gilligan 655 Montgomery Street Suite 1400 San Francisco, CA 94111 | - | | | | | | | X | 100,000.00 |
| Account No. | | | | | Former Employee | | | | |
| Paul Kelly 400 E 84th Apt. #14E New York, NY 10028 | - | | | | | | | X | 250,000.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Perotti and Carrade 1100 Larkspur Landing Circle Suite 358 Larkspur, CA 94939 | - | | | | | | | X | 4,205.98 |
| Account No. | | | | | Urchin Capital Partners | | | | |
| Perotti and Carrade 1100 Larkspur Landing Circle Suite 358 Larkspur, CA 94939 | - | | | | | | | X | 3,375.00 |
| Account No. | | | | | Urchin Partners, LLC | | | | |
| Phil Leichliter 2333 Elgin Lane Walnut Creek, CA 94598 | - | | | | | | | X | 5,200.00 |

Sheet no. _18_ of _25_ sheets attached to Schedule of         Subtotal         | 362,780.98 |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    Peter R Fader                                                    Case No.    08-30119
_____                        _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| **Account No.** | | | | | | Urchin Partners, LLC | | | | |
| Pinnacle Communications<br>1873 St Andrews Place<br>San Jose, CA 95132 | - | | | | | | | | X | |
| | | | | | | | | | | 500.00 |
| **Account No.** | | | | | | Urchin Partners, LLC | | | | |
| Principal Builders<br>240 Stockton Street<br>5th Floor<br>San Francisco, CA 94108 | - | | | | | | | | X | |
| | | | | | | | | | | 4,948.00 |
| **Account No.** | | | | | | Client | | | | |
| Ralph Iannelli<br>1486 East Valley Road<br>Santa Barbara, CA 93108 | - | | | | | | | | X | |
| | | | | | | | | | | Unknown |
| **Account No.** | | | | | | Vendor | | | | |
| Retail Resources, A Bunzl Company<br>Mikel Eisenberg<br>7 Meadow Lane<br>Westhampton Beach, NY 11978 | - | | | | | | | | X | |
| | | | | | | | | | | 75,000.00 |
| **Account No.** | | | | | | Urchin Partners, LLC | | | | |
| Ring2 Communications Inc<br>460 Natoma Street<br>Unit 12<br>San Francisco, CA 94103 | - | | | | | | | | X | |
| | | | | | | | | | | 448.70 |

Sheet no. __19__ of __25__ sheets attached to Schedule of                 Subtotal                80,896.70
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Peter R Fader__                        Case No. ___08-30119___
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |
| Account No. |  | Urchin Capital Partners |  |  |  |  |  |  |
| Robert Stiggins 2040 Franklin Street #709 San Francisco, CA 94109 | - |  |  |  |  |  | X | 101,523.71 |
| Account No. |  | Urchin Capital Partners |  |  |  |  |  |  |
| Ronald Opel 130 Clarke Road Needham, MA 02492 | - |  |  |  |  |  | X | 21,470.43 |
| Account No. |  | Urchin Capital Partners |  |  |  |  |  |  |
| Scott Colmery 4202 Hampton Avenue Western Springs, IL 60558 | - |  |  |  |  |  | X | 10,520.64 |
| Account No. |  | Urchin Partners, LLC |  |  |  |  |  |  |
| Sierra Office Supply 9950 Horn Road Suite 5 Sacramento, CA 95827 | - |  |  |  |  |  | X | 211.84 |
| Account No. |  | Urchin Partners, LLC |  |  |  |  |  |  |
| Sprint P O Box 219100 Kansas City, MO 64121 | - |  |  |  |  |  | X | 456.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     134,182.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Peter R Fader**                       Case No. _____**08-30119**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> State 114 Enterprises LP <br> 1270 Soldiers Field Road <br> Brighton, MA 02135 | | - | Urchin Partners, LLC | | | X | 32,000.00 |
| Account No. <br><br> Steven Boal <br> 101 1st Street <br> #800 <br> Los Altos, CA 94022 | | - | Loan | | | X | 750,000.00 |
| Account No. <br><br> Street Account <br> 875 West Broadway <br> Suite B <br> Jackson, WY 83001 | | - | Urchin Partners, LLC | | | X | 3,810.00 |
| Account No. <br><br> Sweet and Baker <br> 44 Second Street <br> San Francisco, CA 94105-3440 | | - | Urchin Capital Partners | | | X | 1,643.80 |
| Account No. <br><br> Ted Swindells <br> 139 24th Avenue <br> San Francisco, CA 94121 | | - | Former Employee | | | X | 250,000.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of            Subtotal        | **1,037,453.80**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Case: 08-30119    Doc# 16    Filed: 03/31/08    Entered: 03/31/08 12:01:41    Page 28 of 33

