Entered on Docket
July 15, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 15, 2008

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
patricia.cutler@usdoj.gov

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No: 08-30119 DM 7
)
**PETER R. FADER,** ) Chapter 7
)
)
 Debtor. )
_____)

### ORDER APPROVING STIPULATION TO EXTEND
### § 707(b)(3) AND § 727 DEADLINES

Based upon the Stipulation to Extend § 707(b)(3) and § 727 Deadlines between Debtor Peter R. Fader, through his attorney, and Sara L. Kistler, Acting United States Trustee, through her attorney;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved; and

2. The Acting United States Trustee shall have an extension to and including July 31, 2008, to file a motion to dismiss this case pursuant to 11 U.S.C. § 707(b)(3), and/or to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727.

****END OF ORDER****

**COURT SERVICE LIST**

Debtor
Peter R Fader
465 10th Street
Apartment 401
San Francisco, CA 94111

Debtor's Counsel
William F. Abbott
Law Offices of William F. Abbott
211 Gough St. #201
San Francisco, CA 94102

Chapter 7 Trustee
Andrea A. Wirum
P.O. Box 1108
Lafayette, CA 94549

Chapter 7 Trustee's Counsel
Daniel M. Linchey
Goldberg, Stinnett, Meyers and Davis
44 Montgomery St. #2900
San Francisco, CA 94104

U.S. Trustee
Patricia A. Cutler
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104