| | |
|---|---|
| 1 | MARK J. ROMEO (Bar # 112002)<br>LAW OFFICES OF MARK J. ROMEO |
| 2 | 130 Sutter Street, 7th Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 395-9315<br>Facsimile: (415) 395-9318 |
| 4 | *romeolaw@msn.com* |
| 5 | Attorneys for Lessor/Claimant<br>JOHN GADDY |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 08-30119 |
|---|---|---|
| | ) | Chapter 7 |
| PETER R. FADER DBA URCHN | ) | **REQUEST FOR SPECIAL** |
| PARTNERS, DBA URCHIN PARTNERS | ) | **NOTICE** |
| LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Bankruptcy Rule 2002, Claimant JOHN GADDY hereby appears in this action and requests that notice of all actions, proceedings and filings in this case be sent to the following address:

MARK J. ROMEO
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile: (415) 395-9318
*romeolaw@msn.com*

Dated: August 14, 2008    LAW OFFICES OF MARK J. ROMEO

    By/S/Mark J. Romeo
    MARK J. ROMEO