KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Creditor Steven R. Boal

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Peter R. Fader
*dba* Urchin Capital Partners
*dba* Urchin Partners LLC,

Debtor.

Case No.: 08-30119-DM

**NOTICE OF APPEARANCE**

[No Hearing Required]

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that creditor Steven R. Boal, by and through his counsel, Keker, Van Nest & Peters LLP, hereby files this notice of appearance pursuant to Bankruptcy Rule 9010(b), and requests that all notices given or required to be given in this Chapter 7 case, and all papers served or required to be served in the Chapter 7 case, be given and served upon:

>   Brook Dooley
>   Keker, Van Nest & Peters LLP
>   633 Battery Street
>   San Francisco, CA 94111
>   Telephone: (415) 391-5400
>   Facsimile: (415) 397-7188

Dated: January 24, 2020

KEKER, VAN NEST & PETERS LLP

By: /s/ Elliot R. Peters
ELLIOT R. PETERS
BROOK DOOLEY
VICTOR CHIU

Attorneys for Creditor Steven R. Boal