| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | ELLIOT R. PETERS - # 158708<br>epeters@keker.com |
| 3 | BROOK DOOLEY - # 230423<br>bdooley@keker.com |
| 4 | VICTOR CHIU - # 305404<br>vchiu@keker.com |
| 5 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 6 | Telephone: 415 391 5400<br>Facsimile: 415 397 7188 |

KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415 391 5400
Facsimile:	415 397 7188

KELLER BENVENUTTI KIM LLP
PETER J. BENVENUTTI (#60566)
pbenvenutti@kbkllp.com
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: 415 364 6798
Facsimile: 650 636 9251

Attorneys for STEVEN R. BOAL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    Peter R. Fader<br>    *dba* Urchin Capital Partners<br>    *dba* Urchin Partners LLC,<br><br>                       Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel of record for Steven R. Boal ("Boal"), together with Keker, Van Nest & Peters, LLP, in the chapter 7 case of the above-captioned debtor, and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, or any other applicable rule or statute, requests that notice of all matters that may come before the Court be given to:

KELLER BENVENUTTI KIM LLP
Peter J. Benvenutti
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: 415.364.6798
Email: pbenvenutti@kbkllp.com

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, or hearing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise.

This notice of appearance and request for special notice is without prejudice to: (1) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Boal to the jurisdiction of the Court; (2) Boal's right to have final orders in non-core matters entered only after de novo review by a District Judge; (3) Boal's right to trial by jury in any proceeding so triable in the chapter 7 case or any case, controversy, or proceeding relating to the chapter 7 case; (4) Boal's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Boal is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 19, 2020                KELLER BENVENUTTI KIM LLP


By:  /s/ *Peter J. Benvenutti*
       Peter J. Benvenutti
       Co-counsel for Steven R. Boal