Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT**, Pachulski Stang Ziehl & Jones LLP, counsel for E. Lynn Schoenmann, Chapter 7 Trustee, hereby gives notice that the firm's address has changed to:

PACHULSKI STANG ZIEHL & JONES LLP
**One Sansome Street, 34th Floor, Suite 3430**
**San Francisco, CA 94104**
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

Dated: September 27, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Miriam Manning*
Kenneth H. Brown
Miriam Manning

*Counsel for E. Lynn Schoenmann, Chapter 7 Trustee*