Lisa Barry
398 Redwood Road
San Anselmo, CA 94960
Email: lbarrym@aol.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

PETER R. FADER
*dba* Urchin Capital Partners
*dba* Urchin Partners LLC,

    Debtor.

Case No.: 08-30119-DM

Chapter 7

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6-1**

    I, Lisa Hamilton Barry, hereby withdraw proof of claim no. 6-1, with prejudice, filed in the above referenced case on or about September 24. 2019. To date, no objection to claim no. 6-1 has been filed and no complaint against me has been filed in an adversary proceeding.

Dated: September 15, 2022

                                        */s/ Lisa Hamilton Barry*
                                        Lisa Hamilton Barry

|     |     |
| --- | --- |
| 1   | STATE OF CALIFORNIA        ) |
| 2   | CITY OF SAN FRANCISCO      ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104.

On October 20, 2022, I caused to be served the following documents in the manner stated below:

- ***NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6-1***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **October 20, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 20, 2022 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

Peter R. Fader
Case No. 08-30119-DM

**SERVED VIA ECF**

- o William F. Abbott    billabbott@earthlink.net, warrentwooesq@cs.com
- o Tracy O'Driscoll Appleton    tappleton@dnfllp.com, paralegals@dnfllp.com
- o Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
- o Peter J. Benvenutti    pbenvenutti@kbkllp.com
- o Kenneth H. Brown    kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- o Victor Chiu    vchiu@keker.com, VFujisawa@keker.com
- o Patricia A. Cutler    patricia.cutler@usdoj.gov
- o Loren Kieve    lk@kievelaw.com
- o Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- o Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- o Tyler Meade    tyler@meadefirm.com
- o Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- o Mark J. Romeo    romeolaw@msn.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com

**SERVED VIA US MAIL**

Lisa Barry
398 Redwood Road
San Anselmo, CA  94960