Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF ERRATA AND AMENDMENT TO NOTICE OF MOTION TO APPROVE COMPROMISE OF ADVERSARY PROCEEDING AGAINST STEVEN R. BOAL AND QUOTIENT TECHNOLOGY PURSUANT TO FRBP 9019**<br><br>**Hearing Date:**<br><br>Date: November 15, 2022<br>Time: 11:30 a.m.<br>Place: Telephonically or by Video<br>Judge: Honorable Dennis Montali<br><br>Objection Deadline: November 8, 2022 |

**PLEASE TAKE NOTICE THAT** on October 19, 2022, E. Lynn Schoenmann ("Trustee") filed a *Motion to Approve Compromise of Adversary Proceeding Against Steven R. Boal and Quotient Technology Pursuant To FRBP 9019* (the "Motion") [Docket No. 100] and a *Notice of Hearing on Motion to Approve Compromise of Adversary Proceeding Against Steven R. Boal and Quotient Technology Pursuant to FRBP 9019* [Docket No. 101] (the "Notice"). The Motion and Notice summarized the terms of a Settlement Agreement and Release (the "Settlement Agreement") by and between the Trustee, Steven R. Boal and Quotient Technology Inc. However, the Motion

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

and Notice did not clearly state that defendants Steven R. Boal and Quotient Technology Inc.'s (collectively "Defendants") obligations to pay the $5,000,000 settlement amount is conditioned upon the Bankruptcy Court entering a final, non-appealable order approving the terms of the Settlement Agreement (the "Effective Date"). This Notice of Eratta and Amendment to Notice is intended to clarify that the Defendants' payment obligations under the Settlement Agreement do not arise until after the Effective Date.

As set forth in the Settlement Agreement, a copy of which is attached to the Trustee's declaration as Exhibit A [Docket No. 100-2], the Defendants are to pay the Trustee the following two payments:

- First Payment: The sum of two million, five-hundred thousand U.S. Dollars ($2,500,000) to be paid within the earlier of (i) December 15, 2022, provided that the Effective Date precedes that date by at least five (5) business days, and (ii) fifteen (15) business days of the Effective Date.

- Second Payment: The sum of two million, five-hundred thousand U.S. Dollars ($2,500,000) received by the Trustee no later than ninety (90) calendar days after the first Payment was initially due.

In the event of any conflict between the summary of the Settlement Agreement set forth in the Motion and/or Notice and the Settlement Agreement itself, the terms of the Settlement Agreement shall govern.

**PLEASE TAKE FURTHER NOTICE** that the caption of the Notice erroneously states that the Objection Deadline is October 28, 2022. The correct Objection Deadline is **November 8, 2022** (and was so noted on page 3 of the Notice).

**PLEASE TAKE FURTHER NOTICE** that page 3 of the Notice contains the incorrect address of Trustee's counsel for service of any objection or response. The correct address is:

PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104

Dated: October 21, 2022          PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Miriam Manning*
    Miriam Manning
    Counsel for E. Lynn Schoenmann,
    Chapter 7 Trustee