1  Kenneth H. Brown (CA Bar No. 100396)
   Miriam Manning (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, 34th Floor, Suite 3430
3  San Francisco, CA 94104
   Telephone: 415/263-7000
4  Facsimile:  415/263-7010

5  E-mail: kbrown@pszjlaw.com
           mmanning@pszjlaw.com
6
   Counsel for E. Lynn Schoenmann,
7  Chapter 7 Trustee

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>                  Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF ESTATE'S POST-PETITION TAX OBLIGATIONS**<br><br><u>Hearing Date</u><br>Date:  November 15, 2022<br>Time:  11:30 a.m.<br>Place: Courtcall/Videoconference<br>Judge: Honorable Dennis Montali |
|---|---|

E. Lynn Schoenmann, the duly appointed trustee ("<u>Trustee</u>") of the chapter 7 estate of Peter R. Fader, moves (the "<u>Motion</u>") pursuant to 11 U.S.C. Section 503(b)(1)(B), for allowance of, and authority to pay, administrative tax claims resulting from a proposed settlement of a lawsuit pending before this Court in Adversary Proceeding No. 20-03007). On October 19, 2022, the Trustee filed a *Motion to Approve Compromise of Adversary Proceeding Against Steven R. Boal and Quotient Technology Pursuant to FRBP* (Dkt No. 100) for authority to settle the estate's claims asserted in that lawsuit for the sum of $5,000,000 payable in two equal installments of $2,500,000 each. Upon the estate's receipt of each $2,500,000 installment, the estate will incur tax obligations that are not anticipated to exceed the following amounts: (a) to the United States Treasury-- $345,000 for 2022

and $265,000 for 2023; and (b) to the California Franchise Tax Board-- $128,000 for 2022 and $106,000 for 2023. The Trustee requests authority to pay these tax obligations in amounts not exceeding these amounts.

This Motion is supported by the accompanying Notice of Hearing, the Memorandum of Points and Authorities, the supporting declaration of the Trustee's accountant, Jay Crom of Bachecki Crom and Company, and such other evidence and argument as may be offered at the hearing on this Motion.

Dated: October 21, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Miriam Manning*
Kenneth H. Brown
Miriam Manning
Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee