Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF ESTATE'S POST-PETITION TAX OBLIGATIONS**<br><br><u>Hearing Date</u><br>Date: November 15, 2022<br>Time: 11:30 a.m.<br>Place: Courtcall/Videoconference<br>Judge: Honorable Dennis Montali<br><br>Objection Deadline: November 8, 2022 |

**PLEASE TAKE NOTICE THAT** the Bankruptcy Court will hold a hearing on the *Chapter 7 Trustee's Motion for Order Authorizing Payment of Estate's Post-Petition Tax Obligations* (the "<u>Motion</u>") on **November 15, 2022 at 11:30 a.m (Pacific Time)** before the Honorable Dennis Montali, United States Bankruptcy Judge. By way of the Motion, the Trustee seeks authority to pay administrative expense tax claims resulting from a proposed settlement of a lawsuit currently pending before the Bankruptcy Court in Adversary Proceeding No. 20-03007. The Trustee has agreed, subject to Bankruptcy Court approval, to settle the estate's claims asserted in that lawsuit in for $5,000,000 payable in two equal installments of $2,500,000 each. If the Bankruptcy Court approves the proposed settlement and upon the estate's receipt of each $2,500,000

installment, the estate will incur tax obligations that are not anticipated to exceed the following amounts owing to: (a) the United States Treasury in the amount of $345,000 for the 2022 tax year and $265,000 for the 2023 tax year; and (b) the California Franchise Tax Board, in the amount of $128,000 for the 2022 tax year and $106,000 for the 2023 tax year. By way of this Motion, the Trustee requests authority to pay these tax obligations in an amount not to exceed those noted here.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed.

> **All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must comply with the Federal Rules of Bankruptcy Procedure, the Local Rules of the Court, and must be filed with the above captioned Court and served (by first class mail or email) by **November 8, 2022** upon counsel for the Trustee:

Miriam Manning
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
mmanning@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting documents can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102 or (iii) contacting counsel for the Trustee, Miriam Manning

1. at mmaning@pszjlaw.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that if there is no timely written opposition to the Motion, the Court may enter an order granting the relief requested in the Motion without further hearing or notice.

Dated: October 21, 2022　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Miriam Manning*
　　　Miriam Manning
　　　Counsel for E. Lynn Schoenmann,
　　　Chapter 7 Trustee