

Signed and Filed: November 10, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Bankruptcy Case |
|  | ) No. 08-30119-DM |
| PETER R. FADER, | ) |
|  | ) Chapter 7 |
|  | ) |
| Debtor. | ) Date: November 15, 2022 |
|  | ) Time: 11:30 AM |
|  | ) Via Tele/Videoconference |
|  | ) www.canb.uscourts.gov/calendars |
|  | ) |

### MEMORANDUM DECISION ON COMPROMISE AND RELATED MOTIONS

The court has reviewed the *Trustee's Motion to Approve Compromise of Adversary Proceeding Against Steven R. Boal and Quotient Technology Pursuant to FRBP 9019* (the "Compromise Motion") (Dkt. 100), *Trustee's Motion for Order Authorizing Payment of Estate's Post-Petition Tax Obligations* (the "Tax Motion") (Dkt. 108), and the *Application of The Meade Firm P.C. and Dontzin Nagy & Fleissig LLP as Special Litigation Counsel for Allowance and Payment of Contingency Fees for Services Rendered and Reimbursement of Expenses* (the "Application") (Dkt. 112). The Compromise Motion resolves the issues presented in *Schoenmann v. Boal,* Adv. Proc. 20-3007. The Application

-1-

describes services rendered by counsel on behalf of Plaintiff, E. Lynn Schoenmann, Trustee, in that adversary proceeding.

No objections have been filed to any of them.

As to the Compromise Motion, this was a hard-fought battle among determined litigants represented by very able counsel. The Trustee has carried her burden under *In re A & C Properties,* 784 F. 2nd 1377 (9th Cir. 1986) that not only is the settlement reflected in the Compromise Motion within the range of reasonableness, but that approval is in the best interests of creditors who probably assumed over ten years ago that this Chapter Seven case was a lost cause and that they would never receive a cent from this no asset case.

As to the Application, the contingency fee was very much that, and counsel took an enormous risk in undertaking this litigation. Their fees are justly earned and deserved. The Trustee's request to pay the estimated tax liabilities in the Tax Motion is unusual but appropriate under the circumstances.

The hearings on all three matters are DROPPED from the November 15, 2022, calendar, and counsel for the Trustee should upload orders granting the Compromise Motion and the Tax Motion, and special counsel for the Trustee should upload the order granting the Application.

As a point of personal privilege, the court extends its congratulations and appreciation for a job well-done to counsel for both sides for their tenacity and fine representation of their clients, while maintaining their professionalism, cooperation and good will during this extended battle, and to the Trustee, Mr. Fader and Mr. Boal for reaching a fair and

reasonable solution rather than prolonging the battle and the corresponding uncertainty, expense and delay.

*** END OF MEMORANDUM DECISION **

COURT SERVICE LIST

ECF Recipients