Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>   PETER R. FADER<br>   *dba* Urchin Capital Partners<br>   *dba* Urchin Partners LLC,<br><br>                     Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA     )
                        )
CITY OF SAN FRANCISCO   )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104.

On November 10 and 11, 2022, I caused to be served the following documents in the manner stated below:

- ***TRUSTEE'S RESPONSE TO CREDITOR'S OBJECTION TO MOTION TO COMPROMISE ADVERSARY PROCEEDING AGAINST STEVEN R. BOAL AND QUOTIENT TECHNOLOGY PURSUANT TO FRBP 9019***
- ***DECLARATION OF MIRIAM MANNING IN SUPPORT OF TRUSTEE'S RESPONSE TO CREDITOR'S OBJECTION TO MOTION TO COMPROMISE ADVERSARY PROCEEDING AGAINST STEVEN R. BOAL AND QUOTIENT TECHNOLOGY PURSUANT TO FRBP 9019***

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **November 10, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 11, 2022 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

Peter R. Fader
Case No. 08-30119-DM

**SERVED VIA ECF**

- o William F. Abbott billabbott@earthlink.net, warrentwooesq@cs.com
- o Tracy O'Driscoll Appleton tappleton@dnfllp.com, paralegals@dnfllp.com
- o Bachecki, Crom & Co., LLP JCrom@bachcrom.com
- o Peter J. Benvenutti pbenvenutti@kbkllp.com
- o Kenneth H. Brown kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- o Victor Chiu vchiu@keker.com, VFujisawa@keker.com
- o Patricia A. Cutler patricia.cutler@usdoj.gov
- o Loren Kieve lk@kievelaw.com
- o Marc A. Levinson Malevinson@orrick.com, casestream@ecf.courtdrive.com
- o Miriam Manning mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- o Tyler Meade tyler@meadefirm.com
- o Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- o Mark J. Romeo romeolaw@msn.com
- E. Lynn Schoenmann tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com

**SERVED VIA EMAIL ON NOVEMBER 10, 2022 AND SERVED VIA U.S. MAIL ON NOVEMBER 11, 2022**

| | | |
|---|---|---|
| Counsel for Quotient Technology Inc.<br>Matt Caplan<br>Jayme B. Staten<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Email: mcaplan@cooley.com<br>jstaten@cooley.com | Counsel for Steven Boal<br>Brook Dooley<br>Victor T. Chiu<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Email: bdooley@keker.com<br>vchiu@keker.com | Counsel for Debtor<br>Loren Kieve<br>Kieve Law Firm<br>2655 Steiner Street<br>San Francisco, CA 94115-1141<br>Email: lk@kievelaw.com |
| John Gaddy<br>2256 Wolfberry Way<br>Santa Rosa, CA 95404<br>Email: jhngaddy@gmail.com | | |