

Signed and Filed: November 19, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

    PETER R. FADER
    *dba* Urchin Capital Partners
    *dba* Urchin Partners LLC,

               Debtor.

Case No.: 08-30119-DM

Chapter 7

**ORDER APPOVING APPLICATION FOR PAYMENT OF FEES AND EXPENSES TO THE MEADE FIRM P.C. AND DONTZIN NAGY & FLEISSIG LLP AS SPECIAL LITIGATION COUNSEL**

    The Court has reviewed and considered the Application of The Meade Firm P.C. and Dontzin Nagy & Fleissig LLP ("Special Litigation Counsel") for Allowance and Payment of Contingency Fees for Services Rendered and Reimbursement of Expenses ("Application"), which was filed on and served on October 25, 2022. (Dkt. 112.) No objections were filed with the Court within the required deadline. The Court finds good cause to grant the Application. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    The Application is granted.

    2.    The Trustee is authorized to pay Special Litigation Counsel the following amounts once this Order becomes final and the first payment specified in the Settlement Agreement is received: (a) $1,500,000 of the contingency fee, and (b) the $84,728.14 in reimbursable expenses.

    3.    The Trustee is authorized to pay the remaining $500,000 to Special Litigation Counsel once the second payment set forth in the Settlement Agreement is received by the Trustee.

4. If the recission right set forth in the Settlement Agreement is triggered and the Trustee opts to exercise it, Special Litigation Counsel shall return to the Trustee all fees and expenses paid to them pursuant to this Order.

5. If less than the full settlement amount is paid and the Trustee elects to accept the reduced payment, Special Litigation Counsel shall return any portion of the contingency fee paid to them that exceeds 40% of the gross settlement proceeds.

6. Special Litigation Counsel shall not pay the law firm of Orrick Herrington & Sutcliffe LLP the agreed upon share of the contingency fee ($100,000) until the expiration of the period within which recission is possible.

**\*\*\* END OR ORDER \*\*\***

**COURT SERVICE LIST**