E. Lynn Schoenmann, Trustee
35 Miller Avenue, #298
Mill Valley CA 94941
Telephone 415-569-4390
email: lschoenmann@schoenmannsf.com

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PETER R. FADER** | ) | |
| *dba* **Urchin Capital Partners** | ) | |
| *dba* **Urchin Partners LLC,** | ) | **Case No. 08-30119-DM** |
| | ) | |
| **Debtor.** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |

## TRUSTEE'S FIRST INTERIM REPORT AND APPLICATION FOR INTERIM COMPENSATION

E. Lynn Schoenmann, Trustee and Applicant herein ("Applicant" or "Trustee"), hereby submits her *First Interim Report and Application for Interim Compensation*.

On January 26, 2008, Peter R. Fader ("Debtor") filed a voluntary chapter 7 bankruptcy petition. The Debtor received a discharge and the case was closed in 2010.

On July 14, 2019, the Debtor filed an application to reopen the case to disclose claims that were omitted from his schedules and to enable a trustee to determine whether the claims were property of the estate and if so to liquidate the claims for the benefit of creditors and,

1

possibly, in part for the benefit of the Debtor. The claims arose from Steven R. Boal's ("Boal") promises to pay the Debtor for raising capital for two of Boal's companies: Quotient Technology, Inc. ("Quotient") and CashStar, Inc. ("CashStar"). The Debtor claimed that based on those promises, he raised millions of dollars for Quotient and CashStar, but when he requested payment pursuant to the oral promises made by Boal, Boal refused to pay him.

On September 13, 2019, the Debtor's bankruptcy case was reopened and Applicant was appointed Trustee.

The case presented unique and significant challenges. The claims against Boal, which were the only asset of the estate, were based on decades old oral agreements. Debtor's credibility and veracity were challenged by Boal. But despite these challenges, after nearly two years of litigation, Applicant and her professionals were able to achieve and obtain Court approval of a settlement which will result in a meaningful distribution to creditors.

At the outset, Applicant, with court approval, retained general bankruptcy counsel for the estate, as well as special litigation counsel (the Meade Firm P.C. and Dontzin Nagy & Fleissig LLP) to prosecute the claims on a contingency fee basis.

The Debtor contended that he had rights to the claims because they arose, in part, post-petition. To resolve the dispute over the ownership of the claims, Applicant and the Debtor negotiated and ultimately entered into a Litigation Recovery Sharing Agreement ("Sharing Agreement") which provides the Debtor with 40% of the net proceeds recovered from Applicant's prosecution of the Claims and 60% to the estate, after payment of all allowed chapter 7 administrative expenses and allowed domestic support obligations. On February 6, 2020, the Court approved the Sharing Agreement.

2

Applicant's investigation of the claims revealed that they were colorable. On December 9, 2019 a complaint was filed in the Santa Clara County Superior Court against Boal and Quotient alleging claims for breach of oral contracts, breach of fiduciary duties, and for imposition of a constructive trust, declaratory relief, and an accounting. Boal removed the complaint to the United States District Court for the Northern District of California and the case was referred to the Bankruptcy Court where it is currently pending as Adversary Proceeding No. 20-03007 (the "Adversary Proceeding").

In August 2022 the parties participated in a mediation and agreed to settle, subject to Bankruptcy Court approval. The settlement was memorialized in a Settlement Agreement and Release (the "Settlement Agreement") pursuant to which Boal and Quotient agreed to pay the estate the sum of $5,000,000 payable in two equal installments of $2,500,000 in consideration for a full release. The releases become effective 91 days after the Trustee receives the last payment which is due in March 2023. The Trustee retains the right to rescind the Settlement Agreement if either Quotient or Boal files an insolvency proceeding at any time after entry of a final order approving the Settlement Agreement and 91 days from the last payment. If the Trustee decides to rescind the Settlement Agreement, all disbursements from the settlement are to be returned to the Trustee, including any professional fees paid.

On November 10, 2022, the Court issued a memorandum decision approving the Settlement Agreement (and related motions) and overruled the objection to the Settlement Agreement that had been filed by a creditor. On November 16, 2022 the Court entered an order approving the Settlement Agreement.

Applicant received the first installment of $2,500,000 in two wire transfers received on

3

December 15 and December 16, 2022. Applicant anticipates that the remaining $2,500,000 will be paid in March 2023.

The administration of the estate is largely complete now that the Adversary Proceeding has settled, subject to the Trustee's right to rescind the Settlement Agreement. To date, Applicant has received $2,500,000 and intends to use such funds to pay her professionals upon Court approval of interim fee applications. Applicant anticipates making a distribution to priority Domestic Support Obligation creditors, to the Debtor pursuant to the Sharing Agreement, and to general unsecured creditors shortly after 91 days after receipt of the second and final payment of the remaining $2,500,000 and after payment of any further, final chapter 7 professional fees and administrative claims. Applicant has begun reviewing the general unsecured claims to determine whether objections may be appropriate.

Applicant has reviewed and approved first interim fee applications submitted by counsel, special litigation counsel, and accountant to the estate. Applicant has prepared her First Interim Report which is submitted herewith, which provides a detailed accounting of her administration of the estate to date. Applicant is further submitting herewith her time records through January 7, 2023.

Trustee compensation payable pursuant to Bankruptcy Code section 326 is calculated as follows:

25% of the first $5,000 ($1,250);

10% of the next $$45,000 ($4,500);

5% of the next $950,000 ($47,500);

3% of amounts in excess of $1,000,000 ($45,000);

4

for a total maximum compensation of $98,250.00.   Applicant submits that this amount is presumptively reasonable compensation under the facts and circumstances of this case (*In re Salgado-Nava 473 B.R. 911 (BAP 9th Cir. 2012))*.   Applicant is hereby requesting approval of First Interim Compensation in the amount of $98,250.00.

Respectfully submitted,

/s/E. Lynn Schoenmann_____                    Dated: January 7, 2023
E. Lynn Schoenmann, Trustee

.

5

E. Lynn Schoenmann, Trustee
35 Miller Ave #298
Mill Valley CA 94941-1903

Telephone: (415) 569-4390

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| FADER, PETER R | 08-30119 SDM |
| | **TRUSTEE'S FIRST INTERIM REPORT** |
| **Debtor(s)** | |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Final Report, and declares as follows:

1.      INTRODUCTION. The petition commencing this case was filed on January 26, 2008, the undersigned was appointed Trustee on September 13, 2019, and the 11 U.S.C.§341(a) meeting was completed on May 5, 2008. The amount of the Trustee's bond is now Blanket.

2.      DISPOSITION OF ASSETS. An accounting of the disposition of all property is attached hereto as U.S.T. FORM 1 (Individual Estate Property Record).

3.      RECEIPTS AND DISBURSEMENTS. An itemized statement of the Trustee's receipts and disbursements showing total receipts of $2,500,000.00, disbursements of $1,585,427.95 and balance of funds on hand of $914,572.05, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record) together with bank statements and cancelled checks, if required by the Court.

4.      CLAIMS. The disposition of claims is ongoing.

5.      TRUSTEE'S FEES AND EXPENSES. Pursuant to 11 U.S.C. § 330(a), I am now requesting the interim compensation of $98,250.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $0.00 pursuant to my Application of Trustee for Compensation.

I have previously received $0.00 of the total interim compensation and $0.00 of the above total as interim reimbursement, and now request the sum of $98,250.00 as my first interim compensation and the additional sum of $0.00 as my first interim reimbursement.

6.      Professional(s) Fees and Expenses:

Pursuant to 11 U.S.C. Section 330(a), the following **PACHULSKI STANG ZIEHL & JONES** has filed an application for employment approved by the Court and is now requesting the first interim compensation of $289,259.09 and reimbursement of reasonable and necessary expenses incurred in the amount of $1,652.09 pursuant to his/her fee application.

PACHULSKI STANG ZIEHL & JONES has previously received $0.00 of the total as interim compensation and $0.00 of the above total as interim reimbursement, and now requests the sum of **$289,259.09** as his(her) first interim compensation and the additional sum of **$1,652.09** as his(her) first interim reimbursement of expense.

Pursuant to 11 U.S.C. Section 330(a), the following **BACHECKI CROM & CO LLP** has filed an application for employment approved by the Court and is now requesting the first interim compensation of $15,648.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $20.55 pursuant to his/her fee application.

BACHECKI CROM & CO LLP has previously received $0.00 of the total as interim compensation and $0.00 of the above total as interim reimbursement, and now requests the sum of **$15,648.50** as his(her) first interim compensation and the additional sum of **$20.55** as his(her) first interim reimbursement of expense.

7.     Attached as Exhibit A-1 is the Trustee's proposed distribution, which is provided for information purposes only.

8.     I certify that neither I nor any of the professionals listed above had been paid more than declared above or promised any compensation from any other source for services rendered in this case. Pursuant to Rule 2016, no payments have been made or promised to me for compensation in connection with this case and no agreement or understanding exists between me and any other entity for the sharing of compensation received or to be received for services in connection with this case.

I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement of understanding, express or implied, with anyone whatsoever as to any division of fees in the above matter.


DATE:  January 5, 2023                              /s/ E. Lynn Schoenmann
                                                    E. LYNN SCHOENMANN, Trustee

Case Number: 08-30119    SDM                                        Page  1                                        Date: January 5, 2023
Debtor Name: FADER, PETER R

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | $914,572.05 |
| | E. LYNN SCHOENMANN COMPENSATION | Administrative | $98,250.00 | $0.00 | $98,250.00 | $98,250.00 | $816,322.05 |
| | THE MEADE FIRM PC Other Professional Fees | Administrative | $1,500,000.00 | $572,504.78 | $927,495.22 | $0.00 | $816,322.05 |
| | THE MEADE FIRM PC Other Professional Expenses | Administrative | $84,728.14 | $0.00 | $84,728.14 | $0.00 | $816,322.05 |
| | DONTZIN NAGY & FLEISSIG LLP Other Professional Fees | Administrative | $1,012,223.36 | $1,012,223.36 | $0.00 | $0.00 | $816,322.05 |
| | PACHULSKI STANG ZIEHL & JONES Attorney for Trustee Fees (Other Fi | Administrative | $289,259.09 | $0.00 | $289,259.09 | $289,259.09 | $527,062.96 |
| | PACHULSKI STANG ZIEHL & JONES Attorney for Trustee Expenses (Othe | Administrative | $1,652.09 | $0.00 | $1,652.09 | $1,652.09 | $525,410.87 |
| | BACHECKI CROM & CO LLP Accountant for Trustee Fees (Other | Administrative | $15,648.50 | $0.00 | $15,648.50 | $15,648.50 | $509,762.37 |
| | BACHECKI CROM & CO LLP Accountant for Trustee Expenses (Ot | Administrative | $20.55 | $0.00 | $20.55 | $20.55 | $509,741.82 |
| BANK FEES | AXOS BANK Bank Service Fee under 11 U.S.C. § | Administrative | $699.81 | $699.81 | $0.00 | $0.00 | $509,741.82 |
| **Subtotals For Administrative** | **66.28711 %** | | **$3,002,481.54** | **$1,585,427.95** | **$1,417,053.59** | **$404,830.23** | |
| 000013-2 | NAPA CNTY DEPT CHILD SUPPORT [withdrawn] Domestic Support Obligations-- §507 | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $509,741.82 |
| 000021 | NAPA COUNTY CHILD SUPPORT SERVICES Domestic Support Obligations-- §507 | Priority | $27,956.64 | $0.00 | $27,956.64 | $0.00 | $509,741.82 |
| 000023-2 | SAN FRANCISCO DCSS Domestic Support Obligations-- §507 | Priority | $110,628.00 | $0.00 | $110,628.00 | $0.00 | $509,741.82 |
| 000005 | CONSOLIDATED EDISON CO OF NY INC Unsecured Claims Allowed Under 502( | Priority | $654.34 | $0.00 | $654.34 | $0.00 | $509,741.82 |
| 000024 | STEVEN R BOAL & BROOK DOOLEY Unsecured Claims Allowed Under 502( | Priority | $104,040.00 | $0.00 | $104,040.00 | $0.00 | $509,741.82 |
| 000001 | LISA H BARRY Wages-- 507(a)(4) | Priority | $170,430.00 | $0.00 | $170,430.00 | $0.00 | $509,741.82 |
| 000006 | LISA HAMILTON BARRY - WITHDRAWN Wages-- 507(a)(4) | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $509,741.82 |

Case Number: 08-30119    SDM      Page 2      Date: January 5, 2023
Debtor Name: FADER, PETER R

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| 000008A | H JUSTIN DROBENAIRE <br> Wages-- 507(a)(4) | Priority | $25,000.00 | $0.00 | $25,000.00 | $0.00 | $509,741.82 |
| 000009A | H JUSTIN DROBENAIRE <br> Wages-- 507(a)(4) | Priority | $25,000.00 | $0.00 | $25,000.00 | $0.00 | $509,741.82 |
| **Subtotals For Priority** | | 0.00000 % | **$463,708.98** | **$0.00** | **$463,708.98** | **$0.00** | |
| 000002 | CONSOLIDATED EDISON CO OF NY INC <br> General Unsecured 726(a)(2) | Unsecured | $597.19 | $0.00 | $597.19 | $0.00 | $509,741.82 |
| 000003 | ADP INC <br> General Unsecured 726(a)(2) | Unsecured | $57,005.47 | $0.00 | $57,005.47 | $0.00 | $509,741.82 |
| 000004 | BINGHAM MCCUTCHEN LLP <br> General Unsecured 726(a)(2) | Unsecured | $104,000.42 | $0.00 | $104,000.42 | $0.00 | $509,741.82 |
| 000007 | CYNTHIA P DIETZMANN <br> General Unsecured 726(a)(2) | Unsecured | $425,000.00 | $0.00 | $425,000.00 | $0.00 | $509,741.82 |
| 000010 | ERIC L KROGIUS <br> General Unsecured 726(a)(2) | Unsecured | $80,000.00 | $0.00 | $80,000.00 | $0.00 | $509,741.82 |
| 000011 | KATE CAMPBELL WATTS <br> General Unsecured 726(a)(2) | Unsecured | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $509,741.82 |
| 000012 | ADAM PATRICK TRACY <br> General Unsecured 726(a)(2) | Unsecured | $45,000.00 | $0.00 | $45,000.00 | $0.00 | $509,741.82 |
| 000014 | MYRON WICK <br> General Unsecured 726(a)(2) | Unsecured | $1,000,000.00 | $0.00 | $1,000,000.00 | $0.00 | $509,741.82 |
| 000015 | WARREN DEAN <br> General Unsecured 726(a)(2) | Unsecured | $1,080,000.00 | $0.00 | $1,080,000.00 | $0.00 | $509,741.82 |
| 000016 | RALPH DAVIES LEWIS <br> General Unsecured 726(a)(2) | Unsecured | $225,000.00 | $0.00 | $225,000.00 | $0.00 | $509,741.82 |
| 000017 | MARYON D LEWIS & RALPH LEWIS <br> General Unsecured 726(a)(2) | Unsecured | $100,000.00 | $0.00 | $100,000.00 | $0.00 | $509,741.82 |
| 000018 | BRIAN DENNEN <br> General Unsecured 726(a)(2) | Unsecured | $275,000.00 | $0.00 | $275,000.00 | $0.00 | $509,741.82 |
| 000019 | THOMAS S LEE <br> General Unsecured 726(a)(2) | Unsecured | $100,000.00 | $0.00 | $100,000.00 | $0.00 | $509,741.82 |
| 000020 | JOHN GADDY <br> General Unsecured 726(a)(2) | Unsecured | $160,000.00 | $0.00 | $160,000.00 | $0.00 | $509,741.82 |
| 000022 | STEVEN R BOAL & BROOK DOOLEY <br> Tardy General Unsecured 726(a)(3) | Unsecured | $1,312,770.97 | $0.00 | $1,312,770.97 | $0.00 | $509,741.82 |
| 000025 | JOHN LARSON <br> Tardy General Unsecured 726(a)(3) | Unsecured | $550,000.00 | $0.00 | $550,000.00 | $0.00 | $509,741.82 |
| **Subtotals For Unsecured** | | 0.00000 % | **$5,764,374.05** | **$0.00** | **$5,764,374.05** | **$0.00** | |

# EXHIBIT A-1
## PROPOSED DISTRIBUTION

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-----------|----------------|--------------|---------------|---------------|-----------------|
| << Totals >> | | | $9,230,564.57 | $1,585,427.95 | $7,645,136.62 | $404,830.23 | $509,741.82 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Case No:        08-30119      Judge: DENNIS MONTALI

Case Name:      FADER, PETER R

For Period Ending: 01/11/23

Trustee Name:               E. LYNN SCHOENMANN

Date Filed (f) or Converted (c):   01/26/08 (f)

341(a) Meeting Date:          05/05/08

Claims Bar Date:             12/16/19

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. BREACH OF CONTRACT LITIGATION (u) [Debtor agreements with Steven R Boal of Company Quotient Technology Inc & Cash Star Inc] [01/31/20: Notice of hearing on motion to approve litigation recovery sharing agreement w/Debtor; Doc#56] | Unknown | 4,000,000.00 | | 2,500,000.00 | 2,500,000.00 | 0.00 | 0.00 |
| 2. CASH ON HAND (u) Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 3. WELLS FARGO ACCOUNT (u) Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 4. HOUSEHOLD GOODS & FURNISHINGS (u) Debtor Claimed Exemption | 9,999.00 | 0.00 | | 0.00 | FA | 0.00 | 9,999.00 |
| 5. ART AND FRAMED PHOTOGRAPHICS (u) Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA | 0.00 | 3,500.00 |
| 6. MEN'S CLOTHING (u) Debtor Claimed Exemption | 450.00 | 0.00 | | 0.00 | FA | 0.00 | 450.00 |
| 7. 100% OF SHARES OF URCHING PARTNERS LLC (u) Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 8. 75% SHARES OF URCHIN CAPITAL PARTNERS (u) LLC Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 10,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $28,449.00    $4,000,000.00            $2,500,000.00    $2,500,000.00    $0.00    $28,449.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

dba Urchin Capital Partners; dba Urchin Partners LLC

Case: 08-30119    Doc# 130    Filed: 01/11/23    Entered: 01/11/23 15:05:05    Page 11 of 37

LFORM1EX

Ver: 22.07d

| | | | | |
|---|---|---|---|---|
| Case No: | 08-30119 | Judge: DENNIS MONTALI | | |
| Case Name: | FADER, PETER R | | | |

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Date Filed (f) or Converted (c): | 01/26/08 (f) |
| 341(a) Meeting Date: | 05/05/08 |
| Claims Bar Date: | 12/16/19 |

.

09/25/19: Case [re-opened] will be administered to pursue a breach of contract claim.  Special litigation counsel being employed.

11/12/19: Order approving employment of the Meade Firm and Dontzin Nagy & Fleissig LLP as special litition counsels; Doc#53

01/31/20: Notice of hearing this date on motion to approve litigation recovery sharing agreement with Debtor; Doc#56

03/31/20: Revenue sharing agreement with Debtor has been approved by the court.  Litigation proceeding.  At issue currently is jurisdiction - defendant moving to withdraw reference to bankruptcy court.  Matter pending in District Court.

09/30/20:  Motion to withdraw reference denied, matter will remain in BK court.  Hearing on motion to dismiss held on 9/4/20: Awaiting ruling.

10/30/20: Memorandum decision entered:  Motion to Dismiss by defendant Boal denied; motion to dismiss by defendant Quotient granted.  Litigation will proceed with respect to defendant Boal.  Status conference set for 12/18/20.

11/13/20: Order entered granting Quotient motion to dismiss.

11/14/22: Order re objection filed by John Gaddy; Doc#119

11/15/22: Order apporving motion for order authorizing payment of estate's post-petition tax obligations; Doc#121

11/16/22: Order approving motion to approve compromise of adversary proceeding agains Steven R Boal and Quotient Tech; Doc#123

12/10/20: Order entered denying Boal motion to dismiss.

12/18/20: Status conference held.  Next status conference set for 4/29/21.

12/31/20: Discovery continuing.

01/27/21: Conference call with litigation counsel, review of witnesses, status.  Discovery ongoing.  Depositions being scheduled.  Anticipating discovery to be completed late 2021; summary judgment early 2022.

06/02/21: No change; ongoing discovery

09/19/21: No change; ongoing discovery.

12/31/21: Ongoing discovery.  Counsel for defendant have slowed the proceedings by arguing that depositions should not be taken until all documents have been produced, and further that the various document productions are deficient.  These arguments should be mostly decided at a hearing on dueling motions to compel scheduled for January 28, 2022.

Pending motions to compel: Defendant seeks to compel the trustee to respond to interrogatories concerning our common interest with Fader, dates of respective representation, and communications with corroborating witnesses.  Our motion to compel relates to information  regarding defendant's receipt and transfer of shares of stock, and receipt of finder fees.  Our reply has made it clear that defendant's responses remain deficient.

We have deposed two of six corroborating witnesses in April and September, 2021.  We believe their testimony makes it unlikely that defandant will be able to obtain summary judgment in his favor.  Three more depositions have been scheduled for February 15, 17 and 24.  After all corroborating witness depositions have been completed, we will depose

Case: 08-30119    Doc# 130    Filed: 01/11/23    Entered: 01/11/23 15:05:05    Page 12 of 37

Case No:  08-30119  Judge: DENNIS MONTALI
Case Name:  FADER, PETER R

Trustee Name:  E. LYNN SCHOENMANN
Date Filed (f) or Converted (c):  01/26/08 (f)
341(a) Meeting Date:  05/05/08
Claims Bar Date:  12/16/19

defendant, who will likely depose Fader; we expect to complete them by early summer, at which point document production and written discovery should be essentially complete.  We anticipate that defendant will file a motion for summary judgment later this year.  Assuming it is denied, as we expect and as it should be, it is possible that we will thereupon engage in settlement discussions.

No trial date has been set, but the matter should be ready for trial in 2023.

03/25/22: Updated litigation schedule provided through close of discovery February 2023.  Next status conference August 2022.

03/31/22: Debtor Fader deposition scheduled for April 27.

05/20/22: Delayed Fader deposition  completed.

08/24/22: JAMS mediation held.  Mediator to make recommendation re settlement number.

08/25/22: Mediator's recommendatoin  of $5m received and accepted.  Waiting for response from defendant.

10/21/22: Settlement agreement signed at $5m; $2.5m payable by 12/15/22 and $2.5m March 2023; releases to be effective 91 days after final payment received.   Agreement has been noticed and court approval pending.  Claims to be reviewed and case closed third quarter 2023.  Significant dividend to gucs anticipated.

10/25/22: Hearing date for Meade Firm PC, special counsel for estate

12/31/22: First installment of settlement ($2.5m) paid on December 16.  Interim fees paid to special litigation counsel.  Final installment of $2.5m anticipated in March of 2023 and case will be ready to close 90 days thereafter.

01/05/23: First Interim Report

Initial Projected Date of Final Report (TFR): 12/31/21      Current Projected Date of Final Report (TFR): 09/30/23

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 08-30119 -SDM
Case Name: FADER, PETER R

Taxpayer ID No: *******3364
For Period Ending: 01/11/23

Trustee Name: E. LYNN SCHOENMANN
Bank Name: AXOS BANK
Account Number / CD #: *******0670 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 999,999,999.99
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/22 | 1 | STEPHEN R BOAL | SETTLEMENT PAYMENT | 1249-000 | 250,000.00 | | 250,000.00 |
| 12/16/22 | 1 | QUOTIENT TECHNOLOGIES | SETTLEMENT PAYMENT | 1249-000 | 2,250,000.00 | | 2,500,000.00 |
| 12/19/22 | | THE MEADE FIRM PC TYLER MEADE 12 FUNSTON AVE STE A SAN FRANCISCO CA 94129 | Litigation Counsel Fees - Partial | 3991-000 | | 572,504.78 | 1,927,495.22 |
| 12/19/22 | | DONTZIN NAGY & FLEISSIG, LLP 980 Madison Ave New York, NY 10075 | Litigation Counsel Fees-Partial | 3991-000 | | 1,012,223.36 | 915,271.86 |
| 01/03/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 699.81 | 914,572.05 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,500,000.00 | 1,585,427.95 | 914,572.05 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,500,000.00 | 1,585,427.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,500,000.00 | 1,585,427.95 | |
| | | NET | ACCOUNT |
| | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0670 | 2,500,000.00 | 1,585,427.95 | 914,572.05 |
| | 2,500,000.00 | 1,585,427.95 | 914,572.05 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,500,000.00 1,585,427.95

Case: 08-30119   Doc# 130   Filed: 01/11/23   Entered: 01/11/23 15:05:05   Page 14 of 37

LFORM24

Ver: 22.07d

January 11, 2023

Invoice #10000

Professional Services

| | | | Hrs/Rate |
|---|---|---|---|
| 9/13/2019 | ELS | Administration, General<br>Phone con Mr. Brown re case; review docket, claims register, pleadings re re-opening of case; prepare internal memo re case set-up; email to Mr. Crom; review petition, schedules; review AP docket, pleadings, decision re objection to discharge | 1.50 |
| 9/17/2019 | ELS | Administration, General<br>email from Mr. Brown re employment | 0.10 |
| 9/18/2019 | ELS | Administration, General<br>Receive, review, approve and execute application for employment of counsel | 0.20 |
| | ELS | Administration, General<br>email from Mr. Levinson re litigation counsel | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Brown re litigation counsel | 0.30 |
| 9/20/2019 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Levinson re meeting with litigation counsel | 0.40 |
| 9/23/2019 | ELS | Administration, General<br>Receive, review, execute various documents | 0.10 |
| 9/25/2019 | ELS | Administration, General<br>email from Mr. Brown re meeting with litigation counsel | 0.10 |
| 9/26/2019 | ELS | Administration, General<br>Meeting with Mr. Brown re prospective litigation; meeting with prospective litigation counsel | 2.50 |

| | | | Hrs/Rate |
|---|---|---|---|
| 9/26/2019 | ELS | Administration, General<br>emails to/from Mr. Brown re Mr. Levinson continued representation of debtor | 0.20 |
| 9/27/2019 | ELS | Claims Admin<br>emails to/from Mr. Brown re claims review | 0.20 |
| 9/29/2019 | ELS | Claims Admin<br>Review of claims scheduled re measure of value of discharge | 0.30 |
| 9/30/2019 | ELS | Administration, General<br>Discussions Mr. Brown re litigation strategy, structuring agreement with debtor, claims | 0.50 |
| 10/2/2019 | ELS | Administration, General<br>email from Mr. Brown re Mr. Levinson representation of debtor | 0.10 |
| | ELS | Administration, General<br>emails to/from Mr. Brown re special counsel contingency fee | 0.10 |
| 10/3/2019 | ELS | Administration, General<br>email from Mr. Brown re DNF retainer changes | 0.10 |
| 10/4/2019 | ELS | Administration, General<br>Review proposed terms of representation special litigation counsel; discussions Mr. Brown re same; conference call with proposed counsel; review drafts of revised representation terms | 1.50 |
| | ELS | Administration, General<br>emails to/from Mr.. Brown, Mr. Meade, Mr. Nagy re terms of retention agreement, set up conference call | 1.60 |
| 10/7/2019 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re changes to retention agreement, employment applications | 0.40 |
| 10/8/2019 | ELS | Administration, General<br>email from Mr. Brown re Orrick representation of debtor | 0.10 |
| 10/10/2019 | ELS | Administration, General<br>Receive, review proposed terms of retention litigation counsel. Discussions Mr. Brown re same. | 0.60 |
| 10/17/2019 | ELS | Administration, General<br>Review draft of conflict waiver Fader/Meade | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re conflict waiver | 0.50 |

| | | | Hrs/Rate |
|---|---|---|---|
| 10/21/2019 ELS | Administration, General<br>email from Mr. Meade re status of conflict waiver | | 0.10 |
| 10/22/2019 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade with changes to conflict<br>waiver, review same, approve | | 0.30 |
| 10/23/2019 ELS | Administration, General<br>email from Mr. Brown re debtor conflict waiver | | 0.10 |
| 10/24/2019 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re employment<br>apps special litigation counsel, review same | | 0.30 |
| ELS | Administration, General<br>email from Mr. Brown re meeting with Mr. Levinson | | 0.10 |
| 10/25/2019 ELS | Administration, General<br>email from Mr. Brown re revised employment apps, review | | 0.20 |
| 10/26/2019 ELS | Administration, General<br>emails to/from Mr. Brown re meeting with Mr. Levinson | | 0.20 |
| 10/30/2019 ELS | Administration, General<br>email from Mr. Brown re finalizing employment apps and declaration | | 0.10 |
| 10/31/2019 ELS | Administration, General<br>email from Mr. Nagy re final employment app | | 0.10 |
| 11/1/2019 ELS | Administration, General<br>emails from Mr. Brown, Mr. Levinson re meeting | | 0.20 |
| ELS | Administration, General<br>emails from Mr. Brown, Mr. Meade employment apps | | 0.20 |
| 11/3/2019 ELS | Administration, General<br>email from Ms. Manning re employment apps | | 0.10 |
| 11/5/2019 ELS | Administration, General<br>email from Ms. Manning re employment apps | | 0.10 |
| ELS | Administration, General<br>email from Mr. Brown re retention agreements | | 0.10 |
| 11/6/2019 ELS | Administration, General<br>Review, execute retention agreements special litigation counsel | | 0.20 |
| 11/7/2019 ELS | Administration, General<br>email from Mr. Brown re retention agreements | | 0.10 |

| | | | Hrs/Rate |
|---|---|---|---|
| 11/11/2019 | ELS | Administration, General<br>Meeting Mr. Brown, Mr. Brown and Mr. Levinson re litigation, terms of agreement | 1.50 |
| | ELS | Administration, General<br>emails from/to Mr. Brown re meeting with Mr. Levinson; arrange conference call with Mr. Meade | 0.30 |
| 11/12/2019 | ELS | Administration, General<br>Conference call Mr. Brown, Mr. Meade re litigation; review of claims register; discussion Mr. Brown re duty to debtor, residual assets | 1.00 |
| | ELS | Administration, General<br>email from Mr. Brown re analysis of trustee duties debtor, estate, creditors | 0.10 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re timing of filing of lawsuit; negotiations re split with debtor | 0.20 |
| 11/13/2019 | ELS | Administration, General<br>emails to/from Mr. Brown re negotiations with debtor | 0.20 |
| | ELS | Administration, General<br>Receive, review order of appointment special litigation counsel | 0.10 |
| 11/15/2019 | ELS | Administration, General<br>email from Mr. Meade with supporting declaration | 0.10 |
| 11/20/2019 | ELS | Administration, General<br>email from Mr. Brown with draft litigation sharing agreement | 0.10 |
| | ELS | Administration, General<br>email from Mr. Brown re negotiations with debtor | 0.10 |
| 11/21/2019 | ELS | Administration, General<br>email from Mr. Levinson re negotiations with debtor | 0.10 |
| | ELS | Administration, General<br>email from Mr. Brown re proceeding without litigation sharing agreement | 0.10 |
| 11/27/2019 | ELS | Administration, General<br>email from Mr. Meade with draft complaint | 0.10 |
| 12/2/2019 | ELS | Administration, General<br>email from Mr. Brown with complaint edits | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re complaint | 0.10 |

| | | | Hrs/Rate |
|---|---|---|---|
| 12/3/2019 | ELS | Administration, General<br>email from/to Mr. Brown re progress re sharing deal with debtor | 0.10 |
| 12/9/2019 | ELS | Administration, General<br>Review final draft of complain; approve for filing | 0.30 |
| | ELS | Administration, General<br>emails to/from Mr. Meade re complaint, status negotiations with debtor | 0.40 |
| 12/12/2019 | ELS | Administration, General<br>emails from/to Mr. Brown re sharing negotiations, draft agreement | 0.30 |
| 12/14/2019 | ELS | Claims Admin<br>Review of claims register | 0.20 |
| 12/17/2019 | ELS | Administration, General<br>emails from/to Mr. Brown re Boal claim filed | 0.20 |
| 12/18/2019 | ELS | Administration, General<br>emails from/to Mr. Brown with draft revenue sharing agreement | 0.10 |
| | ELS | Administration, General<br>email from Mr. Brown with revised declaration | 0.10 |
| 12/19/2019 | ELS | Administration, General<br>Discussion Mr. Brown re debtor involvement | 0.10 |
| | ELS | Administration, General<br>Conference call Mr. Brown, Mr. Meade re state court action | 0.30 |
| | ELS | Administration, General<br>email from Mr. Meade with edits to revenue sharing agreement | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re declaration | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re judge assignment | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re peremptory challenge to judge | 0.10 |
| | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown re peremptory challenge to judge | 0.30 |
| 12/20/2019 | ELS | Claims Admin<br>emails to/from Mr. Brown, Ms. Manning re claims | 0.20 |

| | | | Hrs/Rate |
|---|---|---|---|
| 12/27/2019 ELS | Administration, General | | 0.30 |
| | emails to/from Mr. Brown re sharing agreement | | |
| 12/28/2019 ELS | Administration, General | | 0.50 |
| | Review proposed sharing agreement; emails to/from Mr. Brown with comments | | |
| 12/30/2019 ELS | Administration, General | | 0.30 |
| | Review claims register, case status generally | | |
| 12/31/2019 ELS | Administration, General | | 0.30 |
| | Receive executed sharing agreement; review, execute same, forward to counsel | | |
| 1/8/2020 ELS | Administration, General | | 0.10 |
| | email from Mr. Brown, Mr. Meade re dec, status, call | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Meade, Mr. Brown re removal papers | | |
| 1/13/2020 ELS | Administration, General | | 0.30 |
| | emails from/to Mr. Meade, Mr. Brown re removal research | | |
| 1/14/2020 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re removal research | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown, ,Mr. Meade re hearing on revenue sharing agreement | | |
| 1/17/2020 ELS | Administration, General | | 0.50 |
| | emails to/from Mr. Brown, Mr. Meade re certification of interested parties | | |
| 1/24/2020 ELS | Administration, General | | 0.30 |
| | emails to/from Ms. Manning, Mr. Levinson, Mr. Brown, Mr. Meade re Boal objection to revenue sharing agreement | | |
| 1/25/2020 ELS | Administration, General | | 0.20 |
| | emails to/from Mr. Brown, Mr. Meade re Boal objection to revenue sharing agreement | | |
| 1/27/2020 ELS | Administration, General | | 0.20 |
| | Phone con counsel re objection to sharing agreement | | |
| 1/31/2020 ELS | Administration, General | | 0.10 |
| | email from Mr. Brown re results of hearing on revenue sharing agreement | | |

|  |  |  | Hrs/Rate |
|---|---|---|---|

| | | | Hrs/Rate |
|---|---|---|---|
| 2/6/2020 ELS | Administration, General<br>Phone con Mr. Brown re sharing agreement, status,<br>removal/remand state court | | 0.30 |
| ELS | Administration, General<br>email from Mr. Brown with order approving revenue sharing<br>agreement | | 0.10 |
| 2/12/2020 ELS | Administration, General<br>Phone con Mr. Brown re status | | 0.20 |
| ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re order extending time to<br>object to motion to dismiss reference to bankruptcy court | | 0.20 |
| 2/23/2020 ELS | Administration, General<br>email from Mr. Brown re Boal attorney communications | | 0.10 |
| 2/26/2020 ELS | Administration, General<br>emails from/to Mr. Brown re Rule 9027 removal, jury trial demand | | 0.20 |
| 4/10/2020 ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown re status, projections for UST | | 0.30 |
| ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re letter to court re status<br>conference | | 0.30 |
| 4/17/2020 ELS | Administration, General<br>email from Mr. Brown with court memorandum re withdrawal of<br>reference | | 0.10 |
| 5/23/2020 ELS | Administration, General<br>Review docket re status of removal | | 0.10 |
| 6/11/2020 ELS | Administration, General<br>Receive, review order denying motion to withdraw the reference;<br>emails to/from counsel re same | | 0.20 |
| ELS | Administration, General<br>email from Mr. Meade, Mr. Brown re order denying motion to<br>withdraw the reference | | 0.10 |
| 7/23/2020 ELS | Administration, General<br>Phone con Mr. Brown re status; question of representation of<br>deponents | | 0.40 |
| 8/3/2020 ELS | Administration, General<br>Phone con Mr. Brown re status | | 0.20 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 8/6/2020 | ELS | Administration, General<br>Review docket, scheduling, draft opposition to motion to dismiss, edits, final version. email to Mr. Brown with comments. | 1.20 |
|  | ELS | Administration, General<br>email from Mr. Brown re draft opposition to motion to dismiss, review same | 0.30 |
| 8/27/2020 | ELS | Administration, General<br>Review reply brief re motion to dismiss | 0.50 |
| 9/4/2020 | ELS | Administration, General<br>email from Mr. Meade re hearing on motion to dismiss | 0.10 |
| 9/15/2020 | ELS | Administration, General<br>emails from/to Mr. Brown re Boal withdrawal of claim | 0.40 |
| 9/16/2020 | ELS | Administration, General<br>Discussion Mr. Brown re notice of intent to withdraw claims | 0.20 |
|  | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re Boal withdrawal of claim with memo of issues presented | 0.50 |
| 9/17/2020 | ELS | Administration, General<br>Discussion with counsel re defendant withdrawal of claims, response thereto, litigation strategy | 0.60 |
|  | ELS | Administration, General<br>emails from/to Mr. Nagy, Mr. Brown re Boal claim withdrawal, with claims | 0.40 |
| 9/28/2020 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal intent to withdraw claim, draft response | 0.40 |
| 9/29/2020 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re draft response, finalize and send | 0.50 |
| 10/30/2020 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re memo decision on motion to dismiss | 0.10 |
| 11/1/2020 | ELS | Administration, General<br>emails to/from Mr. Brown re memo decision on motion to dismiss | 0.10 |
| 11/2/2020 | ELS | Administration, General<br>emails to/from Mr. Brown re memo decision on motion to dismiss | 0.10 |

|  |  |  | Hrs/Rate |
|---|---|---|---|

11/8/2020 ELS   Administration, General                                 0.40
Review opinion motions to dismiss

11/10/2020 ELS   Administration, General                         0.20
Phone con Mr. Meade re status

11/17/2020 ELS   Administration, General                         0.20
Conference call Mr. Meade, Mr. Brown re status; conference call Friday, depositions, subpoena to Quotient, 6 depositions to be noticed; on track to have depositions done by 1st quarter 21; settlement possibilities; anticipated timeline generally.

11/19/2020 ELS   Administration, General                         0.20
emails from/to Mr. Brown, Mr. Meade re Boal motion to withdraw claims

11/21/2020 ELS   Administration, General                         0.10
emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re response to Boal motion to withdraw claims

11/23/2020 ELS   Administration, General                         0.10
emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal motion to withdraw claims

11/24/2020 ELS   Administration, General                         0.30
emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal motion to withdraw claims

11/29/2020 ELS   Administration, General                         0.20
emails from/to Mr. Meade, Mr. Brown re Boal motion to withdraw claims, set up call

12/1/2020 ELS   Administration, General                             0.20
emails from/to Mr. Brown, Mr. Meade re stipulation re Boal withdrawal of claims

12/2/2020 ELS   Administration, General                             0.20
emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re stipulation re claims withdrawal

12/4/2020 ELS   Administration, General                             0.20
emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re stipulation re withdrawal of claims

12/8/2020 ELS   Administration, General                             1.40
emails from/to Mr. Brown, Mr. Meade, Mr. Nagy, Ms. Manning re issues with stipulation re withdrawal of claims

| | | | Hrs/Rate |
|---|---|---|---|
| 12/11/2020 ELS | Administration, General<br>Receive, review CMC statement, discovery plan; emails to/from counsel re deposition | | 0.60 |
| 12/13/2020 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Ms. Manning, Mr. Nagy re CMC statement and discovery plan | | 0.30 |
| 12/16/2020 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re draft responses to written discovery | | 0.30 |
| 12/18/2020 ELS | Administration, General<br>Conference call with counsel re status | | 0.50 |
| ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re draft discovery responses. | | 0.70 |
| ELS | Administration, General<br>email from Mr. Meade re status conference | | 0.10 |
| 12/21/2020 ELS | Administration, General<br>Attention to discovery; review interrogatories, requests for production of documents; review, execute verifications, forward to counsel | | 0.80 |
| 1/12/2021 ELS | Administration, General<br>Work on year-end reporting | | 0.50 |
| 1/19/2021 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re status | | 0.60 |
| 1/21/2021 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re scheduling | | 0.10 |
| 1/25/2021 ELS | Administration, General<br>emails to/from Mr. Brown rediscovery issues | | 0.30 |
| 1/27/2021 ELS | Administration, General<br>Conference call with counsel; review of status, witnesses, discovery, scheduling of depositions. Anticipated timeline. | | 0.70 |
| 1/28/2021 ELS | Administration, General<br>emails to/from Mr. Brown, Ms. Wirum re discovery issues | | 0.30 |
| 1/31/2021 ELS | Administration, General<br>TIR preparation | | 0.50 |
| 2/3/2021 ELS | Administration, General<br>emails from/to Mr. Meade re ADR certification | | 0.10 |

| | | | Hrs/Rate |
|---|---|---|---|
| 5/6/2021 | ELS | Administration, General<br>Phone con Mr. Brown re discovery response; phone con Mr. Lowenstein re same | 0.40 |
| | ELS | Administration, General<br>emails from/to Mr. Lowenstein, Mr. Brown re document discovery search issues | 0.20 |
| 6/30/2021 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re discovery declaration | 0.60 |
| 7/9/2021 | ELS | Administration, General<br>Conference call among counsel re litigation discovery issues | 0.80 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re discovery declaration | 0.20 |
| | ELS | Administration, General<br>email from Mr. Nagy re debtor substitution of counsel | 0.10 |
| | ELS | Administration, General<br>emails from/to Mr. Nagy, Mr. Brown, Mr. Meade re new issues | 0.40 |
| 7/10/2021 | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Nagy, Mr. Meade re further discovery issues | 0.20 |
| 7/12/2021 | ELS | Administration, General<br>Conference call with counsel re discovery issues, counsel for Debtor | 0.80 |
| | ELS | Administration, General<br>Phone con Mr. Kieve re possible representation of debtor | 0.30 |
| 7/13/2021 | ELS | Administration, General<br>emails from/to counsel re Fader counsel | 0.30 |
| 7/17/2021 | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re Fader representation, conference call | 0.10 |
| 7/19/2021 | ELS | Administration, General<br>Conference call Mr. Kieve, Mr. Brown; review of claims register | 0.80 |
| | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re débtor counsel | 0.10 |
| | ELS | Administration, General<br>emails from/to Mr. Brown re Boal withdrawal of claims | 0.10 |
| | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re due diligence re representation of debtor, forward claims register, revenue sharing | 0.70 |

agreement

| | | | Hrs/Rate |
|---|---|---|---|
| 7/19/2021 | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re waterfall; distribution per revenue sharing agreement | 0.80 |
| 7/21/2021 | ELS | Administration, General<br>Phone con Mr. Brown re Kieve representation of debtor | 0.30 |
| 7/22/2021 | ELS | Administration, General<br>Phone con Mr. Kieve re possibility of retention as counsel to Debtor; discovery issues; phone con Mr. Brown re same | 0.80 |
| 7/23/2021 | ELS | Administration, General<br>email from Mr. Meade re availability | 0.10 |
| 7/26/2021 | ELS | Administration, General<br>emails from/to counsel re scheduling of conference call | 0.10 |
| 7/27/2021 | ELS | Administration, General<br>Conference call with counsel re discovery issues | 0.40 |
| | ELS | Administration, General<br>emails from Mr. Kieve re debtor retention | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Kieve, Mr. Brown, Mr. Meade re logistics of assuming representation of debtor, document sharing, common interest privilege | 1.00 |
| 8/18/2021 | ELS | Administration, General<br>email from Mr. Meade re unavailability | 0.10 |
| 9/15/2021 | ELS | Administration, General<br>Review of interrogatory responses, docket, respond to counsel | 0.40 |
| | ELS | Administration, General<br>email from counsel re interrogatories | 0.10 |
| 9/16/2021 | ELS | Administration, General<br>emails from counsel with current draft responses to interrogatories | 0.50 |
| 9/18/2021 | ELS | Administration, General<br>Phone con Mr. Kieve re privilege ruling | 0.20 |
| 9/19/2021 | ELS | Administration, General<br>Discussions Mr. Kieve, Mr. Brown re order of privilege log dispute; review same | 0.30 |

| | | | Hrs/Rate |
|---|---|---|---|

| Date | | | Hrs/Rate |
|---|---|---|---|
| 9/19/2021 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re order on privilege log | | |
| 9/22/2021 ELS | Administration, General | | 0.40 |
| | Phone con Mr. Meade re recent decision re privilege log; discussion re pleading protocol going forward | | |
| 12/4/2021 ELS | Administration, General | | 0.10 |
| | email from Mr. Brown re debtor response | | |
| 12/17/2021 ELS | Claims Admin | | 0.30 |
| | Phone con Mr. Larson, creditor, re possibility of late filed claim; forward claim form with instructions | | |
| 1/19/2022 ELS | Administration, General | | 0.10 |
| | email from Mr. Brown re status report | | |
| 1/20/2022 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re status report | | |
| 1/24/2022 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re status report | | |
| 1/25/2022 ELS | Administration, General | | 0.50 |
| | Work on UST TIR; receive, review summary provided by special litigation counsel. Update for UST. | | |
| 2/3/2022 ELS | Administration, General | | 0.10 |
| | emails to/from counsel re status of interrogatories | | |
| 2/4/2022 ELS | Administration, General | | 0.30 |
| | Review supplemental interrogatories, calls to Mr. Forouzan re same; approve, execute verification | | |
| 2/7/2022 ELS | Claims Admin | | 0.30 |
| | Receive, review Larson proof of claim; return with instructions to file with court | | |
| 3/16/2022 ELS | Administration, General | | 0.20 |
| | emails to/from Mr. Meade re status update, review | | |
| ELS | Administration, General | | 0.10 |
| | email from Mr. Brown re debtor deposition | | |
| 3/25/2022 ELS | Administration, General | | 0.20 |
| | Review updated case schedule | | |
| ELS | Administration, General | | 0.10 |
| | email from counsel re case schedule | | |

| | | | Hrs/Rate |
|---|---|---|---:|
| 3/31/2022 | ELS | Administration, General<br>emails from/to counsel re Quotient update | 0.40 |
| 5/20/2022 | ELS | Administration, General<br>email from Mr. Brown re debtor deposition | 0.10 |
| | ELS | Administration, General<br>email from Mr. Kieve re debtor deposition | 0.10 |
| 5/25/2022 | ELS | Administration, General<br>emails from/to counsel re depositions | 0.20 |
| 5/26/2022 | ELS | Administration, General<br>emails from/to counsel re possible settlement discussions | 0.20 |
| 5/27/2022 | ELS | Administration, General<br>Conference call with counsel re depositions; status; settlement possibilities | 1.30 |
| 6/1/2022 | ELS | Administration, General<br>Discussion Mr. Brown, Mr. Meade re settlement negotiations | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re response to settlement proposal with draft response | 0.70 |
| 6/2/2022 | ELS | Administration, General<br>Phone con Mr. Brown re status of settlement, interaction with debtor | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re Fader input, waterfall | 0.20 |
| 6/3/2022 | ELS | Administration, General<br>emails from/to Kr. Kieve, Mr. Brown, Mr. Meade re debtor input, waterfall, demand | 0.30 |
| 6/6/2022 | ELS | Administration, General<br>Conference call with counsel re settlement negotiations | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Kieve, Mr. Nagy re defendant response | 0.40 |
| 6/9/2022 | ELS | Administration, General<br>Conference call with counsel re mediation, ongoing settlement discussions | 0.40 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re conversations with opposing counsel | 0.30 |

| | | | Hrs/Rate |
|---|---|---|---|
| 6/14/2022 | ELS | Administration, General<br>emails from/to Mr. Meade re mediator | 0.10 |
| 6/17/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.20 |
| 6/18/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.20 |
| 6/29/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.30 |
| 7/1/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.20 |
| 7/7/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.20 |
| 7/8/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.20 |
| 7/12/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | 0.40 |
| 7/22/2022 | ELS | Administration, General<br>email from Mr. Nagy re Quotient deposition subpoena | 0.10 |
| 7/25/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re deposition subpoenas | 0.30 |
| 7/27/2022 | ELS | Administration, General<br>Discussions Mr. Meade re mediation | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re deposition subpoenas | 0.40 |
| 8/4/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re mediation logistics | 0.20 |
| 8/11/2022 | ELS | Administration, General<br>Review draft of mediation brief | 0.50 |
| | ELS | Administration, General<br>Conference call re mediation statement, planning; further review<br>mediation brief | 0.80 |
| 8/16/2022 | ELS | Administration, General<br>Work on mediation prep; review drafts of mediation statement;<br>review of claims register; discussions Mr. Brown | 2.50 |

| | | | Hrs/Rate |
|---|---|---|---|
| 8/17/2022 ELS | Administration, General | | 0.80 |
| | Phone cons Mr. Brown re mediation strategy; edits to mediation statement; review draft of email to mediator | | |
| 8/23/2022 ELS | Administration, General | | 0.50 |
| | Conference call with counsel re mediation prep | | |
| 8/24/2022 ELS | Administration, General | | 9.50 |
| | JAMS mediation | | |
| 8/25/2022 ELS | Administration, General | | 0.60 |
| | emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re mediator's proposal, acceptance | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown, Mr. Meade re Fader communications | | |
| 8/31/2022 ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown re Boal response to mediator's proposal | | |
| 9/1/2022 ELS | Administration, General | | 1.90 |
| | emails to/from Mr. Brown, Mr. Meade, Ms. Manning re settlement, confirm agreement @ $5m; fee apps; draft settlement agreement | | |
| 9/2/2022 ELS | Administration, General | | 0.80 |
| | emails from/to Mr. Meade, Mr. Brown, Ms. Manning with settlement agreement drafts and comments; call with Mr. Kieve; waterfalls | | |
| 9/3/2022 ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Meade, Mr. Brown, Ms. Manning re revisions to settlement agreement | | |
| 9/5/2022 ELS | Administration, General | | 0.70 |
| | emails from/to Mr. Brown, Mr. Crom, Ms. Manning re characterization of settlement for tax purposes, commission issues, edits to language of agreement | | |
| 9/6/2022 ELS | Administration, General | | 0.10 |
| | emails to/from Mr. Meade re possible deposit at signing | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown, Mr. Crom re taxes due at settlement | | |
| ELS | Administration, General | | 0.10 |
| | emails from/to Mr. Meade, Mr. Brown re signatories | | |
| 9/7/2022 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re signatories | | |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 9/9/2022 ELS | Administration, General | | 0.60 |
| | emails from/to Mr. Brown, Mr. Meade, Mr. Crom re waterfall, taxes, claims clean up | | |
| 9/10/2022 ELS | Administration, General | | 0.10 |
| | email from/to Mr. Brown re waterfall | | |
| 9/12/2022 ELS | Administration, General | | 0.40 |
| | Phone con with counsel re settlement agreement, analysis of waterfall | | |
| ELS | Administration, General | | 0.70 |
| | emails to/from Mr. Meade, Mr. Brown, Mr. Crom, Ms. Manning re updated waterfalls, fees | | |
| 9/13/2022 ELS | Administration, General | | 0.30 |
| | emails to/from counsel re draft waterfall | | |
| 9/14/2022 ELS | Administration, General | | 0.10 |
| | emails to/from Mr. Brown re edits to draft email re updated waterfall | | |
| ELS | Claims Admin | | 0.30 |
| | emails to/from Ms. Manning re claims | | |
| 9/15/2022 ELS | Administration, General | | 0.50 |
| | Review correspondence, phone con with Mr. Meade, re issues with remittance of settlement | | |
| ELS | Administration, General | | 0.20 |
| | emails to/from Mr. Meade, Mr. Crom, Mr. Brownk re settlement issues re payments, timing | | |
| ELS | Claims Admin | | 0.10 |
| | emails to/from Ms. Manning re claims | | |
| 9/16/2022 ELS | Administration, General | | 0.40 |
| | Discussions with counsel re Quotient request for deferral of settlement payment, counter proposal | | |
| ELS | Claims Admin | | 0.10 |
| | email from Ms. Manning re status of claim #6 | | |
| 9/20/2022 ELS | Administration, General | | 0.40 |
| | Review proposals re settlement payment; conference call with counsel re same | | |
| ELS | Administration, General | | 0.50 |
| | emails from/to Mr. Meade, Mr. Crom, Mr. Brown re settlement payments | | |

| | | | Hrs/Rate |
|---|---|---|---|
| 9/21/2022 | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown, Ms. Manning re settlement payments, timing, tax implications | 0.70 |
| | ELS | Claims Admin<br>emails from Ms. Manning re claim #6 | 0.10 |
| 9/22/2022 | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade, Mr. Crom re edits to settlement agreement, timing of payments, priority of payments | 0.80 |
| 9/23/2022 | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Crom, Mr. Brown with further edits to settlement agreement | 0.90 |
| 9/24/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Crom re updated waterfall, sharing with debtor | 0.20 |
| 9/26/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re waterfall, Cloobeck order for tax payments | 0.30 |
| 9/27/2022 | ELS | Administration, General<br>email from Ms. Manning with draft motion for Cloobeck order | 0.10 |
| | ELS | Administration, General<br>emails from/to Mr. Meade re debtor request of copy of draft settlement agreement | 0.20 |
| 9/28/2022 | ELS | Administration, General<br>email from Ms. Manning re hearing on settlement | 0.10 |
| 10/6/2022 | ELS | Administration, General<br>Conference call with counsel re settlement | 0.40 |
| | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown, Mr. Nagy re strategy re settlement  rescission language | 0.70 |
| 10/7/2022 | ELS | Administration, General<br>email from Mr. Meade re rescission language | 0.10 |
| 10/8/2022 | ELS | Administration, General<br>email from Mr. Brown re rescission language, confidentiality issue | 0.10 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Ms. Manning re settlement agreement management issues, W-9 | 0.50 |

|  | | | Hrs/Rate |
|---|---|---|---|

| Date | | Description | Hrs/Rate |
|---|---|---|---|
| 10/9/2022 | ELS | Administration, General<br>email from Mr. Brown re problems with confidentiality | 0.10 |
| 10/10/2022 | ELS | Administration, General<br>Conference call with counsel re settlement | 0.50 |
| | ELS | Administration, General<br>Phone con Mr. Meade re settlement | 0.10 |
| | ELS | Administration, General<br>emails from Mr. Meade, Ms. Manning with redline of draft settlement agreement | 0.20 |
| 10/11/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, court, Ms. Manning re scheduling hearing | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re edits to agreement, liability issues | 0.20 |
| 10/12/2022 | ELS | Administration, General<br>Conference call with counsel re settlement | 0.40 |
| | ELS | Administration, General<br>Conference call with counsel re settlement terms | 0.80 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown with edits to draft agreement, joint and several liability issues, Boal/Quotient split | 0.90 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Ms. Manning re declaration | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Ms. Manning, Mr. Brown with analysis of alternative language in agreement, rescission issues, enforcement of mediator statement, proposed language | 0.90 |
| 10/13/2022 | ELS | Administration, General<br>Work on settlement agreement | 0.50 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Ms. Manning, Mr. Crom with proposed final version of settlement agreement, various revisions thereto, update waterfall with litigation costs, changes in amounts to creditors, final version with declaration | 3.20 |
| 10/14/2022 | ELS | Administration, General<br>Work on declaration, settlement agreement | 0.80 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 10/14/2022 | ELS | Administration, General<br>emails to/from Ms. Manning, Mr. Brown, Mr. Meade re revised<br>declaration, redline re further revisions to agreement | 0.50 |
| 10/16/2022 | ELS | Administration, General<br>Work on obtaining signatures settlement agreement | 0.30 |
| 10/17/2022 | ELS | Administration, General<br>email from Ms. Manning re deferred filing | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade re executed agreement, hearing date | 0.20 |
|  | ELS | Administration, General<br>email from Mr. Meade updated waterfall to counsel for debtor | 0.10 |
| 10/18/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Ms. Manning re motion for payment of<br>special litigation counsel fees | 0.20 |
|  | ELS | Administration, General<br>email from Ms. Manning with further revision to declaration | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re form of motion for fees | 0.50 |
| 10/19/2022 | ELS | Administration, General<br>Attention to declaration | 0.20 |
|  | ELS | Administration, General<br>emails from/to Mr. Kieve, Mr. Crom re estimated taxes | 0.30 |
| 10/20/2022 | ELS | Fee Applications<br>Review of Meade fee application; discussions with counsel re same | 0.60 |
|  | ELS | Claims Admin<br>Review of claims re Kieve request; discussions with counsel re same | 0.30 |
|  | ELS | Claims Admin<br>emails from/to Ms. Manning re payments to DSO claimants | 0.20 |
| 10/21/2022 | ELS | Administration, General<br>Conference call with Mr. Brown and Mr. Crom re timing of<br>professional payments, tax implications | 0.50 |
| 10/24/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Crom re payment of<br>litigation counsel fees, tax implications of timing | 0.30 |

| | | | Hrs/Rate |
|---|---|---|---|

| | | | **Hrs/Rate** |
|---|---|---|---|
| 10/24/2022 | ELS | Administration, General<br>email to/from Mr. Meade re query Orrick $100k payment, timing | 0.10 |
| 10/25/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re proposed order | 0.20 |
| 10/27/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re Fader objection to settlement | 0.20 |
| | ELS | Administration, General<br>emails from/to Ms. Manning re Gaddy request for extension of time to object | 0.20 |
| 10/28/2022 | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade re response to Fader objection | 0.40 |
| | ELS | Claims Admin<br>emails from/to Ms. .Manning re response to DSO claimant query | 0.10 |
| 10/31/2022 | ELS | Administration, General<br>email from Ms. Manning re Gaddy communication | 0.10 |
| 11/1/2022 | ELS | Administration, General<br>Discussions Mr. Brown re potential debtor objections to settlement | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Ms. Manning, Mr. Kieve, Mr. Meade re Fader objections to settlement | 1.60 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Ms. Manning, Mr. Meade re Gaddy objection | 0.90 |
| 11/2/2022 | ELS | Administration, General<br>Conference call with counsel, debtor's counsel re prospective objections to settlement | 0.40 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Kieve re Fader objections to settlement | 0.90 |
| 11/4/2022 | ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown re Gaddy objection | 0.50 |
| 11/8/2022 | ELS | Administration, General<br>email from Ms. Manning re Gaddy objection | 0.10 |

| | | | Hrs/Rate |
|---|---|---|---|
| 11/9/2022 | ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade re Gaddy objection to settlement | 0.50 |
| 11/10/2022 | ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade re language of proposed order | 0.70 |
| 11/11/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Crom re language in order for tax payments, response to Mr. Kieve | 0.40 |
| 11/12/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re language in order re contingent fees | 0.20 |
| 11/14/2022 | ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade, Mr. Crom re order on objections, order re tax payment | 0.40 |
| 11/15/2022 | ELS | Administration, General<br>Phone con with counsel re form of order | 0.40 |
| | ELS | Administration, General<br>Conference call with counsel re proposed form of order, hearing | 0.30 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re form of order, debtor objections to settlement | 0.80 |
| 11/16/2022 | ELS | Administration, General<br>Conference call with counsel re hearing on proposed order | 0.30 |
| | ELS | Administration, General<br>Attend hearing re form of order | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Crom, Mr. Brown, Mr. Meade re order | 0.50 |
| 11/17/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Ms. Manning re payment per settlement, wire transfer instructions | 0.40 |
| 11/18/2022 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re court's tentative ruling | 0.30 |
| 11/30/2022 | ELS | Administration, General<br>email from Mr. Brown with invoices, re interim fees | 0.10 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 12/1/2022 ELS | Administration, General<br>email from Mr. Meade re query appeal period | | 0.10 |
| 12/2/2022 ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade re appeal period | | 0.20 |
| 12/7/2022 ELS | Administration, General<br>emails to/from Mr. Brown re confirmation of wire instructions | | 0.20 |
| 12/11/2022 ELS | Fee Applications<br>Work on interim fee application | | 1.50 |
| 12/19/2022 ELS | Administration, General<br>Work on wire transfers special litigation counsel partial fees | | 0.40 |
| 12/31/2022 ELS | Fee Applications<br>Edit time records, work on interim fee application | | 3.20 |
| 1/1/2023 ELS | Fee Applications<br>Work on interim fee application; edit time records | | 0.50 |
| 1/2/2023 ELS | Fee Applications<br>Receive, review, approve PSZJ interim fee application | | 0.30 |
| ELS | Fee Applications<br>Work on interim fee application; review, edit time records | | 1.50 |
| 1/6/2023 ELS | Fee Applications<br>Work on interim fee applications | | 4.50 |
| 1/7/2023 ELS | Fee Applications<br>Work on First Interim Fee Application | | 2.30 |

**For professional services rendered**

135.70

Balance due