Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>                Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 16, 2019 THROUGH NOVEMBER 28, 2022**<br><br><u>Hearing Date</u><br><br>Date:    February 3, 2023<br>Time:    10:30 AM<br>Place:   Courtcall/Videoconference<br>Judge:  Honorable Dennis Montali<br><br>Objection Deadline:  January 27, 2023 |

Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") submits its *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 16, 2019 through November 28, 2022* ("**Application**"), for its representation of E. Lynn Schoenmann, trustee ("**Trustee**") the chapter 7 estate of Peter R. Fader ("**Debtor**")  pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Guidelines for*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

*Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**") and the Local Rules for the Northern District of California. The Application requests an order allowing, on an interim basis, compensation to PSZJ for services and expenses incurred from September 16, 2019 through November 28, 2022 ("**Fee Period**").

PSZJ seeks interim approval of fees incurred and reimbursement of expenses during the Fee Period totaling $289,259.09, as compensation for legal services in the amount of $287,607.00 and reimbursement for expenses of $1,652.09. During the Fee Period, PSZJ wrote off approximately $11,069.00 in fees. Summary charts of fees charged and hours worked by each of PSZJ's professionals and paraprofessionals during the Fee Period are attached as **Exhibit A**.

This Application is based upon the contents hereof, together with the exhibits, the declaration of Kenneth Brown filed concurrently herewith, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Application.

## I.

## SUMMARY SHEET OF FEES AND EXPENSE REQUEST

| | |
|---|---|
| **Name of Applicant:** | Pachulski Stang Ziehl & Jones |
| **Authorized to Provide Professional Services to:** | E. Lynn Shoenmann, chapter 7 trustee |
| **Retention Date:** | September 26, 2019, effective as of September 16, 2019 |
| **Prior Interim Fee Applications:** | None |
| **Time period covered by this Application**: | September 16, 2019 to November 28, 2022 |
| **Total professional hours covered by this Application** | 288.70 |
| **Total professional fees requested in this Application:** | $287,607.00 |
| **Reimbursable expenses sought in this Application** | $1,652.09 |

| Name of Professional, Current Hourly Rate and Date of Admission: | Kenneth Brown, $1,395 admitted 1981 |
|---|---|
| | Miriam Manning, $895 admitted 1995 |
| Blended Hourly Rate During Fee Period: | $1,004.37 |

II.

**GENERAL BACKGROUND**

**A.    The Debtor's Bankruptcy Filing**

On January 26, 2008, the Debtor filed a voluntary chapter 7 petition.  The Debtor received a discharge and the case was closed in 2010.

On July 14, 2019, the Debtor filed an application to reopen the case to disclose claims that were omitted from his schedules and to enable a trustee to determine whether the claims were property of the estate.  The claims arose from Steven R. Boal's ("**Boal**") promises to pay the Debtor for raising capital for two of Boal's companies Quotient Technology, Inc. ("**Quotient**") and CashStar, Inc. ("**Cashstar**") ("**Claims**").  The Debtor claimed that based on these promises, he raised millions of dollars for Quotient and CashStar but when he requested payment, Boal refused.

On September 15, 2019 the Debtor's bankruptcy case was reopened to enable the Trustee to investigate and possibly pursue the Claims for the benefit of the estate and its creditors.

**B.    Retention of PSZJ**

On September 19, 2019, PSZJ filed an *Application of the Chapter 7 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* [Docket No. 47].  On September 26, 2019, the Court entered its *Order Granting Application of the Chapter 7 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* [Docket No. 50] ("**Retention Order**").  A true copy of the Retention Order is attached hereto as **Exhibit B.**

From the outset of this representation, PSZJ had significant risk of non-payment.  The Claims, which were the only asset of the estate, were based on decades old oral agreements and Mr. Fader's credibility and veracity was challenged by the defendants.  Despite these risks and significant challenges, after nearly two years of litigation, during which time PSZJ has not been paid

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  anything by the estate, the Trustee's professionals were able to achieve and obtain Court approval of

2  a settlement which will result in a meaningful distribution to creditors.

3  **C.    Retention of Contingency Fee Litigation Counsel**

4      On November 13, 2019, the Court entered an order approving the Trustee's retention of the

5  Meade Firm P.C. and Dontzin Nagy & Fleissig LLP as special litigation counsel ("**Special**

6  **Counsel**") to prosecute the Claims on a contingency fee basis pursuant to sections 327(a) and 328.

7  **D.    Litigation Sharing Agreement**

8      The Debtor contended that he had rights to the Claims because they arose, in part, post-

9  petition.  To resolve the dispute over the ownership of the Claims, the Debtor and the Trustee

10  negotiated and ultimately achieved a Litigation Recovery Sharing Agreement ("**Sharing**

11  **Agreement**") which provides the Debtor with 40% of the net proceeds recovered from the Trustee's

12  prosecution of the Claims and 60% to the estate, after payment of all allowed chapter 7

13  administrative expenses and allowed domestic support obligations identified in 11 U.S.C.

14  §507(a)(1)(A) and (B).  On February 6, 2020, the Bankruptcy Court approved the Sharing

15  Agreement.

16  **E.    The Litigation and Settlement**

17      The Trustee's investigation of the Claims revealed that they were colorable.  On December 9,

18  2019 a complaint was filed in the Santa Clara County Superior Court against Boal and Quotient

19  alleging claims for breach of oral contracts, breach of fiduciary duties, and for imposition of a

20  constructive trust, declaratory relief, and an accounting.  Boal removed the complaint to the United

21  States District Court for the Northern District of California and the case was referred to the

22  Bankruptcy Court where it is currently pending as Adversary Proceeding No. 20-03007("**Adversary**

23  **Proceeding**").

24      In August 2022 the parties participated in mediation and agreed to settle, subject to

25  Bankruptcy Court approval.  The settlement was memorialized in a *Settlement Agreement and*

26  *Release* ("**Settlement Agreement**" or "**Settlement**") in which Boal and Quotient agreed to pay the

27  estate the sum of $5,000,000 payable in two equal installments of $2,500,000 in consideration for a

28  full release.  The releases become effective 91 days after the Trustee receives the last payment which

is due in March 2023.  The estate retains the right to rescind the Settlement Agreement if either Quotient or Boal file an insolvency proceeding at any time after entry of a final order approving the Settlement Agreement and 91 days from the last payment.  If the Trustee decides to rescind the Settlement Agreement, all disbursements from the settlement are to be returned to the Trustee, including any fees paid to PSZJ pursuant to an order approving this Application.

On November 10, 2022, the Court issued a *Memorandum Decision on Compromise and Related Motions* which approved the Settlement (and related motions) and overruled the objection to the Settlement that had been filed by a creditor.  On November 16, 2022 the Court entered an order approving the Settlement [Dkt 123].

On or about December 15, 2022, the Trustee received $2,500,000 from the Settlement and anticipates that the remaining $2,500,000 will be paid in March 2023.

### III.

### CASE STATUS

The administration of the Debtor's case is largely complete now that the Adversary Proceeding has settled, subject to the Trustee's right to rescind the Settlement.  To date, the Trustee has received $2,500,000 from the Settlement and intends to use such funds to pay her professionals, including PSZJ.  The Trustee anticipates making a distribution to general unsecured creditors sometime after 91 days after receipt of the second payment.  The Trustee has begun reviewing the general unsecured claims to determine whether objections may be appropriate.

### III.

### PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES RENDERED

In accordance with the Northern District Guidelines, the UST Guidelines and the Local Rules, PSZJ classified all services performed for which compensation is sought into categories. PSZJ attempted to place the services performed in the category that best relates to the service provided.  However, because certain services in the Debtor's chapter 7 case affected multiple categories, services pertaining to one category may occasionally be included in another category. PSZJ also used its best efforts to comply with the $20,000 cap on billing categories but further reducing some of the billing categories to the amount of the cap were impractical as the primary

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

category of services related to the Adversary Proceeding and mediation which resulted in the Court approved settlement of the Adversary Proceeding. Accordingly, PSZJ has established the following billing categories in this case to date:

- Asset Analysis/Recovery
- Bankruptcy Litigation
- Case Administration
- Claims Admin/Objections
- Review Fee Application of Other Professionals
- Employment of Professionals
- Litigation Sharing Agreement
- Mediation and Settlement

**Exhibit C** includes PSZJ's invoices for the Fee Period, which includes detailed breakdown of the time entries and expenses incurred.

**A.**    **Asset Analysis/Recovery**

Time billed to this category relates to the analysis of the potential Claims and whether they constitute assets of the Debtor's bankruptcy estate that could be administered by the Trustee. During the Fee Period, PSZJ, among other things conducted research into the Claims and conferred with the Trustee and the Trustee's Special Counsel regarding the Claims.

**Total Hours 7.10/Total Fees $6,386.50**

**B.**    **Bankruptcy Litigation**

This category relates to work in connection with the Adversary Proceeding where PSZJ, among other things: (i) participated in the review and responses to written discovery requests; (ii) responded to discovery requests directed to PSZJ; (iii) advised Special Counsel and the Trustee regarding challenges to the choice of forum and Boal's motion to withdraw the reference; (iv) assisted drafting an opposition to Boal's motion to withdraw the reference; (v) assisted drafting a stipulation regarding jury trial; (vi) analyzed the impact of Boal's withdrawal of his proofs of claim on the right to a jury trial and advised Special Counsel and the Trustee; (vii) assisted drafting a letter brief regarding privilege issues between the Trustee and Debtor; (viii) consulted and advised Special Counsel and the Trustee regarding all aspects of the litigation and strategy; and (ix) conferred with the Trustee and Special Counsel regarding initial rounds of settlement negotiations prior to the mediation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Total Hours 41.20/Total Fees $45,451.00**

**C.**    **Case Administration**

This category relates to work regarding administration of this case.  During the Fee Period, PSZJ, among other things:  (i) conducted preliminary review of potential claims; (ii) communicated with creditors regarding the case; and (iii) drafted a motion for authority pay administrative income taxes arising from the expected payments from the Settlement of the Adversary Proceeding, the supporting declaration of the Trustee's accountant, Jay Crom of Bachecki Crom & Company, and the memorandum of points and authorities.

**Total Hours 28.20/Total Fees $25,021.00**

**D.**    **Claims Objections**

Time billed to this category  relates to PSZJ's negotiations with the holders of claims based on the Debtor's domestic support obligations ("**DSO**") who would be entitled to receive a distribution from the Settlement and obtaining Boal's withdrawal of the over $1.4 million in claims that he had filed in the Debtor's case.  Review of the DSO claims revealed that some claimants improperly sought recovery of support obligations incurred post-petition or were duplicative of claims filed by a governmental agency.  These efforts reduced the amount of the DSO claims from $572,912 to $309,014.  During the Fee Period, PSZJ, among other things:  (i) reviewed the domestic support obligation claims; (ii) communicated with the holders of the DSO claim regarding the calculation of their claims and the Code's treatment of DSO claims; (iii) researched various issues regarding the Code's treatment of pre and post-petition DSO claims and related issues; (iv) drafted stipulations or notices of withdrawal or amendments to the DSO claims so that they would only include non-duplicative, pre-petition amounts due; (v) communicated with the Trustee regarding the resolution of such claims; (vi) negotiated with Boal for the dismissal of the claims he filed in the Debtor's case; and (vii) evaluated the impact of Boal's withdrawal of the claims on the pending Adversary Proceeding and communicated with Boal's counsel re same.

**Total Hours 38.80/Total Fees $30,298.50**

///

///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

**E.** **Fee Applications of Others**

2

PSZJ assisted Special Counsel with the preparation of its fee application and conferred with

3

counsel regarding compliance with the guidelines for the Northern District of California.

4

**Total Hours 5.30/Total Fees $3,622.00**

5

**F.** **Employment of Professionals**

6

The Trustee required the assistance of Special Counsel to prosecute the Claims on a

7

contingency fee. PSZJ, among other things: (i) prepared PSZJ's employment application and

8

declaration; (ii) assisted the Trustee in selecting Special Counsel; (iii) prepared the application and

9

assisting with the preparation supporting declarations for the retention of the Meade Firm P.C. and

10

Dontzin Nagy & Fleissig LLP to prosecute the Claims on a contingency fee basis pursuant to 11

11

U.S.C. section 328; (iv) reviewed and analyzed various issues regarding the employment of Special

12

Counsel; (v) reviewed and revised the terms of Special Counsel's retention agreement; (vi) advised

13

the Trustee with respect to the proposed terms of the retention; and (vii) conferred with both Special

14

Counsel and the Trustee regarding the terms of Special Counsel's retention to ensure compliance

15

with the requirements of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules,

16

and the Office of the United States Trustee.

17

**Total Hours 19.70/Total Fees $17,509.00**

18

**G.** **Litigation Sharing Agreement**

19

The time billed to this category include PSZJ's work to resolve the dispute with the Debtor

20

over the ownership of the Claims and the sharing of the proceeds realized from the Trustee's

21

prosecution of the Claims. PSZJ's efforts resulted in the Court approved Sharing Agreement.

22

During the Fee Period, PSZJ, among other things: (i) conferred extensively with the Debtor's

23

counsel, the Trustee and Special Counsel in an effort to settle the dispute involving the Debtor's

24

contention that he owned the Claims and to devise a reasonable apportionment of the proceeds of

25

any settlement or judgment that would be obtained from the prosecution of the Claims; (ii) drafted

26

the motion to approve the Sharing Agreement, the supporting declarations of the Trustee and Tyler

27

Meade; and (iii) prepared a reply brief in response to the opposition filed by Boal and prepared for

28

and attended the hearing on the motion to approve the Sharing Agreement. The Sharing Agreement was approved by the Court on February 5, 2020 over Mr. Boal's objection.

**Total Hours 50.30/Total Fees $44,396.50**

**H.** **Mediation and Settlement**

In connection with the resolution of the Claims through the Adversary Proceeding, where PSZJ, among other things: (i) participated in the mediation in an effort to facilitate a settlement; (ii) assisted with the drafting of the mediation statement; (iii) drafted the Rule 9019 motion to settle the Adversary Proceeding, the supporting declarations of the Trustee and Special Counsel, the notice and the points and authorities in support of the motion; (iv) conferred extensively with the Trustee and her accountant regarding the calculation of the potential distributions to be made pursuant to the Sharing Agreement and the impact on the estate; (v) conferred extensively with the Trustee, her accountant and Special Counsel regarding various revisions to the proposed settlement and Rule 9019 motion to include staggered payments and the impact on the estate and creditors of those revisions; and (vi) drafted responses to the objections to the proposed settlement asserted by the Debtor and creditor. The Settlement was approved by the Court on November 16, 2022.

**Total Hours 98.10/Total Fees $114,922.50**

**I.** **PSZJ Fee Application**

This Application does not include any time billed by counsel for the preparation of this Application. Such fee requests will be included in PSZJ's subsequent fee application.

**J.** **Voluntary Reduction**

During the course of the Fee Period, PSZJ wrote off approximately $11,069.00 in fees, representing an approximate 4% reduction of the total fees requested.

**K.** **List of Expenses by Category**

PSZJ advanced costs in connection with the performance of the services described in this Application. During the Fee Period, PSZJ incurred a total of $1,652.09 in expenses. PSZJ made every effort to keep the costs in this case to a minimum.

PSZJ customarily charges $0.20 per page for photocopying expenses, as well as $0.10 per page for scanning and copying expenses. PSZJ's photocopying machines automatically record the

number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis. Whenever feasible, PSZJ sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

Regarding providers of on-line legal research (e.g., LEXIS and Westlaw), PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amount charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client. PSZJ does not charge for local or long distance calls placed by attorneys from their offices. PSZJ only bills its clients for the actual costs charged to PSZJ by teleconferencing services in the event that a multiple party teleconference is initiated through PSZJ.

**L.      Hourly Rates**

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on the Billing Summary Chart on **Exhibit A** annexed hereto.

**M.      Professionals and Paraprofessionals**

The biographies of the attorneys and paraprofessionals who have worked on this matter and a description of their professional experience and education are attached hereto as **Exhibit D**. PSZJ has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of PSZJ.

**N.      Client Review of Billing Statements**

Pursuant to the Northern District Guidelines, a cover letter enclosing this Application is being sent to the Trustee concurrently. The letter invites the Trustee to discuss with PSZJ and/or the Office of the United States Trustee any objections, concerns, or questions the Trustee may have with regard to the requested compensation and reimbursement set forth in the Application. A copy of the transmittal letter is attached hereto as **Exhibit E**.

**O.      Notice of Application and Hearing**

Notice of the submission of this Application and the hearing thereon will be provided to the Office of the United States Trustee, the Debtor, all creditors, all parties requesting special notice and other interested parties in accordance with the Local Rules. Complete copies of the Application

Case: 08-30119    Doc# 131    Filed: 01/11/23    Entered: 01/11/23 15:11:58    Page 10 of
67

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

will be provided to those parties who have requested special notice and to any other party upon specific request. Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

## IV.

## THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED

Section 331 of the Bankruptcy Code provides for interim and final compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that after notice and hearing a Court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered [and] reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth six, non-exclusive factors that are to be considered in determining the amount of reasonable compensation to be awarded to a professional, including:

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title

*Id.* § 330(a)(3).

The Ninth Circuit has recognized that a compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee. *In Re Manoa Finance Company*, 853 F.2d 687, 689 (9th Cir. 1988).

PSZJ submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement in this Application were necessary and beneficial to the orderly administration of the estate and the maximization of value for creditors of the Debtor's chapter 7 case. The compensation requested is reasonable and appropriate in light of the nature, extent, and

value of such services to the Trustee which culminated in the settlement of decades old claims for $5 million dollars. In addition to performing professional services expediently and efficiently, PSZJ also wrote off approximately $11,069.00in fees in an effort to further preserve estate resources. The PSZJ's blended hourly rate in these cases for the Fee Period excluding paraprofessionals is $1,004.37.

Time and labor devoted is only one of many pertinent factors in determining an award of fees and costs. Based on the skills brought to bear in these cases by PSZJ and the $5 million settlement obtained in the Adversary Proceeding, and in light of the accepted lodestar approach, PSZJ submits that the compensation requested herein is reasonable and appropriate. PSZJ's efforts were essential to achieving the settlement of a hotly contested Adversary Proceeding, the sizeable reduction and resolution of the DSO claims that are to be paid from the Settlement proceeds, and the near completion of administration of the estate.

The time for which compensation is sought is detailed in PSZJ's professional fee statements contained in **Exhibit C** attached hereto. PSZJ's services and time expenditures are reasonable in light of the labor required and outcome achieved in this case. PSZJ's charges for its professional services are based upon the time, nature, extent, and value of such services and the cost of comparable services in both California and national markets, other than in a case under the Bankruptcy Code. The compensation PSZJ seeks by way of this Application is the customary compensation commonly sought by PSZJ and other professionals representing trustees, committees, and debtors in similar circumstances.

The services rendered by PSZJ were necessary and beneficial to the Debtor's estate and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted and should be approved.

## V.

## CONCLUSION

The compensation presently sought by PSZJ is interim and payable from the proceeds of the first Settlement payment of $2,500,000. Neither PSZJ, nor any partners or associates of PSZJ, have

1  any agreement or any understanding of any kind or nature to divide, pay over, or share any portion
2  of the fees to be awarded PSZJ with any other person or attorney, except among shareholders and
3  associates of PSZJ.

4        PSZJ believes that the services rendered for which compensation is sought in this
5  Application have been beneficial to the estate, that the costs incurred have been necessary and
6  proper, and that the sums requested for the services rendered and the costs incurred are fair and
7  reasonable.

8        **WHEREFORE**, PSZJ respectfully requests that this Court (a) authorize allowance and
9  direct payment of fees and costs, and (b) award interim compensation, as follows:

10        1.        Allow interim compensation to be paid to PSZJ (subject to disgorgement as
11  necessary pursuant to the Settlement) in the total amount of $289,259.09, representing $287,607.00
12  of fees incurred for the period between September 16, 2019 through November 28, 2022 and
13  $1,652.09 of expenses incurred for the same period; and

14        2.        Grant such other and further relief as may be appropriate under the circumstances.

15  Dated: January 11, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

16

17                                              By:    _/s/ Kenneth H. Brown_
                                                      Kenneth H. Brown
18                                                    Miriam Manning
                                                      Counsel for E. Lynn Schoenmann,
19                                                    Chapter 7 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**PACHULSKI STANG ZIEHL & JONES LLP**
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# **EXHIBIT A**

# Pachulski Stang Ziehl & Jones LLP

One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104

E. Lynn Schoenmann
35 Miller Avenue ste. 298
Mill Valley, CA  94941

November 28, 2022
Invoice    131291
Client     77354
Matter      00001
**KHB**

RE:  Ch. 7 Trustee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/28/2022**

| | |
|---|---|
| FEES | $287,607.00 |
| EXPENSES | $1,652.09 |
| **TOTAL CURRENT CHARGES** | **$289,259.09** |
| **TOTAL BALANCE DUE** | **$289,259.09** |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:     2
Invoice 131291
November 28, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| HCK | Kevane, Henry C. | Partner | 1025.00 | 0.50 | $512.50 |
| KHB | Brown, Kenneth H. | Partner | 0.00 | 0.50 | $0.00 |
| KHB | Brown, Kenneth H. | Partner | 695.00 | 0.20 | $139.00 |
| KHB | Brown, Kenneth H. | Partner | 975.00 | 31.60 | $30,810.00 |
| KHB | Brown, Kenneth H. | Partner | 995.00 | 41.80 | $41,591.00 |
| KHB | Brown, Kenneth H. | Partner | 1225.00 | 11.30 | $13,842.50 |
| KHB | Brown, Kenneth H. | Partner | 1395.00 | 74.80 | $104,346.00 |
| LAF | Forrester, Leslie A. | Other | 0.00 | 0.80 | $0.00 |
| LAF | Forrester, Leslie A. | Other | 425.00 | 1.10 | $467.50 |
| MPK | Manning , Miriam | Counsel | 0.00 | 11.80 | $0.00 |
| MPK | Manning , Miriam | Counsel | 775.00 | 30.70 | $23,792.50 |
| MPK | Manning , Miriam | Counsel | 795.00 | 19.30 | $15,343.50 |
| MPK | Manning , Miriam | Counsel | 850.00 | 0.80 | $680.00 |
| MPK | Manning , Miriam | Counsel | 895.00 | 62.00 | $55,490.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 395.00 | 1.50 | $592.50 |
| | | | | 288.70 | $287,607.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 7.10 | $6,386.50 |
| BL | Bankruptcy Litigation [L430] | 41.20 | $45,451.00 |
| CA | Case Administration [B110] | 28.20 | $25,021.00 |
| CO | Claims Admin/Objections[B310] | 38.80 | $30,298.50 |
| CP03 | Review Fee App of Other Prof. | 5.30 | $3,622.00 |
| EMP | Employment of Professionals | 19.70 | $17,509.00 |
| LSA | Litigation Sharing Agreement | 50.30 | $44,396.50 |
| ME | Mediation | 98.10 | $114,922.50 |
| | | 288.70 | $287,607.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:     4
Invoice 131291
November 28, 2022

## Summary of Expenses

| Description | Amount |
|---|---|
| Auto Travel Expense [E109] | $14.25 |
| Conference Call [E105] | $19.49 |
| CourtLink | $13.79 |
| Lexis/Nexis- Legal Research [E | $435.46 |
| Outside Services | $127.50 |
| Pacer - Court Research | $220.90 |
| Postage [E108] | $318.30 |
| Reproduction Expense [E101] | $119.80 |
| Reproduction/ Scan Copy | $341.20 |
| Transcript [E116] | $41.40 |
| | $1,652.09 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

**EXHIBIT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1    Kenneth H. Brown (CA Bar No. 100396)
   Miriam Manning (CA Bar No. 178584)    Signed and Filed: September 26, 2019
2    PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3    San Francisco, California 94111-4500
   Telephone: 415/263-7000
4    Facsimile: 415/263-7010

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5    E-mail: kbrown@pszjlaw.com
           mmanning@pszjlaw.com
6
7    [Proposed] Counsel for E. Lynn Schoenmann,
   Chapter 7 Trustee

8           **UNITED STATES BANKRUPTCY COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10           **SAN FRANCISCO DIVISION**

11    In re:                           Case No.: 08-30119-DM

12       PETER R. FADER             Chapter 7
13       *dba* Urchin Capital Partners
      *dba* Urchin Partners LLC,       **ORDER GRANTING APPLICATION**
14                                  **OF THE CHAPTER 7 TRUSTEE FOR**
                                  **ORDER APPROVING EMPLOYMENT**
15                Debtor.           **OF PACHULSKI STANG ZIEHL &**
                                  **JONES LLP AS COUNSEL**
16                                   [No Hearing Required]
17

18       The Court has considered the *Application of the Chapter 7 Trustee for Order Approving*

19    *Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* (the "Application") filed by E. Lynn

20    Shoenmann, Chapter 7 Trustee (the "Trustee"), and the Declaration of Kenneth H. Brown in

21    support thereof filed on [Docket No. 47]. Based upon the record before the Court, it appears that

22    Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to

23    the estates in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its

24    employment is in the best interest of the estates, and that no hearing on the Application is required.

25    Accordingly, it is hereby:

26       **ORDERED** that the Trustee is authorized to employ PSZ&J as its general bankruptcy

27    counsel herein on all matters identified in the Application, on the terms and conditions set forth

28    more fully in the Application, effective as of September 16, 2019. In particular, the employment

*(left margin, vertical)* PACHULSKI STANG ZIEHL & JONES LLP / ATTORNEYS AT LAW / SAN FRANCISCO, CALIFORNIA

Case: 08-30119   Doc# 131   Filed: 01/25/23   Entered: 01/25/23 15:41:58   Page 120 of
67
Case: 08-30119   Doc# 50   Filed: 09/26/19   Entered: 09/26/19 15:54:03   Page 1 of 2
DOCS_SF:101439.1 68700/001

arrangement approved herein contemplates that, subject to Court approval of an appropriate fee application or applications by PSZ&J, the Trustee will compensate PSZ&J at its customary hourly rates in effect from time to time and reimburse PSZ&J for its expenses according to its customary reimbursement policies.

**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

# EXHIBIT C

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|            |     |    |                                                                                          | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------|-------|--------|------------|

## Asset Analysis/Recovery[B120]

| Date       | Initials | Code | Description                                                                              | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/18/2019 | KHB | AA | Review authorities re whether claims are property of estate.                             | 0.30  | 975.00 | $292.50    |
| 09/18/2019 | MPK | AA | Conduct research on whether claim is property of the estate and draft email to K. Brown re same. | 2.40  | 775.00 | $1,860.00  |
| 09/20/2019 | KHB | AA | Emails with Trustee and counsel for Debtor re meeting with contingency fee counsel.      | 0.20  | 975.00 | $195.00    |
| 09/25/2019 | KHB | AA | Telephone call Marc Levinson re Debtor's undisclosed claims and retention of contingency fee counsel. | 0.20  | 975.00 | $195.00    |
| 09/25/2019 | KHB | AA | Emails with Trustee re same.                                                             | 0.20  | 975.00 | $195.00    |
| 09/26/2019 | KHB | AA | Meet with Trustee and contingency fee counsel re claims against Boal.                     | 1.20  | 975.00 | $1,170.00  |
| 09/26/2019 | KHB | AA | Meet with Trustee re prosecution of claims against Boal.                                  | 0.50  | 975.00 | $487.50    |
| 09/26/2019 | KHB | AA | Telephone calls with Marc Levinson, counsel for the Debtor re prosecution of Boal claims. | 0.20  | 975.00 | $195.00    |
| 09/26/2019 | KHB | AA | Analyze authority re Debtor's participation in recovery.                                  | 0.80  | 975.00 | $780.00    |
| 09/26/2019 | KHB | AA | Email to Marc Levinson re Boal litigation issues and Debtor's assistance.                 | 0.30  | 975.00 | $292.50    |
| 09/29/2019 | KHB | AA | Confer with Trustee re prosecution of undisclosed claims and role / interest of Debtor.   | 0.40  | 975.00 | $390.00    |
| 09/29/2019 | KHB | AA | Emails with Trustee re  prosecution of undisclosed claims and role / interest of Debtor.  | 0.20  | 975.00 | $195.00    |
| 10/08/2019 | KHB | AA | Call with T. Meade re Fader/Boal litigation.                                             | 0.20  | 695.00 | $139.00    |
|            |     |    |                                                                                          | **7.10** |        | **$6,386.50** |

## Bankruptcy Litigation [L430]

| Date       | Initials | Code | Description                                                  | Hours | Rate   | Amount    |
|------------|-----|----|--------------------------------------------------------------|-------|--------|-----------|
| 11/13/2019 | KHB | BL | Telephone call with T. Meade re Boel litigation issues.      | 0.20  | 975.00 | $195.00   |
| 11/18/2019 | MPK | BL | Email to K. Brown re litigation issues.                      | 0.10  | 775.00 | $77.50    |
| 11/21/2019 | KHB | BL | Emails with Tyler  Meade re Boel complaint.                  | 0.10  | 975.00 | $97.50    |
| 12/02/2019 | KHB | BL | Review and revise Boel complaint.                            | 2.00  | 975.00 | $1,950.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:   6
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2019 | KHB | BL | Telephone call with T. Meade re Boel complaint. | 0.20 | 975.00 | $195.00 |
| 12/03/2019 | KHB | BL | Email to Trustee re timing for filing complaint. | 0.10 | 975.00 | $97.50 |
| 12/09/2019 | KHB | BL | Email with T. Meade re Boel complaint. | 0.20 | 975.00 | $195.00 |
| 12/09/2019 | KHB | BL | Emails with Marc Colon re split with Fader. | 0.20 | 975.00 | $195.00 |
| 12/17/2019 | KHB | BL | Emails with M. Levinson re POC's filed by Boels and impact on litigation. | 0.20 | 975.00 | $195.00 |
| 12/18/2019 | KHB | BL | Telephone calls with T. Meade and M. Levinson re impact of Boel POC on Boel litigation. | 0.30 | 975.00 | $292.50 |
| 12/19/2019 | KHB | BL | Telephone call with T. Meade & Trustee re peremptory challenge. | 0.20 | 975.00 | $195.00 |
| 12/19/2019 | KHB | BL | Review peremptory challenge. | 0.10 | 975.00 | $97.50 |
| 01/08/2020 | KHB | BL | Emails with T. Meade re Fader litigation. | 0.20 | 995.00 | $199.00 |
| 01/14/2020 | KHB | BL | Emails with T. Meade re removal and remand. | 0.30 | 995.00 | $298.50 |
| 01/16/2020 | KHB | BL | Telephone call with T. Meade re Boel litigation, remand motion and peremptory challenge. | 0.20 | 995.00 | $199.00 |
| 01/17/2020 | KHB | BL | Emails with T. Meade re required filing of certificate of association in district court. | 0.20 | 995.00 | $199.00 |
| 01/27/2020 | KHB | BL | Call with T. Meade, Marc Levinson and M. Manning re reply brief. | 0.60 | 995.00 | $597.00 |
| 01/28/2020 | KHB | BL | Emails from M. Levinson re reply brief. | 0.20 | 995.00 | $199.00 |
| 01/31/2020 | KHB | BL | Emails with T. Meade re remand. | 0.20 | 995.00 | $199.00 |
| 01/31/2020 | KHB | BL | Meet with M. Levinson and T. Meade in preparation for hearing. | 0.50 | 995.00 | $497.50 |
| 01/31/2020 | KHB | BL | Emails to Trustee re results of hearing. | 0.10 | 995.00 | $99.50 |
| 01/31/2020 | KHB | BL | Work on order and email to Boel's counsel. | 0.40 | 995.00 | $398.00 |
| 01/31/2020 | KHB | BL | Travel to / from hearing on motion to approve sharing agreement. | 0.60 | 995.00 | $597.00 |
| 01/31/2020 | KHB | BL | Email to M. Manning re proposed order. | 0.10 | 995.00 | $99.50 |
| 02/03/2020 | KHB | BL | Review authority re removal and remand. | 0.40 | 995.00 | $398.00 |
| 02/03/2020 | KHB | BL | Emails with T. Meade and Tibor Nagay re Remand / Removal. | 0.50 | 995.00 | $497.50 |
| 02/03/2020 | KHB | BL | Conference with Tibor  Nagay re withdrawal of | 0.40 | 995.00 | $398.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | reference. | | | |
| 02/03/2020 | KHB | BL | Review and respond to emails re withdrawal of reference. | 0.20 | 995.00 | $199.00 |
| 02/03/2020 | KHB | BL | Emails with T. Meade re removal and remand. | 0.20 | 995.00 | $199.00 |
| 02/04/2020 | KHB | BL | Review authority re withdrawal of reference and review and respond to email from Tibor Nagay re same. | 0.80 | 995.00 | $796.00 |
| 02/05/2020 | KHB | BL | Emails from T. Meade re remand and withdrawal of the reference. | 0.20 | 995.00 | $199.00 |
| 02/06/2020 | KHB | BL | Emails and telephone calls with Tyler Fader re informing Motali of Boels declining to stipulate to keeping case in bankruptcy court. | 0.20 | 995.00 | $199.00 |
| 02/11/2020 | KHB | BL | Review and revise application for extension of time to respond to motion to dismiss. | 1.00 | 995.00 | $995.00 |
| 02/13/2020 | KHB | BL | Emails with T. Meade re withdraw reference. | 0.20 | 995.00 | $199.00 |
| 02/24/2020 | KHB | BL | Review and respond to inquiry from special counsel re order / procedures re reference to Bankruptcy Court. | 0.20 | 995.00 | $199.00 |
| 02/26/2020 | KHB | BL | Email to special counsel re Rule 9027 (e)(3) requirements. | 0.20 | 995.00 | $199.00 |
| 02/27/2020 | KHB | BL | Emails with special counsel re removal issues. | 0.20 | 995.00 | $199.00 |
| 02/28/2020 | MPK | BL | Emails regarding Boal litigation (.1); revise 9027 statement (.1) | 0.20 | 795.00 | $159.00 |
| 02/28/2020 | KHB | BL | Review and revise Rule 9027(e)(3) statement. | 0.20 | 995.00 | $199.00 |
| 02/28/2020 | KHB | BL | Emails re Rule 9027 (e)(3) statement with special counsel. | 0.10 | 995.00 | $99.50 |
| 03/06/2020 | KHB | BL | Review and respond to email from S. Popanik re opposition to motion to withdraw reference. | 0.30 | 995.00 | $298.50 |
| 03/18/2020 | KHB | BL | Review and revise opposition to motion to withdraw reference. | 1.20 | 995.00 | $1,194.00 |
| 03/19/2020 | KHB | BL | Emails with special counsel re opposition to motion to withdraw reference. | 0.20 | 995.00 | $199.00 |
| 07/08/2020 | MPK | BL | Email to K. Brown regarding status of Quotient litigation (.1); review filings in AP (.1) | 0.20 | 795.00 | $159.00 |
| 07/30/2020 | KHB | BL | Work on opposition to motion to dismiss. | 1.20 | 995.00 | $1,194.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:      8
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2020 | KHB | BL | Review status report from T. Meade; emails from Trustee re same. | 0.30 | 995.00 | $298.50 |
| 08/31/2020 | KHB | BL | Emails with counsel for Fader re status of litigation. | 0.30 | 995.00 | $298.50 |
| 08/31/2020 | MPK | BL | Emails with Orrick regarding status of litigation. | 0.10 | 795.00 | $79.50 |
| 11/01/2020 | KHB | BL | Review opinion on motion to dismiss and email to /from T. Meade and Trustee re same. | 0.60 | 995.00 | $597.00 |
| 11/17/2020 | KHB | BL | Confer with T. Meade and Trustee Boel Litigation strategy and discovery procedure under Bankruptcy Rules. | 0.30 | 995.00 | $298.50 |
| 11/23/2020 | MPK | BL | Review memorandum and confirm docket re status conference (.6); email to K. Brown re same (.1) | 0.70 | 795.00 | $556.50 |
| 12/08/2020 | KHB | BL | Emails with special counsel and M. Manning re stipulation or objection to Boel motion to withdraw claims. | 0.60 | 995.00 | $597.00 |
| 12/08/2020 | MPK | BL | Emails regarding discovery and disclosures (.1); review and revise rule 26 disclosures (.3);  review AP docket (.1); review and revise order granting motion to dismiss (.3) | 0.80 | 795.00 | $636.00 |
| 12/09/2020 | MPK | BL | Email to special counsel regarding proposed order on MTC and local rules (.3) | 0.30 | 795.00 | $238.50 |
| 12/11/2020 | KHB | BL | Review CMC statement and initial disclosures and emails with Special Counsel re same. | 0.40 | 995.00 | $398.00 |
| 12/11/2020 | MPK | BL | Email to T. Meade regarding CMC statement. | 0.20 | 795.00 | $159.00 |
| 12/15/2020 | KHB | BL | Email from Asher Lowenstein re common interest privilege (.2); emails from M. Manning re same (.2). | 0.40 | 995.00 | $398.00 |
| 12/15/2020 | MPK | BL | Emails with special counsel regarding privilege issues. | 0.30 | 795.00 | $238.50 |
| 12/16/2020 | MPK | BL | Email to special counsel regarding hearing and review docket in main and AP (.1) | 0.10 | 795.00 | $79.50 |
| 12/18/2020 | KHB | BL | Work on responses to discovery requests to Trustee (.4); confer with Trustee and T. Meade re same and re litigation status (.5). | 0.90 | 995.00 | $895.50 |
| 01/25/2021 | KHB | BL | Emails with A. Lowenstein re discovery responses (.2); emails with Trustee re same (.1). | 0.30 | 1225.00 | $367.50 |
| 01/27/2021 | KHB | BL | Confer with Tibor Nagay and T. Meade and Lynn Schoenmann re status of Boel litigation and discovery issues. | 0.60 | 1225.00 | $735.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2021 | KHB | BL | Emails with A. Lowenstein re discovery issues (.2); emails with Trustee re same (.2). | 0.40 | 1225.00 | $490.00 |
| 03/12/2021 | MPK | BL | Emails to counsel for non-party witness regarding discovery and subpoena. | 0.20 | 850.00 | $170.00 |
| 04/12/2021 | KHB | BL | Email from counsel for Myron Wick re discovery issues. | 0.20 | 1225.00 | $245.00 |
| 04/12/2021 | MPK | BL | Review production by Myron Wicks (.2); email to litigation counsel regarding the same (.2) | 0.40 | 850.00 | $340.00 |
| 04/15/2021 | KHB | BL | Review and revise letter brief on privilege issues relating to communications between Trustee and Debtor (.5); review Boel motion to compel (.4). | 0.90 | 1225.00 | $1,102.50 |
| 04/15/2021 | MPK | BL | Emails regarding discovery dispute and email to creditor re status of case. | 0.10 | 850.00 | $85.00 |
| 04/21/2021 | KHB | BL | Review order concerning privilege log (.2); emails with A. Lowenstein re need for emails re sharing agreement (.2); review letter brief on motion to compel (.2). | 0.60 | 1225.00 | $735.00 |
| 04/21/2021 | MPK | BL | Email with K. Brown regarding discovery dispute; review discovery order and emails/letters from Boal. | 0.10 | 850.00 | $85.00 |
| 04/22/2021 | KHB | BL | Review and retrieve emails with Boel's counsel re sharing agreement for transmission to A. Lowenstein to comply with court order. | 1.00 | 1225.00 | $1,225.00 |
| 05/05/2021 | KHB | BL | Emails with A. Lowenstein re document production. | 0.20 | 1225.00 | $245.00 |
| 05/18/2021 | KHB | BL | Confer with Dan Linchey re contact by defense counsel. | 0.20 | 1225.00 | $245.00 |
| 06/30/2021 | KHB | BL | Emails from Special Counsel re discovery issues and obtaining declaration from Trustee re same (.3); review letter from Boel's counsel re discovery demands (.1); review proposed declaration by Trustee (.1); emails with Trustee re same (.2). | 0.70 | 1225.00 | $857.50 |
| 07/09/2021 | KHB | BL | Telephone call special council re discovery issues (.2); confer with T. Nagay, T. Mead and Trustee re discovery issues (.9); confer with R. Pachulski re same (.3); emails with Nagay, Mead and Trustree re same (.4). | 1.80 | 1225.00 | $2,205.00 |
| 07/12/2021 | KHB | BL | Confer with T. Meade, T. Nagay and Trustee re litigation strategy and discovery issues (.7); emails with Trustee re same (.2). | 0.90 | 1225.00 | $1,102.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:    10
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/19/2021 | KHB | BL | Confer with Trustee and L .Kieve re Boal litigation (.5); review sharing agreement, Boal claim withdrawal, claims docket and applicable authority and emails with Trustee re same (.8). | 1.30 | 1225.00 | $1,592.50 |
| 07/22/2021 | KHB | BL | Confer with Trustee re Schoenmann re discovery issues (.3). | 0.30 | 1225.00 | $367.50 |
| 07/27/2021 | KHB | BL | Email from with Trustee re discovery issues (.2); confer with Trustee and special counsel re discovery issues (.4); emails from Special Counsel re same (.2). | 0.80 | 1225.00 | $980.00 |
| 09/15/2021 | KHB | BL | Review responses to discovery requests and email to T. Appleton re same. | 0.50 | 1225.00 | $612.50 |
| 02/02/2022 | KHB | BL | Emails from Seena Forouzan re results of discovery motions and court's order re supplemental discovery (.2); emails with M. Manning re communications with creditors and supplemental discovery requirements. (.2). | 0.40 | 1395.00 | $558.00 |
| 02/02/2022 | MPK | BL | Email to K. Brown regarding discovery in Boal litigation (.1); review trustee's discovery responses (.2);  email to Seena at Meade firm regarding supplemental discovery responses (.2). | 0.50 | 895.00 | $447.50 |
| 03/16/2022 | KHB | BL | Email from T. Meade and Trustee re status report and discovery and summary judgment issues. | 0.50 | 1395.00 | $697.50 |
| 03/17/2022 | KHB | BL | Confer with T. Meade re litigation strategy and discovery issues. | 0.30 | 1395.00 | $418.50 |
| 03/31/2022 | KHB | BL | Emails with Special Counsel re Quotient discovery issues. | 0.30 | 1395.00 | $418.50 |
| 05/27/2022 | KHB | BL | Emails from T. Mead re settlement discussions with Boel (.2); review settlement payment waterfall analysis (.2); confer with T. Meade, T. Nagay and L. Schoenmann re settlement (1.0); confer with L. Schoenmann re settlement (.2). | 1.60 | 1395.00 | $2,232.00 |
| 06/01/2022 | KHB | BL | Confer with T. Meade and L. Schoenmann re Boel Settlement (.5); work on letter to Elliot Peterson re settlement demand (.5). | 1.00 | 1395.00 | $1,395.00 |
| 06/02/2022 | KHB | BL | Confer with T. Mead and Lynn Schoenmann re settlement of Boel litigation (.6); confer with T. Mead re settlement of Boel litigation (.2); confer with L. Schoenmann re settlement of Boel litigation (.1); emails and telephone call with L. Kieve re settment issues (.4). | 1.30 | 1395.00 | $1,813.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2022 | KHB | BL | Call with T. Meade, T. Nagay, L. Schoenmann re response to E. Peters email (.3); review E. Peters email (.2). | 0.50 | 1395.00 | $697.50 |
| 06/09/2022 | KHB | BL | Confer with T. Meade, T. Nagy and L. Schoenmann re settlement with Boel. | 0.40 | 1395.00 | $558.00 |
| 07/25/2022 | KHB | BL | Emails with T. Meade re response to K. Brown deposition subpoena and motion to quash (.2); review subpoena (.2). | 0.40 | 1395.00 | $558.00 |
| 07/26/2022 | KHB | BL | Confer with T. Meade re mediation issues and motion to quash K. Brown subpoena. | 0.20 | 1395.00 | $279.00 |
| 09/27/2022 | KHB | BL | Emails with T. Meade and trustee re transmission of estimated distribution waterfall to Fader. | 0.20 | 1395.00 | $279.00 |
| | | | | **41.20** | | **$45,451.00** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2019 | HCK | CA | Memos to / from M. Levinson and K. Brown re L. Schoenmann reopened Chapter 7 case (9/13) and confer with K. Brown re same. | 0.50 | 1025.00 | $512.50 |
| 09/16/2019 | LAF | CA | Legal research re: Judicial estoppel and failure to disclose claim. | 0.80 | 425.00 | $340.00 |
| 09/18/2019 | PJJ | CA | Conduct research regarding 9th circuit case law regarding section 541. | 0.20 | 395.00 | $79.00 |
| 09/19/2019 | MPK | CA | Email to K. Brown regarding case law (.8); call to Trustee's office regarding employment application (.1); research judicial estoppel issues (1.8) | 2.70 | 775.00 | $2,092.50 |
| 09/23/2019 | PJJ | CA | Conduct research regarding 9th circuit case law regarding section 541. | 0.30 | 395.00 | $118.50 |
| 09/23/2019 | MPK | CA | Further research judicial estoppel and draft memo re same. | 3.80 | 775.00 | $2,945.00 |
| 09/24/2019 | PJJ | CA | Conduct research regarding 9th circuit case law regarding section 541. | 1.00 | 395.00 | $395.00 |
| 09/24/2019 | MPK | CA | Further research and draft memo regarding judicial estoppel. | 2.20 | 775.00 | $1,705.00 |
| 11/12/2019 | KHB | CA | Confer with Trustee re duties to Debtor. | 0.20 | 975.00 | $195.00 |
| 01/12/2020 | MPK | CA | Email to creditor requesting pleadings re recovery sharing agreement. | 0.20 | 795.00 | $159.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    12

Schoenmann, E. Lynn (Fader)

Invoice 131291

77354   -00001

November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2020 | MPK | CA | Call with creditor regarding notice and status of case (.2); emails to creditors and provide pleadings and information (.2); emails to K. Brown re same (.2) | 0.60 | 795.00 | $477.00 |
| 01/22/2020 | MPK | CA | Call with creditor regarding status as creditor. | 0.10 | 795.00 | $79.50 |
| 01/23/2020 | MPK | CA | Review schedules and claims register regarding Sockolow claim (.2) | 0.20 | 795.00 | $159.00 |
| 01/23/2020 | MPK | CA | Emails to creditor re failure to file claim. | 0.30 | 795.00 | $238.50 |
| 01/24/2020 | MPK | CA | Email to creditor re proof of claim. | 0.10 | 795.00 | $79.50 |
| 01/25/2020 | MPK | CA | Review local rules and judge's procedures re hearing date (.3); email to K. Brown re same (.2) | 0.50 | 795.00 | $397.50 |
| 02/04/2020 | MPK | CA | Email to creditor re special notice. | 0.10 | 795.00 | $79.50 |
| 02/10/2020 | MPK | CA | Email to creditor regarding outcome of Jan 31 hearing. | 0.10 | 795.00 | $79.50 |
| 02/13/2020 | MPK | CA | Review recommendation from Court and forward to special counsel. | 0.10 | 795.00 | $79.50 |
| 02/21/2020 | MPK | CA | Review DC referral order and email to special counsel. | 0.10 | 795.00 | $79.50 |
| 09/09/2020 | MPK | CA | Emails with K. Brown and creditor regarding status of Sept hearing in Boal litigation. | 0.10 | 795.00 | $79.50 |
| 07/22/2021 | KHB | CA | Emails with L. Kieve re retention by Fader and impact of sharing agreement (.3). | 0.30 | 1395.00 | $418.50 |
| 02/02/2022 | MPK | CA | Email status update to creditor, Justin D (.1). | 0.10 | 895.00 | $89.50 |
| 06/13/2022 | MPK | CA | Email to creditor and K. Brown regarding status of Boal litigation. | 0.10 | 895.00 | $89.50 |
| 09/07/2022 | KHB | CA | Emails with J. Crom and Trustee re Boel settlement and tax issues. | 0.40 | 1395.00 | $558.00 |
| 09/26/2022 | KHB | CA | Emails with trustee and M. Manning re Clooback order for tax payments. | 0.20 | 1395.00 | $279.00 |
| 09/26/2022 | MPK | CA | Review files regarding Cloobeck motions and email to J. Crom re same (.3); draft motion for authority to pay estate tax obligations, memorandum of P&A, notice and Crom declaration (3.3) | 3.60 | 895.00 | $3,222.00 |
| 09/27/2022 | MPK | CA | Further work on motion to approve payment of post-petition tax payments, MOPA, Declaration and Notice (1.1); email to J. Crom and K. Brown re same (.1); emails with J. Crom regarding same (.2) | 1.40 | 895.00 | $1,253.00 |

|            |     |    |                                                                                                                                                                                 | Hours | Rate    | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 09/27/2022 | KHB | CA | Emails with J. Crom and M. Manning re obtaining order authorizing tax payment.                                                                                                          | 0.20  | 1395.00 | $279.00    |
| 09/27/2022 | MPK | CA | Draft notice of change of address for main and AP cases (.1); email to K. Brown re same (.1) (No Charge)                                                                                 | 0.20  | 0.00    | $0.00      |
| 09/28/2022 | MPK | CA | Review changes to Crom declaration and further revise motion, MOPA and notice regarding request to pay administrative taxes.                                                             | 0.40  | 895.00  | $358.00    |
| 09/28/2022 | MPK | CA | Call from creditor Lisa Barry regarding notice issues.                                                                                                                                   | 0.10  | 895.00  | $89.50     |
| 10/11/2022 | MPK | CA | Further work on motion to approve payment of post-petition taxes and related papers (.4); email to K. Brown re same (.1)                                                                 | 0.50  | 895.00  | $447.50    |
| 10/19/2022 | MPK | CA | Review and finalize motion to pay taxes for filing (.5); email to J. Crom regarding supporting declaration (.1); review K. Brown revisions and update Crom declaration (.3); email to J. Crom re updated declaration (.1) | 1.00  | 895.00  | $895.00    |
| 10/19/2022 | KHB | CA | Work on motion to pay administrative priority taxes (.8); emails with M. Manning and J. Crom re same (.2).                                                                               | 1.00  | 1395.00 | $1,395.00  |
| 10/20/2022 | KHB | CA | Confer with Trustee re timing of payment of contingency fee (.4); emails with T. Meade re same (.2); confer with T. Meade re same (.2); emails with J. Crom and trustee re tax implications of timing of payment of contingency fee (.3). | 1.10  | 1395.00 | $1,534.50  |
| 10/20/2022 | MPK | CA | Review and revise POS for notice for tax motion (.1); revise motion, MOPA re tax payment (.3)                                                                                            | 0.40  | 895.00  | $358.00    |
| 10/21/2022 | MPK | CA | Review motion to pay administrative taxes and related pleadings and prepare for filing (.9).                                                                                             | 0.90  | 895.00  | $805.50    |
| 10/21/2022 | KHB | CA | Call with J. Crom and Trustee re minimizing estate's tax liability through timing of deductions (.5); emails with T. Meade, J. Crom and Trustee re same (.2).                            | 0.70  | 1395.00 | $976.50    |
| 10/21/2022 | MPK | CA | Review matrix and schedules regarding creditor claim of improper service (.2); email to K. Brown and creditor re same (.2)                                                               | 0.40  | 895.00  | $358.00    |
| 10/30/2022 | MPK | CA | Review email from DSO claimant and email to Trustee re same.                                                                                                                            | 0.10  | 895.00  | $89.50     |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:    14
Invoice 131291
November 28, 2022

|            |     |    |                                                                                                                                                                                                                            | Hours | Rate    | Amount      |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 10/31/2022 | MPK | CA | Review and respond to email from DSO creditor regarding motions, distributions and related matters.                                                                                                                        | 0.20  | 895.00  | $179.00     |
| 11/11/2022 | KHB | CA | Emails with L. Kiev and trustee re timing of distributions.                                                                                                                                                                | 0.30  | 1395.00 | $418.50     |
| 11/14/2022 | KHB | CA | Emails with Trustee re timing of distribution (.2); emails with L. Kieve re timing of Fader distribution (.2).                                                                                                              | 0.40  | 1395.00 | $558.00     |
|            |     |    |                                                                                                                                                                                                                            | 28.20 |         | $25,021.00  |

## Claims Admin/Objections[B310]

|            |     |    |                                                                                                                                                                                                                                                                                    | Hours | Rate   | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
| 12/03/2019 | KHB | CO | Email to T. Meade re bar date and POC forms.                                                                                                                                                                                                                                       | 0.20  | 975.00 | $195.00     |
| 12/06/2019 | KHB | CO | Telephone call with Mark Romel counsel for John Gaddy re proof of claim.                                                                                                                                                                                                            | 0.10  | 975.00 | $97.50      |
| 12/16/2019 | KHB | CO | Review Proofs of Claim.                                                                                                                                                                                                                                                             | 0.40  | 975.00 | $390.00     |
| 12/16/2019 | KHB | CO | Emails with Trustee re same.                                                                                                                                                                                                                                                        | 0.20  | 975.00 | $195.00     |
| 09/15/2020 | KHB | CO | Review email from counsel for Boel re withdrawal of claim and emails with T. Meade and Trustee re same.                                                                                                                                                                             | 0.40  | 995.00 | $398.00     |
| 09/16/2020 | KHB | CO | Analyze impact of withdrawal of Boel proofs of claim on bankruptcy court's subject matter jurisdiction over adversary proceeding and right to jury trial (.8); emails to T.Meade and Tibor Nagay re same (.5).                                                                       | 1.30  | 995.00 | $1,293.50   |
| 09/17/2020 | KHB | CO | Confer with T. Meade and Tibor Nagay and Trustee re Boel request to withdraw proofs of claim (.6); review proofs of claim (.3).                                                                                                                                                      | 0.90  | 995.00 | $895.50     |
| 09/28/2020 | KHB | CO | Review letter from Boal's counsel re withdrawal of claims (.2); analyze authorities on right to jury trial and jurisdiction of bankruptcy court over adversary proceeding claims (2.5); prepare response to letter and emails to special counsel re same (.2).                       | 2.90  | 995.00 | $2,885.50   |
| 09/29/2020 | KHB | CO | Respond to Boal's request regarding withdrawal of claims (.5), emails with Trustee and special  counsel re same (.3).                                                                                                                                                               | 0.80  | 995.00 | $796.00     |
| 11/19/2020 | KHB | CO | Confer Miriam Manning re conditional opposition to motion to withdraw Boel claims (.2); emails to M. Manning re same (.2); review motion (.2).                                                                                                                                       | 0.60  | 995.00 | $597.00     |
| 11/20/2020 | KHB | CO | Review motion to withdraw claim.                                                                                                                                                                                                                                                    | 0.50  | 995.00 | $497.50     |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:    15
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2020 | KHB | CO | Email to T. Meade re response to Boel motion to withdraw claims (.3); email to assistant re response dates (.1). | 0.40 | 995.00 | $398.00 |
| 11/23/2020 | MPK | CO | Review motion to withdraw claim and review treatise re same. (No Charge) | 0.60 | 0.00 | $0.00 |
| 11/24/2020 | KHB | CO | Emails with Tibor Nagay re Boel motion to withdraw claims (.2); emails with Trustee re same (.1). | 0.30 | 995.00 | $298.50 |
| 11/29/2020 | KHB | CO | Emails with T. Nagay and Trustee re motion to withdraw claims. | 0.20 | 995.00 | $199.00 |
| 11/30/2020 | KHB | CO | Confer with T. Meade and T. Nagay re response to Boel motion to withdraw claims (.5); confer with M. Manning re same (.2); review motion and authorities re response to motion (.4); email to Boel's counsel re withdrawal with prejudice (.2). | 1.30 | 995.00 | $1,293.50 |
| 11/30/2020 | MPK | CO | Review files in preparation of conference call with special counsel (.2); Call with special counsel and K. Brown regarding status of litigation and withdrawal of claim (.5); review case law regarding withdrawal of claims (.9); call with K. Brown regarding dismissal issues (.1). (No Charge) | 1.70 | 0.00 | $0.00 |
| 12/01/2020 | MPK | CO | Research legal issues relating to withdrawal of claims (1.2); email to K. Brown re same (.2). (No Charge) | 1.40 | 0.00 | $0.00 |
| 12/01/2020 | KHB | CO | Confer with B. Dooley and P. Benvenuti re withdrawal of Boel claim with prejudice and impact on jury trial rights (.3); emails with T. Meade and Trustee re same (.3). | 0.60 | 995.00 | $597.00 |
| 12/02/2020 | MPK | CO | Review emails regarding Boal's withdrawal of proof of claim. | 0.10 | 795.00 | $79.50 |
| 12/02/2020 | KHB | CO | Emails with T. Nagay and Trustee re withdrawal of Boel claim with prejudice. | 0.20 | 995.00 | $199.00 |
| 12/03/2020 | KHB | CO | Review revisions to stipulation to withdraw claims and emails with special counsel re same (.2); revise stipulation (.7). | 0.90 | 995.00 | $895.50 |
| 12/07/2020 | KHB | CO | Review and respond to emails from B. Dooley re stipulation for withdrawal of claims (.2); emails with T. Meade re same (.2); confer with M. Manning re limited objection to motion to withdraw to condition on withdrawal with prejudice and authorities to support; (.3); emails with special counsel re same | 1.00 | 995.00 | $995.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (.3). | | | |
| 12/07/2020 | MPK | CO | Call with K. Brown regarding response to Boal's motion to withdraw claim (.1); review emails with Boal counsel re same (.1); second call withK. Brown regarding withdrawal of Boal claim (.1); research basis for objection to motion (1.8); draft limited opposition to motion to withdraw claim (.7).  (No Charge) | 2.80 | 0.00 | $0.00 |
| 12/08/2020 | MPK | CO | Research discreet issues involving claim withdrawal (1.3); emails to special counsel regarding claim withdrawal issues (.3) further edit limited opposition to motion to withdraw claims (.2);  email to Boal counsel regarding stipulation re claim withdrawal (.1); review final version of stipulation re dismissal of motion to withdraw (.1)  (No Charge) | 2.00 | 0.00 | $0.00 |
| 12/10/2020 | MPK | CO | Emails to co-counsel regarding stipulation to withdraw claims. | 0.10 | 795.00 | $79.50 |
| 03/30/2021 | KHB | CO | Confer with Tibor Nagay re treatment of late filed claims (.2); emails re same (.1). | 0.30 | 1225.00 | $367.50 |
| 03/31/2021 | KHB | CO | Confer with potential claimant re filing claim  after bar date. | 0.30 | 1225.00 | $367.50 |
| 08/17/2022 | MPK | CO | Review DSO claims and email to litigation team and K. Brown re same (.5); review petition and claims register (.3); research on treatment of DSO claims under the Code and draft email to K. Brown re same (1.4) | 2.20 | 895.00 | $1,969.00 |
| 08/18/2022 | KHB | CO | Email from M. Manning re treatment of post – petition domestic support obligations. | 0.20 | 1395.00 | $279.00 |
| 08/18/2022 | MPK | CO | Research post-petition interest on DSO claims. | 0.40 | 895.00 | $358.00 |
| 09/13/2022 | KHB | CO | Analysis of domestic support claims and basis to object to post-petition portions of claims (.5); emails to claimants re withdrawal of portions of claims based on same (1.2). | 1.70 | 1395.00 | $2,371.50 |
| 09/13/2022 | MPK | CO | Review DSO claims and research interest claims and related matters (1.4); draft emails to DSO claimants re resolution efforts (1.5); email to litigation counsel regarding waterfall (.2) | 3.10 | 895.00 | $2,774.50 |
| 09/14/2022 | KHB | CO | Work on DSO claims objections. | 0.20 | 1395.00 | $279.00 |
| 09/14/2022 | MPK | CO | Call with holder of Claim No. 23 re claim amount (.1); email to claimant re need amend (.3); emails to K. Brown re same (.2); email to Trustee re claim | 2.50 | 895.00 | $2,237.50 |

|            |      |      |                                                                                                                                                                                                                                                                  | Hours | Rate    | Amount      |
|------------|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
|            |      |      | resolutions (.1); review amended claim No. 23 and email to team (.2); email to team regarding potential DSO claims, review same (1.6)                                                                                                                             |       |         |             |
| 09/15/2022 | KHB  | CO   | Emails from DSO claimant and M. Manning re reduction of DSO claims.                                                                                                                                                                                               | 0.40  | 1395.00 | $558.00     |
| 09/15/2022 | MPK  | CO   | Call with Lisa Barry re claim reconciliation (.4); emails with Lisa Barry re claim calculations (.5); draft notice of withdrawal of claim No. 6 and forward to Lisa Barry (.9)                                                                                    | 1.80  | 895.00  | $1,611.00   |
| 09/17/2022 | MPK  | CO   | Email with Lisa Barry regarding notice of withdrawal.                                                                                                                                                                                                             | 0.10  | 895.00  | $89.50      |
| 09/21/2022 | MPK  | CO   | Emails to Lisa Barry regarding Claim No. 6.                                                                                                                                                                                                                       | 0.10  | 895.00  | $89.50      |
| 10/11/2022 | MPK  | CO   | Call with Napa County regarding duplicative claims (.2); review claims and draft email to Napa County re withdrawal of duplicate claim (.8); draft notice of withdrawal of claim (.2)                                                                             | 1.20  | 895.00  | $1,074.00   |
| 10/13/2022 | KHB  | CO   | Work on email to DSO claimants re withdrawal of duplicate claims.                                                                                                                                                                                                 | 0.20  | 1395.00 | $279.00     |
| 10/17/2022 | MPK  | CO   | Email to NAPA County re withdrawal of claim.                                                                                                                                                                                                                      | 0.10  | 895.00  | $89.50      |
| 10/20/2022 | KHB  | CO   | Confer with Trustee re-claims objections and initial review of claims (.2); emails with counsel for Fader and J. Crom re amount of general unsecured claims (.3) ; confer with M. Manning re status of claims review (.2).                                        | 0.70  | 1395.00 | $976.50     |
| 10/20/2022 | MPK  | CO   | Call with Amy Edelen regarding Claim No. 13 (.2); emails to claimant and forward updated withdrawal form (.2); revise notice of withdrawal for claim no. 13 (.1); review files re status of withdrawal of Claim no. 6 (.1); draft notes to file re status of dso claims (.3); email to Trustee regarding DSO claims (.3) | 1.20  | 895.00  | $1,074.00   |
| 10/21/2022 | MPK  | CO   | Email to Napa County DCSS re withdrawal of claim (.1); email to Loren Keive re same (.1)                                                                                                                                                                          | 0.20  | 895.00  | $179.00     |
|            |      |      |                                                                                                                                                                                                                                                                  | 38.80 |         | $30,298.50  |

### Review Fee App of Other Prof.

| 09/01/2022 | KHB | CP03 | Emails with Trustee re fee applications for professionals. | 0.20 | 1395.00 | $279.00 |
| 09/20/2022 | MPK | CP03 | Review and assist preparation of lit counsel fee application. | 0.40 | 895.00 | $358.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    18
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2022 | MPK | CP03 | Review contingency fee applications and revise application for special counsel (.3); email to T. Meade regarding procedure for compensation (.1) | 0.40 | 895.00 | $358.00 |
| 09/22/2022 | LAF | CP03 | Legal research re: Contingency fee app. (No Charge) | 0.80 | 0.00 | $0.00 |
| 09/24/2022 | MPK | CP03 | Research legal authority for contingency fee application and draft same for fee application.  (No Charge) | 0.90 | 0.00 | $0.00 |
| 09/26/2022 | MPK | CP03 | Further work on fee application for special counsel (.4); email to special counsel regarding fee application (.2) | 0.60 | 895.00 | $537.00 |
| 10/19/2022 | KHB | CP03 | Emails with T. Meade re Fee Application. | 0.20 | 1395.00 | $279.00 |
| 10/21/2022 | MPK | CP03 | Email to T. Meade regarding status of fee application. | 0.10 | 895.00 | $89.50 |
| 10/21/2022 | KHB | CP03 | Confer with T. Meade re circumstances under which disgorgement would be required (.2); emails T. Meade re timing of payments of contingency fee (.2). | 0.40 | 1395.00 | $558.00 |
| 10/24/2022 | MPK | CP03 | Draft notice of special counsel's fee application (.6); email to special counsel re same (.1) | 0.70 | 895.00 | $626.50 |
| 10/25/2022 | MPK | CP03 | Emails with T. Meade regarding filing fee application (.3); review expense reimbursement requests and review guidelines (.1); review application and exhibits (.2) | 0.60 | 895.00 | $537.00 |
| | | | | **5.30** | | **$3,622.00** |

## Employment of Professionals

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/17/2019 | KHB | EMP | Work on employment application and declaration. | 0.50 | 975.00 | $487.50 |
| 09/24/2019 | MPK | EMP | Review docket re status of employment app and claim deadline;  email re same. (No Charge) | 0.10 | 0.00 | $0.00 |
| 09/26/2019 | LAF | EMP | Legal research re: Employing special litigation counsel on a contingency basis. | 0.30 | 425.00 | $127.50 |
| 09/27/2019 | MPK | EMP | Prepare employment application, declaration and order for Meade Firm and Dontzin as special litigation counsel on contingency fee basis. | 2.20 | 775.00 | $1,705.00 |
| 09/27/2019 | KHB | EMP | Work on application to employ special counsel to prosecute Bool claims. | 0.50 | 975.00 | $487.50 |
| 09/30/2019 | MPK | EMP | Further revise application to include both special | 1.00 | 775.00 | $775.00 |

|            |      |      |                                                                                                                                      | Hours | Rate   | Amount      |
|------------|------|------|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
|            |      |      | counsel; revise declarations of T. Meade and Tibor Nagy (.8); draft email to counsel re same (.2)                                     |       |        |             |
| 10/02/2019 | KHB  | EMP  | Review special counsel engagement agreements; email to Trustee re same.                                                               | 0.40  | 975.00 | $390.00     |
| 10/03/2019 | MPK  | EMP  | Revise retainer agreement (.2); revise application based on retainer agreement (.6); emails with K. Brown re same (.1)                 | 0.90  | 775.00 | $697.50     |
| 10/03/2019 | KHB  | EMP  | Work on employment agreement with special counsel.                                                                                    | 1.80  | 975.00 | $1,755.00   |
| 10/03/2019 | KHB  | EMP  | Confer with Trustee re employment agreement.                                                                                          | 0.10  | 975.00 | $97.50      |
| 10/03/2019 | KHB  | EMP  | Work on employment application for special counsel.                                                                                   | 1.00  | 975.00 | $975.00     |
| 10/04/2019 | MPK  | EMP  | Emails to K. Brown regarding expense reimbursement for special counsel (.2); review guidelines (.1); further work on declarations of both special counsel (.6) | 0.90  | 775.00 | $697.50     |
| 10/04/2019 | KHB  | EMP  | Call with proposed special counsel and Trustee.                                                                                       | 0.30  | 975.00 | $292.50     |
| 10/04/2019 | KHB  | EMP  | Revise special counsel retention agreement.                                                                                           | 0.50  | 975.00 | $487.50     |
| 10/04/2019 | KHB  | EMP  | Telephone calls with Trustee re same.                                                                                                 | 0.20  | 975.00 | $195.00     |
| 10/07/2019 | MPK  | EMP  | Emails with K. Brown regarding contingency fee calculation (.1); further work on employment applications/declarations and order (.3)  | 0.40  | 775.00 | $310.00     |
| 10/07/2019 | KHB  | EMP  | Work on contingency fee employment application.                                                                                       | 1.80  | 975.00 | $1,755.00   |
| 10/08/2019 | KHB  | EMP  | Confer with T. Meade re employment application and fee agreement.                                                                     | 0.20  | 975.00 | $195.00     |
| 10/08/2019 | KHB  | EMP  | Email to Trustee re T. Meade employment application and fee agreement.                                                                | 0.10  | 975.00 | $97.50      |
| 10/10/2019 | KHB  | EMP  | Call with T. Meade re conflict issues.                                                                                                | 0.40  | 975.00 | $390.00     |
| 10/10/2019 | KHB  | EMP  | Email Trustee re conflict issues.                                                                                                     | 0.10  | 975.00 | $97.50      |
| 10/10/2019 | KHB  | EMP  | Review contingency fee agreement and email trustee re same.                                                                           | 0.30  | 975.00 | $292.50     |
| 10/10/2019 | KHB  | EMP  | Call with Trustee re retention of contingency fee counsel.                                                                            | 0.10  | 975.00 | $97.50      |
| 10/10/2019 | KHB  | EMP  | Emails to T. Meade re Trustee's comments.                                                                                             | 0.10  | 975.00 | $97.50      |
| 10/12/2019 | KHB  | EMP  | Confer with T. Meade re retention.                                                                                                    | 0.30  | 975.00 | $292.50     |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    20
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2019 | KHB | EMP | Emails with Trustee re retention of contingency fee counsel. | 0.30 | 975.00 | $292.50 |
| 10/15/2019 | KHB | EMP | Confer with Trustee re retention of contingency fee counsel. | 0.10 | 975.00 | $97.50 |
| 10/16/2019 | KHB | EMP | Telephone calls with T. Meade re retention and conflict issues. | 0.20 | 975.00 | $195.00 |
| 10/16/2019 | KHB | EMP | Confer with Trustee re retention and conflict issues. | 0.20 | 975.00 | $195.00 |
| 10/21/2019 | KHB | EMP | Emails withT. Meade re retention and conflict waiver. | 0.10 | 975.00 | $97.50 |
| 10/22/2019 | KHB | EMP | Review Meade letter to Debtor re conflict waiver. | 0.10 | 975.00 | $97.50 |
| 10/22/2019 | KHB | EMP | Telephone call with T. Meade re same and next steps. | 0.20 | 975.00 | $195.00 |
| 10/24/2019 | MPK | EMP | Review revised employment pleadings from special counsel. | 0.30 | 775.00 | $232.50 |
| 10/24/2019 | KHB | EMP | Work on employment applications for contingency fee counsel. | 0.50 | 975.00 | $487.50 |
| 10/24/2019 | KHB | EMP | Emails with Marc Levinson re employment applications; telephone call with Marc Levinson re same. | 0.30 | 975.00 | $292.50 |
| 10/25/2019 | KHB | EMP | Work on application of contingency fee counsel. | 0.70 | 975.00 | $682.50 |
| 11/01/2019 | MPK | EMP | Emails with K. Brown regarding employment of special counsel (.1); review and further revise employment pleadings and prepare for service (.6) | 0.70 | 775.00 | $542.50 |
| 11/01/2019 | KHB | EMP | Work on employment application for contingency fee counsel. | 0.20 | 975.00 | $195.00 |
| 11/03/2019 | MPK | EMP | Email to Trustee regarding special counsel employment (.2); email to Tibor Nagy regarding declaration (.1); email to Meade office re decl. (.1) | 0.40 | 775.00 | $310.00 |
| 11/05/2019 | KHB | EMP | Finalize employment application for contingency fee counsel and retention agreements. | 0.20 | 975.00 | $195.00 |
| 11/05/2019 | KHB | EMP | Emails with T. Meade re employment re application for contingency fee counsel and retention agreements. | 0.10 | 975.00 | $97.50 |
| 11/06/2019 | KHB | EMP | Work on finalizing retention agreements with contingency fee counsel. | 0.20 | 975.00 | $195.00 |
| 11/06/2019 | MPK | EMP | Revise order approving the employment of special | 0.20 | 775.00 | $155.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:    21
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | counsel. | | | |
| 12/15/2020 | MPK | EMP | Review Guidelines and files regarding notices re fees. | 0.20 | 795.00 | $159.00 |
| | | | | 19.70 | | $17,509.00 |

## Litigation Sharing Agreement

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2019 | KHB | LSA | Email to Marc Levinson re Fader/Boal litigation. | 0.10 | 975.00 | $97.50 |
| 10/24/2019 | KHB | LSA | Emails and telephone call with Marc Levinson re Boel litigation and Fader's role. | 0.30 | 975.00 | $292.50 |
| 10/30/2019 | KHB | LSA | Emails with Trustee and Mari Levinson re meeting to discuss Debtor's participation in litigation. | 0.20 | 975.00 | $195.00 |
| 11/11/2019 | KHB | LSA | Meet with Marc Levinson and Trustee re Debtor's participation in Boels' Litigation. | 1.00 | 975.00 | $975.00 |
| 11/11/2019 | KHB | LSA | Confer with Trustee re Debtor's participation in Boels' Litigation. | 0.20 | 975.00 | $195.00 |
| 11/12/2019 | KHB | LSA | Emails with Marc Levinson re Debtors participation in litigation recovery analyze re Trustee's duties to Debtor. | 0.30 | 975.00 | $292.50 |
| 11/12/2019 | KHB | LSA | Confer with Trustee re Debtors participation in litigation recovery analyze re Trustee's duties to Debtor. | 0.20 | 975.00 | $195.00 |
| 11/12/2019 | KHB | LSA | Confer with T. Meade and Trustee re Boels litigation and split with Debtor. | 0.50 | 975.00 | $487.50 |
| 11/12/2019 | MPK | LSA | Draft litigation recovery agreement. | 0.40 | 775.00 | $310.00 |
| 11/14/2019 | MPK | LSA | Further work on litigation recovery sharing agreement. | 1.90 | 775.00 | $1,472.50 |
| 11/18/2019 | KHB | LSA | Work on motion to approve sharing of litigation recovery with Fader. | 0.20 | 975.00 | $195.00 |
| 11/20/2019 | KHB | LSA | Work on sharing agreement with Debtor. | 0.80 | 975.00 | $780.00 |
| 11/21/2019 | KHB | LSA | Emails with Marc Cohen re Fader agreement. | 0.10 | 975.00 | $97.50 |
| 11/25/2019 | MPK | LSA | Emails with K. Brown re agreement with debtor to share recovery (.1); work on motion to approve agreement (.6); revise sharing agreement to include waiver (.1) | 0.80 | 775.00 | $620.00 |
| 11/25/2019 | KHB | LSA | Emails with M. Levinson re sharing agreement. | 0.20 | 975.00 | $195.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2019 | KHB | LSA | Work on litigation recovery sharing agreement and motion to approve. | 1.50 | 975.00 | $1,462.50 |
| 11/27/2019 | MPK | LSA | Emails with K. Brown regarding motion to approve sharing agreement and agreement (.2); review revisions to both documents (.2); review emails regarding agreement with debtor (.1) | 0.50 | 775.00 | $387.50 |
| 12/12/2019 | KHB | LSA | Confer with Marc Levinson re split of litigation proceeds with Debtor. | 0.30 | 975.00 | $292.50 |
| 12/12/2019 | KHB | LSA | Emails with Marc Levinson re split of litigation proceeds with Debtor. | 0.10 | 975.00 | $97.50 |
| 12/12/2019 | KHB | LSA | Emails with L. Schoenmann re split of litigation proceeds with Debtor. | 0.10 | 975.00 | $97.50 |
| 12/12/2019 | KHB | LSA | Work on agreement with Fader split of Boel Litigation proceeds. | 0.50 | 975.00 | $487.50 |
| 12/13/2019 | MPK | LSA | Draft motion,  memorandum of points and authorities in support of sharing agreement and notice. | 3.10 | 775.00 | $2,402.50 |
| 12/16/2019 | KHB | LSA | Work on sharing agreement. | 0.30 | 975.00 | $292.50 |
| 12/16/2019 | KHB | LSA | Work on motion to approve sharing agreement. | 1.00 | 975.00 | $975.00 |
| 12/16/2019 | MPK | LSA | O/c with K. Brown regarding Fader compromise (.3); emails with K. Brown regarding Fader compromise (.4); review case law re compromise issues (1); draft declaration for Trustee in support of compromise motion (.6); revise compromise motion (.3 | 2.60 | 775.00 | $2,015.00 |
| 12/17/2019 | MPK | LSA | Further work on Trustee's declaration in support of sharing agreement. | 0.50 | 775.00 | $387.50 |
| 12/18/2019 | MPK | LSA | Call from K. Brown regarding changes to memorandum of compromise (.1); further revise memorandum and review supporting papers  (1.4) | 1.50 | 775.00 | $1,162.50 |
| 12/19/2019 | KHB | LSA | Work on motion to approving litigation recovery sharing agreement. | 0.30 | 975.00 | $292.50 |
| 12/19/2019 | MPK | LSA | Review signed declaration and email to special counsel re same. | 0.10 | 775.00 | $77.50 |
| 12/23/2019 | MPK | LSA | Review claims register and certain claims (.4); revise motion to reference claim amounts and nature (.4) | 0.80 | 775.00 | $620.00 |
| 12/27/2019 | KHB | LSA | Review emails from Marc Levinson and proposed | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    23
Invoice 131291
November 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | revisions to litigation recovery sharing agreement. |  |  |  |
| 12/27/2019 | KHB | LSA | Respond to emails. | 0.40 | 975.00 | $390.00 |
| 12/27/2019 | KHB | LSA | Work on motion to approve sharing agreement and revisions to agreement. | 0.60 | 975.00 | $585.00 |
| 12/29/2019 | KHB | LSA | Emails with Trustee re Litigation recovery sharing agreement. | 0.20 | 975.00 | $195.00 |
| 12/29/2019 | KHB | LSA | Work on agreement and revisions by Fader. | 0.40 | 975.00 | $390.00 |
| 12/30/2019 | MPK | LSA | Update all pleadings to conform to suggested edits by Debtor's counsel (.2); email to debtor's counsel re same (.1) | 0.30 | 775.00 | $232.50 |
| 01/06/2020 | MPK | LSA | Email to Trustee regarding sharing agreement motion. | 0.10 | 795.00 | $79.50 |
| 01/07/2020 | KHB | LSA | Work on notice of motion and motion to approve litigation recovery sharing agreement. | 0.60 | 995.00 | $597.00 |
| 01/07/2020 | MPK | LSA | Email to T. Meade regarding declaration in support of sharing agreement (.1); review all pleadings and prepare for filing (.3); revise notice (.5) | 0.90 | 795.00 | $715.50 |
| 01/10/2020 | MPK | LSA | Return calls to two creditors regarding sharing motion. | 0.10 | 795.00 | $79.50 |
| 01/25/2020 | MPK | LSA | Review Boal's opposition brief. | 0.60 | 795.00 | $477.00 |
| 01/26/2020 | MPK | LSA | Emails regarding local rules and objection to sharing agreement (.4); review res judicata issues and deference issues (.8) | 1.20 | 795.00 | $954.00 |
| 01/27/2020 | KHB | LSA | Review objection to sharing agreement and prepare for call with T. Meade re reply. | 0.50 | 995.00 | $497.50 |
| 01/27/2020 | KHB | LSA | Emails with T. Meade re reply. | 0.50 | 995.00 | $497.50 |
| 01/27/2020 | KHB | LSA | Work on reply to opposition to sharing agreement. | 1.50 | 995.00 | $1,492.50 |
| 01/27/2020 | KHB | LSA | Emails with M. Manning re reply research. | 0.30 | 995.00 | $298.50 |
| 01/27/2020 | MPK | LSA | Conference call with special counsel, K. Brown and Debtor's counsel re sharing agreement (.7); draft insert to reply brief (2.2); draft emails to counsel re same (.2) | 3.10 | 795.00 | $2,464.50 |
| 01/28/2020 | MPK | LSA | Emails with special counsel re reply brief (.4); review case proposed by special counsel and email to K. Brown re same (.5) | 0.90 | 795.00 | $715.50 |
| 01/28/2020 | KHB | LSA | Emails with T. Meade re reply brief to objection to | 0.70 | 995.00 | $696.50 |

Pachulski Stang Ziehl & Jones LLP

Schoenmann, E. Lynn (Fader)

77354   -00001

Page:    24

Invoice 131291

November 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | approval of sharing agreement. |  |  |  |
| 01/29/2020 | KHB | LSA | Confer with M. Manning re sharing agreement. | 0.40 | 995.00 | $398.00 |
| 01/29/2020 | KHB | LSA | Work on reply to objection to Fader sharing agreement. | 3.50 | 995.00 | $3,482.50 |
| 01/29/2020 | MPK | LSA | Revise reply brief (2.4); call with T. Meade re case (.2); calls with K. Brown re same (.3); call with Annie B re same (.1); review and respond to various emails regarding the reply (.6); review additional revisions and provide more comments of my own (1.2) | 4.80 | 795.00 | $3,816.00 |
| 01/30/2020 | KHB | LSA | Work on reply brief to opposition to motion to approve sharing agreement. | 2.50 | 995.00 | $2,487.50 |
| 01/30/2020 | MPK | LSA | Revise Request for Judicial Notice (.2); review reply and emails to special counsel and K. Brown re same (.9); call with Annie B. re filing (.1) | 1.20 | 795.00 | $954.00 |
| 01/30/2020 | KHB | LSA | Prepare for hearing on approval of sharing agreement. | 1.50 | 995.00 | $1,492.50 |
| 01/31/2020 | MPK | LSA | Call with K. Brown re service issues (.1); review service lists and email to K. Brown re same (.1); draft order (.4) | 0.60 | 795.00 | $477.00 |
| 01/31/2020 | KHB | LSA | Attend hearing on motion to approve sharing agreement. | 2.00 | 995.00 | $1,990.00 |
| 02/04/2020 | KHB | LSA | Emails with Marc Levinson re same. | 0.10 | 995.00 | $99.50 |
| 02/04/2020 | KHB | LSA | Email to counsel re Boel re order on approval of sharing agreement. | 0.10 | 995.00 | $99.50 |
|  |  |  |  | 50.30 |  | $44,396.50 |

## Mediation

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/01/2022 | KHB | ME | Emails from T. Nagay re mediation issues and briefing. | 0.20 | 1395.00 | $279.00 |
| 08/05/2022 | KHB | ME | Emails from T. Meade and Trustee re mediation issues. | 0.20 | 1395.00 | $279.00 |
| 08/10/2022 | KHB | ME | Review draft mediation brief. | 1.00 | 1395.00 | $1,395.00 |
| 08/11/2022 | KHB | ME | Call re mediation strategy with T. Meade, T. Nagay and Trustee (.5); confer with Trustee re mediation strategy (.2); emails with T. Meade re same (.2). | 0.90 | 1395.00 | $1,255.50 |
| 08/16/2022 | KHB | ME | Work on mediation brief. | 1.50 | 1395.00 | $2,092.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/17/2022 | KHB | ME | Confer with T. Meade re mediation strategy (.2); confer with Trustee re mediation strategy (.2); emails to T. Meade and Trustee re revisions to letter to mediator and review claims and claims docket re same (1.5); call with T. Meade and M. Manning re letter to mediator and impact of domestic support claims (.5); emails from Trustee re mediation letter and strategy (.1). | 2.50 | 1395.00 | $3,487.50 |
| 08/17/2022 | MPK | ME | Call with litigation team and K. Brown regarding settlement and waterfall. | 0.40 | 895.00 | $358.00 |
| 08/19/2022 | KHB | ME | Emails with T. Nagay and Trustee re call on mediation strategy. | 0.20 | 1395.00 | $279.00 |
| 08/22/2022 | KHB | ME | Work on draft settlement agreement and email with T. Meade re same (.5); email T. Meade re K. Brown deposition (.2). | 0.70 | 1395.00 | $976.50 |
| 08/23/2022 | KHB | ME | Call with Trustee and T. Nagay re mediation prep (.5); review Boel mediation statement and exhibits (1.4). | 1.90 | 1395.00 | $2,650.50 |
| 08/24/2022 | KHB | ME | Prepare for mediation and email to Trustee re same (.3); attend mediation (7.0). | 7.30 | 1395.00 | $10,183.50 |
| 08/25/2022 | KHB | ME | Review mediator proposal and email to mediator re clarification (.2); emails with T. Nagay, T. Meade and Trustee re response to mediator proposal (.3); emails with T. Meade re proper scope of communications with Fader's counsel re mediation (.2). | 0.70 | 1395.00 | $976.50 |
| 08/31/2022 | KHB | ME | Email from Mediator re acceptance of Mediator's proposal. | 0.10 | 1395.00 | $139.50 |
| 08/31/2022 | KHB | ME | Emails to Trustee re acceptance of Mediator's proposal. | 0.10 | 1395.00 | $139.50 |
| 08/31/2022 | KHB | ME | Emails from T. Meade re acceptance of Mediator's proposal. | 0.10 | 1395.00 | $139.50 |
| 08/31/2022 | KHB | ME | Conference M. Manning re preparation of Rule 9019 motion. | 0.10 | 1395.00 | $139.50 |
| 09/01/2022 | KHB | ME | Emails with T. Meade, Brook Dooley and Matt Kaplan re settlement agreement and Rule 9109 motion (.4); emails with M. Manning re "waterfall" analysis (.2). | 0.60 | 1395.00 | $837.00 |
| 09/01/2022 | MPK | ME | Review and respond to emails with K. Brown and litigation counsel regarding settlement of Boal | 3.70 | 895.00 | $3,311.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   - 00001

Page:    26
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | litigation (.4); draft motion to compromise controversy (1.3); revise waterfall based on new settlement figure (1.6); review claims register (.2); review settlement and email to litigation counsel re proposed language (.2) | | | |
| 09/02/2022 | KHB | ME | Work on settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 09/02/2022 | KHB | ME | Emails with M. Manning re Rule 9019 motion and waterfall analysis (.3); confer with M. Manning re same (.2); emails with Trustee re same (.2); confer with T. Meade and M. Manning re settlement agreement, motion to approve and fee applications (.3). | 1.00 | 1395.00 | $1,395.00 |
| 09/02/2022 | MPK | ME | Review register, emails and draft revised waterfalls and email to team (2.2); further work on motion to compromise (.8); call with K. Brown re revised waterfall (.1); conference call with T. Meade and K. Brown regarding settlement of adversary proceeding (.3); draft memorandum of points and authorities in support of motion to compromise adversary proceeding (.4) | 3.80 | 895.00 | $3,401.00 |
| 09/05/2022 | MPK | ME | Review emails by J. Crom, Trustee and K. Brown and email re settlement calculations (1.2); review and revise the settlement agreement and email to litigation counsel re same (.9); draft memorandum of P&As re Boal settlement (1.7) | 3.80 | 895.00 | $3,401.00 |
| 09/06/2022 | KHB | ME | Emails with J. Crom re tax implications of settlement (.1); emails with Trustee re settlement with Boel (.1); emails with M. Manning re same (.1); review and revise draft settlement agreement (.2); emails from T. Meade to B. Dooley re settlement agreement (.1). | 0.60 | 1395.00 | $837.00 |
| 09/06/2022 | MPK | ME | Draft Trustee's declaration in support of compromise motion and notice of hearing (1.8); review Court's procedures for updated notice information (.2); review and respond to emails regarding settlement issues (.3) | 2.30 | 895.00 | $2,058.50 |
| 09/08/2022 | KHB | ME | Emails with J. Crom and Trustee re Boal settlement (.2); work on motion to approve Boal settlement (.8). | 1.00 | 1395.00 | $1,395.00 |
| 09/09/2022 | KHB | ME | Work on motion to approve Boal Settlement (2.5); emails with J. Crom, T. Meade and Trustee re distribution waterfall (.4). | 2.90 | 1395.00 | $4,045.50 |
| 09/09/2022 | MPK | ME | Review revisions to memorandum by K. Brown and further revise same (1.9); email to K. Brown | 2.20 | 895.00 | $1,969.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding potential objectionable claims (.3) | | | |
| 09/12/2022 | KHB | ME | Confer with T. Meade and trustee re Boal settlement, tax issues and claim objections (.4); work on motion to approve Boal settlement (.5); confer with M. Manning re settlement motion and claim objections (.3). | 1.20 | 1395.00 | $1,674.00 |
| 09/12/2022 | MPK | ME | Revise memorandum of points and authorities in support of compromise (1.7); call with K. Brown re same (.2). | 1.90 | 895.00 | $1,700.50 |
| 09/13/2022 | KHB | ME | Emails from B. Dooley and T. Meade re settlement agreement. | 0.20 | 1395.00 | $279.00 |
| 09/14/2022 | KHB | ME | Work on email to Fader's counsel re settlement and waterfall analysis (.7); emails from M. Kaplan the T. Meade re Quotient request for delayed settlement payment (.2); emails with Trustee re same (.1). | 1.00 | 1395.00 | $1,395.00 |
| 09/14/2022 | MPK | ME | Call with T. Meade regarding settlement motion. | 0.20 | 895.00 | $179.00 |
| 09/15/2022 | KHB | ME | Confer with T. Meade re Quotient request to delay settlement payment (.2); emails with T. Meade and Trustee re same (.3). | 0.50 | 1395.00 | $697.50 |
| 09/15/2022 | MPK | ME | Review revisions by T. Meade to memorandum and further revise same (.5); review settlement agreement (.2); review emails re settlement issues (.2) | 0.90 | 895.00 | $805.50 |
| 09/16/2022 | KHB | ME | Confer with T. Meade, Trustee and J. Crom re Quotient request to delay settlement payment and impact on estate (.4); emails with M. Manning re motion to approve settlement (.2). | 0.60 | 1395.00 | $837.00 |
| 09/19/2022 | KHB | ME | Work on motion to approve settlement. | 0.80 | 1395.00 | $1,116.00 |
| 09/19/2022 | MPK | ME | Review K. Brown comments to memorandum and further revise same. | 0.40 | 895.00 | $358.00 |
| 09/20/2022 | MPK | ME | Review emails re settlement. | 0.10 | 895.00 | $89.50 |
| 09/21/2022 | KHB | ME | Emails from T. Meade re negotiations with Boal over payment terms (.2); email from Trustee re same (.1); confer with T. Meade re same (.2); work on revisions to settlement agreement (.2). | 0.70 | 1395.00 | $976.50 |
| 09/21/2022 | MPK | ME | Review emails from Trustee and special counsel regarding settlement agreement; email to same regarding settlement terms. | 0.40 | 895.00 | $358.00 |
| 09/22/2022 | MPK | ME | Emails to K. Brown regarding proposed timing for | 0.30 | 895.00 | $268.50 |

Pachulski Stang Ziehl & Jones LLP

Schoenmann, E. Lynn (Fader)

77354    -00001

Page:    28

Invoice 131291

November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | settlement (.1);  review Judge Montali's calendaring system (.1); email to K. Brown re same (.1) | | | |
| 09/23/2022 | KHB | ME | Emails with T. Meade, J. Crom and Trustee re impact of modifications to draft settlement agreement and payments over time. | 0.40 | 1395.00 | $558.00 |
| 09/24/2022 | MPK | ME | Review settlement and email regarding release language (.2); emails to K. Brown re same (.2) | 0.40 | 895.00 | $358.00 |
| 09/28/2022 | KHB | ME | Emails with M. Manning re motion to approve Boal settlement. | 0.20 | 1395.00 | $279.00 |
| 09/28/2022 | MPK | ME | Email to K. Brown, Trustee and T. Meade regarding timing of settlement motion. | 0.10 | 895.00 | $89.50 |
| 10/05/2022 | KHB | ME | Emails with Fader's counsel re settlement. | 0.40 | 1395.00 | $558.00 |
| 10/05/2022 | MPK | ME | Review and respond to email regarding waterfall/domestic support claims. | 0.20 | 895.00 | $179.00 |
| 10/06/2022 | KHB | ME | Call with trustee and T. Meade re settlement (.4); call with T. Meade, and counsel for Boal and Quotient re modifications to settlement (.5); work on settlement agreement (.3); calls with T. Meade and Trustee re same (.2). | 1.40 | 1395.00 | $1,953.00 |
| 10/08/2022 | MPK | ME | Review K. Brown comments to memorandum and further revise same. | 1.00 | 895.00 | $895.00 |
| 10/10/2022 | KHB | ME | Telephone call with T. Meade and trustee re Boal revisions to settlement agreement (.5); review proposed revisions and prepare for call with trustee and  T. Meade (.3); emails from M. Manning and T. Meade re trustee revisions to settlement agreement (.2). | 1.00 | 1395.00 | $1,395.00 |
| 10/10/2022 | MPK | ME | Conference call with Lynn S, K. Brown and T. Meade regarding revisions to agreement and settlement matters (.5); review further revised agreement and email to T. Meade re same (.3) | 0.80 | 895.00 | $716.00 |
| 10/11/2022 | KHB | ME | Work on settlement agreement and emails with Trustee and T. Meade re same (1.5); email from court re Rule 9019 motion (.1). | 1.60 | 1395.00 | $2,232.00 |
| 10/11/2022 | MPK | ME | Email to Judge's chambers regarding Rule 9019 motion (.1); revise Trustee's declarations in support of Rule 9019 motion (1); call with K. Brown regarding court inquiry (.1) | 1.20 | 895.00 | $1,074.00 |
| 10/12/2022 | KHB | ME | Work on revisions to settlement agreement and emails to T. Meade re same (2.4); call with T. Meade | 3.70 | 1395.00 | $5,161.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | re same (.3); work on motion to approve settlement (.5); emails from Boal counsel re revisions to settlement agreement (.2); emails with M. Manning re Rule 9019 motion and revisions to settlement agreement (.3). | | | |
| 10/12/2022 | MPK | ME | Further revise Trustee's declaration in support of settlement (.4); emails with J. Crom re distributions (.2); call with K. Brown re settlement motion (.1); emails with K. Brown and T. Meade regarding settlement terms (.8); revise notice of motion (.5) | 2.00 | 895.00 | $1,790.00 |
| 10/13/2022 | KHB | ME | Work on revisions to settlement agreement (1.5); emails with T. Meade and Trustee re revisions to settlement agreement (.6); emails with T. Meade and J. Crom re waterfall analysis (.2); work on motion to approve settlement (.5). | 2.80 | 1395.00 | $3,906.00 |
| 10/13/2022 | MPK | ME | Call with T. Meade regarding settlement filing procedures and related matters (.2); review recent revisions to settlement and email to T. Meade and K. Brown re same (.8); revise notice and Trustee's declaration (3.1); review service list for notice (.1); draft T. Meade declaration in support of settlement and update MOPA (1.7) | 5.90 | 895.00 | $5,280.50 |
| 10/14/2022 | KHB | ME | Work on settlement agreement (1.3); work on settlement motion (.5); emails from M. Kaplan and T. Meade re settlement agreement (.2); confer with T. Meade and M. Manning re obtaining special hearing date within notice period (.2); confer with T. Meade re same (.1). | 2.30 | 1395.00 | $3,208.50 |
| 10/14/2022 | MPK | ME | Call with K. Brown and T. Meade regarding settlement motion and related issues (.2); emails to T. Meade and K. Brown re same (.6); review and revise POS for motion (.1) | 0.90 | 895.00 | $805.50 |
| 10/17/2022 | KHB | ME | Emails with T. Meade and M. Manning re finalization of settlement agreement and motion for approval (.3); confer with M. Manning re same (.1). | 0.40 | 1395.00 | $558.00 |
| 10/17/2022 | MPK | ME | Review edits to Meade declaration and further revise MOPA and related pleadings (1.1); emails with T. Meade regarding declaration (.4); review exhibits for T. Meade declaration (.3); email to Trustee re status of settlement (.1) | 1.90 | 895.00 | $1,700.50 |
| 10/18/2022 | KHB | ME | Emails with T. Meade and M. Manning re motion to approve settlement. | 0.50 | 1395.00 | $697.50 |
| 10/18/2022 | MPK | ME | Revise Trustee's declaration (.1); email to K. Brown | 0.60 | 895.00 | $537.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:     30
Invoice 131291
November 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and T. Meade re same and related matters (.3); email to Trustee re revised declaration (.1); update POS (.1) | | | |
| 10/19/2022 | KHB | ME | Emails with M. Manning re errata to motion to approve Boal settlement. | 0.20 | 1395.00 | $279.00 |
| 10/19/2022 | MPK | ME | Email with T. Meade regarding settlement motion (.1); review and prepare all pleadings for filing (.5); review email from J. Crom re distributions to estate and email to K. Brown re same (.1);  draft amended notice of hearing (.1) | 0.80 | 895.00 | $716.00 |
| 10/20/2022 | KHB | ME | Work on eratta notice (.3); emails with counsel for Quotient and Boal re same (.2). (No Charge) | 0.50 | 0.00 | $0.00 |
| 10/20/2022 | MPK | ME | Call with K. Brown regarding need to clarify settlement terms (.2); draft Amended Notice and Errata (1.2); second call with K. Brown re amended notice and claims (.2); revise Notice and Errata and email to defendants (.3)  (No Charge) | 1.90 | 0.00 | $0.00 |
| 10/21/2022 | MPK | ME | Further revise amended notice/errata (.1). (No Charge) | 0.10 | 0.00 | $0.00 |
| 10/21/2022 | MPK | ME | Email to K. Brown regarding further changes to amended notice (.1). (No Charge) | 0.10 | 0.00 | $0.00 |
| 10/21/2022 | KHB | ME | Emails with creditor J. Codder re motion to approve settlement. | 0.20 | 1395.00 | $279.00 |
| 10/27/2022 | KHB | ME | Email from L. Kiev objecting to Boal settlement (.2); emails with  T. Meade and L. Schoenmann re suggested response to Kiev letter (.4); review and respond to email from creditor seeking extension to respond to motion to approve settlement (.3). | 0.90 | 1395.00 | $1,255.50 |
| 10/27/2022 | MPK | ME | Review email from creditor re matters set for Nov hearing and draft response. | 0.30 | 895.00 | $268.50 |
| 10/28/2022 | KHB | ME | Emails with T. Meade and Lynn Schoenmann re Fader objection to settlement | 0.20 | 1395.00 | $279.00 |
| 10/28/2022 | MPK | ME | Review service of employment application and email to K. Brown regarding objections to settlement. | 0.10 | 895.00 | $89.50 |
| 10/31/2022 | KHB | ME | Email from creditor re continuance of motion to approve Boal settlement | 0.10 | 1395.00 | $139.50 |
| 11/01/2022 | KHB | ME | Emails with T. Meade re Fader letter objecting to settlement and claiming ownership of claims based on post-petition breach of pre-petition oral | 1.20 | 1395.00 | $1,674.00 |

Pachulski Stang Ziehl & Jones LLP

Schoenmann, E. Lynn (Fader)

77354    - 00001

Page:     31

Invoice 131291

November 28, 2022

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                      | Hours | Rate    | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
|            |     |    | agreements (.6); review authorities and Litigation Sharing agreement re same (.4); confer with Trustee re same (.2).                                                                                                                                                                                                                                                                                  |       |         |            |
| 11/02/2022 | KHB | ME | Emails with L. Kiev and trustee re Fader's objections to Boal settlement and contingency fee and claim to ownership of claims that are property of estate (.6); call with trustee and L. Kiev re same (.4).                                                                                                                                                                                            | 1.00  | 1395.00 | $1,395.00  |
| 11/03/2022 | KHB | ME | Confer with L. Kiev re Fader objections to Boal settlement (.2); email to L Kiev re same (.3);Confer with Counsel for Boal and Quotient re response to Fader letter objecting to settlement and claiming ownership of settled claims (.4); confer with T. Meade re same (.1).                                                                                                                           | 1.00  | 1395.00 | $1,395.00  |
| 11/09/2022 | KHB | ME | Work on response to objection to Boal settlement (.5); emails with M. Manning re same (.2).                                                                                                                                                                                                                                                                                                           | 0.70  | 1395.00 | $976.50    |
| 11/10/2022 | KHB | ME | Review memorandum decision (.1); confer with M. Manning re submission of orders (.1); work on tax order (.2); work on orders approving settlement and contingency fee (.7); emails with T. Meade re same (.2); review objection by creditor (.2); work on response to objection (.3); emails with Trustee and T. Meade re response to objection (.2); confer with court deputy re late filed objection (.1); emails from counsel for Boal and Quotient re proposed order (.2). | 2.30  | 1395.00 | $3,208.50  |
| 11/11/2022 | KHB | ME | Emails with M. Kaplan re proposed order.                                                                                                                                                                                                                                                                                                                                                             | 0.30  | 1395.00 | $418.50    |
| 11/14/2022 | KHB | ME | Work on proposed order approving settlement and letter to court re same (.4); emails with L. Kieve re approval of order (.2); emails with T. Meade re obtaining Fader approval (.2); confer with M. Manning re order (.1); emails with M. Manning re same (.1); emails with M. Caplan re proposed order (.2).                                                                                            | 1.20  | 1395.00 | $1,674.00  |
| 11/15/2022 | KHB | ME | Confer with T. Meade; T. Nagay and Trustee re Fader letter objecting to form of order (.3); review letter to court from L. Kieve re objection to form of order (.2); emails to T. Meade, T. Nagay and trustee re response to L. Kieve letter (.4); emails from B. Dooley and M. Kaplan re same (.2); email from court setting hearing (.1); call with trustee, T. Meade and T. Nagay re form of order (.4); emails with L. Kieve and T. Meade re form of order (.3); review court memorandum is response to Grady letter (.1). | 2.00  | 1395.00 | $2,790.00  |
| 11/16/2022 | KHB | ME | Confer with T. Meade and trustee re approach to                                                                                                                                                                                                                                                                                                                                                      | 2.60  | 1395.00 | $3,627.00  |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354   -00001

Page:    32
Invoice 131291
November 28, 2022

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                    | Hours | Rate    | Amount       |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|--------------|
|            |     |    | hearing on form of order (.4); review Litigation Sharing Agreement, section 362, form of order, tentative ruling, Fader demand letter asserting control and ownership over estate property in preparation for hearing (1.0); emails with L. Kieve re tentative ruling (.2); emails with B. Dooley and M. Kaplan re tentative ruling and approach to the hearing (.6); emails T. Meade re same (.2); revise form of order and confer M. Manning re same (.2). |       |         |              |
| 11/17/2022 | KHB | ME | Voice mail from Fader counsel re no notice of appeal and emails to counsel re same.                                                                                                                                                                                                                                                                                                                | 0.20  | 1395.00 | $279.00      |
| 11/18/2022 | KHB | ME | Emails with M.Caplan re timing of settlement payment.                                                                                                                                                                                                                                                                                                                                              | 0.20  | 1395.00 | $279.00      |
| 11/26/2022 | KHB | ME | Emails with L.Kieve re timing of distributions (.2); confer with L. Kieve re same (.1).                                                                                                                                                                                                                                                                                                            | 0.30  | 1395.00 | $418.50      |
|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                    | 98.10 |         | $114,922.50  |

**TOTAL SERVICES FOR THIS MATTER:**                                                                    **$287,607.00**

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    33
Invoice 131291
November 28, 2022

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 09/19/2019 | LN | 77354.00001 Lexis Charges for 09-19-19 | 15.88 |
| 09/30/2019 | CL | 77354.00001 CourtLink charges for 09-30-19 | 6.42 |
| 10/10/2019 | LN | 77354.00001 Lexis Charges for 10-10-19 | 31.24 |
| 10/28/2019 | CL | 77354.00001 CourtLink charges for 10-28-19 | 1.71 |
| 11/20/2019 | CL | 77354.00001 CourtLink charges for 11-20-19 | 2.39 |
| 12/13/2019 | LN | 77354.00001 Lexis Charges for 12-13-19 | 48.07 |
| 12/13/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/16/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/17/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/17/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/18/2019 | CC | Conference Call [E105] AT&T Conference Call, KHB | 0.11 |
| 12/18/2019 | CC | Conference Call [E105] AT&T Conference Call, KHB | 1.56 |
| 12/19/2019 | CC | Conference Call [E105] AT&T Conference Call, KHB | 2.46 |
| 01/07/2020 | PO | Postage [E108] Postage | 69.00 |
| 01/07/2020 | PO | Postage [E108] Postage | 4.35 |
| 01/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2020 | RE2 | SCAN/COPY ( 276 @0.10 PER PG) | 27.60 |
| 01/07/2020 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 01/07/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/07/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/07/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/07/2020 | RE2 | SCAN/COPY ( 138 @0.10 PER PG) | 13.80 |
| 01/07/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/07/2020 | RE2 | SCAN/COPY ( 141 @0.10 PER PG) | 14.10 |
| 01/07/2020 | RE2 | SCAN/COPY ( 138 @0.10 PER PG) | 13.80 |
| 01/07/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/07/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/07/2020 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 01/27/2020 | CC | Conference Call [E105] AT&T Conference Call, MPM | 8.92 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    34
Invoice 131291
November 28, 2022

| | | | |
|---|---|---|---|
| 01/27/2020 | LN | 77354.00001 Lexis Charges for 01-27-20 | 23.11 |
| 01/27/2020 | LN | 77354.00001 Lexis Charges for 01-27-20 | 23.59 |
| 01/27/2020 | OS | Specialized Legal Service, Inv. P178966, O. Carpio | 55.00 |
| 01/27/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/27/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/27/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/27/2020 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 01/28/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/30/2020 | CL | 77354.00001 CourtLink charges for 01-30-20 | 1.83 |
| 01/30/2020 | OS | Specialized Legal Service, Inv. P179051, O. Carpio | 27.50 |
| 01/30/2020 | OS | Specialized Legal Service, Inv. P179052, O. Carpio | 45.00 |
| 01/30/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/30/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/30/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/30/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/30/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/30/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/30/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2020 | RE2 | SCAN/COPY ( 125 @0.10 PER PG) | 12.50 |
| 01/30/2020 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/30/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/30/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/30/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/30/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/30/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/31/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, KHB0 | 14.25 |
| 02/10/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/20/2020 | TR | Transcript [E116] Susan palmer, Inv. BR 0830119.1c, H. Phan | 41.40 |
| 02/28/2020 | PO | Postage [E108] Postage | 1.00 |
| 04/07/2020 | CL | 77354.00001 CourtLink charges for 04-07-20 | 0.59 |
| 05/18/2020 | CL | 77354.00001 CourtLink charges for 05-18-20 | 0.85 |
| 09/16/2020 | LN | 77354.00001 Lexis Charges for 09-16-20 | 33.60 |
| 09/17/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 6.44 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:    35
Invoice 131291
November 28, 2022

| 09/28/2020 | LN  | 77354.00001 Lexis Charges for 09-28-20 | 75.59 |
|------------|-----|-----------------------------------------|-------|
| 11/23/2020 | LN  | 77354.00001 Lexis Charges for 11-23-20 | 19.15 |
| 12/07/2020 | LN  | 77354.00001 Lexis Charges for 12-07-20 | 60.02 |
| 12/08/2020 | LN  | 77354.00001 Lexis Charges for 12-08-20 | 8.94  |
| 12/09/2020 | LN  | 77354.00001 Lexis Charges for 12-09-20 | 28.96 |
| 08/17/2022 | LN  | 77354.00001 Lexis Charges for 08-17-22 | 11.22 |
| 09/09/2022 | LN  | 77354.00001 Lexis Charges for 09-09-22 | 9.35  |
| 09/13/2022 | LN  | 77354.00001 Lexis Charges for 09-13-22 | 46.74 |
| 10/13/2022 | RE2 | SCAN/COPY ( 13 @0.10 PER PG)            | 1.30  |
| 10/13/2022 | RE2 | SCAN/COPY ( 137 @0.10 PER PG)           | 13.70 |
| 10/13/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)             | 0.10  |
| 10/19/2022 | PO  | U.S. Postage                            | 81.51 |
| 10/19/2022 | PO  | Postage [E108] Postage                  | 4.80  |
| 10/19/2022 | RE2 | SCAN/COPY ( 42 @0.10 PER PG)            | 4.20  |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)             | 0.40  |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)             | 0.40  |
| 10/19/2022 | RE2 | SCAN/COPY ( 564 @0.10 PER PG)           | 56.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)             | 0.20  |
| 10/19/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)             | 0.80  |
| 10/19/2022 | RE2 | SCAN/COPY ( 32 @0.10 PER PG)            | 3.20  |
| 10/19/2022 | RE2 | SCAN/COPY ( 26 @0.10 PER PG)            | 2.60  |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)             | 0.40  |
| 10/19/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)             | 0.80  |
| 10/19/2022 | RE2 | SCAN/COPY ( 35 @0.10 PER PG)            | 3.50  |
| 10/20/2022 | PO  | Postage [E108] Postage                  | 0.57  |
| 10/21/2022 | PO  | U.S. Postage                            | 80.72 |
| 10/21/2022 | PO  | Postage [E108] Postage                  | 1.62  |
| 10/21/2022 | RE  | ( 300 @0.20 PER PG)                     | 60.00 |
| 10/21/2022 | RE  | ( 299 @0.20 PER PG)                     | 59.80 |
| 10/21/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)             | 0.60  |
| 10/21/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)             | 0.60  |
| 10/21/2022 | RE2 | SCAN/COPY ( 278 @0.10 PER PG)           | 27.80 |
| 10/21/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG)             | 0.30  |
| 10/21/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)             | 0.40  |

| Date | | Description | Amount |
|---|---|---|---|
| 10/21/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/21/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/21/2022 | RE2 | SCAN/COPY ( 139 @0.10 PER PG) | 13.90 |
| 10/21/2022 | RE2 | SCAN/COPY ( 139 @0.10 PER PG) | 13.90 |
| 10/21/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/21/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/21/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/25/2022 | PO | U.S. Postage | 74.73 |
| 10/25/2022 | RE2 | SCAN/COPY ( 141 @0.10 PER PG) | 14.10 |
| 10/25/2022 | RE2 | SCAN/COPY ( 423 @0.10 PER PG) | 42.30 |
| 11/28/2022 | PAC | Pacer - Court Research | 220.90 |

**Total Expenses for this Matter**                                   **$1,652.09**

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (Fader)
77354    -00001

Page:     37
Invoice 131291
November 28, 2022

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:    11/28/2022**

| | |
|---|---|
| **Total Fees** | **$287,607.00** |
| **Total Expenses** | **1,652.09** |
| **Total Due on Current Invoice** | **$289,259.09** |

**Outstanding Balance from prior invoices as of    11/28/2022    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:            $289,259.09**

**EXHIBIT D**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PACHULSKI

STANG

ZIEHL

JONES



One Sansome Street
Suite 3430
San Francisco, CA 94104

# Kenneth H. Brown

Tel: 415.263.7000      |      kbrown@pszjlaw.com

**EDUCATION**

University of California at
Santa Barbara (B.A., with
high honors, 1977)

Hastings College of Law,
University of California (J.D.
1981)

**BAR AND COURT
ADMISSIONS**

1981, California

Mr. Brown has extensive experience in bankruptcy and commercial litigation. He has represented and advised debtors, unsecured creditors, secured creditors, insurers, creditors' committees, and trustees in large complex chapter 11 and chapter 15 cases and in related litigation in both state and federal court. Mr. Brown leads the firm's litigation team in representations of the sex-abuse survivor committees in the chapter 11 bankruptcy cases involving the Roman Catholic Church. These matters involve the intersection of the First Amendment and the Religious Freedom Restoration Act ("RFRA") with Bankruptcy Code and focus on recovering assets transferred by the debtor prior to filing bankruptcy as part of asset protection scheme to protect the assets from the claims of the victims of sex abuse. The representations also require expertise in identifying, analyzing, and prosecuting claims against the management of the debtor for allowing or facilitating the sexual misconduct and abuse. Mr. Brown led the team that obtained a judgment in one of these cases worth in excess of $100 million. Mr. Brown also specializes in defending employers in WARN Act class-action litigation and advising them on the intersection of the WARN Act and bankruptcy. Mr. Brown also has extensive experience representing professional firms and their principals in dissolutions and bankruptcies.

He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings College of the Law, where he was articles editor for the *Hastings Law Journal*. Mr. Brown is a former director of the Bay Area Bankruptcy Forum, a former member of the State Bar of California Business Law Section Subcommittee on Debtor/Creditor Relations and Bankruptcy, and frequently serves as a mediator for the Bankruptcy Dispute Resolution Program for the Northern District of California and the San Francisco Bar Association. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He has been listed in every edition of *Best Lawyers in America* since 2018 for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation - Bankruptcy. Mr. Brown is admitted to practice in California and is resident in our San Francisco office.



## Representations

Law firm bankruptcies: Brobeck, Phleger & Harrison; Heller Ehrman, Landels Ripley & Diamond

Creditors' committees in Boy Scouts of America; TK Holdings Inc. (Takata Americas); The Weinstein Company ; USA Gymnastics

Committees in Catholic church bankruptcies: Christian Brothers Institute; Archdiocese of Santa Fe; Archdiocese of Milwaukee; Catholic Diocese of Fairbanks; Catholic Diocese of Wilmington; Diocese of Great Falls; Roman Catholic Diocese of Rochester; Roman Catholic Diocese of San Diego

Cross-border case: Katsumi Iida

## Professional Affiliations

Director, Bay Area Bankruptcy Forum (2001-)

Mediator, San Francisco Bar Association, Early Settlement Program (1997-2003)

Bankruptcy Dispute Resolution Program, United States Bankruptcy Court for the Northern District of California (1994-)

Member, State Bar of California Business Law Section Debtor/Creditor Committee (1999-2002)

## Programs and Lectures

Lecturer, American Bankruptcy Institute; Association of Insolvency & Restructuring Advisors; Bar Association of San Francisco; Santa Clara County Bar Association

## Publications

The Estate's Potential Claims Against Management for Failure to Prevent Sexual Misconduct
356 American Bankruptcy Trustee Journal 30 (No. 3 Summer 2019), September 2019

Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter 15
27 ABI Journal No. 3 at 26 (April 2008), April 2008

"Discovery in Debt Collection Actions," in *Debt Collection Practice in California* (2d ed. 2000)

"Tenants in Distress: Pitfalls and Opportunities for the Retail Landlord," *Shopping Center Business* (1998).

"Law Firm Break-Ups and Bankruptcies," 3 *Legal Malpractice Report* (No. 2 1992)

PACHULSKI
STANG
ZIEHL
JONES

Co-author, "Dissolutions of Professional Firms Under State Law," in program materials for the Third Annual Northwest Bankruptcy Institute (1989)



PACHULSKI

STANG

ℰ ZIEHL

JONES



One Sansome Street
Suite 3430
San Francisco, CA 94104

# Henry C. Kevane

Tel: 415.263.7000 | hkevane@pszjlaw.com

**EDUCATION**

Brown University (A.B.,
*magna cum laude*, 1982)

Southwestern Law School
(J.D., *magna cum laude*,
1986)

**BAR AND COURT
ADMISSIONS**

1986, California

Mr. Kevane is the managing partner of the firm's San Francisco office. He has worked on transactional and bankruptcy matters with clients from a variety of industries. In 2011, the *Daily Journal* profiled him in a special supplement as one of the top 25 municipal lawyers in California for his work in chapter 9 bankruptcy cases. Mr. Kevane was inducted into the American College of Bankruptcy as a fellow in 2015. In 2020, he was selected as a fellow of the American Bar Foundation, a global honorary society of lawyers, judges, law faculty, and legal scholars who have demonstrated outstanding dedication to the highest principles of the legal profession and to the welfare of society. Mr. Kevane is a graduate of Brown University and received his J.D. from Southwestern Law School, where he was editor-in-chief of the *Southwestern University Law Review*. He was listed by *Lawdragon* as one of the 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers" and one of the 2020 "500 Leading Global Restructuring & Insolvency Lawyers." He also holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability; has been listed in *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights & Litigation - Bankruptcy since 2006; and has been listed in *Northern California Super Lawyers* for his work in bankruptcy law since 2004. Mr. Kevane is admitted to practice in California.

## Representations

Creditors' committees in SeraCare Life Sciences, Guy F. Atkinson Company, America West Airlines

Chapter 11 debtors in CarbonLite, Verity Health System, Deltagen, Thorpe Insulation, Point Blank Solutions, Champion Enterprises, Aegis Mortgage, Yipes Communications, E/O Networks, Worlds of Wonder, Frederick & Nelson



Creditors' committees in the municipal restructurings of the County of Orange, Heffernan Memorial Hospital District (Calexico, California), Palm Drive Healthcare District, West Contra Costa Healthcare District, Valley Health System, Adair County Hospital District (Kentucky)

Debtor's counsel to Mendocino Coast Health Care District in its chapter 9 case

## Professional Affiliations

Fellow, American College of Bankruptcy

Fellow, American Bar Foundation

Vice-chair, Business Bankruptcy Committee of the ABA Business Law Section (2020 - present)

Chair, Asset Forfeiture & Bankruptcy Subcommittee of the Bankruptcy Study & Policy Committee of the ABA Business Law Section (2017-present)

Co-chair, Programs Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2015-2020)

Chair, Legislative Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2014-15)

Chair, Bankruptcy Committees Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2013-14)

Vice-chair, Individual Chapter 11 Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2011-13)

Director, *Business Law Today* (ABA Business Law Section)

Chair, State Bar of California Committee on Federal Courts (1996-2001)

Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999)

## Programs and Lectures

American Bankruptcy Institute, American Intellectual Property Law Association, American Conference Institute, ALI/ABA, Association of Insolvency & Restructuring Advisors

## Publications

Cross-Border Municipal Bankruptcy Cases—Wait. What? Rewind.
Business Law Today (August 2021)

Recoupment—Back in Its Bankruptcy Box
Business Law Today (June 2021)

Asset Forfeiture and Insolvency: A Parallel Case Management Guide
American Bar Association Business Law Section (October 2019)

Is a Bankruptcy Court's Determination of Insider Status Reviewed Under the
Rigorous De Novo Standard or the More Deferential Clear-Error Standard?
45 ABA PREVIEW of United States Supreme Court Cases 42 (2017)

Does the FDCPA Cover a Party That Purchases Defaulted Debt for Its Own
Account?
44 ABA PREVIEW of United States Supreme Court Cases 218 (2017)

Does the Bankruptcy Code Preclude Puerto Rico From Adopting a Local
Insolvency Scheme for Restructuring the Debts of Its Public Utilities?
43 ABA PREVIEW of United States Supreme Court Cases 200 (2016)

Legislative Update: "Indicative Rulings" Under New Bankruptcy Rule 8008
ABA Business Bankruptcy Committee e-Newsletter (July 2015)

No More Ad Lib: The Nuts and Bolts of Ad Hoc Committees
Business Law Today (December 2014)

Legislative Update: Senate Bill 2418
Bankruptcy Fairness and Employee Benefits Protection Act
ABA Business Bankruptcy Committee e-Newsletter (June 2014)

Bond Insurers Become Active Participants in Chapter 9s
26 Journal of Corporate Renewal 24 (May 2013)

Debtor-in-Possession Financing
*Funding a Chapter 11 Case*
American Bankruptcy Institute (2012)

What Just Happened? How Asset Forfeiture Affects Bankruptcy Distributions
Business Law Today (June 2012)

Legislative Update: California Assembly Bill 506 on Bankruptcy Code
Chapter 9 Eligibility
ABA Business Bankruptcy Committee e-Newsletter (January 2012)

Deploying the "Prepackaged" Plan of Adjustment in Chapter 9
*Chapter 9 Bankruptcy Strategies*
Thomson Reuters (2011)

Across the Border: IP Entanglements in Chapter 15 Bankruptcies
May 2011

Chapter 9 Municipal Bankruptcy – The New "New Thing"?
Parts I & II
Business Law Today (May and June 2011)

Legislative Solutions in the Orange County Chapter 9 Case
*The Aftermath of Bankruptcy: Legislative Reform—State and Federal* (1996)

The Treatment of Financing Leases in a Chapter 9 Bankruptcy Case
Parts I & II
AGLF Tax-Exempt Leasing Letter (1995 & 1996)

"The Legislative Side of the Orange County Chapter 9 Case" for Sacramento

Case: 00-30119    Doc# 161    Filed 02/14/23    Entered 02/14/23 15:11:50    Page 64 of

PACHULSKI

STANG

ℰ ZIEHL

JONES

County Bar Association (1996)

"Now What? Three Questions Facing the Municipal Bondholder Upon Commencement of a Chapter 9 Case," published in course handbook, *Municipal Bond Law for the Bankruptcy Practitioner* (1996)

"Fee Shifting by (1) Oversecured Creditors in Bankruptcy Cases & (2) Prevailing Parties in Civil Litigation," published in course handbook *Getting Paid What You Are Worth* (1996)

"The Newsgatherer's Shield: Why Waste Space in the California Constitution?" 15 *Southwestern University Law Review* 527 (1985)

Coauthor, "Principles of Equitable Subordination Under Section 510 of the Bankruptcy Code," in *Selected Issues in Bankruptcy Practice* (Calif. Contin. Ed. Bar 1991)

Contributing author, *Bankruptcy Practice: Annual Recent Developments* (Calif. Contin. Ed. Bar 1992-1998)



PACHULSKI
STANG
ZIEHL
JONES



One Sansome Street
Suite 3430
San Francisco, CA 94104

# Miriam Manning

Tel: 415.263.7000      |      mmanning@pszjlaw.com

**EDUCATION**

University of California at
Berkeley (A.B. 1990)

University of San Francisco
(J.D. 1995)

**BAR AND COURT
ADMISSIONS**

California, 1995

Ms. Manning has more than ten years of experience representing debtors, creditors, and trustees in various aspects of insolvency proceedings including acquisitions, divestitures, and litigation. She is a graduate of University of California at Berkeley and received her J.D. from the University of San Francisco School of Law. She has held leadership positions with the San Francisco Bar Association and is a dedicated community volunteer. Ms. Manning holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability and is listed in the 2019 edition of *Best Lawyers in America* for her work in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law. Ms. Manning is admitted to practice in California and is resident in our San Francisco office.

## Professional Affiliations

Board Member, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-)

Chair and Vice-Chair, Bar Association of San Francisco, Bankruptcy and Commercial Law Section (2005-2006)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E**

## TRUSTEE'S STATEMENT OF REVIEW OF FEE APPLICATION

(U.S. Trustee Guidelines ¶ 2.2.2)

I, E. Lynn Schoenmann, hereby certify that I have read the foregoing fee application of Pachulski Stang Ziehl & Jones LLP, attorneys for me as Trustee in the bankruptcy case of Peter R. Fader, case number 08-30119-DM, and I have no objections to that fee application or the fees and costs requested therein.

E. Lynn Schoenmann                    1/8/23

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA