Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON THE FIRST INTERIM APPLICATIONS OF (1) E. LYNN SCHOENMANN, CHAPTER 7 TRUSTEE (2) PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE TRUSTEE, AND (3) BACHECKI CROM & COMPANY, ACCOUNTANTS TO THE TRUSTEE**<br><br><u>Hearing Date</u><br><br>Date: February 3, 2023<br>Time: 10:30 AM<br>Place: Courtcall/Videoconference<br>Judge: Honorable Dennis Montali<br><br>Objection Deadline: January 27, 2023 |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR; CREDITORS AND OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that <u>**on February 3, 2023 at 10:30 AM (Pacific Time)**</u>, the Honorable Dennis Montali, United States Bankruptcy Judge, will conduct a hearing on the following matters:

- *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 16,*

*2019 through November 28, 2022* [Dkt 131] ("**PSZJ Fee Application**"). By way of the PSZJ Fee Application, Pachulski Stang Ziehl & Jones LLP, as counsel to E. Lynn Schoenmann, the chapter 7 trustee herein (**"Trustee"**), seeks interim compensation in the total amount of $289,259.09, representing $287,607.00 in legal fees and $1,652.09 in expenses incurred between September 16, 2019 and November 28, 2022.

- *First Interim Application for Compensation by Accountant for Trustee* [Dkt 129] ("**BCC Fee Application**"). By way of the BCC Fee Application, Bachecki Crom & Company, LLP, as accountants to the Trustee, seek interim compensation in the amount of $15,648.50 and $20.55 in expenses incurred between September 15, 2019 and December 31, 2022.

- *Trustee's First Interim Report and Application for Interim Compensation* [Dkt 130] ("**Trustee Fee Application**"). By way of the Trustee Fee Application, the Trustee seeks interim compensation in the total amount of $98,250.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, all hearings shall be conducted by telephone or video. The Courtroom will be closed.

> **All interested parties should consult the Bankruptcy Court's website at https://www.canb.uscourts.gov/ for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the PSZJ Fee Application, BCC Fee Application or Trustee Fee Application (collectively "**Fee Applications**") must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Trustee at the above-referenced address so as to be received no later than **January 27, 2023**. Any opposition or response must be accompanied by a declaration(s) or memoranda of law the filer wishes to present in support of its position. If there is no timely written opposition or response to any of the Fee Applications, the Court may enter an order granting the relief requested in the Fee Applications without further hearing or notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Fee Applications and their supporting documents can be viewed and/or obtained: (i) by accessing the Court's website at https://www.canb.uscourts.gov. Note that a PACER password is needed to access documents on the

1  Bankruptcy Court's website; (ii) by contacting the Office of the Clerk of the Court at 450 Golden
2  Gate Avenue, San Francisco, CA 94102; or (iii) contacting counsel for the Trustee, Miriam Manning
3  at mmaning@pszjlaw.com.

Dated: January 11, 2023          PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Miriam Manning*
    Miriam Manning
    Counsel for E. Lynn Schoenmann,
    Chapter 7 Trustee