Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On January 11, 2023, I caused to be served the following documents in the manner stated below:

- ***NOTICE OF HEARING ON THE FIRST INTERIM APPLICATIONS OF (I) E. LYNN SCHOENMANN, CHAPTER 7 TRUSTEE (2) PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO THE TRUSTEE, AND (3) BACHECKI CROM & COMPANY, ACCOUNTANTS TO THE TRUSTEE***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 11, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 11, 2023 at San Francisco, California.

                                                */s/ Oliver Carpio*
                                                 *Legal* Assistant

## ECF List

- William F. Abbott    billabbott@earthlink.net, warrentwooesq@cs.com
- Tracy O'Driscoll Appleton    tappleton@dnfllp.com, paralegals@dnfllp.com
- Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Kenneth H. Brown    kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- Victor Chiu    vchiu@keker.com, VFujisawa@keker.com
- Patricia A. Cutler    patricia.cutler@usdoj.gov
- Loren Kieve    lk@kievelaw.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Tyler Meade    tyler@meadefirm.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Mark J. Romeo    romeolaw@msn.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com

## REQUEST FOR NOTICE LIST (Served via E-Mail)

| Counsel for Quotient Technology Inc.<br>Matt Caplan<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Email:   mcaplan@cooley.com | Counsel for Steven Boal<br>Brook Dooley<br>Victor T. Chiu<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Email:   bdooley@keker.com<br>              vchiu@keker.com | Counsel for Debtor<br>Loren Kieve<br>Kieve Law Firm<br>2655 Steiner Street<br>San Francisco, CA 94115-1141<br>Email: lk@kievelaw.com |
|---|---|---|

## Creditor Matrix

| ABN AMBRO<br>John Larson<br>95 Laurel Avenue<br>Larkspur CA 94939-1952 | ACC Business Center<br>PO Box 13136<br>Newark, NJ 07101-5636 | ADP<br>9310 Tech Center Drive<br>Suite 170<br>Sacramento CA 95826-2578 |
|---|---|---|
| ADP Inc.<br>400 West Covina Blvd.<br>San Dimas, CA 91773-2954 | AT&T<br>ATT Payment Center<br>Sacramento CA 95887 | AT&T PRI<br>AT&T PRI Payment Center<br>Sacramento CA 95887 |
| William F. Abbott<br>Law Offices of William F. Abbott<br>211 Gough St., #201<br>San Francisco, CA 94102-6802 | Ace Parking Services<br>750 Kearney Street<br>San Francisco CA 94108-1857 | Al Fishman<br>Tesler, Sandmann & Fishman<br>235 Pint Street, Suite 1300<br>San Francisco CA 94104 |
| Alante Construction Corp<br>84 E D5th Street<br>Deer Park NY 11729-4310 | Alhambra and Sierra Springs<br>PO Box 660579<br>Dallas TX 75266-0579 | American Express<br>PO Box 360002<br>Fort Lauderdale FL 33336-0002 |
| American Stock Exchange<br>Box 757510<br>Philadelphia PA 19175-7510 | Amy Edelen<br>1817 Main Street<br>Saint Helena CA 94574 | Angel Alvira<br>238 Agate Way<br>Hercules CA 94547-1749 |
| Assurant<br>PO Box 807009<br>Kansas City MO 64184-0001 | BigDough<br>12189 Col lections Center Drive<br>Chicago IL 60693-0001 | Bingham McCutchen<br>150 Federal Street, #23<br>Boston MA 02110-1713 |
| Bill Dailey<br>539 Edinburgh Street<br>San Mateo CA 94402-2240 | Bingham McCutchen LLP<br>Attn: Julia Frost-Davies<br>150 Federal St.<br>Boston, MA 02110-1713 | Bloomberg, LP<br>PO Box 30244<br>Hartford CT 06150-0001 |

| | | |
|---|---|---|
| Blue Cross of California<br>PO Box 54630<br>Los Angeles CA 90054-0630 | Brandon Kono<br>3698 Modrone Street<br>Oakland CA 94619-2706 | Breard and Associates<br>9221 Corbin Avenue<br>Suite 170<br>Northridge CA 91324-1661 |
| Brent Stiggins<br>655 Montgomery Street<br>Suite 900<br>San Francisco CA 94111-2688 | Brian Dennen<br>655 Montgomery Street<br>Suite 900<br>San Francisco CA 94111-2688 | Brook Furniture Rental<br>4078 Paysphere Circle<br>Chicago IL 60674-0001 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Charles Boucher<br>5326 Eaglebrook Terrace<br>Dublin CA 94568-1165 |
| Chelsea Floor Covering<br>139 W 19th Street<br>New York NY 10011-4105 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 | Chris Antipa<br>124 Cabrillo Street<br>San Francisco CA 94118-4023 |
| Christopher Allick<br>303 Linda Vista Drive<br>Mill Valley CA 94941 | CoPower<br>Dept. 33824<br>P O Box 39000<br>San Francisco CA 94139-0001 | Colleen Dougherty<br>c/o Dept of Child Care Services<br>J.D. Traugh<br>617 Mission Street<br>San Francisco CA 94105-3503 |
| ConEd<br>JAF Station<br>PO Box 1702<br>New York NY 10116-1702 | Consolidated Edison Co. of NY, Inc.<br>Bankruptcy Group<br>4 Irving Place, Room 1875-S<br>New York, New York 10003 | Cynthia Dietzmann<br>P O Box 712<br>5705 Fish Creek<br>Wilson WY 83014-0712 |
| Dakota Arms, LLC<br>Patrick Franklin<br>1310 Industry Road<br>Sturgis SD 57785-9129 | Datashread<br>211 Foresail Court<br>Foster City CA 94404-3002 | David Parker<br>551 5th Avenue<br>New York NY 10176-0001 |
| Dish Network<br>Dept. 0063<br>Palatine IL 60055-0001 | Doug Ashton<br>One Federal Street, 9th Floor<br>Boston MA 02110-2003 | E-Vault, Inc.<br>Dept. LA 22257<br>Pasadena CA 91185-0001 |
| EZE Castle<br>52 Vanderbilt Avenue<br>New York NY 10017-3808 | Equilibrium Capital<br>Attn: Rolan Stikovas<br>99 Lyford Drive, #48<br>Belvedere Tiburon CA 94920-1735 | FINRA<br>PO Box 7777-W5050<br>Philadelphia PA 19175-0001 |
| First Republic Bank<br>111 Pine Street<br>San Francisco CA 94111-5628 | Flat Iron Corp<br>PO Box 17600<br>Denver CO 80217-0600 | Florin Painting Inc.<br>14 Penn Plaza, Suite 1705<br>New York NY 10122-1705 |
| Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0001 | Frank Pope<br>3460 Baker Street<br>San Francisco CA 94123-1418 | GINNY Inc.<br>17 Greene Avenue<br>Brooklyn NY 11238-1017 |
| Garri Chevnovskyi<br>3925 Riverton Avenue, #1212<br>Studio City CA 91604-4439 | Gecko Tech, LLC<br>300 N. Elizabeth, Suite 510-C<br>Chicago IL 60607-1142 | Gerry Fleming<br>192 Commonwealth Avenue, #2<br>Boston MA 02116-2712 |
| Gina H Sockolow<br>1049 Park Avenue, Apt, 6B<br>New York NY 10028-1061 | Giselle Casey, CSR<br>9 Palm Avenue<br>Corte Madera CA 94925-1424 | Golden Gate Bank<br>c/o Wells Fargo Bank<br>1 Montgomery Street<br>San Francisco CA 94104-4505 |
| Harrow Sports<br>600 W Bayaud Avenue<br>Denver CO 80223-1802 | Hartford Group<br>PO Box 2907<br>Hartford CT 06104-2907 | Health Sciences Library<br>Scottsdale Healthcare Shea<br>9003 E Shea Blvd.<br>Scottsdale AZ 85260-6709 |
| Hunting Dog Capital, LLC | INET ATS, Inc.<br>Box 757503 | Infinisource<br>Attn: Finance Department |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Attn: Christopher Allick | Philadelphia PA 19175-0001 | 15 E Washington Street<br>PO Box 889<br>Coldwater MI 49036-0889 |
| Attn: Todd Blankfort<br>425 California Street<br>Suite 1200<br>San Francisco CA 94104-2114 | | |
| Internal Revenue Service<br>100 Smith Ranch Rd. #120<br>San Rafael, CA 94903-1979 | JP Morgan Securities<br>Attn: Soft Dollar Team One<br>Chase Manhattan Plaza, 14th Floor<br>New York NY 10005 | Jin Tsubota<br>91 Monte Cresta Avenue<br>Oakland CA 94611-4831 |
| John Gaddy<br>2256 Wolfberry Way<br>Santa Rosa, CA 95404<br>(415) 601-9942<br>email: jhngaddy@gmail.com | John Larson<br>95 Laurel Avenue<br>Larkspur CA 94939-1952 | John Verrier<br>210 Elmer Street<br>Westfield NJ 07090-2128 |
| H Justin Drobenaire<br>6977 Pinehaven Road<br>Oakland CA 94611-1017 | Kate Fourchy<br>3937 N Wilson Avenue<br>Fresno CA 93704- 4137 | Kevin McNamera<br>181 Post Road West<br>Westport CT 06880-4626 |
| Kim Hagenbuch<br>13306 Highway 75<br>Ketchum ID 83339 | Kletter & Peretz<br>Attn: Cary Kletter<br>One Embarcadero Center, Suite 1200<br>San Francisco CA 94111-3617 | Lippenberger, Thompson, Welch LLP<br>201 Tama! Vista Boulevard<br>Corte Madera CA 94925-1190 |
| Lisa H. Barry<br>398 Redwood Rd.<br>San Anselmo, CA 94960-2757 | Luis Alvira<br>238 Agate Way<br>Hercules CA 94547-1749 | Maryon D. Lewis<br>Ralph Lewis<br>216 Ortega Ridge Road<br>Montecito, CA 93108-2218 |
| Mike Rosenberg<br>201 50th Street, Apt. 15G<br>Long Island City NY 11101-5774 | Montgomery Washington Tower<br>Spieker Partners<br>Dept. 19761<br>P O Box 45591<br>San Francisco CA 94145-0591 | Morrison and Forster<br>425 Market Street<br>San Francisco CA 94105-2482 |
| Myron Wick<br>50 Osgood Place<br>San Francisco CA 94133-4622 | NYFIX, Inc.<br>Attn: Contracts Dept. CB-28<br>100 Wall Street, 26th Floor<br>New York NY 10005-3703 | NYSE<br>Box #4006<br>PO Box 8500<br>Philadelphia PA 19178-8500 |
| NYSE/ARCA EQUITIES<br>100 S Wacker Drive<br>Suite 2012<br>Chicago IL 60606-4006 | Napa County Child Support Services<br>1127 First Street, Ste. D<br>Napa, CA 94559-2952 | Bachecki Crom & Co., LLP<br>400 Oyster Point Blvd., Ste. 106<br>South San Francisco, CA 94080-1917 |
| Neovest<br>377 Park Avenue<br>New York NY 10016-8807 | Omgeo LLC<br>2967 Collections Center Drive<br>Chicago IL 60693-0001 | Onconome<br>Attn: Ray Cairncross<br>Jay Hagenbuch<br>201 Elliot Avenue West, Suite 510<br>Seattle WA 98119-4261 |
| Passport Capital<br>John Burbank<br>30 Hotaling Place, Suite 300<br>San Francisco CA 94111-2210 | Pat Gilligan<br>655 Montgomery Street, Suite 1400<br>San Francisco CA 94111-2631 | Paul Kelly<br>400 E 84th, Apt. #14E<br>New York NY 10028-5609 |
| Perotti and Carrade<br>1100 Larkspur Landing Circle, Suite 358<br>Larkspur CA 94939-1880 | Phil Leichliter<br>2333 Elgin Lane<br>Walnut Creek CA 94598-3428 | Pinnacle Communications<br>1873 St Andrews Place<br>San Jose CA 95132-1745 |
| Principal Builders<br>240 Stockton Street, 5th Floor<br>San Francisco CA 94108-5321 | Ralph Davies Lewis<br>216 Ortega Ridge Road<br>Montecito, CA 93108-2218 | Ralph Iannelli<br>1486 East Valley Road<br>Santa Barbara CA 93108-1241 |
| Retail Resources, A Bunzl Company | Ring2 Communications Inc. | Robert Stiggins |

| | | |
|---|---|---|
| Attn: Mikel Eisenberg<br>7 Meadow Lane<br>Westhampton Beach NY 11978-2510 | 460 Natoma Street, Unit 12<br>San Francisco CA 94103-2982 | 2040 Franklin Street, #709<br>San Francisco CA 94109-2979 |
| Ronald Opel<br>130 Clarke Road<br>Needham MA 02492-1324 | San Francisco DCSS<br>617 Mission Street<br>San Francisco, CA 94105-3503 | Scott Colmery<br>4202 Hampton Avenue<br>Western Springs IL 60558-1310 |
| Sierra Office Supply<br>9950 Horn Road, Suite 5<br>Sacramento CA 95827-1905 | Sprint<br>PO Box 219100<br>Kansas City MO 64121- 9100 | State 114 Enterprises LP<br>1270 Soldiers Field Road<br>Brighton MA 02135-1003 |
| Steven Boal<br>101 1st Street, #800<br>Los Altos CA 94022-2750 | Street Account<br>875 West Broadway, Suite B<br>Jackson WY 83001 | Sweet and Baker<br>44 Second Street<br>San Francisco CA 94105-3440 |
| TNCI<br>2 Charles Gate West<br>Boston MA 02215-3540 | Ted Swindells<br>139 24th Avenue<br>San Francisco CA 94121-1220 | Terra Capital<br>John Steinmetz<br>350 Madison Avenue, 8th Floor<br>New York NY 10017-3723 |
| The Hartford<br>PO Box 2907<br>Hartford CT 06104-2907 | The Hartford<br>PO Box 620<br>New Hartford NY 13413-0620 | The NASDAQ Stock Market<br>PO Box 77777-W9940<br>Philadelphia PA 19175-0001 |
| Thomas S. Lee<br>2215 York Road, Ste. 410<br>Oak Brook, IL 60523-4010 | Thomson Financial<br>PO Box 5136<br>Carol Stream IL 60197-5136 | Time Warner Cable of NYC<br>P O Box 9227<br>Uniondale NY 11555-9227 |
| Timothy Tiemann<br>23328 Barfield Drive<br>Valencia CA 91354-1923 | Tom Lee<br>c/o Molex<br>2222 Wallington Court<br>Lisle IL 60532-3831 | Track Data<br>95 Rockwell Place<br>Brooklyn NY 11217-1105 |
| Urchin Capital Partners<br>124 Cabrillo Street<br>San Francisco CA 94118-4023 | Urchin Partners, LLC<br>655 Montgomery Street<br>Suite 900<br>San Francisco CA 94111-2688 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Venture Spark<br>Attn: Marianne Gaddy<br>2227 Union Street<br>San Francisco CA 94123-3901 | Verizon<br>PO Box 15124<br>Albany NY 12212-5124 | Victoria Sedan & Limousine Service<br>301 California Drive<br>Burlingame CA 94010-4114 |
| Warren Deab<br>1902 West Colorado Avenue, Ste. 110<br>San Mateo, CA 94402 | Winter Street Capital, LLC<br>Scott Andron<br>80 East Sir Francis Drake Blvd.<br>Larkspur, CA 94939-1709 | Amy Edelen<br>1817 Main Street<br>St. Helena, CA 94574-1000 |
| Marc A. Levinson<br>Orrick Herrington and Sutcliffe LLP<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4497 | Tibor L. Nagy, Jr.<br>Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075-1848 | Tyler Meade<br>The Meade Firm, PC<br>12 Funston Avenue, Ste. A<br>San Francisco, CA 94129-4507<br>Adam Patrick Tracy<br>33 Bolinas Avenue #744<br>Ross, CA 94957-9626 |
| Brian Dennen<br>14641 Jockeys Ridge Dr.<br>Charlotte, NC 28277-3706 | Eric L. Krogius<br>37 Charleston Lane<br>Coto de Caza, CA 92679-5006 | |