KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

KELLER BENVENUTTI KIM LLP
PETER J. BENVENUTTI - # 60566
pbenvenutti@kbkllp.com
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone:     415 496 6723
Facsimile:     415 636 9251

Attorneys for STEVEN R. BOAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>    Peter R. Fader<br>    *dba* Urchin Capital Partners<br>    *dba* Urchin Partners LLC,<br><br>                   Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 22 AND 24** |

Steven R. Boal, through his undersigned counsel, hereby withdraws proof of claims numbers 22 and 24, filed in the above-captioned bankruptcy case on December 16, 2019, with prejudice, pursuant to the Stipulation Between Trustee and Creditor Steven R. Boal Resolving Boal's Motion to Withdraw Proofs of Claim, dated December 10, 2020, *see* Dkt. 88, and attached hereto as **Exhibit A**.

Dated: January 13, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Brook Dooley*
ELLIOT R. PETERS
BROOK DOOLEY
VICTOR CHIU

KELLER BENVENUTTI KIM LLP
PETER J. BENVENUTTI

Attorneys for STEVEN R. BOAL

# Exhibit A

KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

KELLER BENVENUTTI KIM LLP
PETER J. BENVENUTTI - # 60566
pbenvenutti@kbkllp.com
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone:   415 496 6723
Facsimile:   415 636 9251

Attorneys for Creditor STEVEN R. BOAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>　　Peter R. Fader<br>　　*dba* Urchin Capital Partners<br>　　*dba* Urchin Partners LLC,<br><br>　　　　　　　　　Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**STIPULATION BETWEEN TRUSTEE AND CREDITOR STEVEN R. BOAL RESOLVING BOAL'S MOTION TO WITHDRAW PROOFS OF CLAIM**<br><br>Date:　　December 18, 2020<br>Time:　　10:30 a.m.<br>Judge:　　Hon. Dennis Montali |

| | |
|---|---|
| 1 | This Stipulation is entered into by and between E. Lynn Schoenmann, Trustee for the |
| 2 | Chapter 7 Bankruptcy Estate of Peter R. Fader (the "Trustee") and creditor Steven R. Boal |
| 3 | ("Boal") (together, the "Parties"), by and through their respective counsel. |
| 4 | WHEREAS, the Trustee commenced an action against Boal in Santa Clara Superior Court |
| 5 | on December 10, 2019, Case No. 19-cv-359966, Dkt. 81-3; |
| 6 | WHEREAS, Boal filed proofs of claim nos. 22 and 24 against Fader's estate on December |
| 7 | 16, 2019 (the "Proofs of Claim"); |
| 8 | WHEREAS, no objections to the Proofs of Claim have been filed; |
| 9 | WHEREAS, Boal removed this action from Santa Clara Superior Court on January 9, |
| 10 | 2020 pursuant to 28 U.S.C. § 1452(a), Dkt. 81, which was referred to this Court in a separately |
| 11 | docketed adversary proceeding, *Schoenmann v. Boal*, Adv. Pro. No. 20-03007 (the "Adversary |
| 12 | Proceeding"); |
| 13 | WHEREAS, Boal stated in his Notice of Removal that he did "not consent to the entry of |
| 14 | final orders or judgment by the Bankruptcy Court," Adv. Pro. Dkt. 1 at 5 ¶ 15; |
| 15 | WHEREAS, the Trustee filed a Federal Rule of Bankruptcy Procedure 9027(e)(3) |
| 16 | statement in the Adversary Proceeding, stating that the Trustee did "not consent to the entry of |
| 17 | final orders or judgments by the Bankruptcy Court" and demanded a "jury trial on all issues," |
| 18 | Adv. Pro. Dkt. 40 at 2 ¶¶ 4-5; |
| 19 | WHEREAS, Boal filed a jury demand in the Adversary Proceeding, requesting a "trial by |
| 20 | jury in District Court on all issues so triable," Adv. Pro. Dkt. 70, and Boal does not consent to a |
| 21 | jury trial in the Bankruptcy Court; |
| 22 | WHEREAS, Boal moved to withdraw the Proofs of Claim under Federal Rule of |
| 23 | Bankruptcy Procedure 3006 on November 19, 2020 to preserve his right to a jury trial in the |
| 24 | District Court and the District Court's exclusive jurisdiction to enter final judgment or order in |
| 25 | the Adversary Proceeding, Dkt. 84; and |
| 26 | WHEREAS, the Trustee does not oppose Boal's motion to withdraw the Proofs of Claim |
| 27 | with prejudice. |
| 28 | \\\ |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Proofs of Claim are withdrawn with prejudice;

2. The Trustee will *not* assert that Boal does not have a right to a jury trial in District Court with respect to any aspects of the Adversary Proceeding that survive summary judgment;

3. The motion to withdraw proofs of claim hearing noticed on December 18, 2020 at 10:30 a.m. be taken off calendar in light of the Parties' Stipulation.

**IT IS SO STIPULATED.**

Dated: December 10, 2020

By: /s/ Elliot R. Peters
ELLIOT R. PETERS
BROOK DOOLEY
VICTOR CHIU
PETER J. BENVENUTTI

Attorneys for Creditor STEVEN R. BOAL

Dated: December 10, 2020

By: /s/ Kenneth Brown
KENNETH BROWN

Attorney for E. LYNN SCHOENMANN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF PETER R. FADER

**ATTESTATION PURSUANT TO BANKRUPTCY LOCAL RULE 5005-2**

I, Victor Chiu, attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories. Executed on December 10, 2020, in San Francisco, California.

/s/ Victor Chiu
VICTOR CHIU (305404)