Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**DECLARATION OF MIRIAM MANNING IN SUPPORT OF PACHULSKI STANG ZIEHL & JONES LLP'S REPLY TO JOHN GADDY'S OBJECTION TO FIRST INTERIM FEE APPLICATION**<br><br><u>Hearing Date</u><br><br>Date: February 3, 2023<br>Time: 10:30 AM<br>Place: Courtcall/Videoconference<br>Judge: Honorable Dennis Montali |

I, Miriam Manning, declare as follows:

1. I am an attorney in the law firm of Pachulski Stang Ziehl & Jones LLP. I submit this declaration in support of the *Pachulski Stang Ziehl & Jones LLP's Reply to John Gaddy's Objection to First Interim Fee Application*. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. On January 18, 2023, I was advised by my assistant that Mr. Gaddy had called to request copies of the fee applications that were identified in the *Notice Of Hearing On The First*

*Interim Applications of (I) E. Lynn Schoenmann, Chapter 7 Trustee (2) Pachulski Stang Ziehl & Jones LLP, Counsel to the Trustee, and (3) Bachecki Crom & Company, Accountants to the Trustee.*

3. On January 18, 2023, I emailed each of the fee applications as well as the supporting declaration of Kenneth Brown to Mr. Gaddy. Attached hereto as **Exhibit A** is a true and correct copy of my email to Mr. Gaddy.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February 2023, at Ross, California.

*/s/ Miriam Manning*
Miriam Manning

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT A**

| From: | Miriam Manning |
|---|---|
| Sent: | Wednesday, January 18, 2023 1:16 PM |
| To: | 'John Gaddy' |
| Cc: | Kenneth Brown |
| Subject: | Fader - Fee Applications |
| Attachments: | 00130 01-11-23 Trustee's First Interim Fee Application.pdf; 00131 01-11-23 PSZJ Interim Fee App.pdf; 00131-1 01-11-23 KHB Decl iso PSZJ Interim Fee App.pdf; 00132 01-11-23 Ntc re PSZJ and Professional Interim Fee App.pdf; 00129 01-10-23 First Interim App - Bachecki Crom & Co., LLP.PDF |

Dear Mr. Gaddy,

I understand that you have requested that our office forward to you the fee applications that were identified the Notice of Hearing. I have therefore attached:

1. First Interim Application for Compensation by Accountant for Trustee [Dkt. 129]

2. Trustee's First Interim Report and Application for Interim Compensation [Dkt. 130]

3. First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 16, 2019 through November 28, 2022 [Dkt. 131]

4. Declaration of Kenneth Brown in Support of First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 16, 2019 through November 28, 2022 [Dkt. 131-1]

5. Notice of Hearing on the First Interim Applications of (I) E. Lynn Schoenmann, Chapter 7 Trustee (2) Pachulski Stang Ziehl & Jones LLP, Counsel to the Trustee, and (3) Bachecki Crom & Company, Accountants to the Trustee [Dkt. 122]

If you have any questions about the above, please email your questions to me. Best regards,

**Miriam Manning**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5117
Tel: 415.263.7000 | Fax: 415.263.7010
mmanning@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

1
Case: 08-30119    Doc# 137-1    Filed: 02/01/23    Entered: 02/01/23 16:54:02    Page 4 of 4