2
Kate Watts
203 Terrace Way
Capitola. CA 95010
Telephone:    (559) 375-4739
E-mail:        kate.watts@reedleycollege.edu

In Pro Per Interested Party

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re: | Case No. 08-30119 |
|---|---|
| | Chapter 7 |
| PETER FADER, | **REQUEST FOR SPECIAL NOTICE** |
| Debtor | |

TO: THE DEBTOR, U.S. TRUSTEE'S OFFICE, AND INTERESTED PARTIES:

Kate Watts, Interested Party, requests that separate and special notice be provided of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules. Notice should be sent to:

Kate Watts
203 Terrace Way
Capitola, California 95010
Email: kate.watts@reedleycollege.edu

Dated: January 12, 2023

By: *Kate E Watts*
Kate Watts, Interested Party

Case: 08-30119   Doc# 138   Filed: 02/03/23   Entered: 02/03/23 09:24:35   Page 1 of 1