```
 2
1  Kate Watts
   203 Terrace Way
2  Capitola, CA  95010
3  Telephone:	(559) 375-4739
   E-mail:	kate.watts@reedleycollege.edu
4
5  In Pro Per Interested Party
```

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No. 08-30119 |
|---|---|
| PETER FADER,<br><br>Debtor | Chapter 7<br><br>**PROOF OF SERVICE** |

       I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; I am an employee of Wanger Jones Helsley PC, 265 East River Park Circle, Suite 310, Fresno, CA 93720.

       On February 3, 2023, I served the foregoing document(s) described as:

       1.     Request for Special Notice

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

__XXX__    **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail.  Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours.  I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

| <u>Chapter 7 Trustee</u><br>E. Lynn Schoenmann<br>35 Miller Ave. #298<br>Mill Valley, CA 94941-1903 | <u>U.S. Trustee</u><br>Office of the U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave, 5th Fl. #05-0153<br>San Francisco, CA 94102 |
|---|---|

Katt Watts
203 Terrace Way
Capitola, CA 95010

Executed on February 3, 2023, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
April Summers