

Entered on Docket
February 10, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**CHANGES MADE BY COURT**

Signed and Filed: February 9, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

PETER R. FADER
*dba* Urchin Capital Partners
*dba* Urchin Partners LLC,

Debtor.

Case No.: 08-30119-DM

Chapter 7

**ORDER PARTIALLY APPROVING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 16, 2019 THROUGH NOVEMBER 28, 2022**

The Court has reviewed the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 16, 2019 through November 28, 2022* ("**Application**") of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") counsel to E. Lynn Schoenmann, the chapter 7 trustee ("**Trustee**"), which was filed and served on January 11, 2023 (Docket No. 131) and the objection of creditor John Gaddy (Docket No. 136) ("**Objection**"). Upon review and consideration of the Application and Objection, the Court finds that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient, and that good cause exists for the approval of the fees and expenses as requested in the Application,

**IT IS HEREBY ORDERED** that:

1. The Application is granted, in part.

2. The Trustee is authorized to pay PSZJ a total of $176,652.09, representing $175,000 in fees incurred for the period between September 16, 2019 through November 28, 2022 and $1,652.09 in expenses incurred for the same period. ***

3. The Court will take the remaining balance of the fees sought in the Application under submission.

4. If the rescission right set forth in the *Settlement Agreement and Release* entered into between the Trustee, Steven R. Boal and Quotient Technology, Inc. and approved by the Court on November 16, 2022 [Docket No. 123], is triggered and the Trustee opts to exercise it, upon the Trustee's request, PSZJ shall return to the Trustee the fees and expenses paid to it pursuant to this Order.

**\*\*\* END OR ORDER \*\*\***

\*\*\* Subsequent to the hearing on February 3, 2023, the court decided to reduce by an additional $50,000 the interim award of $225,000 announced at the hearing.

# COURT SERVICE LIST

| John Gaddy<br>2256 Wolfberry Way<br>Santa Rosa, CA 95404 | Lisa H. Barry<br>398 Redwood Rd.<br>San Anselmo, CA 94960-2757 |