# Notice Recipients

District/Off: 0971–3  User: admin  Date Created: 2/10/2023
Case: 08–30119  Form ID: pdfeoc  Total: 3

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
John Gaddy    2256 Wolfberry Way    Santa Rosa, CA 95404
Lisa H. Barry    398 Redwood Rd.    San Anselmo, CA 94960–2757

TOTAL: 2