# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | | Date Created: 3/3/2023 |
| Case: 08−30119 | Form ID: pdfeoc | | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
cr         Lisa H. Barry      398 Redwood Road    San Anselmo, CA 94960
           John Gaddy         2256 Wolfberry Way   Santa Rosa, CA 95404
           Lisa H. Barry      398 Redwood Rd.      San Anselmo, CA 94960−2757
```

TOTAL: 3