Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30119-DM |
| PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Chapter 7<br><br>**NOTICE TO THE COURT OF REALLOCATION OF FEES** |

Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") hereby notifies the Court of the reallocation of professional fees consistent with the Order on Counsel for Chapter 7 Trustee's First Interim Application for Compensation signed and filed on March 3, 2023. PSZJ, special counsel and the Trustee have agreed to a $30,000 reduction of special counsel's fees and reallocation of that amount to PSZJ. The Trustee will achieve this reallocation by paying special counsel $30,000 less than has been allowed and paying PSZJ $30,000 more than the $238,319.83 than has been allowed (for a total of $268,319.83). The payments will be made from the second installment payment from the settlement resolving the claims raised in adversary proceeding No. 20-03007.

Dated: April 7, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Kenneth H. Brown*
Kenneth H. Brown
Miriam Manning
Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA