WILLIAM F. ABBOTT
4790 Geary Boulevard
San Francisco, California 94118
Telephone: (415) 863-9337
Facsimile: (415) 386-5511
Email: billabbott@earthlink.net

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PETER R. FADER dba Urchin Capital Partners, dba Urchin Partners,<br><br>Debtor. | Case No. 08-30119 DM<br><br>CHAPTER 7<br><br>DATE: June 9, 2023<br>TIME: 10:30 a.m.<br>PLACE: 450 Golden Gate Ave.<br>Courtroom 16<br>San Francisco, CA<br>Judge Dennis Montali |

**NOTICE OF HEARING 0N MOTIONS OF WILLIAM F. ABBOTT FOR ORDER FOR PAYMENT OF ATTORNEY'S FEES & FOR ORDER RELIEVING ATTORNEY FROM FURTHER REPRESENTATION**

**PLEASE TAKE NOTICE THAT** the Bankruptcy Court will hold a hearing on the Motions of William F. Abbott ("Attorney" or "Moving Party"), for Orders (1) that the Trustee pay the balance of $27,000 due to Moving Party's fees from representing Debtor in two Adversary Proceedings, and (2) Relieving Attorney of any further duties herein (the "Motions") on June 9, 2023 at 10:30 a.m. in at Courtroom 16 of the United States Courthouse & Federal Building, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Dennis Montali, &United States Bankruptcy Judge, presiding.

**PLEASE TAKE FURTHER NOTICE THAT** any Oppositions to the Motions must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Court, and must be filed with the above-captioned Court and served by First Class Mail

Case: 08-30119   Doc# 151   Filed: 05/15/23   Entered: 05/15/23 10:25:55   Page 1 of 2

*In Re Peter R. Fader, Debtor*, Case No. 08-30119 DM
NOTICE OF MOTIONS FOR PAYMENT OF ATTORNEY'S FEES & ORDER RELIEVING ATTORNEY     1

or email on the Moving Party:

>William F. Abbott
>4790 Geary Boulevard
>San Francisco CA 94118
>billabbott@earthlink.net

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motions and its supporting documents can be viewed and/or obtained (I) by accessing the Court's website at http://www.cand.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco CA 94102 or (iii) by contacting the Moving Party. Note that a PACER password is need to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT IF THERE IS NO TIMELY WRITTEN OPPOSITION TO THE MOTIONS, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER HEARING OR NOTICE.**

Date: May 12, 2023

                                                *William F. Abbott*
                                                William F. Abbott
                                                Attorney for Debtor

.