KIEVE LAW OFFICES
  LOREN KIEVE (56280)
  LK@KIEVELAW.COM
2655 STEINER STREET
SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE:   (415) 800-3646
CELL:             (415) 425-2655
lk@kievelaw.com

Counsel for <u>non-party</u> Peter R. Fader
in Adv. Proc. No. 20-03007

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    Peter R. Fader<br>    *dba* Urchin Capital Partners<br>    *dba* Urchin Partners LLC,<br><br>    Debtor. | Bankruptcy Case No. 08-30119<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF PETER R. FADER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN R. BOAL; QUOTIENT TECHNOLOGY, INC., a Delaware corporation; and DOES 1 through 10,<br><br>    Defendants. | Adversary Proceeding No. 20-03007<br><br>**STIPULATION RE-SETTING HEARING DATE ON MOTION FOR ATTORNEY FEES TO JUNE 2, 2023**<br><br>Date: June 2, 2023<br>Time: 10:30 a.m.<br><br>**THE HEARING WILL BE CONDUCTED BY VIDEO** |

William F. Abbott and non-party Peter Fader stipulate that the hearing on Mr. Abbott's motion for attorney's fees, along with any counter-motion, will be re-set from June 9, 2023 to June 2, 2023 at 10:30 by permission of the Court.

Dated:  May 20, 2023                              */s/ William F. Abbott*

                                                      William F. Abbott

1  /s/ Loren Kieve

2  Loren Kieve

3  Attorney for non-party Peter R. Fader

-2- Case No. 20-AP-03007
STIPULATION RE-SETTING HEARING DATE TO JUNE 2, 2023

Case: 08-30119    Doc# 153    Filed: 05/26/23    Entered: 05/26/23 17:18:00    Page 2 of 2