KIEVE LAW OFFICES
  LOREN KIEVE (56280)
  LK@KIEVELAW.COM
2655 STEINER STREET
SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE:   (415) 800-3646
CELL:              (415) 425-2655
LK@KIEVELAW.COM

Counsel for <u>non-party</u> Peter R. Fader
in Adv. Proc. No. 20-03007

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    Peter R. Fader<br>    *dba* Urchin Capital Partners<br>    *dba* Urchin Partners LLC,<br><br>            Debtor. | Bankruptcy Case No. 08-30119<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF PETER R. FADER,<br><br>            Plaintiff,<br><br>    v.<br><br>STEVEN R. BOAL; QUOTIENT TECHNOLOGY, INC., a Delaware corporation; and DOES 1 through 10,<br><br>            Defendants. | Adversary Proceeding No. 20-03007<br><br>**DECLARATION OF LOREN KIEVE IN SUPPORT OF COUNTER-MOTION OF NON-PARTY PETER FADER FOR DISGORGEMENT AND RETURN OF FEES, SANCTIONS AND INJUNCTIVE RELIEF**<br><br>Date: June 2, 2023<br>Time: 10:30 a.m.<br><br>**THE HEARING WILL BE CONDUCTED BY VIDEO** |

Loren Kieve states:

1. I am counsel for non-party Peter Fader in this adversary proceeding.

2. I expended in excess of eight hours in responding to the motion of William F. Abbott for attorney's fees.

3. My hourly rate is $900, which has been approved by this Court in another proceeding before it. *See In re RealtyShares, Inc.,* Case No. 2030621, ECF Doc. No. 37 (Sept. 23, 2021).

-1-                                                        Case No. 20-AP-03007
KIEVE DECL ISO COUNTER-MOTION FOR DISGORGEMENT AND OTHER RELIEF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 20, 2023

*/s/ Loren Kieve*

Loren Kieve