KIEVE LAW OFFICES
 LOREN KIEVE (56280)
 LK@KIEVELAW.COM
2655 STEINER STREET
SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE:    (415) 800-3646
CELL:             (415) 425-2655
LK@KIEVELAW.COM

*Counsel for <u>non-party</u> Peter R. Fader
in Adv. Proc. No. 20-03007*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    Peter R. Fader<br>    *dba* Urchin Capital Partners<br>    *dba* Urchin Partners LLC,<br><br>    Debtor. | Bankruptcy Case No. 08-30119<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF PETER R. FADER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN R. BOAL; QUOTIENT TECHNOLOGY, INC., a Delaware corporation; and DOES 1 through 10,<br><br>    Defendants. | Adversary Proceeding No. 20-03007<br><br>**NOTICE OF HEARING OF COUNTER-MOTION OF NON-PARTY PETER FADER FOR DISGORGEMENT AND RETURN OF FEES, SANCTIONS AND INJUNCTIVE RELIEF**<br><br>Date: June 2, 2023<br>Time: 10:30 a.m.<br><br>**THE HEARING WILL BE CONDUCTED BY VIDEO** |

Please take notice that non-party Peter Fader will, and hereby does, counter-move at a hearing before the Honorable Dennis Montali by video conference at 10:30 a.m. on June 2, 2023 for an order requiring William F. Abbott to disgorge and return the following the following "fees" he received from Mr. Fader without authorization from this Court and in violation of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's rules governing fee agreements:

-1-  Case No. 20-AP-03007
NOTICE OF HEARING OF COUNTER-MOTION FOR DISGORGEMENT AND OTHER RELIEF

Case: 08-30119    Doc# 155    Filed: 05/20/23    Entered: 05/20/23 18:16:32    Page 1 of 2

$18,000 he was paid "during the first Adversary Proceeding." Abbott Decl. ¶ 9.

$10,300 he was paid "[b]etween February, 2011 and January, 2012." *Id,* ¶ 10.

$2,000 he was paid "[i]n October, 2017." *Id.,* ¶ 16.

For a total of $30,300.

It also appears that Mr. Abbott was paid an additional $25,000 for representing Mr. Fader in another lawsuit that bears some relationship to the bankruptcy proceeding, given that Mr. Abbott has included it in his declaration. *Id.,* ¶ 12.

If this is added to the $30,300 above, the total sum paid Mr. Abbott for representing Mr. Fader in connection with the bankruptcy, adversary and bankruptcy-related cases is $55,300, which, as demonstrated in the accompanying counter-motion, as matter of law, he should be required to disgorge and return to Mr. Fader.

Mr. Fader will also move for appropriate monetary sanctions, and to enjoin Mr. Abbott from breaching his obligation to maintain Mr. Fader's attorney-client privilege.

Dated: May 20, 2023      */s/ Loren Kieve*

Loren Kieve

Attorney for non-party Peter R. Fader

-2-    Case No. 20-AP-03007
NOTICE OF HEARING OF COUNTER-MOTION FOR DISGORGEMENT AND OTHER RELIEF
Case: 08-30119    Doc# 155    Filed: 05/20/23    Entered: 05/20/23 18:16:32    Page 2 of 2