Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Telephone: 415/263-7000
Facsimile:  415/263-7010

E-mail: kbrown@pszjlaw.com
         mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**DECLARATION OF MIRIAM MANNING IN SUPPORT OF TRUSTEE'S OBJECTION TO CLAIM NO. 5 FILED BY CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**<br><br>**Hearing Date:**<br><br>Date:  September 29, 2023<br>Time:  1:30 PM<br>Place:  Telephonically/Videoconference<br>Judge:  Honorable Dennis Montali<br><br>**Response Deadline**: September 15, 2023 |

I, Miriam Manning, declare as follows:

1. I am an attorney in the law firm of Pachulski Stang Ziehl & Jones LLP.  Our office represents E. Lynn Schoenmann, the trustee ("Trustee") of the chapter 7 case of Peter R. Fader ("Debtor").

2. I submit this declaration in support of the *Trustee's Objection to Claim No. 5 Filed by Consolidated Edison Company of New York, Inc.*  I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

## A. The Debtor's Bankruptcy Filing

3. The docket in the Debtor's bankruptcy case reveals the following facts: On January 26, 2008, the Debtor, aka Urchin Capital Partners and Urchin Partners LLC, filed a voluntary chapter 7 petition in this Court. The Debtor received a discharge and the bankruptcy case was subsequently closed in 2010.

4. The Debtor's amended schedule F filed on March 31, 2008 listed "ConEd" with a disputed claim in the amount of $459.16 for Urchin Partners, LLC. [Dkt 16]. It is unclear whether "ConEd" is the same entity as Consolidated Edison Company of New York, Inc., the Claimant herein.

5. The Debtor's schedules also show that the Debtor held a 75% membership interest in Urchin Capital Partners and a 100% membership interest in Urchin Partners LLC. [Dkt 1].

6. On July 14, 2019, the Debtor filed an application to reopen his bankruptcy case to disclose claims based on an oral agreement that was previously omitted from his bankruptcy schedules and to enable the Trustee to determine whether such previously omitted claims constitute property of the estate that can be administered by the Trustee.

7. On September 13, 2019, the United States Trustee appointed E. Lynn Schoenmann as the Chapter 7 trustee of the Debtor's case. On September 15, 2019 the Debtor's bankruptcy case was reopened.

## B. The Claim

8. Attached hereto as **Exhibit A** is a true and correct copy of Claim No. 5 filed by the Claimant.[1]

9. No previous request for the relief sought in the Objection has been made by the Trustee.

---

[1] The claims register in the Debtor's case also shows that Claimant had filed a previous claim (Claim No. 2) wherein it asserted a general unsecured claim in the amount of $597.19 for electrical services provided to the Debtor between 2007 and January 26, 2008.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2  August 25, 2023 at Ross, California.

3                                                  */s/ Miriam Manning*
4                                                  Miriam Manning

**EXHIBIT A**

B 10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>PETER R. FADER | Case Number<br>08-30119 - DM7 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Consolidated Edison Company of New York Inc | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **FILED**<br>OCT 2 1 2008<br>UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA |
|---|---|---|
| Name and address where notices should be sent:<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003<br>Telephone number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 43-1041-1490-1602-7 | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated:_____ | |

**1. Basis for Claim**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Other_____
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #:____
Unpaid compensation for services performed
From _____ to _____
      (date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority  $_____654.34_____

Specify the priority of the claim: **Chapter 7 Administrative Expense**
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate       ☐ Other_____
☐ Motor Vehicle

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $_____ _____ 654.34 654.34
                                                  (unsecured) (secured) (priority) (total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. **Chapter 7 Administrative Expense**

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>09/30/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>GALE D. DAKERS, SUPERVISOR  /s/ Gale D. Dakers |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Statement of Account for:
PETER FADER
125 W 31st ST 53F
MANHATTAN 10001

Account Number:
43-1041-1490-1602-7

09/25/08

## ELECTRIC BILLS

Rate EL1 - Residential  Meter No: 7530847  Multiplier: 1

| Date | Rdg Type | Days | Rdg | KWH Usage | Amount |
|---|---|---|---|---|---|
| 08/27/08 | T/Off | 43 | 9481 | 2045 | $656.65 |
| 07/15/08 | EST | 32 | 7436 | 123 | $46.27 |
| 06/13/08 | ACT | 30 | 7313 | 116 | $41.48 |
| 05/14/08 | ACT | 29 | 7197 | 110 | $37.64 |
| 04/15/08 | ACT | 29 | 7087 | 133 | $40.91 |
| 03/17/08 | ACT | 32 | 6954 | 263 | $67.18 |
| 02/14/08 | EST | 19 | 6691 | 75 | $24.21 |

## PAYMENTS

Security Deposit: $0.00

| Date | Amount |
|---|---|

**Summary Balance brought forward**   02/14/08   $0.00

**Charges**
C.E. Bills prepared (E)   $914.34
C.E. Bills prepared (G)   $0.00
Transfer Charges   $0.00
Debit Adjustments   $0.00
Late Payment Charges   $0.00

**Total Charges**   $914.34
**Total Debits**   $914.34

**Credits**
Payments   $0.00
Transfers   $260.00
Credit Adjustments   $0.00
Late Payment Credits   $0.00

**Total Credits**   $260.00

**Balance Due Company**   $654.34