KIEVE LAW OFFICES
  LOREN KIEVE (56280)
  LK@KIEVELAW.COM
2655 STEINER STREET
SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE: (415) 364-0060
lk@kievelaw.com

*Counsel for Peter R. Fader*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**DECLARATION OF PETER R. FADER IN RESPONSE TO THE TRUSTEE'S OBJECTION TO CLAIM NO. 15 FILED BY WARREN DEAN**<br><br>**Hearing Date:**<br><br>Date: September 29, 2023<br>Time: 1:30 PM<br>Place: Telephonically/Videoconference<br>Judge: Honorable Dennis Montali<br><br>**Response Deadline**: September 15, 2023 |

I, Peter R. Fader, declare as follows:

1. I am the debtor in this chapter 7 bankruptcy case and I submit this declaration in response to the *Trustee's Objection to Claim No. 15 Filed by Warren Dean* (the "Objection") [Dkt 173]. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. I have reviewed the proof of claim filed by Warren Dean, dated December 9, 2019, in which he asserts an unsecured claim in the amount of $1,080,000 relating to a loan (the "Claim"). The Claim is valid.

3. With regard to the specific portion of the Claim referenced in the Objection, I attest that on or about July 2001, Mr. Dean lent me the sum of $230,000 pursuant to the terms of a written loan agreement that had been signed by me and Mr. Dean. The terms of the agreement required the $230,000 loan to be repaid by me in five years (in or about July 2006). No portion of the $230,000 loan was repaid or forgiven as of January 26, 2008 – the date I filed my chapter 7 bankruptcy petition - and it remains due and payable. The agreement also required the payment of interest but I understand that Mr. Dean is not requesting reimbursement of interest as part of his Claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 8, 2023.

_____
Peter R. Fader

2. I have reviewed the proof of claim filed by Warren Dean, dated December 9, 2019, in which he asserts an unsecured claim in the amount of $1,080,000 relating to a loan (the "Claim"). The Claim is valid.

3. With regard to the specific portion of the Claim referenced in the Objection, I attest that on or about July 2001, Mr. Dean lent me the sum of $230,000 pursuant to the terms of a written loan agreement that had been signed by me and Mr. Dean. The terms of the agreement required the $230,000 loan to be repaid by me in five years (in or about July 2006). No portion of the $230,000 loan was repaid or forgiven as of January 26, 2008 – the date I filed my chapter 7 bankruptcy petition - and it remains due and payable. The agreement also required the payment of interest but I understand that Mr. Dean is not requesting reimbursement of interest as part of his Claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 8, 2023.

_____
Peter R. Fader

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:109497.1 77354/001