Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>  PETER R. FADER<br>  *dba* Urchin Capital Partners<br>  *dba* Urchin Partners LLC,<br><br>                Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA    )
                       )
CITY OF SAN FRANCISCO  )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On September 18, 2023, I caused to be served the following documents in the manner stated below:

- ***BANKRUPTCY LOCAL RULE 9014-1 CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 166***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 18, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 18, 2023 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

**ECF/NEF List**

- William F. Abbott    billabbott@earthlink.net, warrentwooesq@cs.com
- Tracy O'Driscoll Appleton    tappleton@dnfllp.com, paralegals@dnfllp.com
- Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Kenneth H. Brown    kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- Victor Chiu    vchiu@keker.com, VFujisawa@keker.com
- Patricia A. Cutler    patricia.cutler@usdoj.gov
- Loren Kieve    lk@kievelaw.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Tyler Meade    tyler@meadefirm.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Mark J. Romeo    romeolaw@msn.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com

**SERVED VIA U.S. MAIL)**

Consolidated Edison Company of New York, Inc.
Attn: Gale D. Dakers, Supervisor
Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY  10003