Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone:   (949) 766-8787
Facsimile:   (949) 766-9896
Email:       TomCasey@tomcaseylaw.com

Attorneys for Jason M. Rund,
Chapter 7 Bankruptcy Trustee for the Estate
of E. Lynn Schoenmann

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PETER R. FADER,<br><br>                Debtor(s). | Case No. 08-30119-DM<br><br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>(No Hearing Required) |

**PLEASE TAKE NOTICE** that Chapter 7 Trustee Jason M. Rund ("Trustee") for the bankruptcy estate of E. Lynn Schoenmann, through his counsel, The Law Office of Thomas H. Casey, Inc. ("THC Law"), hereby requests that pursuant to Bankruptcy Rule 2002, copies of all notices and pleadings given or required to be given in this chapter 7 case and copies of all papers served or required to be served in this chapter 7 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Trustee through service upon THC Law, at the address and email addresses set forth on the following page:

1

Thomas H. Casey, Esq.
The Law Office of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Email: TomCasey@tomcaseylaw.com

The foregoing request includes, without limitation, all notices referred to in Fed. R. Bankr. P. 2002 and, also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail or otherwise.

Date: October 5, 2023     By:     /s/Thomas H. Casey
                                  Thomas H. Casey, Attorney for Jason M. Rund, Chapter 7 Trustee for the bankruptcy estate of E. Lynn Schoenmann