Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: November 16, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PETER R. FADER<br>*dba* Urchin Capital Partners<br>*dba* Urchin Partners LLC,<br><br>Debtor. | Case No.: 08-30119-DM<br><br>Chapter 7<br><br>**AMENDED ORDER APPROVING TRUSTEE'S OBJECTION TO CLAIM NO. 17 BY MARYON D. LEWIS** |

The Court has reviewed the *Trustee's Objection to Claim No. 17 by Maryon D. Lewis* [Dkt 195]("Claim Objection") the supporting documents and exhibits, including the *Notice of Hearing on Trustee's Objection to Claim No. 17 by Maryon D. Lewis* [Dkt. 196], and the *Bankruptcy Local Rule 9014-1 Certification of No Objection Regarding Docket Nos. 195-196,* and good cause appearing therefore;

**IT IS HEREBY ORDERED:**

1. The Claim Objection is SUSTAINED.

2. Proof of Claim No. 17 by Maryon D. Lewis is allowed in the reduced amount of $50,000.

3. The Court shall retain jurisdiction with respect to any disputes arising from or relating to this Order.

*** END OF ORDER ***

**COURT SERVICE LIST**

| Ralph Davies Lewis, Co-Trustee of the Maryon Davies Lewis Trust<br>652 Park Lane<br>Santa Barbara, CA 93108 | Lucy Lewis Dreyer, Co-Trustee of the Maryon Davies Lewis Trust<br>651 Northern Avenue<br>Mill Valley, CA 94941 |
|---|---|

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA