Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

PETER R. FADER
*dba* Urchin Capital Partners
*dba* Urchin Partners LLC,

Debtor.

Case No.: 08-30119-DM

Chapter 7

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On January 29, 2024, I caused to be served the following documents in the manner stated below:

- ***PACHULSKI STANG ZIEHL & JONES LLP'S FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD OF NOVEMBER 29, 2022 THROUGH DECEMBER 7, 2023***

- ***DECLARATION OF KENNETH H. BROWN IN SUPPORT OF PACHULSKI STANG ZIEHL & JONES LLP'S FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD OF NOVEMBER 29, 2022 THROUGH DECEMBER 7, 2023***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 29, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 29, 2024 at San Francisco, California.

                                                           */s/ Oliver Carpio*
                                                           *Legal* Assistant

## ECF List

- William F. Abbott     billabbott@earthlink.net, warrentwooesq@cs.com
- Tracy O'Driscoll Appleton     tappleton@dnfllp.com, paralegals@dnfllp.com
- Bachecki, Crom & Co., LLP     JCrom@bachcrom.com
- Peter J. Benvenutti     pbenvenutti@kbkllp.com
- Kenneth H. Brown     kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- Thomas Casey     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- Victor Chiu     vchiu@keker.com, VFujisawa@keker.com
- Patricia A. Cutler     patricia.cutler@usdoj.gov
- Loren Kieve     lk@kievelaw.com
- Marc A. Levinson     Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Miriam Manning     mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Tyler Meade     tyler@meadefirm.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Mark J. Romeo     romeolaw@msn.com
- E. Lynn Schoenmann     tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com
- Riley C. Walter     RIBTecf@wjhattorneys.com

## REQUEST FOR NOTICE LIST (Served via US Mail)

| Counsel for Quotient Technology Inc. | Counsel for Steven Boal | Counsel for Debtor |
|---|---|---|
| Matt Caplan<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111-4004<br>Email:    mcaplan@cooley.com | Brook Dooley<br>Victor T. Chiu<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Email:    bdooley@keker.com<br>              vchiu@keker.com | Loren Kieve<br>Kieve Law Firm<br>2655 Steiner Street<br>San Francisco, CA 94115-1141<br>Email: lk@kievelaw.com |
| Creditor<br>Kate Watts<br>203 Terrace Way<br>Capitola, CA  95010<br>Email: kate.watts@reedleycollege.edu | | |