UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: §
 §
FADER, PETER R § Case No. 08-30119 SDM
 §
 Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/26/2008 . The undersigned trustee was appointed on 09/13/2019 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,000,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3,464,546.56 |
| Bank service fees | | 21,756.15 |
| Other payments to creditors | | 309,014.64 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 1,204,682.65 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/16/2019 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 157,015.95 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 98,250.00 as interim compensation and now requests a sum of $ 58,500.00 , for a total compensation of $ 156,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/24/2024    By: /s/E. LYNN SCHOENMANN
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: 08-30119 Judge: DENNIS MONTALI | Trustee Name: | E. LYNN SCHOENMANN |
| Case Name: FADER, PETER R | Date Filed (f) or Converted (c): | 01/26/08 (f) |
| | 341(a) Meeting Date: | 05/05/08 |
| For Period Ending: 04/24/24 | Claims Bar Date: | 12/16/19 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. BREACH OF CONTRACT LITIGATION (u) [Debtor agreements with Steven R Boal of Company Quotient Technology Inc & Cash Star Inc] [01/31/20: Notice of hearing on motion to approve litigation recovery sharing agreement w/Debtor; Doc#56] [11/16/22: Order approving motion to compromise; Doc#123] | Unknown | 4,000,000.00 | | 5,000,000.00 | FA | 0.00 | 0.00 |
| 2. CASH ON HAND Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 3. WELLS FARGO ACCOUNT Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 4. HOUSEHOLD GOODS & FURNISHINGS Debtor Claimed Exemption | 9,999.00 | 0.00 | | 0.00 | FA | 0.00 | 9,999.00 |
| 5. ART AND FRAMED PHOTOGRAPHICS Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA | 0.00 | 3,500.00 |
| 6. MEN'S CLOTHING Debtor Claimed Exemption | 450.00 | 0.00 | | 0.00 | FA | 0.00 | 450.00 |
| 7. 100% OF SHARES OF URCHING PARTNERS LLC Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 8. 75% SHARES OF URCHIN CAPITAL PARTNERS LLC Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 10,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $28,449.00     $4,000,000.00     $5,000,000.00     $0.00     $0.00     $28,449.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | |
|---|---|
| Case No: | 08-30119   Judge: DENNIS MONTALI |
| Case Name: | FADER, PETER R |

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Date Filed (f) or Converted (c): | 01/26/08 (f) |
| 341(a) Meeting Date: | 05/05/08 |
| Claims Bar Date: | 12/16/19 |

dba Urchin Capital Partners; dba Urchin Partners LLC
.
09/25/19: Case [re-opened] will be administered to pursue a breach of contract claim. Special litigation counsel being employed.
11/12/19: Order approving employment of the Meade Firm and Dontzin Nagy & Fleissig LLP as special lititation counsels; Doc#53
01/31/20: Notice of hearing this date on motion to approve litigation recovery sharing agreement with Debtor; Doc#56
03/31/20: Revenue sharing agreement with Debtor has been approved by the court. Litigation proceeding. At issue currently is jurisdiction - defendant moving to withdraw reference to bankruptcy court. Matter pending in District Court.
09/30/20: Motion to withdraw reference denied, matter will remain in BK court. Hearing on motion to dismiss held on 9/4/20: Awaiting ruling.
10/30/20: Memorandum decision entered: Motion to Dismiss by defendant Boal denied; motion to dismiss by defendant Quotient granted. Litigation will proceed with respect to defendant Boal. Status conference set for 12/18/20.
11/13/20: Order entered granting Quotient motion to dismiss.
12/10/20: Order entered denying Boal motion to dismiss.
12/18/20: Status conference held. Next status conference set for 4/29/21.
12/31/20: Discovery continuing.
01/27/21: Conference call with litigation counsel, review of witnesses, status. Discovery ongoing. Depositions being scheduled. Anticipating discovery to be completed late 2021; summary judgment early 2022.
06/02/21: No change; ongoing discovery
09/19/21: No change; ongoing discovery.
12/31/21: Ongoing discovery. Counsel for defendant have slowed the proceedings by arguing that depositions should not be taken until all documents have been produced, and further that the various document productions are deficient. These arguments should be mostly decided at a hearing on dueling motions to compel scheduled for January 28, 2022.
Pending motions to compel: Defendant seeks to compel the trustee to respond to interrogatories concerning our common interest with Fader, dates of respective representation, and communications with corroborating witnesses. Our motion to compel relates to information regarding defendant's receipt and transfer of shares of stock, and receipt of finder fees. Our reply has made it clear that defendant's responses remain deficient.
We have deposed two of six corroborating witnesses in April and September, 2021. We believe their testimony makes it unlikely that defandant will be able to obtain summary judgment in his favor. Three more depositions have been scheduled for February 15, 17 and 24. After all corroborating witness depositions have been completed, we will depose defendant, who will likely depose Fader; we expect to complete them by early summer, at which point document production

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

Case No: 08-30119    Judge: DENNIS MONTALI
Case Name: FADER, PETER R

Trustee Name: E. LYNN SCHOENMANN
Date Filed (f) or Converted (c): 01/26/08 (f)
341(a) Meeting Date: 05/05/08
Claims Bar Date: 12/16/19

and written discovery should be essentiallly complete.  We anticipate that defendant will file a motion for summary
judgment later this year.  Assuming it is denied, as we expect and as it should be, it is possible that we will
thereupon engage in settlement discussions.
No trial date has been set, but the matter should be ready for trial in 2023.
03/25/22: Updated litigation schedule provided through close of discovery Feb 2023.  Next status conference Aug 2022.
03/31/22: Debtor Fader deposition scheduled for April 27.
05/20/22: Delayed Fader deposition  completed.
08/24/22:  JAMS mediation held.  Mediator to make recommendation re settlement number.
08/25/22: Mediator's recommendatoin  of $5m received and accepted.  Waiting for response from defendant.
10/21/22: Settlement agreement signed at $5m; $2.5m payable by 12/15/22 and $2.5m March 2023; releases to be effective
91 days after final payment received.   Agreement has been noticed and court approval pending.  Claims to be reviewed
and case closed third quarter 2023.  Significant dividend to gucs anticipated.
10/25/22: Hearing date for Meade Firm PC, special counsel for estate
11/14/22: Order re objection filed by John Gaddy; Doc#119
11/15/22: Order apporving motion for order authorizing payment of estate's post-petition tax obligations; Doc#121
11/16/22: Order approving motion to approve compromise of adversary proceeding agains Steven R Boal and Quotient Tech;
Doc#123
12/31/22:  First installment of settlement ($2.5m) paid on December 16.  Interim fees paid to special litigation
counsel.  Final installment of $2.5m anticipated in March of 2023 and case will be ready to close 90 days thereafter.
01/05/23: First Interim Report
02/03/23: First Interim Hearing @10:30AM in/via Tele/Videoconference
04/07/23: Notice to Court of reallocation of fees to Pachulski Stang; Dco#148
05/15/23: Motion of Willaim F Abbot for order to pay fees and order to be relieved as atty for Debtor; Doc#149
05/15/23: Notice of Hearing on Motion for pay and be relieved of representation; Hearing = June 9; Doc#151
06/06/23: Order denying application for compensation and counter-motion for disgorgement; Doc#163
06/10/23: Claims reviewed, several identified as objectionable and referred to counsel.
06/30/23: AP 20-3007 closed
07/13/23: Conference call with counsel, review of status of claims analysis.  Counsel directed to proceed with
objections to claims.
08/25/23: Objection to Claim 5, 15 and 20 filed; Hearing sheduled for 09/29/23 @1:30PM
1/10/24: Final admin fees received; calculating wage claim tax liability, will proceed to prepare and file TFR.

Initial Projected Date of Final Report (TFR): 12/31/21    Current Projected Date of Final Report (TFR): 02/05/24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-30119 -SDM | Trustee Name: | E. LYNN SCHOENMANN |
| Case Name: | FADER, PETER R | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0670 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******3364 | | |
| For Period Ending: | 04/24/24 | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/22 | 1 | STEPHEN R BOAL | SETTLEMENT PAYMENT | 1249-000 | 250,000.00 | | 250,000.00 |
| 12/16/22 | 1 | QUOTIENT TECHNOLOGIES | SETTLEMENT PAYMENT | 1249-000 | 2,250,000.00 | | 2,500,000.00 |
| 12/19/22 | | THE MEADE FIRM PC<br>TYLER MEADE<br>12 FUNSTON AVE STE A<br>SAN FRANCISCO CA 94129 | Litigation Counsel Fees - Partial | | | 572,504.78 | 1,927,495.22 |
| | | | Fees           550,000.00 | 3210-000 | | | |
| | | | Expenses        22,504.78 | 3220-000 | | | |
| 12/19/22 | | DONTZIN NAGY & FLEISSIG, LLP<br>980 Madison Ave<br>New York, NY  10075 | Litigation Counsel Fees-Partial | | | 1,012,223.36 | 915,271.86 |
| | | | Fees           950,000.00 | 3210-000 | | | |
| | | | Expenses        62,223.36 | 3220-000 | | | |
| 01/03/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 699.81 | 914,572.05 |
| 01/27/23 | 005001 | INTERNATIONAL SURETIES, LTD<br>701 Paydras St;, Ste# 120<br>New Orleans, LA  70139 | BLANKET BOND PAYMENT | 2300-000 | | 416.45 | 914,155.60 |
| 02/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,009.84 | 913,145.76 |
| 02/09/23 | 005002 | E LYNN SCHOENMANN | First Interim Compensation | 2100-000 | | 98,250.00 | 814,895.76 |
| 02/09/23 | 005003 | BACHECKI CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>400 OYSTER POINT BLVD STE 106<br>SOUTH SAN FRANCISCO CA  94080 | ACCOUNTANT FOR TRUSTEE FEES<br>FIRST INTERIM | 3410-000 | | 15,648.50 | 799,247.26 |
| 02/09/23 | 005004 | BACHECKI CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>400 OYSTER POINT BLVD STE 106<br>SOUTH SAN FRANCISCO CA  94080 | ACCOUNTANT FOR TRUSTEE EXPENSE<br>FIRST INTERIM | 3992-000 | | 20.55 | 799,226.71 |
| 02/10/23 | 005005 | PACHULSKI STANG ZIEHL & JONES | ATTORNEY FOR TRUSTEE FEES: | 3210-000 | | 175,000.00 | 624,226.71 |

Page Subtotals     2,500,000.00     1,875,773.29

LFORM24            Ver: 22.07k

Case: 08-30119    Doc# 212    Filed: 04/25/24    Entered: 04/25/24 08:46:54    Page 6 of 18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-30119 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|
| Case Name: | FADER, PETER R | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3364 | | | |
| For Period Ending: | 04/24/24 | | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/10/23 | 005006 | KENNETH H BROWN<br>ONE SANSOME ST 34TH FL STE 3430<br>SAN FRANCISCO CA 94104-4436<br>PACHULSKI STANG ZIEHL & JONES<br>KENNETH H BROWN<br>ONE SANSOME ST 34TH FL STE 3430<br>SAN FRANCISCO CA 94104-4436 | FIRST INTERIM<br><br>ATTORNEY FOR TRUSTEE EXPENSE:<br>FIRST INTERIM | 3220-000 | | 1,652.09 | 622,574.62 |
| 03/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 758.85 | 621,815.77 |
| 03/07/23 | 005007 | PACHULSKI STANG ZIEHL & JONES<br>KENNETH H BROWN<br>ONE SANSOME ST 34TH FL STE 3430<br>SAN FRANCISCO CA 94104-4436 | ATTORNEY FOR TRUSTEE FEES:<br>FIRST INTERIM | 3210-000 | | 63,319.83 | 558,495.94 |
| 03/15/23 | 1 | QUOTIENT TECHNOLOGIES | SETTLEMENT PAYMENT | 1249-000 | 2,150,000.00 | | 2,708,495.94 |
| 03/20/23 | 1 | STEPHEN R BOAL | SETTLEMENT PAYMENT | 1249-000 | 350,000.00 | | 3,058,495.94 |
| 04/03/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 2,137.92 | 3,056,358.02 |
| 04/10/23 | | THE MEADE FIRM PC<br>TYLER MEADE<br>12 FUNSTON AVE STE A<br>SAN FRANCISCO CA 94129 | Litigation Counsel Fees - Final Fee | 3210-000 | | 470,000.00 | 2,586,358.02 |
| 04/11/23 | 005008 | PACHULSKI STANG ZIEHL & JONES<br>KENNETH H BROWN<br>ONE SANSOME ST 34TH FL STE 3430<br>SAN FRANCISCO CA 94104-4436 | ATTORNEY FOR TRUSTEE FEES:<br>REALLOCATION OF FEES | 3210-000 | | 30,000.00 | 2,556,358.02 |
| 05/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 2,136.99 | 2,554,221.03 |
| 06/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 2,208.22 | 2,552,012.81 |
| 06/19/23 | 005009 | US TREASURY | 2022 Form 1041<br>EIN - 30-6723364 | 2810-000 | | 266,180.00 | 2,285,832.81 |
| * 06/19/23 | 005010 | LISA H BARRY<br>398 REDWOOD RD | 2022 Form 541<br>EIN 30-6723364 | 5100-003 | | 94,469.00 | 2,191,363.81 |

Page Subtotals 2,500,000.00 932,862.90

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-30119 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|
| Case Name: | FADER, PETER R | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3364 | | | |
| For Period Ending: | 04/24/24 | | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 06/19/23 | 005010 | SAN ANSELMO CA 94960 LISA H BARRY 398 REDWOOD RD SAN ANSELMO CA 94960 | 2022 Form 541 Incorrect Payee-System error There is a link between the FTB and Lisa Barry. | 5100-003 | | -94,469.00 | 2,285,832.81 |
| 06/19/23 | 005011 | FRANCHISE TAX BOARD | 2022 Form 541 EIN 30-6723664 | 2820-000 | | 94,469.00 | 2,191,363.81 |
| 06/21/23 | 005012 | LISA H BARRY 398 REDWOOD RD SAN ANSELMO CA 94960 | FINAL DISTRIBUTION | 5100-000 | | 170,430.00 | 2,020,933.81 |
| 06/21/23 | 005013 | NAPA COUNTY CHILD SUPPORT SERVICES 1127 FIRST ST STE D NAPA CA 94559 | FINAL DISTRIBUTION | 5100-000 | | 27,956.64 | 1,992,977.17 |
| 06/21/23 | 005014 | SAN FRANCISCO DCSS POB 989067 WEST SACRAMENTO CA 95798-9067 | #8867 FINAL DISTRIBUTION | 5100-000 | | 110,628.00 | 1,882,349.17 |
| 06/21/23 | 005015 | PETER FADER % Loren Kieve Kieve Law Offices 2655 Steiner Street San Francisco, CA 94115 | SETTLEMENT PAYMENT | 2990-000 | | 200,000.00 | 1,682,349.17 |
| 07/03/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 2,136.99 | 1,680,212.18 |
| 08/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 2,099.63 | 1,678,112.55 |
| 09/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,957.12 | 1,676,155.43 |
| 10/02/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,811.15 | 1,674,344.28 |
| 10/03/23 | 005016 | US TREASURY | 2023 Form 1041 EIN - 30-6723364 | 2810-000 | | 232,978.00 | 1,441,366.28 |
| 10/03/23 | 005017 | FRANCHISE TAX BOARD | 2023 Form 541 EIN 30-6723664 | 2820-000 | | 81,884.00 | 1,359,482.28 |
| 11/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,848.72 | 1,357,633.56 |

| | | | | Page Subtotals | 0.00 | 833,730.25 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-30119 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
| --- | --- | --- | --- | --- |
| Case Name: | FADER, PETER R | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3364 | | | |
| For Period Ending: | 04/24/24 | | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/23 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,453.54 | 1,356,180.02 |
| 01/02/24 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,497.37 | 1,354,682.65 |
| 02/01/24 | | AXOS BANK | Bank Fees credited back | 2600-002 | | -1,495.77 | 1,356,178.42 |
| 02/01/24 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 1,495.77 | 1,354,682.65 |
| 02/06/24 | 005018 | PETER FADER<br>% Loren Kieve<br>Kieve Law Offices<br>2655 Steiner Street<br>San Francisco, CA  94115 | SETTLEMENT PAYMENT | 2990-000 | | 150,000.00 | 1,204,682.65 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,000,000.00 | 3,795,317.35 | 1,204,682.65 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000,000.00 | 3,795,317.35 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000,000.00 | 3,795,317.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******0670 | 5,000,000.00 | 3,795,317.35 | 1,204,682.65 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000,000.00 | 3,795,317.35 | 1,204,682.65 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          152,950.91

Case: 08-30119    Doc# 212    Filed: 04/25/24    Entered: 04/25/24 08:46:54    Page 9 of 18

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Page 1     Date: April 24, 2024

Case Number: 08-30119
Debtor Name: FADER, PETER R

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | ADAM PATRICK TRACY 33 BOLINAS AVE #744 ROSS CA 94957 | Unsecured | Filed 12/04/19 | $0.00 | $45,000.00 | $45,000.00 |
| 000003 070 7100-00 | ADP INC 400 WEST COVINA BLVD SAN DIMAS CA 91773 | Unsecured | Filed 03/17/08 | $71,256.84 | $57,005.47 | $57,005.47 |
| BANK FEES 004 2600-00 | AXOS BANK | Administrative | | $0.00 | $0.00 | $11,088.62 |
| 001 3410-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $37,148.50 | $37,148.50 |
| 001 3992-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $81.39 | $81.39 |
| 000004 070 7100-00 | BINGHAM MCCUTCHEN LLP ATTN: JULIA FROST-DAVIES 150 FEDERAL ST BOSTON MA 02110-1726 | Unsecured | Filed 03/21/08 | $101,292.75 | $104,000.42 | $104,000.42 |
| 000018-A 070 7100-00 | BRIAN DENNEN 14641 JOCKEYS RIDGE DR CHARLOTTE NC 28277 | Unsecured | Filed 12/09/19 | $175,000.00 | $275,000.00 | $0.00 |
| 000018-B 069 7100-01 | BRIAN DENNEN 14641 JOCKEYS RIDGE DR CHARLOTTE NC 28277 | Unsecured | | $0.00 | $275,000.00 | $62,125.73 |
| 000005 040 5200-00 | CONSOLIDATED EDISON CO OF NY INC BANKRUPTCY GROUP 4 IRVING PLACE RM 1875-S NEW YORK NY 10003 | Priority | Filed 10/21/08 | $1,236.47 | $654.34 | $0.00 |
| 000002 070 7100-00 | CONSOLIDATED EDISON CO OF NY INC BANKRUPTCY GROUP 4 IRVING PLACE RM 1875-S NEW YORK NY 10003 | Unsecured | Filed 03/13/08 | $459.16 | $597.19 | $597.19 |
| 000007 070 7100-00 | CYNTHIA P DIETZMANN POB 712 WILSON WY 83014 | Unsecured | Filed 11/01/19 | $400,000.00 | $425,000.00 | $425,000.00 |

Case: 08-30119    Doc# 212    Filed: 04/25/24    Entered: 04/25/24 08:46:54    Page 10 of 18

Case Number: 08-30119            Claimant's Name Sequence
Debtor Name: FADER, PETER R

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3210-00 | DONTZIN NAGY & FLEISSIG LLP<br>980 MADISON AVE<br>NEW YORK NY 10075 | Administrative | | $0.00 | $950,000.00 | $950,000.00 |
| 001 3220-00 | DONTZIN NAGY & FLEISSIG LLP<br>980 MADISON AVE<br>NEW YORK NY 10075 | Administrative | | $0.00 | $62,223.36 | $62,223.36 |
| 000 2100-00 | E. Lynn Schoenmann, Trustee | Administrative | | $0.00 | $157,015.95 | $156,750.00 |
| 004 2810-00 | Employment Development Department<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | Administrative | | $0.00 | $238.00 | $238.00 |
| 004 2810-00 | Employment Development Department<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | Administrative | | $0.00 | $7.00 | $7.00 |
| 000010 070 7100-00 | ERIC L KROGIUS<br>37 CHARLESTON LANE<br>COTO DE CAZA CA 92679 | Unsecured | Filed 11/22/19 | $0.00 | $80,000.00 | $80,000.00 |
| 004 2820-00 | FRANCHISE TAX BOARD | Administrative | | $0.00 | $176,353.00 | $176,353.00 |
| 000008 041 5300-00 | H JUSTIN DROBENAIRE<br>[withdrawn]<br>6977 PINEHAVEN ROAD<br>OAKLAND CA 94611 | Priority | Filed 11/18/19 | $0.00 | $0.00 | $0.00 |
| 000009-2A 041 5300-00 | H JUSTIN DROBENAIRE<br>6977 PINEHAVEN ROAD<br>OAKLAND CA 94611 | Priority | Filed 11/18/19 | $0.00 | $10,950.00 | $10,950.00 |
| 9-2B 069 7100-01 | H JUSTIN DROBENAIRE<br>6977 PINEHAVEN ROAD<br>OAKLAND CA 94611 | Unsecured | Filed 11/18/19 | $0.00 | $14,050.00 | $3,174.06 |
| 9-2C 070 7100-00 | H JUSTIN DROBENAIRE<br>6977 PINEHAVEN ROAD<br>OAKLAND CA 94611 | Unsecured | Filed 11/18/19 | $0.00 | $11,295.36 | $11,295.36 |
| 004 2990-00 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | Administrative | | $0.00 | $4,048.59 | $4,048.59 |
| 004 2990-00 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | Administrative | | $0.00 | $946.85 | $946.85 |
| 004 2990-00 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | Administrative | | $0.00 | $84.00 | $84.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 24, 2024

Case Number: 08-30119
Debtor Name: FADER, PETER R

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020 070 7100-00 | JOHN GADDY 2256 WOLFBERRY WAY SANTA ROSA CA 95404 | Unsecured | Filed 12/13/19 | $150,000.00 | $160,000.00 | $19,429.79 |
| 000025 080 7200-00 | JOHN LARSON 95 LAUREL AVE LARKSPUR CA 94939 | Unsecured | | $0.00 | $550,000.00 | $550,000.00 |
| 000011 070 7100-00 | KATE CAMPBELL WATTS 203 TERRACE WAY CAPITOLA CA 95010 | Unsecured | Filed 12/04/19 | $600,000.00 | $250,000.00 | $250,000.00 |
| 000001 003 5100-00 | LISA H BARRY 398 REDWOOD RD SAN ANSELMO CA 94960 | Priority | Filed 03/13/08 | $178,059.00 | $170,430.00 | $170,430.00 |
| 000006 041 5300-00 | LISA HAMILTON BARRY [withdrawn] 398 REDWOOD ROAD SAN ANSELMO CA 94960 | Priority | Filed 09/24/19 | $0.00 | $0.00 | $0.00 |
| 000017 070 7100-00 | MARYON D LEWIS RALPH LEWIS 216 ORTEGA RIDGE ROAD MONTECITO CA 93108-9310 | Unsecured | Filed 12/09/19 | $0.00 | $100,000.00 | $50,000.00 |
| 000014 070 7100-00 | MYRON WICK 623 SAUSALITO BLVD SAUSALITO CA 94965 | Unsecured | Filed 12/04/19 | $940,000.00 | $940,000.00 | $940,000.00 |
| 000021 003 5100-00 | NAPA COUNTY CHILD SUPPORT SERVICES 1127 FIRST ST STE D NAPA CA 94559 | Priority | Filed 12/16/19 | $0.00 | $27,956.64 | $27,956.64 |
| 000013-2 003 5100-00 | NAPA CNTY DEPT CHILD SUPPORT [withdrawn] SERVICES 1127 FIRST ST STE D NAPA CA 94559 | Priority | Filed 12/16/19 | $0.00 | $0.00 | $0.00 |
| 001 3210-00 | PACHULSKI STANG ZIEHL & JONES KENNETH H BROWN ONE SANSOME ST 34TH FL STE 3430 SAN FRANCISCO CA 94104-4436 | Administrative | | $0.00 | $289,259.09 | $372,033.33 |
| 001 3220-00 | PACHULSKI STANG ZIEHL & JONES KENNETH H BROWN ONE SANSOME ST 34TH FL STE 3430 SAN FRANCISCO CA 94104-4436 | Administrative | | $0.00 | $2,942.32 | $2,942.32 |

Case Number: 08-30119
Debtor Name: FADER, PETER R

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 004 2990-00 | PETER FADER<br>% Loren Kieve<br>Kieve Law Offices<br>2655 Steiner Street<br>San Francisco, CA 94115 | Administrative | | $0.00 | $541,135.00 | $541,135.00 |
| 000016 070 7100-00 | RALPH DAVIES LEWIS<br>216 ORTEGA RIDGE RD<br>MONTECITO CA 93108-9310 | Unsecured | Filed 12/09/19 | $0.00 | $225,000.00 | $225,000.00 |
| 000023-2 003 5100-00 | SAN FRANCISCO DCSS<br>POB 989067<br>WEST SACRAMENTO CA 95798-9067 | Priority | Filed 12/16/19 | $0.00 | $110,628.00 | $110,628.00 |
| 000022 080 7200-00 | STEVEN R BOAL & BROOK DOOLEY[withdrawn]<br>KEKER, VAN NEST & PETERS LLP<br>633 BATTERY ST<br>SAN FRANCISCO CA 94111-1809 | Unsecured | Filed 12/16/19 | $750,000.00 | $0.00 | $0.00 |
| 000024 040 5200-00 | STEVEN R BOAL & BROOK DOOLEY [withdrawn]<br>KEKER, VAN NEST & PETERS LLP<br>633 BATTERY ST<br>SAN FRANCISCO CA 94111-1809 | Priority | Filed 12/16/19 | $0.00 | $0.00 | $0.00 |
| 001 3210-00 | THE MEADE FIRM PC<br>TYLER MEADE<br>12 FUNSTON AVE STE A<br>SAN FRANCISCO CA 94129 | Administrative | | $0.00 | $1,020,000.00 | $1,020,000.00 |
| 001 3220-00 | THE MEADE FIRM PC<br>TYLER MEADE<br>12 FUNSTON AVE STE A<br>SAN FRANCISCO CA 94129 | Administrative | | $0.00 | $22,504.78 | $22,504.78 |
| 000019 070 7100-00 | THOMAS S LEE<br>2215 YORK RD STE 410<br>OAK BROOK IL 60523 | Unsecured | Filed 12/12/19 | $100,000.00 | $100,000.00 | $0.00 |
| 004 2810-00 | US TREASURY | Administrative | | $0.00 | $499,158.00 | $499,158.00 |
| 000015 070 7100-00 | WARREN DEAN<br>3131 LITLE TURKEY CREEK RD<br>COLORADO SPRINGS CO 80926 | Unsecured | Filed 12/09/19 | $0.00 | $1,080,000.00 | $1,080,000.00 |
| | Case Totals: | | | $3,467,304.22 | $8,775,713.25 | $8,079,335.40 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-30119 SDM
Case Name: FADER, PETER R
Trustee Name: E. LYNN SCHOENMANN

Balance on hand $ 1,204,682.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ 156,750.00 | $ 98,250.00 | $ 58,500.00 |
| Attorney for Trustee Fees: PACHULSKI STANG ZIEHL & JONES | $ 372,033.33 | $ 268,319.83 | $ 103,713.50 |
| Attorney for Trustee Expenses: PACHULSKI STANG ZIEHL & JONES | $ 2,942.32 | $ 1,652.09 | $ 1,290.23 |
| Accountant for Trustee Fees: BACHECKI CROM & CO LLP | $ 37,148.50 | $ 15,648.50 | $ 21,500.00 |
| Other: BACHECKI CROM & CO LLP | $ 81.39 | $ 20.55 | $ 60.84 |
| Other: AXOS BANK | $ 11,088.62 | $ 11,088.62 | $ 0.00 |
| Other: US TREASURY | $ 499,158.00 | $ 499,158.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 176,353.00 | $ 176,353.00 | $ 0.00 |
| Other: PETER FADER | $ 541,135.00 | $ 350,000.00 | $ 191,135.00 |
| Other: Employment Development Department | $ 238.00 | $ 0.00 | $ 238.00 |
| Other: Employment Development Department | $ 7.00 | $ 0.00 | $ 7.00 |
| Other: INTERNAL REVENUE SERVICE | $ 4,048.59 | $ 0.00 | $ 4,048.59 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNAL REVENUE SERVICE | $ 946.85 | $ 0.00 | $ 946.85 |
| Other: INTERNAL REVENUE SERVICE | $ 84.00 | $ 0.00 | $ 84.00 |
| Other: THE MEADE FIRM PC | $ 1,020,000.00 | $ 1,020,000.00 | $ 0.00 |
| Other: DONTZIN NAGY & FLEISSIG LLP | $ 950,000.00 | $ 950,000.00 | $ 0.00 |
| Other: DONTZIN NAGY & FLEISSIG LLP | $ 62,223.36 | $ 62,223.36 | $ 0.00 |
| Other: THE MEADE FIRM PC | $ 22,504.78 | $ 22,504.78 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     381,524.01

Remaining Balance     $     823,158.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 321,131.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LISA H BARRY | $ 170,430.00 | $ 170,430.00 | $ 0.00 |
| 000005 | CONSOLIDATED EDISON CO OF NY INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | LISA HAMILTON BARRY [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | H JUSTIN DROBENAIRE [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009-2A | H JUSTIN DROBENAIRE | $ 10,950.00 | $ 0.00 | $ 10,950.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013-2 | NAPA CNTY DEPT CHILD SUPPORT [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | NAPA COUNTY CHILD SUPPORT SERVICES | $ 27,956.64 | $ 27,956.64 | $ 0.00 |
| 000023-2 | SAN FRANCISCO DCSS | $ 110,628.00 | $ 110,628.00 | $ 0.00 |
| 000024 | STEVEN R BOAL & BROOK DOOLEY [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| AUTO | Employment Development Department | $ 7.00 | $ 0.00 | $ 7.00 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPT | $ 84.00 | $ 0.00 | $ 84.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 158.78 | $ 0.00 | $ 158.78 |
| AUTO | INTERNAL REVENUE SERVICE | $ 678.90 | $ 0.00 | $ 678.90 |
| AUTO | Employment Development Department | $ 238.00 | $ 0.00 | $ 238.00 |

Total to be paid to priority creditors  $ 12,116.68

Remaining Balance  $ 811,041.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,352,628.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CONSOLIDATED EDISON CO OF NY INC | $ 597.19 | $ 0.00 | $ 135.47 |
| 000003 | ADP INC | $ 57,005.47 | $ 0.00 | $ 12,931.89 |
| 000004 | BINGHAM MCCUTCHEN LLP | $ 104,000.42 | $ 0.00 | $ 23,592.87 |
| 000007 | CYNTHIA P DIETZMANN | $ 425,000.00 | $ 0.00 | $ 96,412.77 |
| 000010 | ERIC L KROGIUS | $ 80,000.00 | $ 0.00 | $ 18,148.29 |
| 000011 | KATE CAMPBELL WATTS | $ 250,000.00 | $ 0.00 | $ 56,713.39 |
| 000012 | ADAM PATRICK TRACY | $ 45,000.00 | $ 0.00 | $ 10,208.41 |
| 000014 | MYRON WICK | $ 940,000.00 | $ 0.00 | $ 213,242.37 |
| 000015 | WARREN DEAN | $ 1,080,000.00 | $ 0.00 | $ 245,001.86 |
| 000016 | RALPH DAVIES LEWIS | $ 225,000.00 | $ 0.00 | $ 51,042.06 |
| 000017 | MARYON D LEWIS | $ 50,000.00 | $ 0.00 | $ 11,342.68 |
| 000018-A | BRIAN DENNEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019 | THOMAS S LEE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | JOHN GADDY | $ 19,429.79 | $ 0.00 | $ 4,407.72 |
| 9-2B | H JUSTIN DROBENAIRE | $ 3,174.06 | $ 0.00 | $ 3,174.06 |
| 9-2C | H JUSTIN DROBENAIRE | $ 11,295.36 | $ 0.00 | $ 2,562.39 |
| 000018-B | BRIAN DENNEN | $ 62,125.73 | $ 0.00 | $ 62,125.73 |

Total to be paid to timely general unsecured creditors $ 811,041.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 550,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | STEVEN R BOAL & BROOK DOOLEY[withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | JOHN LARSON | $ 550,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE