E. Lynn Schoenmann, Trustee
926A Diablo Avenue, #207
Novato CA 94947
Telephone 415-569-4390
email: lschoenmann@schoenmannsf.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **PETER R. FADER** | ) | |
| *dba* **Urchin Capital Partners** | ) | |
| *dba* **Urchin Partners LLC,** | ) | **Case No. 08-30119-DM** |
| | ) | |
| **Debtor.** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR

## COMPENSATION

E. Lynn Schoenmann, Trustee and Applicant herein ("Applicant" or "Trustee"), hereby submits her *Final Report and Application for Compensation.*

On January 26, 2008, Peter R. Fader ("Debtor") filed a voluntary chapter 7 bankruptcy petition. The Debtor received a discharge and the case was closed in 2010.

On July 14, 2019, the Debtor filed an application to reopen the case to disclose claims that were omitted from his schedules and to enable a trustee to determine whether the claims were property of the estate and if so to liquidate the claims for the benefit of creditors and,

1

possibly, in part for the benefit of the Debtor. The claims arose from Steven R. Boal's ("Boal") promises to pay the Debtor for raising capital for two of Boal's companies: Quotient Technology, Inc. ("Quotient") and CashStar, Inc. ("CashStar"). The Debtor claimed that based on those promises, he raised millions of dollars for Quotient and CashStar, but when he requested payment pursuant to the oral promises made by Boal, Boal refused to pay him.

On September 13, 2019, the Debtor's bankruptcy case was reopened and Applicant was appointed Trustee.

The case presented unique and significant challenges. The claims against Boal, which were the only asset of the estate, were based on decades old oral agreements. Debtor's credibility and veracity were challenged by Boal. But despite these challenges, after nearly two years of litigation, Applicant and her professionals were able to achieve and obtain Court approval of a settlement which will result in a meaningful distribution to creditors.

At the outset, Applicant, with court approval, retained general bankruptcy counsel for the estate, as well as special litigation counsel (the Meade Firm P.C. and Dontzin Nagy & Fleissig LLP) to prosecute the claims on a contingency fee basis.

The Debtor contended that he had rights to the claims because they arose, in part, post-petition. To resolve the dispute over the ownership of the claims, Applicant and the Debtor negotiated and ultimately entered into a Litigation Recovery Sharing Agreement ("Sharing Agreement") which provided the Debtor with 40% of the net proceeds recovered from Applicant's prosecution of the Claims and 60% to the estate, after payment of all allowed chapter 7 administrative expenses and allowed domestic support obligations. On February 6, 2020, the Court approved the Sharing Agreement.

2

Applicant's investigation of the claims revealed that they were colorable. On December 9, 2019 a complaint was filed in the Santa Clara County Superior Court against Boal and Quotient alleging claims for breach of oral contracts, breach of fiduciary duties, and for imposition of a constructive trust, declaratory relief, and an accounting. Boal removed the complaint to the United States District Court for the Northern District of California and the case was referred to the Bankruptcy Court.

In August 2022 the parties participated in a mediation and agreed to settle, subject to Bankruptcy Court approval. The settlement was memorialized in a Settlement Agreement and Release (the "Settlement Agreement") pursuant to which Boal and Quotient agreed to pay the estate the sum of $5,000,000 payable in two equal installments of $2,500,000 in consideration for a full release. The releases become effective 91 days after the Trustee received the last payment, due in March 2023. The Trustee retained the right to rescind the Settlement Agreement if either Quotient or Boal filed an insolvency proceeding at any time after entry of a final order approving the Settlement Agreement and 91 days from the last payment. If the Trustee decided to rescind the Settlement Agreement, all disbursements from the settlement were to be returned to the Trustee, including any professional fees paid.

On November 10, 2022, the Court issued a memorandum decision approving the Settlement Agreement (and related motions) and overruled the objection to the Settlement Agreement that had been filed by a creditor. On November 16, 2022 the Court entered an order approving the Settlement Agreement.

Applicant received the first installment of $2,500,000 in two wire transfers received on December 15 and December 16, 2022. Applicant received the final installments in two wire

3

transfers received on March 15 and March 20, 2023.

The administration of the estate is now complete. Applicant has received the full settlement amount as required by the Settlement Agreement and has reconciled all general unsecured claims and filed and resolved objections where necessary.

As set forth in the Trustee's Final Report filed herewith, Applicant will pay all administrative and priority claims in full (including 100% of allowed domestic support obligations). The dividend to general unsecured creditors is anticipated to be 24%. In addition, the Debtor will receive $541,135 pursuant to the Sharing Agreement.

This is Applicant's Final Report. Applicant previously submitted her First Interim Report and Application for Compensation dated January 7, 2023. Pursuant to an order entered on February 9, 2023, Applicant has been paid $98,250 in interim compensation.

Applicant's time records are attached hereto. Applicant represents that she has devoted approximately 197.60 hours to the administration of this estate to date.

Applicant's final compensation payable pursuant to Bankruptcy Code section 326 is calculated as follows:

| | | |
|---|---|---|
| Total Disbursements: | | $5,000,000 |
| Less: Disbursements to the Debtor: | | 541,135 |
| Total Compensable Disbursements: | | $4,458,865 |
| 25% of the first $5,000 | ($1,250.00); | |
| 10% of the next $$45,000 | ($4,500.00); | |
| 5% of the next $950,000 | ($47,500.00); | |
| 3% of amounts in excess of $1,000,000 | ($103,765.95); | |

4

for total maximum compensation of $157,015.95. Applicant submits that this amount is presumptively reasonable compensation under the facts and circumstances of this case (*In re Salgado-Nava 473 B.R. 911 (BAP 9th Cir. 2012)).* Applicant has previously been paid $98,250 for a remaining balance of $58,765.95 in allowable compensation. Applicant is hereby requesting approval of an additional $58,500 as final compensation.

Respectfully submitted,

/s/E. Lynn Schoenmann
E. Lynn Schoenmann, Trustee

Dated: February 20, 2024

5

**COMPENSATION WORKSHEET**

**Case Number:  08-30119 DM**
**Debtor:          FADER, PETER R**

| | |
|---|---|
| Total disbursements are: | $5,000,000.00 |
| Less: Disbursements to the Debtor | 541,135.00 |
| Compensable Disbursements | $4,458,865.00 |

Pursuant to 11 U.S.C. Section 326, compensation is computed as follows:

| | | |
|---|---|---|
| | 25% of First $5,000.00 | 1,250.00 |
| | 10% of Next $45,000.00 | 4,500.00 |
| | 5% of Next $950,000.00 | 47,500.00 |
| | 3% of Balance | 103,765.95 |
| TOTAL COMPENSATION ALLOWED | | 157,015.95 |
| LESS PREVIOUSLY PAID COMPENSATION | | 98,250.00 |
| FINAL COMPENSATION ALLOWED | | 58,765.95 |
| **FINAL COMPENSATION REQUESTED** | | **$58,500.00** |

**E. Lynn Schoenmann, Trustee**

February 18, 2024

Professional Services

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 9/13/2019 ELS | Administration, General<br>Phone con Mr. Brown re case; review docket, claims register, pleadings re re-opening of case; prepare internal memo re case set-up; email to Mr. Crom; review petition, schedules; review AP docket, pleadings, decision re objection to discharge |  | 1.50 |
| 9/17/2019 ELS | Administration, General<br>email from Mr. Brown re employment |  | 0.10 |
| 9/18/2019 ELS | Administration, General<br>Receive, review, approve and execute application for employment of counsel |  | 0.20 |
| ELS | Administration, General<br>email from Mr. Levinson re litigation counsel |  | 0.20 |
| ELS | Administration, General<br>emails from/to Mr. Brown re litigation counsel |  | 0.30 |
| 9/20/2019 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Levinson re meeting with litigation counsel |  | 0.40 |
| 9/23/2019 ELS | Administration, General<br>Receive, review, execute various documents |  | 0.10 |
| 9/25/2019 ELS | Administration, General<br>email from Mr. Brown re meeting with litigation counsel |  | 0.10 |
| 9/26/2019 ELS | Administration, General<br>Meeting with Mr. Brown re prospective litigation; meeting with prospective litigation counsel |  | 2.50 |

|  | | Hrs/Rate |
|---|---|---|

| 9/26/2019 ELS | **Administration, General**<br>emails to/from Mr. Brown re Mr. Levinson continued representation of debtor | 0.20 |
| 9/27/2019 ELS | **Claims Admin**<br>emails to/from Mr. Brown re claims review | 0.20 |
| 9/29/2019 ELS | **Claims Admin**<br>Review of claims scheduled re measure of value of discharge | 0.30 |
| 9/30/2019 ELS | **Administration, General**<br>Discussions Mr. Brown re litigation strategy, structuring agreement with debtor, claims | 0.50 |
| 10/2/2019 ELS | **Administration, General**<br>email from Mr. Brown re Mr. Levinson representation of debtor | 0.10 |
| ELS | **Administration, General**<br>emails to/from Mr. Brown re special counsel contingency fee | 0.10 |
| 10/3/2019 ELS | **Administration, General**<br>email from Mr. Brown re DNF retainer changes | 0.10 |
| 10/4/2019 ELS | **Administration, General**<br>Review proposed terms of representation special litigation counsel; discussions Mr. Brown re same; conference call with proposed counsel; review drafts of revised representation terms | 1.50 |
| ELS | **Administration, General**<br>emails to/from Mr.. Brown, Mr. Meade, Mr. Nagy re terms of retention agreement, set up conference call | 1.60 |
| 10/7/2019 ELS | **Administration, General**<br>emails from/to Mr. Brown, Mr. Meade re changes to retention agreement, employment applications | 0.40 |
| 10/8/2019 ELS | **Administration, General**<br>email from Mr. Brown re Orrick representation of debtor | 0.10 |
| 10/10/2019 ELS | **Administration, General**<br>Receive, review proposed terms of retention litigation counsel. Discussions Mr. Brown re same. | 0.60 |
| 10/17/2019 ELS | **Administration, General**<br>Review draft of conflict waiver Fader/Meade | 0.30 |
| ELS | **Administration, General**<br>emails from/to Mr. Brown, Mr. Meade re conflict waiver | 0.50 |

| | | | Hrs/Rate |
|---|---|---|---|

**10/21/2019 ELS** Administration, General
email from Mr. Meade re status of conflict waiver
0.10

**10/22/2019 ELS** Administration, General
emails from/to Mr. Brown, Mr. Meade with changes to conflict
waiver, review same, approve
0.30

**10/23/2019 ELS** Administration, General
email from Mr. Brown re debtor conflict waiver
0.10

**10/24/2019 ELS** Administration, General
emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re employment
apps special litigation counsel, review same
0.30

**ELS** Administration, General
email from Mr. Brown re meeting with Mr. Levinson
0.10

**10/25/2019 ELS** Administration, General
email from Mr. Brown re revised employment apps, review
0.20

**10/26/2019 ELS** Administration, General
emails to/from Mr. Brown re meeting with Mr. Levinson
0.20

**10/30/2019 ELS** Administration, General
email from Mr. Brown re finalizing employment apps and declaration
0.10

**10/31/2019 ELS** Administration, General
email from Mr. Nagy re final employment app
0.10

**11/1/2019 ELS** Administration, General
emails from Mr. Brown, Mr. Levinson re meeting
0.20

**ELS** Administration, General
emails from Mr. Brown, Mr. Meade re employment apps
0.20

**11/3/2019 ELS** Administration, General
email from Ms. Manning re employment apps
0.10

**11/5/2019 ELS** Administration, General
email from Ms. Manning re employment apps
0.10

**ELS** Administration, General
email from Mr. Brown re retention agreements
0.10

**11/6/2019 ELS** Administration, General
Review, execute retention agreements special litigation counsel
0.20

**11/7/2019 ELS** Administration, General
email from Mr. Brown re retention agreements
0.10

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 11/11/2019 | ELS | Administration, General<br>Meeting Mr. Brown, Mr. Brown and Mr. Levinson re litigation, terms of agreement | 1.50 |
|  | ELS | Administration, General<br>emails from/to Mr. Brown re meeting with Mr. Levinson; arrange conference call with Mr. Meade | 0.30 |
| 11/12/2019 | ELS | Administration, General<br>Conference call Mr. Brown, Mr. Meade re litigation; review of claims register; discussion Mr. Brown re duty to debtor, residual assets | 1.00 |
|  | ELS | Administration, General<br>email from Mr. Brown re analysis of trustee duties debtor, estate, creditors | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re timing of filing of lawsuit; negotiations re split with debtor | 0.20 |
| 11/13/2019 | ELS | Administration, General<br>emails to/from Mr. Brown re negotiations with debtor | 0.20 |
|  | ELS | Administration, General<br>Receive, review order of appointment special litigation counsel | 0.10 |
| 11/15/2019 | ELS | Administration, General<br>email from Mr. Meade with supporting declaration | 0.10 |
| 11/20/2019 | ELS | Administration, General<br>email from Mr. Brown with draft litigation sharing agreement | 0.10 |
|  | ELS | Administration, General<br>email from Mr. Brown re negotiations with debtor | 0.10 |
| 11/21/2019 | ELS | Administration, General<br>email from Mr. Levinson re negotiations with debtor | 0.10 |
|  | ELS | Administration, General<br>email from Mr. Brown re proceeding without litigation sharing agreement | 0.10 |
| 11/27/2019 | ELS | Administration, General<br>email from Mr. Meade with draft complaint | 0.10 |
| 12/2/2019 | ELS | Administration, General<br>email from Mr. Brown with complaint edits | 0.10 |
|  | ELS | Administration, General<br>email from Mr. Meade re complaint | 0.10 |

| | | | Hrs/Rate |
|---|---|---|---|

| Date | Initials | Description | Hrs/Rate |
|---|---|---|---|
| 12/3/2019 | ELS | Administration, General<br>email from/to Mr. Brown re progress re sharing deal with debtor | 0.10 |
| 12/9/2019 | ELS | Administration, General<br>Review final draft of complain; approve for filing | 0.30 |
| | ELS | Administration, General<br>emails to/from Mr. Meade re complaint, status negotiations with debtor | 0.40 |
| 12/12/2019 | ELS | Administration, General<br>emails from/to Mr. Brown re sharing negotiations, draft agreement | 0.30 |
| 12/14/2019 | ELS | Claims Admin<br>Review of claims register | 0.20 |
| 12/17/2019 | ELS | Administration, General<br>emails from/to Mr. Brown re Boal claim filed | 0.20 |
| 12/18/2019 | ELS | Administration, General<br>emails from/to Mr. Brown with draft revenue sharing agreement | 0.10 |
| | ELS | Administration, General<br>email from Mr. Brown with revised declaration | 0.10 |
| 12/19/2019 | ELS | Administration, General<br>Discussion Mr. Brown re debtor involvement | 0.10 |
| | ELS | Administration, General<br>Conference call Mr. Brown, Mr. Meade re state court action | 0.30 |
| | ELS | Administration, General<br>email from Mr. Meade with edits to revenue sharing agreement | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re declaration | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re judge assignment | 0.10 |
| | ELS | Administration, General<br>email from Mr. Meade re peremptory challenge to judge | 0.10 |
| | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown re peremptory challenge to judge | 0.30 |
| 12/20/2019 | ELS | Claims Admin<br>emails to/from Mr. Brown, Ms. Manning re claims | 0.20 |

| | | | Hrs/Rate |
|---|---|---|---|
| 12/27/2019 ELS | Administration, General<br>emails to/from Mr. Brown re sharing agreement | | 0.30 |
| 12/28/2019 ELS | Administration, General<br>Review proposed sharing agreement; emails to/from Mr. Brown with comments | | 0.50 |
| 12/30/2019 ELS | Administration, General<br>Review claims register, case status generally | | 0.30 |
| 12/31/2019 ELS | Administration, General<br>Receive executed sharing agreement; review, execute same, forward to counsel | | 0.30 |
| 1/8/2020 ELS | Administration, General<br>email from Mr. Brown, Mr. Meade re dec, status, call | | 0.10 |
| ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re removal papers | | 0.20 |
| 1/13/2020 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re removal research | | 0.30 |
| 1/14/2020 ELS | Administration, General<br>email from Mr. Meade re removal research | | 0.10 |
| ELS | Administration, General<br>emails from/to Mr. Brown, ,Mr. Meade re hearing on revenue sharing agreement | | 0.20 |
| 1/17/2020 ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade re certification of interested parties | | 0.50 |
| 1/24/2020 ELS | Administration, General<br>emails to/from Ms. Manning, Mr. Levinson, Mr. Brown, Mr. Meade re Boal objection to revenue sharing agreement | | 0.30 |
| 1/25/2020 ELS | Administration, General<br>emails  to/from Mr. Brown, Mr. Meade re Boal objection to revenue sharing agreement | | 0.20 |
| 1/27/2020 ELS | Administration, General<br>Phone con counsel re objection to sharing agreement | | 0.20 |
| 1/31/2020 ELS | Administration, General<br>email from Mr. Brown re results of hearing on revenue sharing agreement | | 0.10 |

.

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 2/6/2020 | ELS | Administration, General<br>Phone con Mr. Brown re sharing agreement, status, removal/remand state court | 0.30 |
|  | ELS | Administration, General<br>email from Mr. Brown with order approving revenue sharing agreement | 0.10 |
| 2/12/2020 | ELS | Administration, General<br>Phone con Mr. Brown re status | 0.20 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re order extending time to object to motion to dismiss reference to bankruptcy court | 0.20 |
| 2/23/2020 | ELS | Administration, General<br>email from Mr. Brown re Boal attorney communications | 0.10 |
| 2/26/2020 | ELS | Administration, General<br>emails from/to Mr. Brown re Rule 9027 removal, jury trial demand | 0.20 |
| 4/10/2020 | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown re status, projections for UST | 0.30 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re letter to court re status conference | 0.30 |
| 4/17/2020 | ELS | Administration, General<br>email from Mr. Brown with court memorandum re withdrawal of reference | 0.10 |
| 5/23/2020 | ELS | Administration, General<br>Review docket re status of removal | 0.10 |
| 6/11/2020 | ELS | Administration, General<br>Receive, review order denying motion to withdraw the reference; emails to/from counsel re same | 0.20 |
|  | ELS | Administration, General<br>email from Mr. Meade, Mr. Brown re order denying motion to withdraw the reference | 0.10 |
| 7/23/2020 | ELS | Administration, General<br>Phone con Mr. Brown re status; question of representation of deponents | 0.40 |
| 8/3/2020 | ELS | Administration, General<br>Phone con Mr. Brown re status | 0.20 |

| | | | Hrs/Rate |
|---|---|---|---|
| 8/6/2020 | ELS | Administration, General<br>Review docket, scheduling, draft opposition to motion to dismiss, edits, final version.  email to Mr. Brown with comments. | 1.20 |
| | ELS | Administration, General<br>email from Mr. Brown re draft opposition to motion to dismiss, review same | 0.30 |
| 8/27/2020 | ELS | Administration, General<br>Review reply brief re motion to dismiss | 0.50 |
| 9/4/2020 | ELS | Administration, General<br>email from Mr. Meade re hearing on motion to dismiss | 0.10 |
| 9/15/2020 | ELS | Administration, General<br>emails from/to Mr. Brown re Boal withdrawal of claim | 0.40 |
| 9/16/2020 | ELS | Administration, General<br>Discussion Mr. Brown re notice of intent to withdraw claims | 0.20 |
| | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re Boal withdrawal of claim with memo of issues presented | 0.50 |
| 9/17/2020 | ELS | Administration, General<br>Discussion with counsel re defendant withdrawal of claims, response thereto, litigation strategy | 0.60 |
| | ELS | Administration, General<br>emails from/to Mr. Nagy, Mr. Brown re Boal claim withdrawal, with claims | 0.40 |
| 9/28/2020 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal intent to withdraw claim, draft response | 0.40 |
| 9/29/2020 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re draft response, finalize and send | 0.50 |
| 10/30/2020 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re memo decision on motion to dismiss | 0.10 |
| 11/1/2020 | ELS | Administration, General<br>emails to/from Mr. Brown re memo decision on motion to dismiss | 0.10 |
| 11/2/2020 | ELS | Administration, General<br>emails to/from Mr. Brown re memo decision on motion to dismiss | 0.10 |

|  |  | **Hrs/Rate** |
|---|---|---|
| 11/8/2020 ELS | Administration, General<br>Review opinion motions to dismiss | 0.40 |
| 11/10/2020 ELS | Administration, General<br>Phone con Mr. Meade re status | 0.20 |
| 11/17/2020 ELS | Administration, General<br>Conference call Mr. Meade, Mr. Brown re status; conference call Friday, depositions, subpoena to Quotient, 6 depositions to be noticed; on track to have depositions done by 1st quarter 21; settlement possibilities; anticipated timeline generally. | 0.20 |
| 11/19/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re Boal motion to withdraw claims | 0.20 |
| 11/21/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re response to Boal motion to withdraw claims | 0.10 |
| 11/23/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal motion to withdraw claims | 0.10 |
| 11/24/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re response to Boal motion to withdraw claims | 0.30 |
| 11/29/2020 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re Boal motion to withdraw claims, set up call | 0.20 |
| 12/1/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re stipulation re Boal withdrawal of claims | 0.20 |
| 12/2/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re stipulation re claims withdrawal | 0.20 |
| 12/4/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re stipulation re withdrawal of claims | 0.20 |
| 12/8/2020 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy, Ms. Manning re issues with stipulation re withdrawal of claims | 1.40 |

| | | | Hrs/Rate |
|---|---|---|---|
| 12/11/2020 | ELS | Administration, General<br>Receive, review CMC statement, discovery plan; emails to/from counsel re deposition | 0.60 |
| 12/13/2020 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Ms. Manning, Mr. Nagy re CMC statement and discovery plan | 0.30 |
| 12/16/2020 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re draft responses to written discovery | 0.30 |
| 12/18/2020 | ELS | Administration, General<br>Conference call with counsel re status | 0.50 |
| | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re draft discovery responses. | 0.70 |
| | ELS | Administration, General<br>email from Mr. Meade re status conference | 0.10 |
| 12/21/2020 | ELS | Administration, General<br>Attention to discovery; review interrogatories, requests for production of documents; review, execute verifications, forward to counsel | 0.80 |
| 1/12/2021 | ELS | Administration, General<br>Work on year-end reporting | 0.50 |
| 1/19/2021 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re status | 0.60 |
| 1/21/2021 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re scheduling | 0.10 |
| 1/25/2021 | ELS | Administration, General<br>emails to/from Mr. Brown rediscovery issues | 0.30 |
| 1/27/2021 | ELS | Administration, General<br>Conference call with counsel; review of status, witnesses, discovery, scheduling of depositions. Anticipated timeline. | 0.70 |
| 1/28/2021 | ELS | Administration, General<br>emails to/from Mr. Brown, Ms. Wirum re discovery issues | 0.30 |
| 1/31/2021 | ELS | Administration, General<br>TIR preparation | 0.50 |
| 2/3/2021 | ELS | Administration, General<br>emails from/to Mr. Meade re ADR certification | 0.10 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 5/6/2021 | ELS | Administration, General<br>Phone con Mr. Brown re discovery response; phone con Mr. Lowenstein re same | 0.40<br>. |
|  | ELS | Administration, General<br>emails from/to Mr. Lowenstein, Mr. Brown re document discovery search issues | 0.20 |
| 6/30/2021 | ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re discovery declaration | 0.60 |
| 7/9/2021 | ELS | Administration, General<br>Conference call among counsel re litigation discovery issues | 0.80 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re discovery declaration | 0.20 |
|  | ELS | Administration, General<br>email from Mr. Nagy re debtor substitution of counsel | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Nagy, Mr. Brown, Mr. Meade re new issues | 0.40 |
| 7/10/2021 | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Nagy, Mr. Meade re further discovery issues | 0.20 |
| 7/12/2021 | ELS | Administration, General<br>Conference call with counsel re discovery issues, counsel for Debtor | 0.80 |
|  | ELS | Administration, General<br>Phone con Mr. Kieve re possible representation of debtor | 0.30 |
| 7/13/2021 | ELS | Administration, General<br>emails from/to counsel re Fader counsel | 0.30 |
| 7/17/2021 | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re Fader representation, conference call | 0.10 |
| 7/19/2021 | ELS | Administration, General<br>Conference call Mr. Kieve, Mr. Brown; review of claims register | 0.80 |
|  | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re debtor counsel | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Brown re Boal withdrawal of claims | 0.10 |
|  | ELS | Administration, General<br>emails to/from Mr. Kieve, Mr. Brown re due diligence re representation of debtor, forward claims register, revenue sharing | 0.70 |

|  |  |  | Hrs/Rate |
|---|---|---|---|

agreement

| | | | Hrs/Rate |
|---|---|---|---|
| 7/19/2021 ELS | Administration, General | | 0.80 |

emails to/from Mr. Kieve, Mr. Brown re waterfall; distribution per revenue sharing agreement

| 7/21/2021 ELS | Administration, General | | 0.30 |
|---|---|---|---|

Phone con Mr. Brown re Kieve representation of debtor

| 7/22/2021 ELS | Administration, General | | 0.80 |
|---|---|---|---|

Phone con Mr. Kieve re possibility of retention as counsel to Debtor; discovery issues; phone con Mr. Brown re same

| 7/23/2021 ELS | Administration, General | | 0.10 |
|---|---|---|---|

email from Mr. Meade re availability

| 7/26/2021 ELS | Administration, General | | 0.10 |
|---|---|---|---|

emails from/to counsel re scheduling of conference call

| 7/27/2021 ELS | Administration, General | | 0.40 |
|---|---|---|---|

Conference call with counsel re discovery issues

| ELS | Administration, General | | 0.20 |
|---|---|---|---|

emails from Mr. Kieve re debtor retention

| ELS | Administration, General | | 1.00 |
|---|---|---|---|

emails from/to Mr. Kieve, Mr. Brown, Mr. Meade re logistics of assuming representation of debtor, document sharing, common interest privilege

| 8/18/2021 ELS | Administration, General | | 0.10 |
|---|---|---|---|

email from Mr. Meade re unavailability

| 9/15/2021 ELS | Administration, General | | 0.40 |
|---|---|---|---|

Review of interrogatory responses, docket, respond to counsel

| ELS | Administration, General | | 0.10 |
|---|---|---|---|

email from counsel re interrogatories

| 9/16/2021 ELS | Administration, General | | 0.50 |
|---|---|---|---|

emails from counsel with current draft responses to interrogatories

| 9/18/2021 ELS | Administration, General | | 0.20 |
|---|---|---|---|

Phone con Mr. Kieve re privilege ruling

| 9/19/2021 ELS | Administration, General | | 0.30 |
|---|---|---|---|

Discussions Mr. Kieve, Mr. Brown re order of privilege log dispute; review same

| Date | | | | Hrs/Rate |
|---|---|---|---|---|

9/19/2021 ELS    Administration, General
      email from Mr. Meade re order on privilege log      **0.10**

9/22/2021 ELS    Administration, General
      Phone con Mr. Meade re recent decision re privilege log; discussion
re pleading protocol going forward      **0.40**

12/4/2021 ELS    Administration, General
      email from Mr. Brown re debtor response      **0.10**

12/17/2021 ELS    Claims Admin
     Phone con Mr. Larson, creditor, re possibility of late filed claim;
forward claim form with instructions      **0.30**

1/19/2022 ELS    Administration, General
      email from Mr. Brown re status report      **0.10**

1/20/2022 ELS    Administration, General
      email from Mr. Meade re status report      **0.10**

1/24/2022 ELS    Administration, General
      email from Mr. Meade re status report      **0.10**

1/25/2022 ELS    Administration, General
      Work on UST TIR; receive, review summary provided by special
litigation counsel. Update for UST.      **0.50**

2/3/2022 ELS    Administration, General
      emails to/from counsel re status of interrogatories      **0.10**

2/4/2022 ELS    Administration, General
      Review supplemental interrogatories, calls to Mr. Forouzan re same;
approve, execute verification      **0.30**

2/7/2022 ELS    Claims Admin
      Receive, review Larson proof of claim; return with instructions to file
with court      **0.30**

3/16/2022 ELS    Administration, General
      emails to/from Mr. Meade re status update, review      **0.20**

       ELS    Administration, General
      email from Mr. Brown re debtor deposition      **0.10**

3/25/2022 ELS    Administration, General
      Review updated case schedule      **0.20**

       ELS    Administration, General
      email from counsel re case schedule      **0.10**

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 3/31/2022 | ELS | Administration, General<br>emails from/to counsel re Quotient update | 0.40 |
| 5/20/2022 | ELS | Administration, General<br>email from Mr. Brown re debtor deposition | 0.10 |
|  | ELS | Administration, General<br>email from Mr. Kieve re debtor deposition | 0.10 |
| 5/25/2022 | ELS | Administration, General<br>emails from/to counsel re depositions | 0.20 |
| 5/26/2022 | ELS | Administration, General<br>emails from/to counsel re possible settlement discussions | 0.20 |
| 5/27/2022 | ELS | Administration, General<br>Conference call with counsel re depositions; status; settlement possibilities | 1.30 |
| 6/1/2022 | ELS | Administration, General<br>Discussion Mr. Brown, Mr. Meade re settlement negotiations | 0.30 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re response to settlement proposal with draft response | 0.70 |
| 6/2/2022 | ELS | Administration, General<br>Phone con Mr. Brown re status of settlement, interaction with debtor | 0.30 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re Fader input, waterfall | 0.20 |
| 6/3/2022 | ELS | Administration, General<br>emails from/to Kr. Kieve, Mr. Brown, Mr. Meade re debtor input, waterfall, demand | 0.30 |
| 6/6/2022 | ELS | Administration, General<br>Conference call with counsel re settlement negotiations | 0.30 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Kieve, Mr. Nagy re defendant response | 0.40 |
| 6/9/2022 | ELS | Administration, General<br>Conference call with counsel re mediation, ongoing settlement discussions | 0.40 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Nagy re conversations with opposing counsel | 0.30 |

|  |  |  | Hrs/Rate |
|---|---|---|---|

| Date | | | Hrs/Rate |
|---|---|---|---|
| 6/14/2022 ELS | Administration, General<br>emails from/to Mr. Meade re mediator | | 0.10 |
| 6/17/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.20 |
| 6/18/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.20 |
| 6/29/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.30 |
| 7/1/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.20 |
| 7/7/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.20 |
| 7/8/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.20 |
| 7/12/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re mediator | | 0.40 |
| 7/22/2022 ELS | Administration, General<br>email from Mr. Nagy re Quotient deposition subpoena | | 0.10 |
| 7/25/2022 ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re deposition subpoenas | | 0.30 |
| 7/27/2022 ELS | Administration, General<br>Discussions Mr. Meade re mediation | | 0.30 |
| ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re deposition subpoenas | | 0.40 |
| 8/4/2022 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re mediation logistics | | 0.20 |
| 8/11/2022 ELS | Administration, General<br>Review draft of mediation brief | | 0.50 |
| ELS | Administration, General<br>Conference call re mediation statement, planning; further review<br>mediation brief | | 0.80 |
| 8/16/2022 ELS | Administration, General<br>Work on mediation prep; review drafts of mediation statement;<br>review of claims register; discussions Mr. Brown | | 2.50 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 8/17/2022 ELS | Administration, General | | 0.80 |
| | Phone cons Mr. Brown re mediation strategy; edits to mediation statement; review draft of email to mediator | | |
| 8/23/2022 ELS | Administration, General | | 0.50 |
| | Conference call with counsel re mediation prep | | |
| 8/24/2022 ELS | Administration, General | | 9.50 |
| | JAMS mediation | | |
| 8/25/2022 ELS | Administration, General | | 0.60 |
| | emails from/to Mr. Brown, Mr. Nagy, Mr. Meade re mediator's proposal, acceptance | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown, Mr. Meade re Fader communications | | |
| 8/31/2022 ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown re Boal response to mediator's proposal | | |
| 9/1/2022 ELS | Administration, General | | 1.90 |
| | emails to/from Mr. Brown, Mr. Meade, Ms. Manning re settlement, confirm agreement @ $5m; fee apps; draft settlement agreement | | |
| 9/2/2022 ELS | Administration, General | | 0.80 |
| | emails from/to Mr. Meade, Mr. Brown, Ms. Manning with settlement agreement drafts and comments; call with Mr. Kieve; waterfalls | | |
| 9/3/2022 ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Meade, Mr. Brown, Ms. Manning re revisions to settlement agreement | | |
| 9/5/2022 ELS | Administration, General | | 0.70 |
| | emails from/to Mr. Brown, Mr. Crom, Ms. Manning re characterization of settlement for tax purposes, commission issues, edits to language of agreement | | |
| 9/6/2022 ELS | Administration, General | | 0.10 |
| | emails to/from Mr. Meade re possible deposit at signing | | |
| ELS | Administration, General | | 0.20 |
| | emails from/to Mr. Brown, Mr. Crom re taxes due at settlement | | |
| ELS | Administration, General | | 0.10 |
| | emails from/to Mr. Meade, Mr. Brown re signatories | | |
| 9/7/2022 ELS | Administration, General | | 0.10 |
| | email from Mr. Meade re signatories | | |

| | | | Hrs/Rate |
|---|---|---|---|

**9/9/2022 ELS** Administration, General
emails from/to Mr. Brown, Mr. Meade, Mr. Crom re waterfall, taxes, claims clean up — 0.60

**9/10/2022 ELS** Administration, General
email from/to Mr. Brown re waterfall — 0.10

**9/12/2022 ELS** Administration, General
Phone con with counsel re settlement agreement, analysis of waterfall — 0.40

**ELS** Administration, General
emails to/from Mr. Meade, Mr. Brown, Mr. Crom, Ms. Manning re updated waterfalls, fees — 0.70

**9/13/2022 ELS** Administration, General
emails to/from counsel re draft waterfall — 0.30

**9/14/2022 ELS** Administration, General
emails to/from Mr. Brown re edits to draft email re updated waterfall — 0.10

**ELS** Claims Admin
emails to/from Ms. Manning re claims — 0.30

**9/15/2022 ELS** Administration, General
Review correspondence, phone con with Mr. Meade, re issues with remittance of settlement — 0.50

**ELS** Administration, General
emails to/from Mr. Meade, Mr. Crom, Mr. Brownk re settlement issues re payments, timing — 0.20

**ELS** Claims Admin
emails to/from Ms. Manning re claims — 0.10

**9/16/2022 ELS** Administration, General
Discussions with counsel re Quotient request for deferral of settlement payment, counter proposal — 0.40

**ELS** Claims Admin
email from Ms. Manning re status of claim #6 — 0.10

**9/20/2022 ELS** Administration, General
Review proposals re settlement payment; conference call with counsel re same — 0.40

**ELS** Administration, General
emails from/to Mr. Meade, Mr. Crom, Mr. Brown re settlement payments — 0.50

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 9/21/2022 | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown, Ms. Manning re settlement payments, timing, tax implications | 0.70 |
|  | ELS | Claims Admin<br>emails from Ms. Manning re claim #6 | 0.10 |
| 9/22/2022 | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade, Mr. Crom re edits to settlement agreement, timing of payments, priority of payments | 0.80 |
| 9/23/2022 | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Crom, Mr. Brown with further edits to settlement agreement | 0.90 |
| 9/24/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Crom re updated waterfall, sharing with debtor | 0.20 |
| 9/26/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re waterfall, Cloobeck order for tax payments | 0.30 |
| 9/27/2022 | ELS | Administration, General<br>email from Ms. Manning with draft motion for Cloobeck order | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade re debtor request of copy of draft settlement agreement | 0.20 |
| 9/28/2022 | ELS | Administration, General<br>email from Ms. Manning re hearing on settlement | 0.10 |
| 10/6/2022 | ELS | Administration, General<br>Conference call with counsel re settlement | 0.40 |
|  | ELS | Administration, General<br>emails to/from Mr. Meade, Mr. Brown, Mr. Nagy re strategy re settlement  rescission language | 0.70 |
| 10/7/2022 | ELS | Administration, General<br>email from Mr. Meade re rescission language | 0.10 |
| 10/8/2022 | ELS | Administration, General<br>email from Mr. Brown re rescission language, confidentiality issue | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Ms. Manning re settlement agreement management issues, W-9 | 0.50 |

|  |  |  | Hrs/Rate |
|---|---|---|---|

10/9/2022 ELS   Administration, General                      0.10
         email from Mr. Brown re problems with confidentiality

10/10/2022 ELS   Administration, General                     0.50
         Conference call with counsel re settlement

        ELS   Administration, General                     0.10
         Phone con Mr. Meade re settlement

        ELS   Administration, General                     0.20
         emails from Mr. Meade, Ms. Manning with redline of draft
settlement agreement

10/11/2022 ELS   Administration, General                     0.30
         emails from/to Mr. Meade, court, Ms. Manning re scheduling hearing

        ELS   Administration, General                     0.20
         emails from/to Mr. Meade, Mr. Brown re edits to agreement, liability
issues

10/12/2022 ELS   Administration, General                     0.40
         Conference call with counsel re settlement

        ELS   Administration, General                     0.80
         Conference call with counsel re settlement terms

        ELS   Administration, General                     0.90
         emails from/to Mr. Meade, Mr. Brown with edits to draft agreement,
joint and several liability issues, Boal/Quotient split

        ELS   Administration, General                     0.20
         emails from/to Mr. Brown, Ms. Manning re declaration

        ELS   Administration, General                     0.90
         emails from/to Mr. Meade, Ms. Manning, Mr. Brown with analysis of
alternative language in agreement, rescission issues, enforcement of
mediator statement, proposed language

10/13/2022 ELS   Administration, General                     0.50
         Work on settlement agreement

        ELS   Administration, General                     3.20
         emails from/to Mr. Brown, Mr. Meade, Ms. Manning, Mr. Crom with
proposed final version of settlement agreement, various revisions
thereto, update waterfall with litigation costs, changes in amounts to
creditors, final version with declaration

10/14/2022 ELS   Administration, General                     0.80
         Work on declaration, settlement agreement

.

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 10/14/2022 | ELS | Administration, General<br>emails to/from Ms. Manning, Mr. Brown, Mr. Meade re revised declaration, redline re further revisions to agreement | 0.50 |
| 10/16/2022 | ELS | Administration, General<br>Work on obtaining signatures settlement agreement | 0.30 |
| 10/17/2022 | ELS | Administration, General<br>email from Ms. Manning re deferred filing | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade re executed agreement, hearing date | 0.20 |
|  | ELS | Administration, General<br>email from Mr. Meade updated waterfall to counsel for debtor | 0.10 |
| 10/18/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Ms. Manning re motion for payment of special litigation counsel fees | 0.20 |
|  | ELS | Administration, General<br>email from Ms. Manning with further revision to declaration | 0.10 |
|  | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown re form of motion for fees | 0.50 |
| 10/19/2022 | ELS | Administration, General<br>Attention to declaration | 0.20 |
|  | ELS | Administration, General<br>emails from/to Mr. Kieve, Mr. Crom re estimated taxes | 0.30 |
| 10/20/2022 | ELS | Fee Applications<br>Review of Meade fee application; discussions with counsel re same | 0.60 |
|  | ELS | Claims Admin<br>Review of claims re Kieve request; discussions with counsel re same | 0.30 |
|  | ELS | Claims Admin<br>emails from/to Ms. Manning re payments to DSO claimants | 0.20 |
| 10/21/2022 | ELS | Administration, General<br>Conference call with Mr. Brown and Mr. Crom re timing of professional payments, tax implications | 0.50 |
| 10/24/2022 | ELS | Administration, General<br>emails from/to Mr. Meade, Mr. Brown, Mr. Crom re payment of litigation counsel fees, tax implications of timing | 0.30 |

| | | | Hrs/Rate |
|---|---|---|---|

10/24/2022 ELS   Administration, General           0.10
          email to/from Mr. Meade re query Orrick $100k payment, timing

10/25/2022 ELS   Administration, General           0.20
          emails from/to Mr. Brown, Mr. Meade re  proposed order

10/27/2022 ELS   Administration, General           0.20
          emails from/to Mr. Meade, Mr. Brown re Fader objection to settlement

        ELS   Administration, General           0.20
          emails from/to Ms. Manning re Gaddy request for extension of time to object

10/28/2022 ELS   Administration, General           0.40
          emails to/from Mr. Brown, Mr. Meade re response to Fader objection

        ELS   Claims Admin           0.10
          emails from/to Ms. .Manning re response to DSO claimant query

10/31/2022 ELS   Administration, General           0.10
          email from Ms. Manning re Gaddy communication

11/1/2022 ELS   Administration, General           0.20
          Discussions Mr. Brown re potential debtor objections to settlement

        ELS   Administration, General           1.60
          emails from/to Mr. Brown, Ms. Manning, Mr. Kieve, Mr. Meade re Fader objections to settlement

        ELS   Administration, General           0.90
          emails from/to Mr. Brown, Ms. Manning, Mr. Meade re Gaddy objection

11/2/2022 ELS   Administration, General           0.40
          Conference call with counsel, debtor's counsel re prospective objections to settlement

        ELS   Administration, General           0.90
          emails from/to Mr. Brown, Mr. Kieve re Fader objections to settlement

11/4/2022 ELS   Administration, General           0.50
          emails from/to Ms. Manning, Mr. Brown re Gaddy objection

11/8/2022 ELS   Administration, General           0.10
          email from Ms. Manning re Gaddy objection

| | | | Hrs/Rate |
|---|---|---|---|
| 11/9/2022 ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade re Gaddy objection to settlement | | 0.50 |
| 11/10/2022 ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade re language of proposed order | | 0.70 |
| 11/11/2022 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Crom re language in order for tax payments, response to Mr. Kieve | | 0.40 |
| 11/12/2022 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re language in order re contingent fees | | 0.20 |
| 11/14/2022 ELS | Administration, General<br>emails from/to Ms. Manning, Mr. Brown, Mr. Meade, Mr. Crom re order on objections, order re tax payment | | 0.40 |
| 11/15/2022 ELS | Administration, General<br>Phone con with counsel re form of order | | 0.40 |
| ELS | Administration, General<br>Conference call with counsel re proposed form of order, hearing | | 0.30 |
| ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Mr. Nagy re form of order, debtor objections to settlement | | 0.80 |
| 11/16/2022 ELS | Administration, General<br>Conference call with counsel re hearing on proposed order | | 0.30 |
| ELS | Administration, General<br>Attend hearing re form of order | | 0.20 |
| ELS | Administration, General<br>emails from/to Mr. Crom, Mr. Brown, Mr. Meade re order | | 0.50 |
| 11/17/2022 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade, Ms. Manning re payment per settlement, wire transfer instructions | | 0.40 |
| 11/18/2022 ELS | Administration, General<br>emails from/to Mr. Brown, Mr. Meade re court's tentative ruling | | 0.30 |
| 11/30/2022 ELS | Administration, General<br>email from Mr. Brown with invoices, re interim fees | | 0.10 |

|            |     |                                                              | Hrs/Rate |
|------------|-----|--------------------------------------------------------------|----------|
| 12/1/2022  | ELS | Administration, General<br>email from Mr. Meade re query appeal period | 0.10 |
| 12/2/2022  | ELS | Administration, General<br>emails to/from Mr. Brown, Mr. Meade re appeal period | 0.20 |
| 12/7/2022  | ELS | Administration, General<br>emails to/from Mr. Brown re confirmation of wire instructions | 0.20 |
| 12/11/2022 | ELS | Fee Applications<br>Work on interim fee application | 1.50 |
| 12/19/2022 | ELS | Administration, General<br>Work on wire transfers special litigation counsel partial fees | 0.40 |
| 12/31/2022 | ELS | Fee Applications<br>Edit time records, work on interim fee application | 3.20 |
| 1/1/2023   | ELS | Fee Applications<br>Work on interim fee application; edit time records | 0.50 |
| 1/2/2023   | ELS | Fee Applications<br>Receive, review, approve PSZJ interim fee application | 0.30 |
|            | ELS | Fee Applications<br>Work on interim fee application; review, edit time records | 1.50 |
| 1/3/2023   | ELS | Banking<br>reconcile bank statements | 0.30 |
| 1/6/2023   | ELS | Fee Applications<br>Work on interim fee applications | 4.50 |
| 1/7/2023   | ELS | Fee Applications<br>Work on First Interim Fee Application | 2.30 |
| 1/8/2023   | ELS | Claims Admin<br>email exchange wit Ms. Manning re DSO claims | 0.20 |
| 1/11/2023  | ELS | Claims Admin<br>email exchange with Mr. Crom, Ms. Manning re DSO claims | 0.20 |
| 2/2/2023   | ELS | Tax<br>Review balances for payment of taxes due, advise BCC | 0.30 |
| 2/3/2023   | ELS | Fee Applications<br>email exchange with Mr. Brown re fee apps | 0.30 |

| | | | Hrs/Rate |
|---|---|---|---|
| 2/7/2023 | ELS | Assets Recap<br>email exchange with Ms. Manning, Mr. Crom, Mr. Brown re rescission rights vs rapid distribution | 0.60 |
| 2/8/2023 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 3/2/2023 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 3/5/2023 | ELS | Assets Recap<br>Phone con Mr. Brown re fee opinion, response and proposal for counsel | 0.20 |
| 3/8/2023 | ELS | Assets Recap<br>Conference call among counsel to discuss response to court's opinion and suggestion re division of fees among counsel | 0.30 |
| 3/15/2023 | ELS | Assets Recap<br>Work on tracing incoming wire due, second settlement installment | 0.30 |
| | ELS | Assets Recap<br>emails from/to Mr. Brown, Axos re receipt of wire transfer | 0.50 |
| 3/16/2023 | ELS | Assets Recap<br>emails exchange with Mr. Crom re anticipated incoming wire | 0.20 |
| 3/17/2023 | ELS | Assets Recap<br>email exchange with Axos re missing incoming wire | 0.20 |
| 3/20/2023 | ELS | Assets Recap<br>email exchanges with bank re tracing incoming wire | 0.90 |
| 3/23/2023 | ELS | Tax<br>email exchange with Mr. Crom re tax payments | 0.10 |
| 3/25/2023 | ELS | Fee Applications<br>email exchange with Mr. Brown re fee issues | 0.10 |
| 4/3/2023 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 4/4/2023 | ELS | Claims Admin<br>email exchange with UST re approval for outgoing wire | 0.10 |
| | ELS | Fee Applications<br>email exchange with Mr. Brown re fee issues | 0.20 |
| 4/5/2023 | ELS | Fee Applications<br>email exchange with Mr. Brown, Mr. Meade re fees | 0.10 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 4/6/2023 | ELS | **Fee Applications**<br>email exchange with Mr. Brown, Mr. Meade re fee allocation | 0.50 |
| 4/7/2023 | ELS | **Fee Applications**<br>Work on computation, payment of final contingency fees due special litigation counsel | 0.80 |
|  | ELS | **Fee Applications**<br>email exchange with Mr. Brown, Mr. Meade re payment of fees, wire instructions | 0.30 |
| 4/10/2023 | ELS | **Fee Applications**<br>Work on reallocation of fees between Pachulski and Meade Firm; process discounted wire for Meade; issue equalizing check for Pachulskiq | 0.40 |
|  | ELS | **Claims Admin**<br>email to Axos re wire transfer out | 0.10 |
| 4/11/2023 | ELS | **Fee Applications**<br>email exchange with Mr. Meade re wire | 0.10 |
| 4/20/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Kieve re Abbott claim | 0.10 |
| 4/21/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Brown re Abbott claim | 0.20 |
| 4/30/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Kieve re Abbott claim | 0.10 |
| 5/5/2023 | ELS | **Banking**<br>Reconcile bank statements | 0.30 |
| 5/12/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Brown, Mr. Kieve, Ms. Manning re objection to Abbott claim | 0.40 |
| 5/15/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Brown re Abbott claim | 0.10 |
| 5/17/2023 | ELS | **Claims Admin**<br>email exchange with Ms. Manning re draft objection to Abbott claim | 0.20 |
| 5/18/2023 | ELS | **Claims Admin**<br>Work on prospective final distribution | 0.40 |
|  | ELS | **Claims Admin**<br>email exchange with Mr. Brown, Ms. Manning, Mr. Kieve re response to Abbott claim | 0.40 |

|  |  |  | Hrs/Rate |
|---|---|---|---|

| Date | Initials | Description | Hrs/Rate |
|---|---|---|---|
| 5/18/2023 | ELS | **Assets Recap** <br> email exchange with Mr. Brown, Ms. Manning re 91 day rescission deadline | 0.70 |
| 5/19/2023 | ELS | **Assets Recap** <br> email exchange with Mr. Crom, Ms. Manning, Mr. Brown re 91 day rescission deadline | 0.30 |
| 5/26/2023 | ELS | **Claims Admin** <br> email exchange with Ms. Manning re Abbott reply | 0.10 |
| 5/31/2023 | ELS | **Claims Admin** <br> email exchange with Mr. Brown re payment to debtor | 0.20 |
| 6/1/2023 | ELS | **Claims Admin** <br> Work on claims and final distribution projections; review Fader query re payment timing; refer objectionable claims to counsel | 2.80 |
|  | ELS | **Claims Admin** <br> email exchanges with Mr. Brown, Mr. Crom re claims: payments, distribution timeline | 0.60 |
|  | ELS | **Assets Recap** <br> email exchange with Mr. Brown, Ms. Manning re 91 day rescission deadline | 0.30 |
| 6/2/2023 | ELS | **Claims Admin** <br> email exchange with Mr. Kieve re timeline for payment to the debtor | 0.10 |
|  | ELS | **Assets Recap** <br> email exchange with Mr. Brown, Ms. Manning re 91 day rescission deadline | 0.10 |
|  | ELS | **Banking** <br> Reconcile bank statements | 0.30 |
| 6/3/2023 | ELS | **Claims Admin** <br> Work on possible interim distribution to debtor | 0.50 |
|  | ELS | **Claims Admin** <br> email exchanges wtih Mr. Kieve, Mr. Brown, Mr. Crom re expdite Fader payment | 0.80 |
| 6/4/2023 | ELS | **Claims Admin** <br> email exchanges wtih Mr. Kieve, Ms. Manninig, Mr. Crom, Mr. Brown re expediting Fader payment, taxes payable | 0.60 |
| 6/5/2023 | ELS | **Claims Admin** <br> email exchange with Ms. Manning, Mr. Kieve re Fader payment | 0.60 |

| | | | Hrs/Rate |
|---|---|---|---|
| 6/6/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning, Mr. Brown re loan claims | 0.10 |
| 6/7/2023 | ELS | Claims Admin<br>email exchange with Mr. Brown, Ms. Manning re loan, Gaddy claims | 0.20 |
| 6/8/2023 | ELS | Claims Admin<br>Work on claims review | 0.50 |
| | ELS | Claims Admin<br>email exchange with Ms. Manning re loan claims | 0.20 |
| 6/12/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning, Mr. Brown re Abbott writ of attachment | 0.30 |
| 6/13/2023 | ELS | Claims Admin<br>email exchange wtih Ms. Manning, Mr. Brown re Abbott writ of attachment | 0.10 |
| 6/14/2023 | ELS | Claims Admin<br>email exchanges with Mr. Kieve, Mr. Brown, Ms. Manning re Abbott writ of attachment to Fader distribution | 0.70 |
| 6/15/2023 | ELS | Claims Admin<br>email exchange with Mr. Kieve re Abbott writ | 0.20 |
| 6/18/2023 | ELS | Tax<br>Receive, review, approve and execute tax returns; authorize payments | 0.30 |
| 6/19/2023 | ELS | Tax<br>Process 2022 tax returns, issue payments; review, execute tax returns | 0.80 |
| | ELS | Claims Admin<br>Review of payments to be made on 90-day mark; issue instructions re payment of DSO claims plus partial distribution to debtor | 0.40 |
| | ELS | Assets Recap<br>email exchange with Mr. Brown, Ms. Manning re Boal representations | 0.40 |
| 6/20/2023 | ELS | Claims Admin<br>Issue DSO and Fader payments | 0.40 |
| | ELS | Claims Admin<br>email exchange with Mr. Kieve re Abbott writ | 0.20 |

| | | | Hrs/Rate |
|---|---|---|---|
| 6/20/2023 | ELS | **Assets Recap**<br>email exchange with Mr. Brown, Ms. Manning re Boal/Quotient settlement, dismissal | 0.40 |
| 6/21/2023 | ELS | **Claims Admin**<br>Work on distributions to DSO and debtor | 0.40 |
| | ELS | **Claims Admin**<br>Issue DSO and Debtor partial payment | 0.40 |
| | ELS | **Assets Recap**<br>email exchange with Ms. Manning, Mr. Brown re Boal settlement | 0.20 |
| | ELS | **Claims Admin**<br>email exchange with Mr. Kieve re Abbott writ | 0.10 |
| 6/26/2023 | ELS | **Claims Admin**<br>email exchanges with Mr. Crom, Ms. Marshall re payroll tax liability | 0.60 |
| 6/28/2023 | ELS | **Claims Admin**<br>email exchange wtih Ms. Manning re Gaddy claim | 0.10 |
| 7/5/2023 | ELS | **Banking**<br>Reconcile bank statements | 0.30 |
| 7/10/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Brown re claims objections | 0.10 |
| 7/11/2023 | ELS | **Claims Admin**<br>email exchanges with Ms. Manning, Mr. Brown re claims review and analysis | 0.70 |
| 7/12/2023 | ELS | **Claims Admin**<br>email exchange with Ms. Manning, Mr. Brown re claims review and analysis | 0.40 |
| 7/13/2023 | ELS | **Claims Admin**<br>Conference call with counsel re claims review and objections | 1.10 |
| | ELS | **Claims Admin**<br>email exchange with Ms. Manning re claims review and analysis | 0.30 |
| 7/21/2023 | ELS | **Claims Admin**<br>email exchange with Mr. Crom re waterfall and taxes | 0.10 |
| 7/24/2023 | ELS | **Claims Admin**<br>email exchanges with Mr. Crom, Mr. Brown re accounting issues, issues with computing taxes due on wage claims | 0.60 |

| | | | Hrs/Rate |
|---|---|---|---|
| 7/25/2023 | ELS | Fee Applications<br>email exchange with Mr. Brown re counsel fees | 0.10 |
| | ELS | Fee Applications<br>email exchange with Mr. Brown with current invoice | 0.10 |
| 7/26/2023 | ELS | Claims Admin<br>email exchange with Mr. Brown, Mr. Crom re timing of final tax returns | 0.20 |
| | ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Gaddy claim | 0.10 |
| 7/27/2023 | ELS | Claims Admin<br>email exchange with Mr. Brown, Mr. Crom re estimated final fees and taxes | 0.30 |
| 8/7/2023 | ELS | Claims Admin<br>email exchange with Mr. Kieve re Fader distribution | 0.10 |
| 8/11/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Gaddy claim | 0.10 |
| 8/12/2023 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 8/14/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re draft objection to claim #5 | 0.10 |
| 8/15/2023 | ELS | Claims Admin<br>email exchange with Mr. Kieve re Fader distribution | 0.30 |
| 8/18/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re status claims objections | 0.10 |
| 8/24/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re remaining claims | 0.10 |
| 8/28/2023 | ELS | Claims Admin<br>email exchange with Mr. Crom re Gabby objection | 0.10 |
| | ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Dean claim | 0.30 |
| 8/29/2023 | ELS | Claims Admin<br>email exchange with Mr. Brown, Mr. Crom re estimated future fees and tax computations | 0.40 |
| | ELS | Claims Admin<br>email exchange Ms. Manning re objection to Lewis and Dean claims | 0.20 |

| | | | Hrs/Rate |
|---|---|---|---|
| 9/5/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re claims 11, 12 and 14 | 0.10 |
| 9/7/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re Dean affirmation | 0.30 |
| 9/8/2023 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 9/11/2023 | ELS | Claims Admin<br>email exchange with Ms. Marshall re claims 11, 12 and 14 | 0.20 |
| 9/12/2023 | ELS | Claims Admin<br>email exchange with Mr. Sweet re Dean creditor claim and objection | 0.30 |
| 9/13/2023 | ELS | Claims Admin<br>email exchange with Ms Law re wage query | 0.10 |
| | ELS | Claims Admin<br>email exchange with Ms. Manning re Dean claim, waterfall | 0.50 |
| 9/15/2023 | ELS | Claims Admin<br>email exchange with Ms. Law re wage query | 0.10 |
| | ELS | Claims Admin<br>email exchange with Ms. Manning re waterfall | 0.20 |
| 9/21/2023 | ELS | Claims Admin<br>email from BCC with tax return | 0.10 |
| 9/24/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re claims 9, 12, 14 and 18 | 0.10 |
| 9/25/2023 | ELS | Claims Admin<br>Phone con Mr. Brown re order for payment of 2023 tax liability;<br>review, execute 2023 taxes | 0.40 |
| | ELS | Claims Admin<br>email exchange with Mr. Crom, Mr. Brown re order on tax payments | 0.20 |
| | ELS | Claims Admin<br>email exchange with Mr. Brown re order for payment of tax claims | 0.20 |
| 9/26/2023 | ELS | Claims Admin<br>email exchange with Ms. Manning re claims 9, 12, 14 and 18 | 0.40 |
| 10/3/2023 | ELS | Claims Admin<br>Process tax payments 2023 IRS & FTB | 0.40 |

| | | | Hrs/Rate |
|---|---|---|---|
| 10/3/2023 ELS | Claims Admin<br>email exchange with Mr. Brown re timing of distributions | | 0.10 |
| 10/8/2023 ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 10/10/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Lewis claim | | 0.30 |
| 10/12/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Lee and Lewis<br>claims | | 0.20 |
| 10/16/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Lee claim | | 0.10 |
| 10/17/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re objection to Lee claim | | 0.10 |
| 10/25/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re order on Gaddy claim,<br>objection to Lee claim | | 0.30 |
| 10/26/2023 ELS | Claims Admin<br>email exchange with Mr. Crom re Form 2 needed for tax return<br>preparation | | 0.10 |
| ELS | Claims Admin<br>email exchange with Mr. Crom, Mr. Brown re order on objection to<br>Gaddy claim | | 0.40 |
| 10/27/2023 ELS | Claims Admin<br>email exchange with Mr. Crom re order on objection to Lee claim | | 0.10 |
| 11/5/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re Watt claim | | 0.10 |
| 11/6/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re Watt claim | | 0.10 |
| ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 11/7/2023 ELS | Claims Admin<br>email exchange with Ms. Manning re Watt claim | | 0.20 |
| 11/8/2023 ELS | Claims Admin<br>email exchange with Ms. Manning, Mr. Brown re order on Lee claim | | 0.20 |

| Date | | | | Hrs/Rate |
|---|---|---|---|---|
| 11/17/2023 | ELS | Claims Admin | email exchange with Ms. Manning re order on Lewis claim | 0.10 |
| 12/5/2023 | ELS | Banking | Reconcile bank statements | 0.30 |
| 12/6/2023 | ELS | Assets Recap | email exchange with Mr. Crom, Ms. Marshall re closing status | 0.20 |
| 12/12/2023 | ELS | Claims Admin | Work on claims review, finalize proposed distribution to incorporate final allowed claims | 1.70 |
| | ELS | Claims Admin | Work on revisions to wage claims; revise proposed distribution | 0.30 |
| | ELS | Claims Admin | email exchanges with Mr. Crom, Ms. Manning re proposed distribution | 0.50 |
| 12/13/2023 | ELS | Claims Admin | Work on claims waterfall; adjust for priority wage claims; build in BCC fees | 0.40 |
| | ELS | Claims Admin | email exchanges with Ms. Manning, Mr. Crom re fees, final distribution | 0.80 |
| 1/3/2024 | ELS | Claims Admin | email exchange with Ms. Law re wage claim analysis | 0.10 |
| 1/4/2024 | ELS | Claims Admin | email exchange with Ms. Law re missing final fees | 0.20 |
| | ELS | Fee Applications | email exchange with Ms. Manning re final fee app | 0.10 |
| 1/10/2024 | ELS | Claims Admin | email exchange with Mr. Crom, Ms. Law re proposed distribution, tax bill | 0.30 |
| | ELS | Claims Admin | email exchange with Mr. Brown, Ms. Manning re distribution status, updates | 0.60 |
| | ELS | Banking | Reconcile bank statements | 0.30 |

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 1/11/2024 | ELS | Claims Admin | 0.50 |
|  |  | email exchange wiht Ms. Manning, Mr. Crom re tax liabilities, wage claims |  |
|  | ELS | Claims Admin | 0.20 |
|  |  | email exchange with Ms. Manning re distribution status, update |  |
| 1/12/2024 | ELS | Claims Admin | 0.10 |
|  |  | email exchange with Mr. Crom re Dennen claim |  |
| 1/16/2024 | ELS | Fee Applications | 0.30 |
|  |  | Receive, review, approve counsel's final fee application |  |
|  | ELS | Fee Applications | 0.30 |
|  |  | email exchange with Ms. Manning re final fee application |  |
| 1/17/2024 | ELS | Fee Applications | 0.10 |
|  |  | email exchange with Ms. Manning re final fee application |  |
| 1/19/2024 | ELS | Fee Applications | 0.30 |
|  |  | Phone con Mr. Crom re final calculations professional fees; payroll tax withholding for wage claims |  |
| 1/21/2024 | ELS | Banking | 0.10 |
|  |  | email to Axos re turn off bank fees |  |
| 1/23/2024 | ELS | Claims Admin | 0.50 |
|  |  | email exchange wtih Ms. Law, Mr. Crom re distribution waterfall, wage taxes |  |
| 1/24/2024 | ELS | Claims Admin | 3.50 |
|  |  | Work on wage claims, withholding |  |
| 1/25/2024 | ELS | Claims Admin | 0.80 |
|  |  | Work on wage claims, withholding |  |
|  | ELS | Claims Admin | 1.00 |
|  |  | email exchanges with Ms. Law, Mr. Crom, Axos bank re payroll taxes |  |
| 1/26/2024 | ELS | Claims Admin | 0.90 |
|  |  | email exchanges with Ms. Law, Mr. Crom, Axos re wage claim payroll tax computation |  |
| 1/27/2024 | ELS | Fee Applications | 0.20 |
|  |  | Review, approve accountant final fee application |  |
|  | ELS | Claims Admin | 0.40 |
|  |  | email exchanges with Ms. Manning, Mr. Brown re late filed claim |  |

| | | | Hrs/Rate |
|---|---|---|---|

| Date | | | Hrs/Rate |
|---|---|---|---|
| 1/28/2024 ELS | Claims Admin | email exchange with Ms. Manning re late filed claim, | 0.20 |
| 1/29/2024 ELS | Claims Admin | email exchanges with Mr. Crom, Axos re status of wage claim analysis, computation | 0.50 |
| ELS | Fee Applications | email exchange with Ms. Manning re final fee application | 0.10 |
| 1/30/2024 ELS | Claims Admin | email exchanges with Axos re status of wage claim analysis, computation | 1.00 |
| 1/31/2024 ELS | Fee Applications | Work on final report, claims reconcilement, tax withholding and reporting | 0.80 |
| ELS | Claims Admin | email exchanges with Axos and Mr. Crom re status of wage claim analysis, computation of tax liabilities | 1.50 |
| 2/1/2024 ELS | Claims Admin | email exchanges with Axos re status of wage claim analysis and computation of tax liabilities | 0.70 |
| 2/2/2024 ELS | Claims Admin | email exchange with Mr. Crom, Mr. Brown re debtor request for advance of partial distribution | 0.40 |
| ELS | Claims Admin | email exchange with Mr. Kieve re Fader distribution | 0.10 |
| 2/5/2024 ELS | Claims Admin | email exchange with Mr. Kieve re Fader distribution | 0.30 |
| ELS | Banking | Reconcile bank statements | 0.30 |
| 2/17/2024 ELS | Fee Applications | Work on final fee app, edit time records | 0.50 |
| 2/18/2024 ELS | Fee Applications | Work on fee application, edit time records | 1.70 |
| | | | **197.60** |