UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: §
§
FADER, PETER R § Case No. 08-30119 SDM
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that E. LYNN SCHOENMANN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, US BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE MB 36099
SAN FRANCISCO CA 94102

Any person wishing to object to any fee application that has not already been approved must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose aplication is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on in Courtroom .

NORTHERN DISTRICT OF CALIFORNIA
45 GOLDEN GATE AVE 16TH FL
SAN FRANCISCO CA 94102

Date Mailed: _____    By: To Be Mailed By The Court_____

*E. LYNN SCHOENMANN*
*926A DIABLO AVE #207*
*NOVATO, CA 94947-4000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: §
§
FADER, PETER R § Case No. 08-30119 SDM
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000,000.00 |
| and approved disbursements of | $ | 3,795,317.35 |
| leaving a balance on hand of[1] | $ | 1,204,682.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ 156,750.00 | $ 98,250.00 | $ 58,500.00 |
| Attorney for Trustee Fees: PACHULSKI STANG ZIEHL & JONES | $ 372,033.33 | $ 268,319.83 | $ 103,713.50 |
| Attorney for Trustee Expenses: PACHULSKI STANG ZIEHL & JONES | $ 2,942.32 | $ 1,652.09 | $ 1,290.23 |
| Accountant for Trustee Fees: BACHECKI CROM & CO LLP | $ 37,148.50 | $ 15,648.50 | $ 21,500.00 |
| Other: BACHECKI CROM & CO LLP | $ 81.39 | $ 20.55 | $ 60.84 |
| Other: AXOS BANK | $ 11,088.62 | $ 11,088.62 | $ 0.00 |
| Other: US TREASURY | $ 499,158.00 | $ 499,158.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 176,353.00 | $ 176,353.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: PETER FADER | $ 541,135.00 | $ 350,000.00 | $ 191,135.00 |
| Other: Employment Development Department | $ 238.00 | $ 0.00 | $ 238.00 |
| Other: Employment Development Department | $ 7.00 | $ 0.00 | $ 7.00 |
| Other: INTERNAL REVENUE SERVICE | $ 4,048.59 | $ 0.00 | $ 4,048.59 |
| Other: INTERNAL REVENUE SERVICE | $ 946.85 | $ 0.00 | $ 946.85 |
| Other: INTERNAL REVENUE SERVICE | $ 84.00 | $ 0.00 | $ 84.00 |
| Other: THE MEADE FIRM PC | $ 1,020,000.00 | $ 1,020,000.00 | $ 0.00 |
| Other: DONTZIN NAGY & FLEISSIG LLP | $ 950,000.00 | $ 950,000.00 | $ 0.00 |
| Other: DONTZIN NAGY & FLEISSIG LLP | $ 62,223.36 | $ 62,223.36 | $ 0.00 |
| Other: THE MEADE FIRM PC | $ 22,504.78 | $ 22,504.78 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        381,524.01

Remaining Balance        $        823,158.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 321,131.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LISA H BARRY | $ 170,430.00 | $ 170,430.00 | $ 0.00 |
| 000005 | CONSOLIDATED EDISON CO OF NY INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | LISA HAMILTON BARRY [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | H JUSTIN DROBENAIRE [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009-2A | H JUSTIN DROBENAIRE | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| 000013-2 | NAPA CNTY DEPT CHILD SUPPORT [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | NAPA COUNTY CHILD SUPPORT SERVICES | $ 27,956.64 | $ 27,956.64 | $ 0.00 |
| 000023-2 | SAN FRANCISCO DCSS | $ 110,628.00 | $ 110,628.00 | $ 0.00 |
| 000024 | STEVEN R BOAL & BROOK DOOLEY [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| AUTO | Employment Development Department | $ 7.00 | $ 0.00 | $ 7.00 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPT | $ 84.00 | $ 0.00 | $ 84.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 158.78 | $ 0.00 | $ 158.78 |
| AUTO | INTERNAL REVENUE SERVICE | $ 678.90 | $ 0.00 | $ 678.90 |
| AUTO | Employment Development Department | $ 238.00 | $ 0.00 | $ 238.00 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 12,116.68 |
| Remaining Balance | $ 811,041.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,352,628.02 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CONSOLIDATED EDISON CO OF NY INC | $ 597.19 | $ 0.00 | $ 135.47 |
| 000003 | ADP INC | $ 57,005.47 | $ 0.00 | $ 12,931.89 |
| 000004 | BINGHAM MCCUTCHEN LLP | $ 104,000.42 | $ 0.00 | $ 23,592.87 |
| 000007 | CYNTHIA P DIETZMANN | $ 425,000.00 | $ 0.00 | $ 96,412.77 |
| 000010 | ERIC L KROGIUS | $ 80,000.00 | $ 0.00 | $ 18,148.29 |
| 000011 | KATE CAMPBELL WATTS | $ 250,000.00 | $ 0.00 | $ 56,713.39 |
| 000012 | ADAM PATRICK TRACY | $ 45,000.00 | $ 0.00 | $ 10,208.41 |
| 000014 | MYRON WICK | $ 940,000.00 | $ 0.00 | $ 213,242.37 |
| 000015 | WARREN DEAN | $ 1,080,000.00 | $ 0.00 | $ 245,001.86 |
| 000016 | RALPH DAVIES LEWIS | $ 225,000.00 | $ 0.00 | $ 51,042.06 |
| 000017 | MARYON D LEWIS | $ 50,000.00 | $ 0.00 | $ 11,342.68 |
| 000018-A | BRIAN DENNEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019 | THOMAS S LEE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | JOHN GADDY | $ 19,429.79 | $ 0.00 | $ 4,407.72 |
| 9-2B | H JUSTIN DROBENAIRE | $ 3,174.06 | $ 0.00 | $ 3,174.06 |
| 9-2C | H JUSTIN DROBENAIRE | $ 11,295.36 | $ 0.00 | $ 2,562.39 |
| 000018-B | BRIAN DENNEN | $ 62,125.73 | $ 0.00 | $ 62,125.73 |

Total to be paid to timely general unsecured creditors $ 811,041.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 550,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | STEVEN R BOAL & BROOK DOOLEY[withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | JOHN LARSON | $ 550,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/E. Lynn Schoenmann
Trustee

E. LYNN SCHOENMANN
926A DIABLO AVE #207
NOVATO, CA 94947-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.