In re  Peter R Fader
_____
            Debtor

Case No. _____08-30119_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Terra Capital<br>John Steinmetz<br>350 Madison Avenue<br>8th Floor<br>New York, NY 10017 | | - | | | | | X | 12,000.00 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| The Hartford<br>P O Box 2907<br>Hartford, CT 06104 | | - | | | | | X | 3,441.16 |
| Account No. | | | | Urchin Capital Partners | | | | |
| The Hartford<br>P O Box 620<br>New Hartford, NY 13413 | | - | | | | | X | 5,513.95 |
| Account No. | | | | Urchin Capital Partners | | | | |
| The NASDAQ Stock Market<br>P O Box 77777-W9940<br>Philadelphia, PA 19175 | | - | | | | | X | 9,315.90 |
| Account No. | | | | Urchin Partners, LLC | | | | |
| Thomson Financial<br>P O Box 5136<br>Carol Stream, IL 60197 | | - | | | | | X | 26,560.50 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,831.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Peter R Fader                                           Case No.     __08-30119__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Urchin Partners, LLC | | | | |
| Time Warner Cable of NYC P O Box 9227 Uniondale, NY 11555 | - | | | | | | | X | 498.20 |
| **Account No.** | | | | | Urchin Capital Partners | | | | |
| Timothy Tiemann 23328 Barfield Drive Valencia, CA 91354 | - | | | | | | | X | 20,043.32 |
| **Account No.** | | | | | Urchin Partners, LLC | | | | |
| TNCI 2 Charles Gate West Boston, MA 02215 | - | | | | | | | X | 899.99 |
| **Account No.** | | | | | Loan | | | | |
| Tom Lee c/o Molex 2222 Wallington Court Lisle, IL 60532 | - | | | | | | | X | 100,000.00 |
| **Account No.** | | | | | Urchin Partners, LLC | | | | |
| Track Data 95 Rockwell Place Brooklyn, NY 11217 | - | | | | | | | X | 612.32 |

Sheet no. __23__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      122,053.83

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Peter R Fader**                 Case No.     **08-30119**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Urchin Capital Partners<br>124 Cabrillo Street<br>San Francisco, CA 94118 | - | | | X | X | X | Unknown |
| Account No.<br><br>Urchin Partners, LLC<br>655 Montgomery Street<br>Suite 900<br>San Francisco, CA 94111 | - | Urchin Capital Partners | | | | X | 102,250.88 |
| Account No.<br><br>Venture Spark<br>Marianne Gaddy<br>2227 Union Street<br>San Francisco, CA 94123 | - | Former Landlord | | | | X | Unknown |
| Account No.<br><br>Verizon<br>P O Box 15124<br>Albany, NY 12212 | - | Urchin Partners, LLC | | | | X | 1,795.10 |
| Account No.<br><br>Victoria Sedan & Limousine Service<br>301 California Drive<br>Burlingame, CA 94010 | - | Urchin Partners, LLC | | | | X | 521.80 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **104,567.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Peter R Fader__                                   Case No. ____08-30119____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| Warren Dean 1902 W Colorado Avenue Suite 110 San Mateo, CA 94402 | | - | | | | X | 1,500,000.00 |
| Account No. | | | Vendor | | | | |
| Winter Street Capital, LLC Scott Andron 80 E Sir Francis Drake Blvd. Larkspur, CA 94939 | | - | | | | X | 60,000.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,560,000.00 |
| Total (Report on Summary of Schedules) | | 10,065,356.70 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **Peter R Fader** _____     Case No.  **08-30119** _____

_____     Chapter  **7** _____

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 30, 2008** _____     Signature  **/s/ Peter R Fader** _____

**Peter R Fader**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy